**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of California**

Case number *(if known)*: _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **American Trash Management, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **dba SmartTrash, LLC**<br><br>**dba SmartTrash Systems, LLC** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **94-3126861** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Powell St.**<br>**Suite 220**<br>Number       Street | <br><br>Number        Street |
| **Emeryville**          **CA**   **94608**<br>City                    State   Zip Code | <br>City                       State   Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **ALAMEDA**<br>County | <br>Number           Street |
| | <br>City                       State   Zip Code |

**5. Debtor's website (URL)    www.trashmanage.com**

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 1 of 186

**6.   Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5621**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 2 of 186

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM/DD/YYYY

District _____ When _____ Case number _____
MM/DD/YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM/DD/YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____
City      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Copyright © Financial Software Solutions, LLC    BlueStylus

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 3 of 186

## Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/15/2025
               MM / DD / YYYY

**✗ /s/ Scott Brown**                          Scott Brown
Signature of authorized representative of debtor    Printed name

Title    **CEO**

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 4 of 186

**18. Signature of attorney**

✗ **/s/ Stephen Finestone**
Signature of attorney for debtor

Date  9/15/2025
MM / DD / YYYY

**Stephen Finestone**
Printed name

**Finestone Hayes LLP**
Firm name

**456 Montgomery St.**
Number          Street

**San Francisco**
City

**CA**
State

**94104**
ZIP Code

**(415) 421-2624**
Contact Phone

**sfinestone@fhlawllp.com**
Email address

**125675**
Bar number

**California**
State

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 5 of 186

**WRITTEN CONSENT**
**OF THE BOARD OF**
**AMERICAN TRASH MANAGEMENT, INC.**
**a California Corporation**

**July 23, 2025**

The undersigned, as the members of the Board of Directors (the "Board") of American Trash Management, Inc, a California Corporation (the "**Company**"), acting by unanimous written consent without a meeting pursuant to Section 307(b) of the California Corporations Code and the Company's bylaws, does hereby consent to the adoption of the following resolutions and agree that such resolutions shall have the same force and effect as if they were approved and adopted at a duly constituted meeting of the Board.

**WHEREAS**, the Board has reviewed the historical performance of the Company, the market for the Company's services and the current and long-term liabilities of the Company as of the date hereof;

**WHEREAS**, the Board has been monitoring the performance of the Company and exploring various alternatives for the Company in connection with its relationship with its creditors, particularly with respect to its business operations and its liabilities;

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members, and other interested parties that a voluntary petition (the "**Bankruptcy Case**") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members and other interested parties that the Company file all petitions, motions, declarations, schedules, lists, and other papers or documents necessary or proper to obtain relief under the Bankruptcy Case (the "**Bankruptcy Petitions**"); and

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members and other interested parties that the Company take any and all actions necessary or proper to obtain relief under the Bankruptcy Case, including retaining any and all assistance by legal counsel, financial advisers, accountants and/or other professionals and to take any and all action necessary and proper in connection with the Bankruptcy Case, with a view to the successful prosecution of such case (collectively, the **Bankruptcy Actions**");

**NOW, THEREFORE, BE IT RESOLVED**, that (i) the filing, execution, negotiation, delivery and performance of the Bankruptcy Petitions and the Bankruptcy Actions on behalf of the Company be, and hereby is, approved, confirmed and ratified, and (ii) the Board and anyone acting under the authority of the Board (the "**Authorized Representatives**") be, and each of them acting alone hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute, deliver and perform the Bankruptcy Petitions, the Bankruptcy Actions and such other

1

ancillary agreements, documents and certificates as the Authorized Officer executing the same determines is necessary or appropriate;

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by the Authorized Representatives of the Company to seek relief under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

**RESOLVED FURTHER**, that the Authorized Representatives of the Company are authorized and directed to engage legal counsel, financial advisers, accountants and/or other professionals, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case and to cause to be filed an appropriate application for authority to retain the services of legal counsel, financial advisers, accountants and/or other professionals to the Company in furtherance of the Company's objectives pursuant to the Bankruptcy Case.

## GENERAL AUTHORIZATION

**RESOLVED FURTHER**, that the Authorized Representatives, and any Authorized Representative acting alone, be, and each of them acting alone hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute and deliver any and all other agreements, certificates, deeds, instruments, petitions, motions, declarations or other documents required to be filed or entered into or contemplated by the foregoing resolutions, including any certificates, and to do or cause to be done any and all further acts and things which any such Authorized Representative(s) may deem necessary, advisable or appropriate in connection with the execution, delivery and performance of the Bankruptcy Petitions and the Bankruptcy Actions;

**RESOLVED FURTHER**, that the consummation of the actions contemplated by the foregoing resolutions and the execution and delivery by the Authorized Representative, and any Authorized Representative acting alone, of any document, agreement, certificate or instrument and the doing by such Authorized Representative(s) of any act in connection with the foregoing shall conclusively establish his or her authority to do so on behalf of the Company;

**RESOLVED FURTHER**, that any and all actions heretofore taken by the Authorized Representatives, and any Authorized Representative acting alone, in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as fully as if such actions had been presented for approval prior to such actions being taken; and

**RESOLVED FURTHER**, that this consent may be executed in one or more counterparts, and each counterpart shall be deemed an original together constituting one instrument.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of the Company, have executed this Unanimous Written Consent on and as of the date first set forth above.

Scott Brown

**American Trash Management**
**Balance Sheet**
As of   September 30, 2025
Consolidated

## Assets

**Current Assets**

| | | |
|---|---|---:|
| 10100 | -Petty Cash | 2.59 |
| 10103 | -Sales Tax - Fremont Bank | 27,577.90 |
| 10104 | -Checking - Fremont Bank | 36,131.44 |
| 10105 | -FSA - Fremont Bank | 772.03 |
| 10106 | -Checking - BMO | (20,484.14) |
| 10107 | -Payroll - BMO | 51.67 |
| | Account Receivable | 2,383,227.91 |
| | Inventories | 1,826,149.54 |
| | WIP | 87.00 |
| | Other Current Assets | 575,684.52 |
| **Total Current Assets** | | **4,829,200.46** |
| | Property, Plant and Equipment | 1,297,618.43 |
| | Accumulated Depreciation | (1,578,315.66) |
| | Intangible Assets | 996,311.45 |
| | Deposits | 20,150.40 |

**Total Assets**                                            **5,564,965.08**

## Liabilities

**Current Liabilities**

| | |
|---|---:|
| Accounts Payable | 2,780,407.18 |
| Taxes Payable | 287,739.00 |
| Credit Cards | 0.00 |
| Other Current liabilities | 316,106.07 |
| **Total Current Liabilities** | **3,384,252.25** |
| Long-term Debt | 713,521.60 |
| Other Long-term Liabs | 57,985.16 |

**Total Liabilities**                                         **4,155,759.01**

**Shareholders' Equity**

| | |
|---|---:|
| Share Capital | 1,433,242.27 |
| Translation Gain/Loss | (1,108.51) |
| Retained Earnings - Loss carry-forward | (627,195.19) |
| Net Income / (Loss) | 604,267.50 |
| **Total Shareholders' Equity** | **1,409,206.07** |

**Total Liabilities & Shareholders' Equity**          **5,564,965.08**

| | Amount<br>Period to Date | Amount<br>Previous Period | Amount<br>Year to Date |
|---|---|---|---|
| Ordinary Income/Expense | | | |
| Income | | | |
| 40100 - Sales - Products & Services | 594,872.57 | 1,272,287.03 | 1,867,159.60 |
| 47400 - Sales - Freight | 13,551.48 | 85,565.17 | 99,116.65 |
| Total - 400-00 - Sales | 608,424.05 | 1,357,852.20 | 1,966,276.25 |
| Total - Income | 608,424.05 | 1,357,852.20 | 1,966,276.25 |
| Cost Of Sales | | | |
| 50100 - COGS - Products & Services | 124,217.77 | 85,585.85 | 209,803.62 |
| 50200 - COGS - Inventory Products | | 355.84 | 355.84 |
| 56001 - COGS - Repair - Labor | 1,527.50 | 1,040.00 | 2,567.50 |
| Total - 560-00 - COGS - Repair | 125,745.27 | 86,981.69 | 212,726.96 |
| 57202 - Service Repairs - Auto Expense | 8,632.40 | 7,932.44 | 16,564.84 |
| 57203 - Service Repairs - Travel Exp. | 2,987.23 | 59.50 | 3,046.73 |
| 57204 - Service Repairs - Equipment Rental | 1,542.29 | 801.75 | 2,344.04 |
| 57205 - Service Repairs - Safety Exp. | 81.81 | -60.13 | 21.68 |
| 57206 - Service Repairs - Salaries & Wages Exp | 181,972.98 | 190,412.03 | 372,385.01 |
| 57207 - Service Repairs - Payroll Tax ER Portion | 13,721.28 | 14,434.79 | 28,156.07 |
| Total - 572-00 - Service Repairs | 208,937.99 | 213,580.38 | 422,518.37 |
| 57400 - COGS - Freight | 15,823.76 | 1,518.26 | 17,342.02 |
| Total - 500-00 - COGS | 334,683.26 | 300,562.07 | 635,245.33 |
| Total - Cost Of Sales | 334,683.26 | 300,562.07 | 635,245.33 |
| Gross Profit | 273,740.79 | 1,057,290.13 | 1,331,030.92 |
| Expense | | | |
| 60000 - Salaries - Staff | 123,130.76 | 128,590.26 | 251,721.02 |
| 60100 - Salaries - Officers | 20,871.34 | 20,871.33 | 41,742.66 |
| 608-00 - Payroll Tax-Employer Portion | | | |
| 60810 - Payroll Tax-Employer Portion - ERC Credit | 9,372.24 | 9,983.22 | 19,355.46 |
| Total - 608-00 - Payroll Tax-Employer Portion | 153,374.33 | 159,444.81 | 312,819.14 |
| 60960 - Sales Tax Expense | | 271.59 | 271.59 |
| 61000 - Interest Expense | 5,388.91 | 4,397.52 | 9,786.43 |
| 61200 - Payroll Deductions 401(K) | 5,259.16 | 5,295.37 | 10,554.53 |
| 61300 - Payroll Fees | 1,662.33 | 1,904.78 | 3,567.11 |
| 61700 - Health Insurance | 17,763.85 | 19,042.26 | 36,806.11 |
| 61800 - Insurance - FSA | -1,312.50 | -808.54 | -2,121.04 |
| 62000 - Rent - Office | 15,078.28 | 17,638.44 | 32,716.72 |
| 62001 - Rent - Parking | 2,640.00 | 1,320.00 | 3,960.00 |
| 62002 - Rent - Storage | 4,600.00 | 4,600.00 | 9,200.00 |
| 62100 - Phone, Wireless, Internet | 7,117.54 | 7,417.33 | 14,534.87 |
| 62200 - Utilities | 2,161.68 | 1,821.97 | 3,983.65 |
| 62300 - Insurance | 40,112.26 | 33,026.68 | 73,138.94 |
| 62900 - Outside Services | 45,904.74 | 57,116.58 | 103,021.32 |
| 63000 - Postage & Delivery | 354.87 | 279.57 | 634.44 |
| 63100 - Office Supplies | 273.68 | 478.63 | 752.31 |
| 63200 - Software | 2,625.00 | 7,263.74 | 9,888.74 |
| 63400 - Equipment Rental | 613.92 | 1,197.57 | 1,811.49 |
| 66100 - Dues & Subscriptions | 2,078.71 | 8,226.43 | 10,305.14 |
| 67264 - Service Repairs-Health Ins | 30,824.66 | 32,268.69 | 63,093.35 |
| 68000 - Travel | 2.60 | | 2.60 |
| 68100 - Meals | 1,127.60 | 2,420.92 | 3,548.52 |
| 68300 - Auto Expense | 1,059.50 | 2,323.65 | 3,383.15 |
| 69000 - Legal | 2,127.50 | 80,448.50 | 82,576.00 |
| 69200 - Bank Charges | 645.49 | 933.66 | 1,579.15 |
| 71000 - Taxes, Licenses & Permits | | 1,191.46 | 1,191.46 |
| 79100 - Miscellaneous | | -141.37 | -141.37 |
| 79500 - Credit Card Processing Fees | 3,248.26 | 2,989.93 | 6,238.19 |
| Total - Expense | 360,556.13 | 453,888.43 | 814,444.56 |
| Net Ordinary Income | -86,815.34 | 603,401.70 | 516,586.36 |
| Other Income and Expenses | | | |

**American Trash Management**
**Profit & Loss Statement**
**As of  August 31, 2025**
**Consolidated**

User: KAREN TROTH

| | Amount<br>Period to Date | Amount<br>Previous Period | Amount<br>Year to Date |
|---|---|---|---|
| Other Expense | | | |
| Other Income | | | |
| 49000 - Interest Income | 0.09 | 0.10 | 0.19 |
| 49700 - Miscellaneous Income | | 3,431.78 | 3,431.78 |
| Total - Other Income | 0.09 | 3,431.88 | 3,431.97 |
| Total - Other Income and Expenses | 0.09 | 3,431.88 | 3,431.97 |
| Net Other Income | 0.09 | 3,431.88 | 3,431.97 |
| Net Income | -86,815.25 | 606,833.58 | 520,018.33 |

# U.S. Corporation Income Tax Return

Form **1120**

For calendar year 2023 or tax year beginning **JULY 1, 2023**, ending **JUNE 30, 2024**

**EXTENSION GRANTED TO 04/15/25**

Go to www.irs.gov/Form1120 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2023**

**A** Check if:
- 1a Consolidated return (attach Form 851) [X]
- 1b Life/nonlife consolidated return
- 2 Personal holding co. (attach Sch. PH)
- 3 Personal service corp. (see instructions)
- 4 Schedule M-3 attached

TYPE OR PRINT

**Name**
AMERICAN TRASH MANAGEMENT & SUBSIDIARY

Number, street, and room or suite no. If a P.O. box, see instructions.
1900 POWELL STREET, SUITE 220

City or town, state or province, country, and ZIP or foreign postal code
EMERYVILLE, CA 94608

**B** Employer identification number
**\*\* - \*\*\*\*\*\*\***

**C** Date incorporated
10/09/1990

**D** Total assets (see instructions)
$ 3,964,270.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 1a | 11,037,344. | |
| | b Returns and allowances | 1b | | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 11,037,344. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | 6,584,694. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 4,452,650. |
| | 4 Dividends and inclusions (Schedule C, line 23) | | 4 | |
| | 5 Interest | | 5 | |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| | 10 Other income (attach statement) SEE CONSOLIDATED INCOME AND DEDUCTIONS | | 10 | 317,383. |
| | 11 **Total income.** Add lines 3 through 10 | | 11 | 4,770,033. |

| | | | |
|---|---|---|---|
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (attach Form 1125-E) | 12 | 42,869. |
| | 13 Salaries and wages (less employment credits) | 13 | 1,448,119. |
| | 14 Repairs and maintenance | 14 | |
| | 15 Bad debts | 15 | 151,670. |
| | 16 Rents | 16 | 314,538. |
| | 17 Taxes and licenses | 17 | 174,954. |
| | 18 Interest (see instructions) | 18 | 76,355. |
| | 19 Charitable contributions | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 206,412. |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | |
| | 23 Pension, profit-sharing, etc., plans | 23 | |
| | 24 Employee benefit programs | 24 | 554,782. |
| | 25 Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| | 26 Other deductions (attach statement) SEE CONSOLIDATED INCOME AND DEDUCTIONS | 26 | 1,800,334. |
| | 27 **Total deductions.** Add lines 12 through 26 | 27 | 4,770,033. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 0. |
| | 29a Net operating loss deduction (see instructions) | 29a | |
| | b Special deductions (Schedule C, line 24) | 29b | |
| | c Add lines 29a and 29b | 29c | |

| | | | |
|---|---|---|---|
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 0. |
| | 31 Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| | 32 Reserved for future use | 32 | |
| | 33 Total payments and credits (Schedule J, Part II, line 23) | 33 | 115,930. |
| | 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached | 34 | |
| | 35 **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 0. |
| | 36 **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | 115,930. |
| | 37 Enter amount from line 36 you want: **Credited to 2024 estimated tax** 115,930. **Refunded** | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____

Title **PRESIDENT**

May the IRS discuss this return with the preparer shown below?
[X] Yes ☐ No

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | HENRY L. GODSEY | HENRY L. GODSEY | 04/04/24 | | P01535754 |
| | Firm's name ▶ FRANK, RIMERMAN & CO, LLP | | | Firm's EIN ▶ **\*\* - \*\*\*\*\*\*\*** | |
| | Firm's address ▶ 1 EMBARCADERO CENTER SUITE 2410 SAN FRANCISCO, CA 94111 | | | Phone no. (415) 439-1144 | |

311601
07-10-24   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2023)

1

09530404 131567 0912 DCON 1   2023.09050 AMERICAN TRASH MANAGEMENT & 0912-41
Case 25-30140   Doc 1   Filed 09/15/25   Entered 09/15/25 17:43:20   Page 11 of
186

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See Instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC -DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2023)

| Schedule J | Tax  Computation and Payment (see instructions) |
|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---:|
| 1 | Income tax. See instructions | 1 | 0. |
| 2 | Base erosion minimum tax amount (attach Form 8991) | 2 | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | 3 | |
| 4 | Add lines 1, 2, and 3 | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) ....... 5a | | |
| b | Credit from Form 8834 (see instructions) 5b | | |
| c | General business credit (see instructions - attach Form 3800) 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) 5d | | |
| e | Bond credits from Form 8912 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) 9b | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) 9c | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) 9e | | |
| f | Interest/tax due under section 453A(c) 9f | | |
| g | Interest/tax due under section 453(l) 9g | | |
| z | Other (see instructions - attach statement) 9z | | |
| 10 | **Total.** Add lines 9a through 9z | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0. |

**Part II - Payments and Refundable Credits**

| | | | |
|---|---|---|---:|
| 12 | Reserved for future use | 12 | |
| 13 | Preceding year's overpayment credited to the current year | 13 | 115,930. |
| 14 | Current year's estimated tax payments | 14 | |
| 15 | Current year's refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | 115,930. |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | 115,930. |
| 20 | Refundable credits from: | | |
| a | Form 2439 20a | | |
| b | Form 4136 20b | | |
| c | Reserved for future use 20c | | |
| z | Other (attach statement - see instructions) 20z | | |
| 21 | **Total credits.** Add lines 20a through 20z | 21 | |
| 22 | Elective payment election amount from Form 3800 | 22 | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | 115,930. |

Form **1120** (2023)

| Schedule K | Other Information (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity code no.   562000

**b** Business activity   TRASH MANAGEMENT

**c** Product or service   TRASH MANAGEMENT

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? .................................... | | X

If "Yes," enter name and EIN of the parent corporation _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) ............ | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ................... | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ................ | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 .................................. | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? .................. | | X

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned _____ and **(b)** Owner's country _____

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount .......................... ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during this tax year ▶  $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶   1

**11** If the corporation has an NOL and is electing to forego the carryback period, check here .................................. ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) .................................. ▶  $ _____

311632
12-26-23

09530404 131157 0912 DCN-1   2023.09020 AMERICAN TRASH MANAGEMENT & 0912-41

Case 25-30140   Doc 1   Filed 09/05/25   American TRASH MANAGEMENT & 1091-41   Page 14 of
186

| **Schedule K** | **Other Information** *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year   $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions  $ | | |
| 22 | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15   $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                                By Value | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |
| 28 | Is the corporation a member of a controlled group? | | X |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax: | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation is an applicable corporation in the prior tax year? | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| c | Does the corporation meet the requirements of the safe harbor method, if provided under section 59(k)(3)(A), for the current tax year? See instructions | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? | | X |
| b | Under the applicable foreign corporation rules? | | X |
| c | Under the covered surrogate foreign corporation rules? | | X |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? | | X |
| | If "Yes," attach a statement. See instructions. | | |

311633
12-26-23

0953040   13116 701912 DCON.1      2023.09050   AMERICAN TRASH MANAGEMENT & 10912-41
Case 25-30419   Doc 1   Filed 09/05/25   Entered 09/05/25 17:43:20   Page 16 of
186

## Schedule L — Balance Sheets per Books

| Assets | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | | Beginning of tax year | | End of tax year | |
| 1 | Cash | | −202,523. | | 16,474. |
| 2a | Trade notes and accounts receivable | 2,815,123. | | 3,118,266. | |
| b | Less allowance for bad debts | ( ) | 2,815,123. | ( ) | 3,118,266. |
| 3 | Inventories | | −1,720. | | 22,816. |
| 4 | U.S. government obligations | SEE | | SEE | |
| 5 | Tax-exempt securities | STATEMENT OF | | STATEMENT OF | |
| 6 | Other current assets (att. stmt.) | CONSOLIDATED | 395,473. | CONSOLIDATED | 572,842. |
| 7 | Loans to shareholders | BEGINNING | | ENDING | |
| 8 | Mortgage and real estate loans | BALANCE SHEET | | BALANCE SHEET | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 1,057,547. | | 1,223,245. | |
| b | Less accumulated depreciation | ( 937,498.) | 120,049. | ( 1,143,910.) | 79,335. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 977,551. | | 993,608. | |
| b | Less accumulated amortization | ( 756,878.) | 220,673. | ( 839,071.) | 154,537. |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 3,347,075. | | 3,964,270. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 2,858,107. | | 2,584,314. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) | | 1,085,557. | | 801,131. |
| 19 | Loans from shareholders | | 577,214. | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 307,308. | | 724,074. |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 925. | 925. | 468,062. | 468,062. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings - Appropriated (attach statement) | | | | |
| 25 | Retained earnings - Unappropriated | | −1,482,036. | | −613,311. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 3,347,075. | | 3,964,270. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | 869,535. | 7 | Income recorded on books this year not included on this return (itemize): | | |
|---|---|---|---|---|---|---|
| 2 | Federal income tax per books | | | Tax-exempt interest $ | | |
| 3 | Excess of capital losses over capital gains | | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation $ | | |
| a | Depreciation $ | | b | Charitable contributions $ | | |
| b | Charitable contributions $ 1,650. | | | | 902,156. | 902,156. |
| c | Travel and entertainment $ 8,681. | | | | | |
| | | 22,290. | 32,621. | 9 | Add lines 7 and 8 | | 902,156. | 902,156. |
| 6 | Add lines 1 through 5 | | 902,156. | 10 | Income (page 1, line 28) - line 9 less line 9 | | 0. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| 1 | Balance at beginning of year | −1,482,036. | 5 | Distributions: a Cash | | |
|---|---|---|---|---|---|---|
| 2 | Net income (loss) per books | 869,535. | | b Stock | | |
| 3 | Other increases (itemize): | | | c Property | | |
| | | | 6 | Other decreases (itemize): | | 810. |
| | | | 7 | Add lines 5 and 6 | | 810. |
| 4 | Add lines 1, 2, and 3 | −612,501. | 8 | Balance at end of year (line 4 less line 7) | | −613,311. |

SEE CONSOLIDATED SCHEDULES M-1 AND M-2

311631
12-26-23

Form **1120** (2023)

6

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name
AMERICAN TRASH MANAGEMENT & SUBSIDIARY

Employer identification number
**-*******

| | | |
|---|---|---|
| 1 Inventory at beginning of year | 1 | 0. |
| 2 Purchases | 2 | 3,615,832. |
| 3 Cost of labor | 3 | 0. |
| 4 Additional section 263A costs (attach schedule) | 4 | 0. |
| 5 Other costs (attach schedule) | 5 | 2,968,862. |
| 6 **Total.** Add lines 1 through 5 | 6 | 6,584,694. |
| 7 Inventory at end of year | 7 | 0. |
| 8 **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 6,584,694. |

**9a** Check all methods used for valuing closing inventory:

(i) [X] Cost

(ii) [ ] Lower of cost or market

(iii) [ ] Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods .............................................................. ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................... ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions .............. [ ] Yes [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .......... [ ] Yes [X] No

If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

09530404 131167 0912 CON.1    2023.05079 AMERICAN TRASH MANAGEMENT & 0912-41
Case 25-30403   Doc 1   Filed 09/05/25   Entered 09/05/25 17:45:20   Page 17 of
186

# General Business Credit

Go to www.irs.gov/Form3800 for instructions and the latest information.
You must include all pages of Form 3800 with your return.

OMB No. 1545-0895

**2023**

Attachment
Sequence No. **22**

Name(s) shown on return

AMERICAN TRASH MANAGEMENT & SUBSIDIARY

Identifying number

** - *******

**A** **Corporate Alternative Minimum Tax (CAMT) and Base Erosion Anti-Abuse Tax (BEAT).** Are you both (a) an "applicable corporation" within the meaning of section 59(k)(1) for the CAMT, and (b) an "applicable taxpayer" within the meaning of section 59A(e) for the BEAT? See instructions ................................................ ☐ Yes ☒ No

| **Part I** | **Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)** Go to Part III before Parts I and II. See instructions. | | |
|---|---|---|---|
| 1 | Non-passive credits from Part III, line 2: combine column (e) with non-passive amounts from column (g). See instructions ................................................ | **1** | | 0. |
| 2 | Passive credits from Part III, line 2: combine column (f) with passive amounts in column (g). See instructions | **2** | | |
| 3 | Enter the applicable passive activity credits allowed for 2023. See instructions ............ | **3** | | |
| 4 | Carryforward of general business credit to 2023. See instructions for statement to attach | **4** | | 92,468. |
| | Check this box if the carryforward was changed or revised from the original reported amount ............ ☐ | | | |
| 5 | Carryback of general business credit from 2024. See instructions ............................ | **5** | | |
| 6 | Add lines 1, 3, and 5 | **6** | | 92,468. |

| **Part II** | **Allowable Credit** | | |
|---|---|---|---|
| 7 | Regular tax before credits: | | |
| | • Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16; and Schedule 2 (Form 1040), line 2. | | |
| | • Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 1; or the applicable line of your return. | **7** | 0. |
| | • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, plus any Form 8978 amount included on line 1d; or the amount from the applicable line of your return. | | |
| 8 | Alternative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 11. | | |
| | • Corporations. Enter the amount from Form 4626, Part II, line 13. | **8** | 0. |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54. | | |
| 9 | Add lines 7 and 8 | **9** | 0. |
| 10a | Foreign tax credit | **10a** | |
| b | Certain allowable credits (see instructions) | **10b** | |
| c | Add lines 10a and 10b | **10c** | |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | **11** | 0. |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- | **12** | 0. |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 (line 11 for corporations) over $25,000. See instructions | **13** | |
| 14 | Tentative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 9. | | |
| | • Corporations. Enter -0-. | **14** | |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52. | | |
| 15 | Enter the greater of line 13 or line 14 | **15** | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- | **16** | |
| 17 | Enter the **smaller** of line 6 or line 16 | **17** | |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **3800** (2023)

LHA    314401 01-11-24

09530404 131157 70912.CON.1    2023.05079 AMERICAN TRASH MANAGEMENT & 70912-41
Case 25-80078-CPC    Doc 1    Filed 09/05/25    Entered 09/05/25 17:45:20    Page 18 of
186

| | **Part II** | **Allowable Credit** *(continued)* | | |
|---|---|---|---|---|

**Note:** If you are not required to report any amounts on line 22 or line 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (0.75). See instructions | **18** | |
| 19 | Enter the greater of line 13 or line 18 | **19** | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | **20** | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | **21** | |
| 22 | Combine the amounts from line 3 of Part III, column (e), with the sum of the non-passive activity credit amounts in Part IV, line 3, column (e) plus column (f) | **22** | |
| 23 | Passive activity credit from line 3 of Part III, column (f) plus the sum of the passive activity credit amounts in Part IV, line 3, column (e) plus column (f)  **23** | | |
| 24 | Enter the applicable passive activity credit allowed for 2023. See instructions | **24** | |
| 25 | Add lines 22 and 24 | **25** | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | **26** | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | **27** | 0. |
| 28 | Add lines 17 and 26 | **28** | |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | **29** | 0. |
| 30 | Enter the general business credit from line 5 of Part III: combine column (e) with non-passive amounts in column (g). See instructions | **30** | |
| 31 | Reserved | **31** | |
| 32 | Passive activity credits from line 5 of Part III: combine column (f) with passive amounts in column (g). See instructions  **32** | | |
| 33 | Enter the applicable passive activity credits allowed for 2023. See instructions | **33** | |
| 34 | Carryforward of business credit to 2023. Enter the amount from line 5 of Part IV, column (f), and line 6 of Part IV, column (g). See instructions for statement to attach  Check this box if the carryforward was changed or revised from the original reported amount ☐ | **34** | |
| 35 | Carryback of business credit from 2024. Enter the amount from line 5 of Part IV, column (e). See instructions | **35** | |
| 36 | Add lines 30, 33, 34, and 35 | **36** | |
| 37 | Enter the **smaller** of line 29 or line 36 | **37** | 0. |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37.  Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36; see instructions) as indicated below or on the applicable line of your return.  • Individuals. Schedule 3 (Form 1040), line 6a.  • Corporations. Form 1120, Schedule J, Part I, line 5c.  • Estates and trusts. Form 1041, Schedule G, line 2b. | **38** | 0. |

314402 01-11-24

09530404  131157 10912  CON-1  2023.09050 AMERICAN TRASH MANAGEMENT & 10912-41
186

| Part IV | **Carryovers of General Business Credits (GBCs) or Eligible Small Business Credits (ESBCs)** (see instructions) |
|---|---|

| **(a)** Credits carried over to tax year 2023 | **(b)** Check if non-passive | **(c)** Year | **(d)** Pass-through entity EIN | **(e)** Credit carrybacks to current year | **(f)** Carryforwards (excluding ESBCs) | **(g)** Eligible small business credit (ESBC) carryforwards |
|---|---|---|---|---|---|---|
| **1a** Form 3468, Part II (coal, gasification) | | | | | | |
| **b** Form 7207 (manufacturing production) | | | | | | |
| **c** Form 6765 (research) | X | 2017 | | | 92,468. | |
| **d** Form 3468, Part III (advanced energy) | | | | | | |
| **e** Form 8826 (disabled access) | | | | | | |
| **f** Form 8835, Part II (renewable electricity) | | | | | | |
| **g** Form 7210 (clean hydrogen) | | | | | | |
| **h** Form 8820 (orphan drug) | | | | | | |
| **i** Form 8874 (new markets) | | | | | | |
| **j** Form 8881, Part I (pension plan startup) | | | | | | |
| **k** Form 8882 (employer-provided childcare) | | | | | | |
| **l** Form 8864 (biodiesel and renewable diesel) | | | | | | |
| **m** Form 8896 (low sulfur diesel fuel) | | | | | | |
| **n** Form 8906 (distilled spirits) | | | | | | |
| **o** Form 3468, Part IV (advanced manufacturing) | | | | | | |
| **p** Form 8908 (energy-efficient home) | | | | | | |
| **q** Reserved | | | | | | |
| **r** Form 8910 (alternative motor vehicle) | | | | | | |
| **s** Form 8911, Part II (alternative fuel refueling) | | | | | | |
| **t** Form 8830 (enhanced oil recovery) | | | | | | |
| **u** Form 7213, Part II (zero-emission nuclear production) | | | | | | |
| **v** Form 3468, Part V (reserved) | | | | | | |
| **w** Form 8932 (differential wage) | | | | | | |
| **x** Form 8933 (carbon oxide sequestration) | | | | | | |
| **y** Form 8936, Part II (clean vehicle) | | | | | | |
| **z** Reserved | | | | | | |
| **aa** Form 8936, Part V (commercial clean vehicle) | | | | | | |
| **bb** Form 8904 (oil and gas production) | | | | | | |
| **cc** Form 7213, Part I (advanced nuclear production) | | | | | | |
| **dd** Form 8881, Part II (pension auto enrollment) | | | | | | |
| **ee** Form 8881, Part III (military spouse) | | | | | | |
| **ff** Form 8864 (sustainable aviation fuel mixture) | | | | | | |
| **gg** Reserved | | | | | | |
| **hh** Reserved | | | | | | |
| **ii** Reserved | | | | | | |
| **jj** Reserved | | | | | | |
| **zz** Other | | | | | | |
| **2** Credits for which only carryforwards are allowed: | | | | | | |
| **a** Form 5884-A (employee retention) | | | | | | |
| **b** Form 8586 (low-income housing) (pre-2008) | | | | | | |
| **c** Form 8845 (Indian employment) | | | | | | |
| **d** Form 8907 (nonconventional source fuel) | | | | | | |
| **e** Form 8909 (energy efficient appliance) | | | | | | |
| **f** Form 8923 (mine rescue team training) | | | | | | |
| **g** Form 8834 (qualified plug-in electric vehicle) | | | | | | |
| **h** Form 8931 (agricultural chemicals security) | | | | | | |
| **i** Form 1065-B (GBCs from electing partnership) | | | | | | |
| **j** Form 5884 (work opportunity) (pre-2007) | | | | | | |
| **k** Form 6478 (alcohol fuel) (pre-2005) | | | | | | |
| **l** Form 8846 (employer taxes) (pre-2007) | | | | | | |

Form **3800** (2023)

314405 01-11-24

09530404 131157 10912 DCN.1 2023.09029 AMERICAN TRASH MANAGEMENT & 10912-41

Case 25-30191 Doc 1 Filed 09/05/25 Entered 09/05/25 17:43:20 Page 20 of 186

| Part IV | **Carryovers of General Business Credits (GBCs) or Eligible Small Business Credits (ESBCs)** (see instructions) *(continued)* | | | | | | |

| **(a)** Credits carried over to tax year 2023 | **(b)** Check if non-passive | **(c)** Year | **(d)** Pass-through entity EIN | **(e)** Credit carrybacks to current year | **(f)** Carryforwards (excluding ESBCs) | **(g)** Eligible small business credit (ESBC) carryforwards |
|---|---|---|---|---|---|---|
| m Form 8900 (railroad track maintenance) (pre-2008) | | | | | | |
| n Trans-Alaska pipeline liability fund credit | | | | | | |
| o Form 5884-A, Section A (employers affected by Hurricane Katrina, Rita, or Wilma) | | | | | | |
| p Form 5884-A, Section B (Hurricane Katrina housing) | | | | | | |
| q Form 5884-A, Section A (affected Midwestern disaster area employers) | | | | | | |
| r Form 5884-A, Section B (employer housing) | | | | | | |
| s Form 5884-B (new hire retention) | | | | | | |
| t Form 8847 (contributions to community development corporations) | | | | | | |
| u Form 8861 (welfare to work) | | | | | | |
| v Form 8884 (New York Liberty Zone business employee) | | | | | | |
| w Form 8942 (therapeutic drug) | | | | | | |
| yy Other credits (see instructions) | | | | | | |
| zz Add lines 1a through 1zz and 2a through 2yy | | | | | 92,468. | |
| 3 Form 8844 (empowerment zone) | | | | | | |
| **4 Specified credits:** | | | | | | |
| a Form 3468, Part VI (energy) | | | | | | |
| b Form 5884 (work opportunity) | | | | | | |
| c Form 6478 (biofuel producer) | | | | | | |
| d Form 8586 (low-income housing) (post-2007) | | | | | | |
| e Form 8835 (renewable electricity) | | | | | | |
| f Form 8846 (employer taxes) | | | | | | |
| g Form 8900 (railroad track maintenance) | | | | | | |
| h Form 8941 (employer health insurance) | | | | | | |
| i Form 6765 ESB credit (research) | | | | | | |
| j Form 8994 (paid family and medical leave) | | | | | | |
| k Form 3468, Part VII (rehabilitation) (post-2007) | | | | | | |
| l Reserved (4l) | | | | | | |
| m Reserved (4m) | | | | | | |
| z Other specified credits | | | | | | |
| 5 Add lines 4a through 4z | | | | | | |
| 6 Add lines 2zz, 3, and 5 | | | | | 92,468. | |

Form **3800** (2023)

09530404 131157 0912 CON-1   2023.05079 AMERICAN TRASH MANAGEMENT & 0912-41
186
Case 1:25-cv-04312-DLC   Document 1   Filed 09/15/25   Page 21 of 186

| Part VI | Breakdown of Aggregate Amounts in Part IV (see instructions) |

| | **(a)** Line number from Part IV | **(b)** Check if non-passive | **(c)** Year | **(d)** Pass-through entity EIN | **(e)** Credit carrybacks to current year | **(f)** Carryforwards (excluding ESBCs) | **(g)** Eligible small business credit (ESBC) carryforwards |
|---|---|---|---|---|---|---|---|
| 1 | 1C | X | 2017 | | | 0. | |
| 2 | 1C | X | 2018 | | | 0. | |
| 3 | 1C | X | 2019 | | | 0. | |
| 4 | 1C | X | 2020 | | | 0. | |
| 5 | 1C | X | 2021 | | | 22,102. | |
| 6 | 1C | X | 2022 | | | 27,740. | |
| 7 | 1C | X | 2023 | | | 42,626. | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |

Form **3800** (2023)

09530404 131157 0912 CON-1   Case 25-30149-Dev-1   Filed 09/15/25   American Trash Management & 09/15/25 17:45:20   Page 22 of 186

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|------|--------------------------------------|
| AMERICAN TRASH MANAGEMENT & SUBSIDIARY | **-******* |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|--------------------|-----------------------------------------------|----------------------|------------------------------|--------------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|----------------------------------|----------------------------------|--------------------------------------------------|---------------------------------------|
| SCOTT BROWN | ***-**-**** | UNITED STATES | 100.00% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.  Schedule G (Form 1120) (Rev. 12-2011)
317701
04-01-23    LHA

13

Form **851**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

**Affiliations Schedule**

▶ For tax year ending _____ JUNE 30, 2024 _____ .

▶ File with each consolidated income tax return.

▶ Information about Form 851 and its instructions is at www.irs.gov/form851.

OMB No. 1545-0123

Name of common parent corporation
AMERICAN TRASH MANAGEMENT

Employer identification number
**–*******

Number, street, and room or suite no. If a P.O. box, see instructions.
1900 POWELL STREET, SUITE 220

City or town, state, and ZIP code
EMERYVILLE, CA 94608

| **Part I** | Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions) | | | |
|---|---|---|---|---|
| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
| 1 | Common parent corporation .................................... | | 115,930. | |
| 2 | Subsidiary corporations:<br>RAM FORCE COMPACTION EQUIPMENT CO.<br>1900 POWELL STREET, SUITE 220<br>EMERYVILLE, CA 94608 | **–******* | 0. | 0. |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return) .................................... ▶ | | 115,930. | |

| **Part II** | Principal Business Activity, Voting Stock Information, Etc. (see instructions) | | | | | | |
|---|---|---|---|---|---|---|---|
| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | |
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation TRASH MANAGEMENT | 562000 | | | | | | |
| 2 | Subsidiary corporations:<br>TRASH MANAGEMENT | 562000 | | X | 750 | 100.00% | 100.00% | 0 |
| 3 | | | | | | % | % | |
| 4 | | | | | | % | % | |
| 5 | | | | | | % | % | |
| 6 | | | | | | % | % | |
| 7 | | | | | | % | % | |
| 8 | | | | | | % | % | |
| 9 | | | | | | % | % | |
| 10 | | | | | | % | % | |

310521
04-01-23   LHA   **For Paperwork Reduction Act Notice, see instructions.**       Form **851** (Rev. 10-2016)

09530404 131567 0912 DCON 1 2023.09013.29 AMERICAN TRASH MANAGEMENT & 0912-41
Case 25-30142 Doc 1 Filed 09/05/25 Entered 09/05/25 17:42:29 Page 24 of
186

| Part III | Changes in Stock Holdings During the Tax Year |
|---|---|

| Corp. No. | Name of corporation | Share-holder of Corp-oration No. | Date of transaction | **(a)** Changes | | **(b)** Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares acquired | Number of shares disposed of | Percent of voting power | Percent of value |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

**(c)**  If any transaction listed above caused a transfer of a share of subsidiary stock (defined to include dispositions and deconsolidations), did the share's basis exceed its value at the time of the transfer? See instructions ........................................................................  ☐ Yes  ☒ No

**(d)**  Did any share of subsidiary stock become worthless within the meaning of section 165 (taking into account the provisions of Regulations section 1.1502-80(c)) during the taxable year? See instructions ...............  ☐ Yes  ☒ No

**(e)**  If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

_____
_____
_____
_____
_____

**(f)**  If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

_____
_____
_____
_____
_____

Form **851** (Rev. 10-2016)

AMERICAN TRASH MANAGEMENT & SUBSIDIARY                                      **-*******

| **Part IV** | Additional Stock Information (see instructions) |

**1** During the tax year, did the corporation have more than one class of stock outstanding? .................................................. **X** Yes ☐ No

If "Yes," enter the name of the corporation and list and describe each class of stock.

| Corp. No. | Name of corporation | Class of stock |
|---|---|---|
| 1 | AMERICAN TRASH MANAGEMENT | COMMON AND PREFERRED |
| | | |
| | | |
| | | |

**2** During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? ..................................................... ☐ Yes **X** No

If "Yes," enter the name of the corporation(s) and explain circumstances.

| Corp. No. | Name of corporation | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? ..................................................... ☐ Yes **X** No

If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c).

| Corp. No. | Name of corporation | **(a)** Percent of value | **(b)** Percent of outstanding voting stock | **(c)** Percent of voting power |
|---|---|---|---|---|
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |

| Corp. No. | **(d)** Provide a description of any arrangement. |
|---|---|
| | |
| | |
| | |
| | |

310541
04-01-23

16

09530404 131157 0912 CON 1  Filed 09/15/23  AMERICAN TRASH MANAGEMENT & 0912-41
186

# Compensation of Officers

OMB No. 1545-0123

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

Name
AMERICAN TRASH MANAGEMENT & SUBSIDIARY

Employer Identification number
**\*\*-\*\*\*\*\*\*\***

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 SCOTT BROWN | \*\*\*-\*\*-\*\*\*\* | 100% | 75.00% | | 20,200. |
| STEVE SELTZER | \*\*\*-\*\*-\*\*\*\* | 30.00% | 25.00% | | 22,669. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **2** Total compensation of officers ........................................................ | **2** | | | 42,869. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return ..................... | **3** | | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ................................. | **4** | | | 42,869. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

324451 04-01-23    LHA

09530404 131567 0912 CON 1    2023.05029 AMERICAN TRASH MANAGEMENT & 0912-41

Case 1:25-30043-CGN-1    Filed 09/15/25    American 09/15/25 17:45:20    Page 27 of 41
186

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
### (Including Information on Listed Property) OTHER
**Attach to your tax return.**
**Go to www.irs.gov/Form4562 for instructions and the latest information.**

OMB No. 1545-0172

**2023**

Attachment
Sequence No. **179**

Name(s) shown on return: AMERICAN TRASH MANAGEMENT & SUBSIDIARY

Business or activity to which this form relates: OTHER DEPRECIATION

Identifying number: **\*\*-\*\*\*\*\*\*\***

## Part I — Election To Expense Certain Property Under Section 179   Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,160,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 166,627. |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,890,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,160,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | SEE STATEMENT 3 | 166,627. | 166,627. |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ............ **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 166,627. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 166,627. |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | 162,740. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 162,740. |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 ...... **13** | 3,887. | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 3,775. |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 ............ | **17** | 183. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ...... ☐ | | |

### Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 39,714. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 206,412. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

316251 12-20-23  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2023)

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No   **24b** If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | | **25** | |
| **26** Property used more than 50% in a qualified business use: | | | SEE ATTACHED OVERFLOW | | | | 39,714. | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | 39,714. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2023 tax year: | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2023 tax year | | | STMT 4 | **43** | 229,453. |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 229,453. |

316252  12-20-23

Form **4562** (2023)

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 29 of 186

**FORM 4562, PART V, LINE 26 - LISTED PROPERTY USED MORE THAN 50% IN A QUALIFIED BUSINESS**

OTHER DEPRECIATION                OTHER

| Description | Date In Service | Bus % | Cost Or Basis | Basis For Depreciation | Life | Method/ Conv | Depreciation Deduction | Elected Section 179 Cost | Business Miles | Commuting Miles | Personal Miles | Total Miles | Personal Use Off-Duty Yes | No | > 5% Owner? Yes | No | Another Veh. Avail.? Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 FORD F150 | 05/02/08 | 100.00 | 3,800. | 3,800. | 5.00 | 200DB-HY | | | | | | | | | | | | |
| 1995 CHEVY SILVERADO | 01/02/08 | 100.00 | 5,000. | 5,000. | 5.00 | 200DB-HY | | | | | | | | | | | | |
| 2005 FORD RANGER | 01/23/17 | 100.00 | 5,000. | | 5.00 | 200DB-HY | | | | | | | | | | | | |
| 2018 F-150 | 06/22/18 | 100.00 | 31,850. | | 5.00 | 200DB-HY | | | | | | | | | | | | |
| 2015 F-150 | 10/24/18 | 100.00 | 20,886. | | 5.00 | 200DB-HY | | | | | | | | | | | | |
| FORD F-150 | 01/10/19 | 100.00 | 38,510. | | 5.00 | 200DB-HY | | | | | | | | | | | | |
| FORD EDGE | 03/08/19 | 100.00 | 38,315. | 20,215. | 5.00 | 200DB-HY | 2,910. | | | | | | | | | | | |
| FORD F-150 | 03/21/19 | 100.00 | 38,568. | | 5.00 | 200DB-HY | | | | | | | | | | | | |
| TRUCK | 12/31/20 | 100.00 | 34,730. | 16,630. | 5.00 | 200DB-HY | 2,275. | | | | | | | | | | | |
| TRUCK | 12/31/20 | 100.00 | 38,219. | 20,119. | 5.00 | 200DB-HY | 2,752. | | | | | | | | | | | |
| 2022 FORD F-150 TRUCK VIN: | 03/23/22 | 100.00 | 53,957. | 34,757. | 5.00 | 200DB-HY | 5,422. | | | | | | | | | | | |
| 2022 FORD F-150 TRUCK VIN: | 10/21/22 | 100.00 | 61,245. | 42,045. | 5.00 | 200DB-HY | 15,977. | | | | | | | | | | | |
| 2022 FORD F-250 TRUCK VIN: | 11/03/22 | 100.00 | 59,318. | | 5.00 | 200DB-HY | | | | | | | | | | | | |
| 2022 FORD F-150 TRUCK VIN: | 11/04/22 | 100.00 | 46,510. | 27,310. | 5.00 | 200DB-HY | 10,378. | | | | | | | | | | | |
| TOTAL FORM 4562, LINE 26 | | | | | | | 39,714. | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

328521 08-07-23

20

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 30 of 186

# 2023 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | COMPUTER HARDWARE | | | | | | | | | | | | | | |
| 3 | MAC MINI | 11/03/10 | 200DB | 5.00 | HY | 17 | 930. | | | 930. | | | | 0. | |
| 4 | APPLE COMPUTER | 09/01/11 | 200DB | 5.00 | HY | 17 | 1,804. | | | 1,804. | | | | 0. | |
| 5 | APPLE SERVER | 11/01/12 | 200DB | 5.00 | HY | 17 | 2,129. | | | 1,065. | 1,064. | 1,064. | | 0. | 1,064. |
| 27 | APPLE COMPUTER | 02/03/20 | 200DB | 5.00 | MQ | 17 | 2,134. | | | 2,134. | | | | 0. | |
| 28 | MAC COMPUTER | 08/07/20 | 200DB | 5.00 | MQ | 17 | 3,946. | | | 3,946. | | | | 0. | |
| 29 | APPLE COMPUTER | 09/25/20 | 200DB | 5.00 | MQ | 17 | 4,187. | | | 4,187. | | | | 0. | |
| 30 | APPLE COMPUTER | 10/25/20 | 200DB | 5.00 | MQ | 17 | 4,195. | | | 4,195. | | | | 0. | |
| 62 | COMPUTER | 01/28/22 | 200DB | 5.00 | MQ | 17 | 1,247. | | | 1,247. | | | | 0. | |
| 63 | COMPUTER | 02/08/22 | 200DB | 5.00 | MQ | 17 | 4,422. | | | 4,422. | | | | 0. | |
| 64 | COMPUTER | 03/28/22 | 200DB | 5.00 | MQ | 17 | 4,313. | | | 4,313. | | | | 0. | |
| 65 | COMPUTER | 04/27/22 | 200DB | 5.00 | MQ | 17 | 3,032. | | | 3,032. | | | | 0. | |
| 66 | COMPUTER | 04/28/22 | 200DB | 5.00 | MQ | 17 | 1,149. | | | 1,149. | | | | 0. | |
| 67 | COMPUTER | 06/02/22 | 200DB | 5.00 | MQ | 17 | 2,987. | | | 2,987. | | | | 0. | |
| 68 | COMPUTER | 06/28/22 | 200DB | 5.00 | MQ | 17 | 2,213. | | | 2,213. | | | | 0. | |
| 69 | COMPUTER | 06/28/22 | 200DB | 5.00 | MQ | 17 | 1,042. | | | 1,042. | | | | 0. | |
| 70 | COMPUTER | 09/28/22 | 200DB | 5.00 | MQ | 17 | 1,042. | | | 1,042. | | | | 0. | |
| 71 | COMPUTER | 09/28/22 | 200DB | 5.00 | MQ | 17 | 2,774. | | | 2,774. | | | | 0. | |

328111 04-01-23

20.1

(D) - Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2023 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                   OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | COMPUTER | 12/12/22 | 200DB | 5.00 | MQ | 17 | 2,765. | | | 2,765. | | | | 0. | |
| 78 | COMPUTER HARDWARE | 06/01/23 | 200DB | 5.00 | HY | 17 | 344. | | | 275. | 69. | 2. | | 27. | 29. |
| 84 | COMPUTER HARDWARE | 08/28/23 | 200DB | 5.00 | HY | 19B | 2,213. | | 2,213. | | | | 2,213. | 2,213. | |
| 85 | COMPUTER HARDWARE | 03/27/24 | 200DB | 5.00 | HY | 19B | 2,706. | | 2,706. | | | | 2,706. | 2,706. | |
| | * OTHER TOTAL - COMPUTER HARDWARE | | | | | | 51,574. | | 4,919. | 45,522. | 1,133. | 1,066. | 4,919. | 4,946. | 1,093. |
| | COMPUTER SOFTWARE | | | | | | | | | | | | | | |
| 7 | ORACLE SOFTWARE | 08/23/19 | SL | 3.00 | | 16 | 49,743. | | | 49,743. | | | | 0. | |
| 8 | APPFICIENCY SOFTWARE | 09/01/19 | SL | 3.00 | | 16 | 93,127. | | | 93,127. | | | | 0. | |
| 31 | COMPUTER SOFTWARE | 02/21/20 | SL | 3.00 | | 16 | 12,436. | | | 12,436. | | | | 0. | |
| 32 | COMPUTER SOFTWARE | 05/20/20 | SL | 3.00 | | 16 | 12,436. | | | 12,436. | | | | 0. | |
| 33 | COMPUTER SOFTWARE | 08/23/20 | SL | 3.00 | | 16 | 12,435. | | | 12,435. | | | | 0. | |
| 34 | COMPUTER SOFTWARE | 11/20/20 | SL | 3.00 | | 16 | 12,435. | | | 12,435. | | | | 0. | |
| 55 | COMPUTER SOFTWARE | 02/19/21 | SL | 3.00 | | 16 | 12,436. | | | 12,436. | | | | 0. | |
| 56 | COMPUTER SOFTWARE | 05/20/21 | SL | 3.00 | | 16 | 12,436. | | | 12,436. | | | | 0. | |
| 57 | COMPUTER SOFTWARE | 06/27/21 | SL | 3.00 | | 16 | 13,229. | | | 13,229. | | | | 0. | |
| 58 | COMPUTER SOFTWARE | 08/18/21 | SL | 3.00 | | 16 | 12,436. | | | 12,436. | | | | 0. | |
| 59 | COMPUTER SOFTWARE | 10/31/21 | SL | 3.00 | | 16 | 15,166. | | | 15,166. | | | | 0. | |
| 79 | COMPUTER SOFTWARE | 03/17/23 | SL | 3.00 | | 16 | 26,839. | | | 21,471. | 5,368. | 447. | | 1,789. | 2,236. |

328111 04-01-23

20.2

(D) - Asset disposed                              * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

OTHER DEPRECIATION        OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | COMPUTER SOFTWARE | 03/28/23 | SL | 3.00 | | 16 | 2,100. | | | 1,680. | 420. | 35. | | 140. | 175. |
| 81 | COMPUTER SOFTWARE | 04/04/23 | SL | 3.00 | | 16 | 855. | | | 684. | 171. | 14. | | 57. | 71. |
| 82 | COMPUTER SOFTWARE | 06/15/23 | SL | 3.00 | | 16 | 26,839. | | | 21,471. | 5,368. | 149. | | 1,789. | 1,938. |
| 86 | COMPUTER SOFTWARE | 08/25/23 | SL | 3.00 | | 16 | 18,240. | | 18,240. | | | | 18,240. | 18,240. | |
| 87 | COMPUTER SOFTWARE | 09/28/23 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| 88 | COMPUTER SOFTWARE | 10/10/23 | SL | 3.00 | | 16 | 18,294. | | 18,294. | | | | 18,294. | 18,294. | |
| 89 | COMPUTER SOFTWARE | 11/02/23 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| 90 | COMPUTER SOFTWARE | 12/01/23 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| 91 | COMPUTER SOFTWARE | 01/01/24 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| 92 | COMPUTER SOFTWARE | 01/05/24 | SL | 3.00 | | 16 | 18,294. | | 18,294. | | | | 18,294. | 18,294. | |
| 93 | COMPUTER SOFTWARE | 01/31/24 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| 94 | COMPUTER SOFTWARE | 03/05/24 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| 95 | COMPUTER SOFTWARE | 04/01/24 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| 96 | COMPUTER SOFTWARE | 04/01/24 | SL | 3.00 | | 16 | 7,047. | | 7,047. | | | | 7,047. | 7,047. | |
| 97 | COMPUTER SOFTWARE | 04/05/24 | SL | 3.00 | | 16 | 18,294. | | 18,294. | | | | 18,294. | 18,294. | |
| 98 | COMPUTER SOFTWARE | 05/01/24 | SL | 3.00 | | 16 | 5,519. | | 5,519. | | | | 5,519. | 5,519. | |
| 99 | COMPUTER SOFTWARE | 05/28/24 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| 100 | COMPUTER SOFTWARE | 06/11/24 | SL | 3.00 | | 16 | 21,120. | | 21,120. | | | | 21,120. | 21,120. | |

328111 04-01-23      (D) - Asset disposed      * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

20.3

OTHER DEPRECIATION                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | COMPUTER SOFTWARE | 06/27/24 | SL | 3.00 | | 16 | 6,100. | | 6,100. | | | | 6,100. | 6,100. | |
| | LESS 179 C/O | | | | | | | | | | | | -3,887. | -3,887. | |
| | * OTHER TOTAL - COMPUTER SOFTWARE | | | | | | 476,656. | | 161,708. | 303,621. | 11,327. | 645. | 157,821. | 161,596. | 4,420. |
| | FURNITURE | | | | | | | | | | | | | | |
| 10 | DESK | 03/10/97 | 200DB | 7.00 | HY | 17 | 477. | | 477. | | | | | 0. | |
| 11 | JV COMPACTOR | 01/01/09 | 200DB | 7.00 | HY | 17 | 10,995. | | | 5,498. | 5,497. | 5,497. | | 0. | 5,497. |
| 12 | APPLE COMPUTER | 11/25/16 | 200DB | 5.00 | HY | 17 | 2,510. | | 2,510. | | | | | 0. | |
| 13 | APPLE COMPUTERS | 08/10/18 | 200DB | 5.00 | HY | 17 | 5,218. | | | 5,218. | | | | 0. | |
| 14 | OFFICE FURNITURE | 03/06/18 | 200DB | 7.00 | HY | 17 | 6,150. | | | 6,150. | | | | 0. | |
| 15 | CUBICLES | 04/08/19 | 200DB | 7.00 | HY | 17 | 7,650. | | | 7,650. | | | | 0. | |
| 16 | DESK | 04/08/19 | 200DB | 7.00 | HY | 17 | 327. | | | 327. | | | | 0. | |
| 35 | KANTORS OFFICE FURNITURE | 08/17/20 | 200DB | 7.00 | MQ | 17 | 23,710. | | | 23,710. | | | | 0. | |
| 36 | KANTORS OFFICE FURNITURE | 09/03/20 | 200DB | 7.00 | MQ | 17 | 24,535. | | | 24,535. | | | | 0. | |
| 37 | 7 CHAIRS AND 1 TABLE FOR NEW SUITE | 09/17/20 | 200DB | 7.00 | MQ | 17 | 495. | | | 495. | | | | 0. | |
| 38 | KANTORS OFFICE FURNITURE | 09/18/20 | 200DB | 7.00 | MQ | 17 | 3,410. | | | 3,410. | | | | 0. | |
| 39 | KANTORS OFFICE FURNITURE | 09/18/20 | 200DB | 7.00 | MQ | 17 | 344. | | | 344. | | | | 0. | |
| 40 | KANTORS OFFICE FURNITURE | 09/25/20 | 200DB | 7.00 | MQ | 17 | 3,182. | | | 3,182. | | | | 0. | |
| 41 | KANTORS OFFICE FURNITURE | 10/08/20 | 200DB | 7.00 | MQ | 17 | 516. | | | 516. | | | | 0. | |

328111 04-01-23

20.4

(D) - Asset disposed                         * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2023 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                                          OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | KANTORS OFFICE FURNITURE | 10/08/20 | 200DB | 7.00 | MQ | 17 | 1,380. | | | 1,380. | | | | 0. | |
| 45 | KANTORS OFFICE FURNITURE | 04/27/21 | 200DB | 7.00 | HY | 17 | 558. | | | 558. | | | | 0. | |
| 77 | KANTORS OFFICE FURNITURE | 06/14/23 | 200DB | 7.00 | HY | 17 | 2,788. | | | 2,230. | 558. | 13. | | 156. | 169. |
| | * OTHER TOTAL - FURNITURE | | | | | | 94,245. | | 2,987. | 85,203. | 6,055. | 5,510. | | 156. | 5,666. |
| | VEHICLES | | | | | | | | | | | | | | |
| 18 | 2002 FORD F150 | 05/02/08 | 200DB | 5.00 | HY | 21 | 3,800. | | | | 3,800. | 3,800. | | 0. | 3,800. |
| 19 | 1995 CHEVY SILVERADO | 01/02/08 | 200DB | 5.00 | HY | 21 | 5,000. | | | | 5,000. | 5,000. | | 0. | 5,000. |
| 20 | TRAILER | 06/01/17 | 200DB | 5.00 | HY | 17 | 1,321. | | 1,321. | | | | | 0. | |
| 21 | 2005 FORD RANGER | 01/23/17 | 200DB | 5.00 | HY | 21 | 5,000. | | 5,000. | | | | | 0. | |
| 22 | 2018 F-150 | 06/22/18 | 200DB | 5.00 | HY | 21 | 31,850. | | | 31,850. | | | | 0. | |
| 23 | 2015 F-150 | 10/24/18 | 200DB | 5.00 | HY | 21 | 20,886. | | | 20,886. | | | | 0. | |
| 24 | FORD F-150 | 01/10/19 | 200DB | 5.00 | HY | 21 | 38,510. | | | 38,510. | | | | 0. | |
| 25 | FORD EDGE | 03/08/19 | 200DB | 5.00 | HY | 21 | 38,315. | | | 18,100. | 20,215. | 17,305. | | 2,910. | 20,215. |
| 26 | FORD F-150 | 03/21/19 | 200DB | 5.00 | HY | 21 | 38,568. | | | 38,568. | | | | 0. | |
| 43 | TRUCK | 12/31/20 | 200DB | 5.00 | MQ | 21 | 34,730. | | | 18,100. | 16,630. | 11,415. | | 2,275. | 13,690. |
| 44 | TRUCK | 12/31/20 | 200DB | 5.00 | MQ | 21 | 38,219. | | | 18,100. | 20,119. | 13,810. | | 2,752. | 16,562. |
| 73 | 2022 FORD F-150 TRUCK VIN: KD02584 | 03/23/22 | 200DB | 5.00 | MQ | 21 | 53,957. | | | 19,200. | 34,757. | 6,952. | | 5,422. | 12,374. |
| 74 | 2022 FORD F-150 TRUCK VIN: EF58185 | 10/21/22 | 200DB | 5.00 | MQ | 21 | 61,245. | | | 19,200. | 42,045. | 8,409. | | 15,977. | 24,386. |

328111 04-01-23

20.5

(D) - Asset disposed                                   * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2023 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 2022 FORD F-250 TRUCK VIN: EG04580 | 11/03/22 | 200DB | 5.00 | MQ | 21 | 59,318. | | | 59,318. | | | | 0. | |
| 76 | 2022 FORD F-150 TRUCK VIN: KE92648 | 11/04/22 | 200DB | 5.00 | MQ | 21 | 46,510. | | | 19,200. | 27,310. | 5,462. | | 10,378. | 15,840. |
| | * OTHER TOTAL - VEHICLES | | | | | | 477,229. | 6,321. | | 301,032. | 169,876. | 72,153. | | 39,714. | 111,867. |
| 46 | COMPUTER HARDWARE | 03/28/21 | 200DB | 5.00 | HY | 17 | 6,805. | | | 6,805. | | | | 0. | |
| 47 | COMPUTER HARDWARE | 04/27/21 | 200DB | 5.00 | HY | 17 | 9,983. | | | 9,983. | | | | 0. | |
| 48 | COMPUTER HARDWARE | 05/28/21 | 200DB | 5.00 | HY | 17 | 10,209. | | | 10,209. | | | | 0. | |
| 49 | COMPUTER HARDWARE | 06/28/21 | 200DB | 5.00 | HY | 17 | 273. | | | 273. | | | | 0. | |
| 50 | COMPUTER HARDWARE | 07/28/21 | 200DB | 5.00 | HY | 17 | 3,429. | | | 3,429. | | | | 0. | |
| 51 | COMPUTER HARDWARE | 09/28/21 | 200DB | 5.00 | HY | 17 | 2,116. | | | 2,116. | | | | 0. | |
| 52 | COMPUTER HARDWARE | 10/12/21 | 200DB | 5.00 | HY | 17 | 276. | | | 276. | | | | 0. | |
| 53 | COMPUTER HARDWARE | 10/28/21 | 200DB | 5.00 | HY | 17 | 2,468. | | | 2,468. | | | | 0. | |
| 54 | COMPUTER HARDWARE | 11/27/21 | 200DB | 5.00 | HY | 17 | 2,987. | | | 2,987. | | | | 0. | |
| | * OTHER TOTAL - VEHICLES | | | | | | 38,546. | | | 38,546. | 0. | 0. | | 0. | 0. |
| | CAPITALIZED SECTION 174 COSTS | | | | | | | | | | | | | | |
| 60 | 2022 CAPITALIZED SECTION 174 R&E COSTS | 07/01/22 | 174 | 60M | | 43 | 527,767. | | | | 527,767. | 105,554. | | 105,553. | 211,107. |
| 83 | 2023 CAPITALIZED SECTION 174 R&E COSTS | 04/01/23 | 174 | 60M | | 43 | 619,501. | | | | 619,501. | 30,975. | | 123,900. | 154,875. |
| | * OTHER TOTAL - CAPITALIZED SECTION 174 COSTS | | | | | | 1,147,268. | | | | 1,147,268. | 136,529. | | 229,453. | 365,982. |
| | RAMCO ASSETS | | | | | | | | | | | | | | |

328111 04-01-23

20.6

(D) - Asset disposed                               * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 36 of 186

**2023 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 01 LOK TRAILER | 01/31/02 | 200DB | 7.00 | HY | 17 | 3,950. | | | | 3,950. | 3,950. | | 0. | 3,950. |
| 103 | 07 25' FORKLIFT TRAILER | 04/30/07 | 200DB | 5.00 | HY | 17 | 10,759. | | | | 10,759. | 10,759. | | 0. | 10,759. |
| 104 | HYSTER FORKLIFT | 06/30/08 | 200DB | 5.00 | HY | 17 | 15,072. | | | | 15,072. | 15,072. | | 0. | 15,072. |
| 105 | SERVICE BOX | 09/30/02 | 200DB | 7.00 | HY | 17 | 2,200. | | | | 2,200. | 2,200. | | 0. | 2,200. |
| 106 | 03 FORD F 450 | 12/31/04 | 200DB | 5.00 | HY | 17 | 31,147. | | | | 31,147. | 31,147. | | 0. | 31,147. |
| 107 | EQUIPMENT | 12/31/01 | 200DB | 7.00 | HY | 17 | 10,853. | | | | 10,853. | 10,853. | | 0. | 10,853. |
| 108 | EQUIPMENT | 12/31/03 | 200DB | 7.00 | HY | 17 | 1,605. | | | | 1,605. | 1,605. | | 0. | 1,605. |
| 109 | EQUIPMENT | 12/31/04 | 200DB | 7.00 | HY | 17 | 400. | | | | 400. | 400. | | 0. | 400. |
| 110 | EQUIPMENT | 02/28/07 | 200DB | 5.00 | HY | 17 | 2,800. | | | | 2,800. | 2,800. | | 0. | 2,800. |
| 111 | EQUIPMENT | 07/31/07 | 200DB | 5.00 | HY | 17 | 1,175. | | | | 1,175. | 1,175. | | 0. | 1,175. |
| 112 | EQUIPMENT | 12/31/10 | 200DB | 5.00 | HY | 17 | 840. | | | | 840. | 840. | | 0. | 840. |
| 113 | EQUIPMENT | 06/30/11 | 200DB | 5.00 | HY | 17 | 2,358. | | | | 2,358. | 2,358. | | 0. | 2,358. |
| 114 | OFFICE EQUIPMENT | 01/01/01 | 200DB | 5.00 | HY | 17 | 8,185. | | | | 8,185. | 8,185. | | 0. | 8,185. |
| 115 | OFFICE EQUIPMENT | 12/31/11 | 200DB | 5.00 | HY | 17 | 1,225. | | | | 1,225. | 1,225. | | 0. | 1,225. |
| 116 | EQUIPMENT | 01/01/01 | 200DB | 5.00 | HY | 17 | 2,813. | | | | 2,813. | 2,813. | | 0. | 2,813. |
| 117 | 08 FORD F350 | 10/31/12 | 200DB | 5.00 | HY | 17 | 26,000. | | | | 26,000. | 26,000. | | 0. | 26,000. |
| 118 | BUMPER & RACK '08 FORD F350 | 07/17/13 | 200DB | 5.00 | HY | 17 | 2,000. | | | | 2,000. | 2,000. | | 0. | 2,000. |
| 119 | PHONE | 09/09/13 | 200DB | 5.00 | HY | 17 | 99. | | | | 99. | 99. | | 0. | 99. |

328111 04-01-23

20.7

(D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2023 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | OFFICE EQUIPMENT | 12/22/15 | 200DB | 5.00 | HY | 17 | 413. | | | | 413. | 413. | | 0. | 413. |
| 121 | CHEVY SERVICE VAN | 09/21/16 | 200DB | 5.00 | HY | 17 | 22,796. | | | | 22,796. | 22,796. | | 0. | 22,796. |
| 122 | CAMERA | 09/14/16 | 200DB | 5.00 | HY | 17 | 205. | | | | 205. | 205. | | 0. | 205. |
| 123 | LAPTOPS | 01/01/16 | 200DB | 5.00 | HY | 17 | 1,594. | | | | 1,594. | 1,594. | | 0. | 1,594. |
| 124 | SHOP COMPUTER | 11/30/17 | 200DB | 5.00 | HY | 17 | 500. | | | | 500. | 500. | | 0. | 500. |
| 125 | FORKLIFT MANBASKET | 03/07/20 | 200DB | 5.00 | HY | 17 | 200. | | 200. | | | | | 0. | |
| | * OTHER TOTAL – RAMCO ASSETS | | | | | | 149,189. | | 200. | | 148,989. | 148,989. | | 0. | 148,989. |
| | * GRAND TOTAL OTHER DEPR & AMORT | | | | | | 2,434,707. | | 176,135. | 773,924. | 1,484,648. | 364,892. | 162,740. | 435,865. | 638,017. |
| | | | | | | | | | | | | | | | |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 2,268,080. | | 9,508. | 773,924. | 1,484,648. | 364,892. | | | 638,017. |
| | ACQUISITIONS | | | | | | 166,627. | | 166,627. | 0. | 0. | 0. | | | 0. |
| | DISPOSITIONS/RETIRED | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | | 2,434,707. | | 176,135. | 773,924. | 1,484,648. | 364,892. | | | 638,017. |

(D) - Asset disposed                              * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

SECTION 1.263(A)-1(F) DE MINIMIS SAFE HARBOR ELECTION


AMERICAN TRASH MANAGEMENT & SUBSIDIARY
1900 POWELL STREET, SUITE 220
EMERYVILLE, CA  94608

EMPLOYER IDENTIFICATION NUMBER:  **-*******

FOR THE YEAR ENDING JUNE 30, 2024

AMERICAN TRASH MANAGEMENT & SUBSIDIARY IS MAKING THE DE MINIMIS
SAFE HARBOR ELECTION UNDER REG. SEC. 1.263(A)-1(F).

FORM 3800          CARRYOVER / CARRYBACK OF          STATEMENT   2
                   GENERAL BUSINESS CREDITS

| NAME OF COMPANY | SEPARATE | BEFORE SRLY & | AVAILABLE |
| | RETURN TAX | SECTION 382 | AFTER |
| YEAR AND TYPE OF CREDIT | AVAILABLE | LIMITATIONS | LIMITATIONS |
|---|---|---|---|
| AMERICAN TRASH MANAGEMENT | | | |
| 2017 INCREASED R & D CREDIT | | 0. | 0. |
| AMERICAN TRASH MANAGEMENT | | | |
| 2018 INCREASED R & D CREDIT | | 0. | 0. |
| AMERICAN TRASH MANAGEMENT | | | |
| 2019 INCREASED R & D CREDIT | | 0. | 0. |
| AMERICAN TRASH MANAGEMENT | | | |
| 2020 INCREASED R & D CREDIT | | 0. | 0. |
| AMERICAN TRASH MANAGEMENT | | | |
| 2021 INCREASED R & D CREDIT | | 22,102. | 22,102. |
| AMERICAN TRASH MANAGEMENT | | | |
| 2022 INCREASED R & D CREDIT | | 27,740. | 27,740. |
| AMERICAN TRASH MANAGEMENT | | | |
| 2023 INCREASED R & D CREDIT | | 42,626. | 42,626. |
| TOTALS | | 92,468. | 92,468. |
| LESS TO FORM 4255, LINE 12 | | | 0. |
| BALANCE AVAILABLE | | | 92,468. |

FORM 4562          PART I - SECTION 179 EXPENSE          STATEMENT   3

| (A)<br>DESCRIPTION OF PROPERTY | (B)<br>COST | (C)<br>ELECTED<br>COST |
|---|---|---|
| COMPUTER HARDWARE | 2,213. | 2,213. |
| COMPUTER HARDWARE | 2,706. | 2,706. |
| COMPUTER SOFTWARE | 18,240. | 18,240. |
| COMPUTER SOFTWARE | 6,100. | 6,100. |
| COMPUTER SOFTWARE | 18,294. | 18,294. |
| COMPUTER SOFTWARE | 6,100. | 6,100. |
| COMPUTER SOFTWARE | 6,100. | 6,100. |
| COMPUTER SOFTWARE | 6,100. | 6,100. |
| COMPUTER SOFTWARE | 18,294. | 18,294. |
| COMPUTER SOFTWARE | 6,100. | 6,100. |
| COMPUTER SOFTWARE | 6,100. | 6,100. |
| COMPUTER SOFTWARE | 7,047. | 7,047. |
| COMPUTER SOFTWARE | 18,294. | 18,294. |
| COMPUTER SOFTWARE | 5,519. | 5,519. |
| COMPUTER SOFTWARE | 6,100. | 6,100. |

Case 24-60740 Document 1 Filed 09/05/25 Entered 09/05/25 11:44:20 Page 40 of
186

AMERICAN TRASH MANAGEMENT & SUBSIDIARY                          **-*******

| | | |
|---|---|---|
| COMPUTER SOFTWARE | 21,120. | 21,120. |
| COMPUTER SOFTWARE | 6,100. | 6,100. |
| TOTAL TO FORM 4562, PART I, LINE 6 | 166,627. | 166,627. |

---

FORM 4562                    PART VI - AMORTIZATION                STATEMENT    4

| (A) DESCRIPTION OF COSTS | (B) DATE BEGAN | (C) AMORT. AMOUNT | (D) CODE SECT. | (E) LIFE/ RATE | (F) ACCUM. AMORT. | (G) AMORT. THIS YR. |
|---|---|---|---|---|---|---|
| 2022 CAPITALIZED SECTI | 07/01/22 | 527,767. | 174 | 60M | 105,554. | 105,553. |
| 2023 CAPITALIZED SECTI | 04/01/23 | 619,501. | 174 | 60M | 30,975. | 123,900. |
| TOTAL TO FORM 4562, LINE 43 | | | | | | 229,453. |

09530404 131167 0912 CON 1  2023.05079 AMERICAN TRASH MANAGEMENT & 0912-41
Case 25-30419  Doc 1  Filed 09/15/25  American Trash Management & Page 41 of
186

**INCOME AND DEDUCTIONS**

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | AMERICAN TRASH MANAGEMENT **-******* | RAM FORCE COMPACTION EQUIPMENT CO. **-******* |
|---|---|---|---|---|---|---|
| Gross receipts or sales | 11,037,344. | | | 11,037,344. | 11,037,343. | 1. |
| Less returns and allowances | | | | | | |
| Net Sales | 11,037,344. | | | 11,037,344. | 11,037,343. | 1. |
| **Cost of goods sold:** | | | | | | |
| Inventory at beginning of year | | | | | | |
| Purchases | 3,615,832. | | | 3,615,832. | 3,615,832. | |
| Cost of labor | | | | | | |
| Additional section 263A costs | | | | | | |
| Other costs          STMT 7 | 2,968,862. | | | 2,968,862. | 2,968,862. | |
| Inventory end of year | | | | | | |
| Cost of goods sold | 6,584,694. | | | 6,584,694. | 6,584,694. | |
| **Gross profit** | 4,452,650. | | | 4,452,650. | 4,452,649. | 1. |
| Dividends | | | | | | |
| Interest | | | | | | |
| Gross rents | | | | | | |
| Gross royalties | | | | | | |
| Capital gain net income | | | | | | |
| Net gain or (loss) Form 4797 | | | | | | |
| Other income          STMT 8 | 317,383. | | | 317,383. | 317,383. | |
| **Total Income** | 4,770,033. | | | 4,770,033. | 4,770,032. | 1. |
| **Deductions** | | | | | | |
| Compensation of officers | 42,869. | | | 42,869. | 42,869. | |
| Salaries and wages | 1,448,119. | | | 1,448,119. | 1,448,119. | |
| Repairs | | | | | | |
| Bad debts | 151,670. | | | 151,670. | 151,670. | |
| Rents | 314,538. | | | 314,538. | 314,538. | |
| Taxes          STMT 9 | 174,954. | | | 174,954. | 174,954. | |
| Interest | 76,355. | | | 76,355. | 76,355. | |
| Charitable Contributions          STMT 5 | | | | | | |
| Depreciation not claimed elsewhere | 206,412. | | | 206,412. | 206,412. | |
| Depletion | | | | | | |
| Advertising | | | | | | |
| Pension, profit-sharing, etc., plans | | | | | | |
| Employee benefit programs | 554,782. | | | 554,782. | 554,782. | |
| Energy efficient commercial buildings | | | | | | |
| Other deductions          STMT 10 | 1,800,334. | | | 1,800,334. | 1,800,333. | 1. |
| **Total Deductions** | 4,770,033. | | | 4,770,033. | 4,770,032. | 1. |
| Taxable income before NOL and special deductions | | | | | | |
| Net operating loss deduction | | | | | | |
| Special deductions | | | | | | |
| **Taxable Income** | 0. | | | | | |

328241
11-14-23

CHARITABLE CONTRIBUTION ADJUSTMENT          STATEMENT   5

LIMITATION OF 10% OF TAXABLE INCOME AS ADJUSTED                          0.

|  | ORIGINAL CONTRIBUTION | APPLIED TO DATE | CONTRIBUTION AVAILABLE | AMOUNT DEDUCTED | REMAINING LIMITATION AFTER DEDUCTION |
|---|---|---|---|---|---|
| CURRENT YEAR         AMERICAN TRASH MANAGEMENT | 1,650. |  | 1,650. | 0. | 0. |
| YEAR END   12/31/19  AMERICAN TRASH MANAGEMENT | 500. | 500. | 0. | 0. | 0. |
| YEAR END   12/31/21  AMERICAN TRASH MANAGEMENT | 500. | 500. | 0. | 0. | 0. |

CONSOLIDATED CHARITABLE CONTRIBUTION DEDUCTION            0.
LESS: COMBINED CHARITABLE CONTRIBUTION DEDUCTION           0.

CONSOLIDATED ADJUSTMENT                                    0.

STATEMENT(S) 5

AMERICAN TRASH MANAGEMENT & SUBSIDIARY                    **-*******
_____                  _____

===============================================================================
_____

|                          | CONSOLIDATED<br>AMOUNTS | AMERICAN TRASH<br>MANAGEMENT | RAM FORCE<br>COMPACTION<br>EQUIPMENT CO. |
|--------------------------|-------------|------------------|----------------|
|                          |             | **-*******       | **-*******      |
| CHARITABLE CONTRIBUTIONS |      1,650. |           1,650. |                 |
| TOTAL CURRENT CONTRIBUTIONS |   1,650. |           1,650. |                 |

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **-******* | **-******* |
| AP HOLDING | 39. | 39. | |
| FREIGHT | 417,352. | 417,352. | |
| REPAIR | 2,546,956. | 2,546,956. | |
| SUPPLIES | 4,515. | 4,515. | |
| TOTAL OTHER COSTS | 2,968,862. | 2,968,862. | |

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **-******* | **-******* |
| CANCELLATION OF DEBT INCOME | 260,980. | 260,980. | |
| MISCELLANEOUS INCOME | 56,403. | 56,403. | |
| TOTAL OTHER INCOME | 317,383. | 317,383. | |

TAXES                                                                          STATEMENT    9

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **_******* | **_******* |
| ARIZONA TAXES - BASED ON INCOME | 50. | 50. | |
| CALIFORNIA TAXES - BASED ON INCOME | 1,600. | 1,600. | |
| NEW YORK TAXES - BASED ON INCOME | 34. | 34. | |
| OREGON TAXES - BASED ON INCOME | 150. | 150. | |
| PAYROLL TAX | 115,486. | 115,486. | |
| RHODE ISLAND TAXES - BASED ON INCOME | 800. | 800. | |
| SALES TAX | 15,849. | 15,849. | |
| TAXES, LICENSES, AND PERMITS | 40,985. | 40,985. | |
| TOTAL TAXES | 174,954. | 174,954. | |

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **_******* | **_******* |
| AMORTIZATION | 229,453. | 229,453. | |
| AUTO AND TRUCK | 11,704. | 11,704. | |
| BANK CHARGES | 22,879. | 22,879. | |
| CREDIT CARD FEES | 51,926. | 51,926. | |
| DUES AND SUBSCRIPTIONS | 51,338. | 51,338. | |
| EDUCATION | 8,896. | 8,896. | |
| EXPENSED COMPUTER AND SOFTWARE | 33,882. | 33,882. | |
| INSURANCE | 896,258. | 896,258. | |
| LEGAL FEES | 6,530. | 6,530. | |
| MARKETING | 6,668. | 6,668. | |
| MEALS | 8,682. | 8,682. | |
| MISCELLANEOUS EXPENSE | -274. | -274. | |
| OFFICE EXPENSE AND SUPPLIES | 15,491. | 15,491. | |
| OTHER DEDUCTIONS | 1. | | 1. |
| OUTSIDE SERVICES | 44,522. | 44,522. | |
| POSTAGE AND DELIVERY | 16,094. | 16,094. | |
| PRINTING | 12. | 12. | |
| PROFESSIONAL FEES | 179,879. | 179,879. | |
| RESEARCH AND DEVELOPMENT COSTS | 82,193. | 82,193. | |
| TELEPHONE | 93,275. | 93,275. | |
| TRAVEL | 10,534. | 10,534. | |
| UTILITIES | 30,391. | 30,391. | |
| TOTAL OTHER DEDUCTIONS | 1,800,334. | 1,800,333. | 1. |

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 48 of 186

**BEGINNING BALANCE SHEET**

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | AMERICAN TRASH MANAGEMENT **-******* | RAM FORCE COMPACTION EQUIPMENT CO. **-******* |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash | -202,523. | | | -202,523. | -202,523. | |
| Trade notes and accounts receivable | 2,815,123. | | | 2,815,123. | 2,815,123. | |
|    Less allowance for bad debts | | | | | | |
| Inventories | -1,720. | | | -1,720. | -1,720. | |
| U.S. government obligations | | | | | | |
| Tax-exempt securities | | | | | | |
| Other current assets    STATEMENT 11 | 395,473. | | | 395,473. | 395,473. | |
| Loans to stockholders | | | | | | |
| Mortgage and real estate loans | | | | | | |
| Other investments | | | | | | |
| Buildings and other depreciable assets | 1,057,547. | | | 1,057,547. | 1,057,547. | |
|    Less accumulated depreciation | 937,498. | | | 937,498. | 937,498. | |
| Depletable assets | | | | | | |
|    Less accumulated depletion | | | | | | |
| Land (net of any amortization) | | | | | | |
| Intangible assets (amortizable only) | 977,551. | | | 977,551. | 977,551. | |
|    Less accumulated amortization | 756,878. | | | 756,878. | 756,878. | |
| Other assets | | | | | | |
| **Total Assets** | 3,347,075. | | | 3,347,075. | 3,347,075. | |
| **Liabilities and Stockholders' Equity** | | | | | | |
| Accounts payable | 2,858,107. | | | 2,858,107. | 2,858,107. | |
| Mortgages, notes, bonds payable in less than 1 year | | | | | | |
| Other current liabilities    STATEMENT 12 | 1,085,557. | | | 1,085,557. | 1,085,557. | |
| Loans from stockholders | 577,214. | | | 577,214. | 577,214. | |
| Mortgages, notes, bonds payable in 1 year or more | 307,308. | | | 307,308. | 307,308. | |
| Other liabilities | | | | | | |
| Capital stock: **a** Preferred stock | | | | | | |
|          **b** Common stock | 925. | | | 925. | 925. | |
| Additional paid-in capital | | | | | | |
| Retained earnings · Appropriated | | | | | | |
| Retained earnings · Unappropriated | -1,482,036. | | | -1,482,036. | -1,482,036. | |
| Adjustments to shareholders' equity | | | | | | |
|    Less cost of treasury stock | | | | | | |
| **Total Liabilities and Stockholders' Equity** | 3,347,075. | | | 3,347,075. | 3,347,075. | |

328242
04-01-23

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **-******* | **-******* |
| DEPOSITS | 20,150. | 20,150. | |
| EMPLOYEE ADVANCES | 9,941. | 9,941. | |
| OTHER LOANS | -200. | -200. | |
| OTHER RECEIVABLES | 151. | 151. | |
| PREPAID EXPENSES | 648. | 648. | |
| RETENTION RECEIVABLES | 364,783. | 364,783. | |
| TOTAL OTHER CURRENT ASSETS | 395,473. | 395,473. | |

STATEMENT(S) 11

AMERICAN TRASH MANAGEMENT & SUBSIDIARY                    **-*******

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **-******* | **-******* |
| ACCRUED INTEREST | 670,068. | 670,068. | |
| PAYROLL TAXES PAYABLE | 243. | 243. | |
| SALES TAXES PAYABLE | 415,583. | 415,583. | |
| WAGES AND SALARIES PAYABLE | -337. | -337. | |
| TOTAL OTHER CURRENT LIABILITIES | 1,085,557. | 1,085,557. | |

**ENDING BALANCE SHEET AND SCHEDULE M-2**

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | AMERICAN TRASH MANAGEMENT **_******* | RAM FORCE COMPACTION EQUIPMENT CO. **_******* |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash | 16,474. | | | 16,474. | 16,474. | |
| Trade notes and accounts receivable | 3,118,266. | | | 3,118,266. | 3,118,266. | |
|    Less allowance for bad debts | | | | | | |
| Inventories | 22,816. | | | 22,816. | 22,816. | |
| U.S. government obligations | | | | | | |
| Tax-exempt securities | | | | | | |
| Other current assets   STATEMENT 13 | 572,842. | | | 572,842. | 572,842. | |
| Loans to stockholders | | | | | | |
| Mortgage and real estate loans | | | | | | |
| Other investments | | | | | | |
| Buildings and other depreciable assets | 1,223,245. | | | 1,223,245. | 1,223,245. | |
|    Less accumulated depreciation | 1,143,910. | | | 1,143,910. | 1,143,910. | |
| Depletable assets | | | | | | |
|    Less accumulated depletion | | | | | | |
| Land (net of any amortization) | | | | | | |
| Intangible assets (amortizable only) | 993,608. | | | 993,608. | 993,608. | |
|    Less accumulated amortization | 839,071. | | | 839,071. | 839,071. | |
| Other assets | | | | | | |
| **Total Assets** | 3,964,270. | | | 3,964,270. | 3,964,270. | |
| **Liabilities and Stockholders' Equity** | | | | | | |
| Accounts payable | 2,584,314. | | | 2,584,314. | 2,584,314. | |
| Short term mortgages, notes, and bonds | | | | | | |
| Other current liabilities   STATEMENT 14 | 801,131. | | | 801,131. | 801,131. | |
| Loans from stockholders | | | | | | |
| Long term mortgages, notes, and bonds | 724,074. | | | 724,074. | 724,074. | |
| Other liabilities | | | | | | |
| Capital stock: **a** Preferred stock | | | | | | |
|          **b** Common stock | 468,062. | | | 468,062. | 468,062. | |
| Additional paid-in capital | | | | | | |
| Retained earnings · Appropriated | | | | | | |
| Retained earnings · Unappropriated | -613,311. | | | -613,311. | -613,311. | |
| Adjustments to shareholders' equity | | | | | | |
| Less cost of treasury stock | | | | | | |
| **Total Liabilities and Stockholders' Equity** | 3,964,270. | | | 3,964,270. | 3,964,270. | |
| **Schedule M-2** | | | | | | |
| Balance at beginning of year | -1,482,036. | | | -1,482,036. | -1,482,036. | |
| Net income per books | 869,535. | | | 869,535. | 869,535. | |
| Other increases | | | | | | |
| **Total Increases** | -612,501. | | | -612,501. | -612,501. | |
| Distributions: Cash | | | | | | |
|       Stock | | | | | | |
|       Property | | | | | | |
| Other decreases   STATEMENT 15 | 810. | | | 810. | 810. | |
| **Total Decreases** | 810. | | | 810. | 810. | |
| **Balance at End of Year** | -613,311. | | | -613,311. | -613,311. | |

328243
04-01-23

SCHEDULE L                          OTHER CURRENT ASSETS                     STATEMENT    13

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **-******* | **-******* |
| DEPOSITS | 20,150. | 20,150. | |
| EMPLOYEE ADVANCES | 9,551. | 9,551. | |
| OTHER LOANS | -200. | -200. | |
| OTHER RECEIVABLES | -19. | -19. | |
| PREPAID EXPENSES | 648. | 648. | |
| RETENTION RECEIVABLES | 542,712. | 542,712. | |
| TOTAL OTHER CURRENT ASSETS | 572,842. | 572,842. | |

SCHEDULE L                                CURRENT LIABILITIES                           STATEMENT   14

|                                | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|--------------------------------|---------------------:|--------------------------:|-----------------------------------|
|                                |                      | **-*******                | **-*******                        |
| ACCRUED PURCHASES              |               1,292. |                    1,292. |                                   |
| PAYROLL TAXES PAYABLE          |                 301. |                      301. |                                   |
| SALES TAXES PAYABLE            |             771,921. |                  771,921. |                                   |
| WAGES AND SALARIES PAYABLE     |              27,617. |                   27,617. |                                   |
| TOTAL OTHER CURRENT LIABILITIES |            801,131. |                  801,131. |                                   |

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **_******* | **_******* |
| PRIOR PERIOD ADJUSTMENT - NO TAX EFFECT | 810. | 810. | |
| TOTAL OTHER DECREASE | 810. | 810. | |

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | AMERICAN TRASH MANAGEMENT **-******* | RAM FORCE COMPACTION EQUIPMENT CO. **-******* |
|---|---|---|---|---|---|---|
| **Schedule M-1** | | | | | | |
| Net income per books | 869,535. | | | 869,535. | 869,535. | |
| Federal income tax | | | | | | |
| Excess of capital losses over capital gains | | | | | | |
| Income subject to tax not recorded on books this year (itemize): | | | | | | |
| Expenses recorded on books this year not deducted in this return (itemize): | | | | | | |
|   Depreciation | | | | | | |
|   Contribution carryover | 1,650. | | | 1,650. | 1,650. | |
|   Travel and entertainment | 8,681. | | | 8,681. | 8,681. | |
|   Other    SEE STATEMENT 16 | 22,290. | | | 22,290. | 22,290. | |
| **Total Increases** | 902,156. | | | 902,156. | 902,156. | |
| Income recorded on books this year not included in this return (itemize): | | | | | | |
|   Tax-exempt interest | | | | | | |
|   Other | | | | | | |
| Deductions in this tax return not charged against book income this year (itemize): | | | | | | |
|   Depreciation | | | | | | |
|   Contribution carryover | | | | | | |
|   Other    SEE STATEMENT 17 | 902,156. | | | 902,156. | 902,156. | |
| **Total Decreases** | 902,156. | | | 902,156. | 902,156. | |
| **Taxable Income** | 0. | | | 0. | | |

SCHEDULE M-1                    EXPENSES NOT DEDUCTED IN RETURN                    STATEMENT   16

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **-******* | **-******* |
| FINES AND PENALTIES | 60. | 60. | |
| NONDEDUCTIBLE FRINGE BENEFITS - PARKING | 19,680. | 19,680. | |
| STATE TAXES - BOOK | 2,550. | 2,550. | |
| TOTAL EXPENSES NOT IN RETURN | 22,290. | 22,290. | |

SCHEDULE M-1                        DEDUCTIONS NOT ON BOOKS                        STATEMENT    17

| | CONSOLIDATED AMOUNTS | AMERICAN TRASH MANAGEMENT | RAM FORCE COMPACTION EQUIPMENT CO. |
|---|---|---|---|
| | | **_******* | **_******* |
| ACCRUED SHAREHOLDER INTEREST - PY | 670,069. | 670,069. | |
| AMORTIZATION | 147,260. | 147,260. | |
| SMART TRASH R&D AMORTIZATION | 82,193. | 82,193. | |
| STATE TAXES - TAX | 2,634. | 2,634. | |
| TOTAL DEDUCTIONS NOT ON BOOKS | 902,156. | 902,156. | |

**ALTERNATIVE MINIMUM TAXABLE INCOME**

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | AMERICAN TRASH MANAGEMENT **-******* | RAM FORCE COMPACTION EQUIPMENT CO. **-******* |
|---|---|---|---|---|---|---|
| **AFS net income or (loss) before NOL deduction** | 0. | 0. | | 0. | | |
| **Adjustments and Preferences** | | | | | | |
| Financial statements covering different tax years | | | | | | |
| Distributive share of income of partnership | | | | | | |
| Pro-rata share of income from CFC | | | | | | |
| Amounts not effectively connected to U.S trade/business | | | | | | |
| Certain taxes | | | | | | |
| Tax-exempt entities | | | | | | |
| Patronage dividends and per-unit retain allocations | | | | | | |
| Alaska native corporations | | | | | | |
| Certain Credits | | | | | | |
| Mortgage servicing income | | | | | | |
| Covered benefit plans | | | | | | |
| Depreciation | | | | | | |
| Qualified wireless spectrum | | | | | | |
| Other adjustments | | | | | | |
| **Total Adjustment and Preference Items** | | | | | | |
| **Pre-adjustment AMTI** | | | | | | |
| Alternative tax NOL deduction | | | | | | |
| **Alternative Minimum Taxable Income** | 0. | 0. | | 0. | | |
| STMT 20 | | | | | | |

328246
03-27-24

AMT CHARITABLE CONTRIBUTION ADJUSTMENT          STATEMENT   18

LIMITATION OF 10% OF AMT TAXABLE INCOME AS ADJUSTED                        0.

| | ORIGINAL CONTRIBUTION | APPLIED TO DATE | CONTRIBUTION AVAILABLE | AMOUNT DEDUCTED | REMAINING LIMITATION AFTER DEDUCTION |
|---|---|---|---|---|---|
| CURRENT YEAR | AMERICAN TRASH MANAGEMENT | | | | |
| | 1,650. | | 1,650. | 0. | 0. |
| YEAR END   12/31/21 | AMERICAN TRASH MANAGEMENT | | | | |
| | 500. | 500. | 0. | 0. | 0. |
| AMT CONSOLIDATED CHARITABLE DEDUCTION | | | | 0. | |
| REGULAR CHARITABLE CONTRIBUTION DEDUCTION | | | | 0. | |
| CONSOLIDATED AMT CHARITABLE CONTRIBUTION DEDUCTION | | | | 0. | |

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 60 of 186

FORM 4626            AMT CONTRIBUTION LIMITATION            STATEMENT  19

1) REGULAR TAXABLE INCOME BEFORE NOL, CHARITABLE CONTRIBUTIONS,
   AND DOMESTIC PRODUCTION ACTIVITIES DEDUCTION (DPAD) . . . .
2) ADD:  OTHER AMT ADJUSTMENT AND PREFERENCE ITEMS OTHER
              THAN ACE, CHARITABLE CONTRIBUTIONS AND DPAD . . . .        0
              CAPITAL LOSS CARRYBACK UTILIZED . . . . . . . . .
                                                                 _____
3) PREADJUSTMENT AMTI BEFORE ACE, CONTRIBUTIONS, NOL, AND DPAD
4) ACE ADJUSTMENT ITEMS . . . . . . . . . . . . . . . . . . .

5) ACE WITHOUT CHARITABLE CONTRIBUTIONS (LINE 3 PLUS LINE 4) .
6) LINE 5 LESS LINE 3 (ENTER EXCESS AS A NEGATIVE AMOUNT)  . .
7) MULTIPLY LINE 6 BY 75%.  ENTER RESULT AS A POSITIVE AMOUNT
8) ENTER EXCESS OF PRIOR YEAR NET INCREASES IN AMTI DUE TO ACE
9) ACE ADJUSTMENT:  IF LINE 6 IS POSITIVE OR ZERO ENTER
         AMOUNT FROM LINE 7 HEREAS A POSITIVE AMOUNT
   IF LINE 6 IS NEGATIVE, ENTER THE SMALLER OF LINE 7
         OR LINE 8 HERE AS A NEGATIVE AMOUNT . . . . . . . . .
                                                                 _____
10) AMTI WITHOUT CONTRIBUTIONS, NOL AND DPAD (LINE 3 + LINE 9)
11) CONTRIBUTION LIMITATION TO CALCULATE 90% AMTI LIMITATION
        FOR NOL:
    A) 15% CONTRIBUTION LIMITATION (LINE 10 PLUS SPECIAL
       DEDUCTIONS NOT PREVIOUSLY INCLUDED IN THE ACE
       ADJUSTMENT ON LINE 9 ABOVE, MULTIPLIED BY 15%) . . . . .
    B) 10% CONTRIBUTION LIMITATION (LINE 10  PLUS SPECIAL
       DEDUCTIONS NOT PREVIOUSLY INCLUDED IN THE ACE
       ADJUSTMENT MULTIPLIED BY 10% LESS 15% ALLOWED
       CONTRIBUTIONS FROM LINE 13A) . . . . . . . . . . . . .          0
                                                                 _____
12A) TOTAL AVAILABLE 15% CONTRIBUTIONS  . . . . . . . . . . .           0
  B) TOTAL AVAILABLE 10% CONTRIBUTIONS . . . . . . . . . . . .      1,650
  C) TOTAL AVAILABLE 100% CONTRIBUTION . . . . . . . . . . . .           0
13A) 15% CONTRIBUTION DEDUCTION TO CALCULATE  90% AMTI
        LIMITATION FOR NOL(LESSER OF LINE 11A OR LINE 12A) . . .        0
  B) 10% CONTRIBUTION DEDUCTION TO CALCULATE  90% AMTI
        LIMITATION FOR NOL (LESSER OF LINE 11B OR LINE 12B) . .         0
  C) 100% AMT CHARITABLE DEDUCTION (LESSER LINE 12C OR 100% OF
        LINE 10 LESS LINE 13A AND LINE 13B). . . . . . . . . .         0
                                                                 _____
  D) TOTAL OF LINES 13A, 13B AND 13C. . . . . . . . . . . .            0
                                                                 =========
14) AMTI FOR PURPOSES OF  90% NOL LIMITATION(LINE 10 LESS 13D)          0
15) NOL LIMITATION,  90% OF LINE 14 . . . . . . . . . . . . .           0
16) TOTAL NOL AVAILABLE LESS ANY NOL CARRYBACK . . . . . . . .      1,720
                                                                 _____
17) AMT NOL (LESSER OF LINE 15 OR LINE 16) . . . . . . . . .            0
                                                                 =========
18) AMTI FOR CHARITABLE DEDUCTION LIMITATION (LINE 10
        LESS AMT NOL ON LINE 17 PLUS SPECIAL DEDUCTIONS NOT
        PREVIOUSLY INCLUDED AS AN ACE ADJUSTMENT ON LINE 9) .           0
19A) 15% OF LINE 18 . . . . . . . . . . . . . . . . . . . . .           0
  B) 10% OF LINE 18 LESS 15% ALLOWED CONTRIBUTIONS FROM
        LINE 20A . . . . . . . . . . . . . . . . . . . . . . .         0
                  - CONTINUED ON NEXT PAGE -

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 61 of
186

```
20A) 15% AMT CHARITABLE DEDUCTION (LESSER LINE 12A OR LINE 19A)        0
  B) 10% AMT CHARITABLE DEDUCTION (LESSER LINE 12B OR LINE 19B)        0
  C) 100% AMT CHARITABLE DEDUCTION (LESSER LINE 12C OR 100% OF
     LINE 10 LESS LINES 20A AND 20B). . . . . . . . . . . . .         0
  D) TOTAL AMT CHARITABLE DEDUCTION (SUM OF LINES 20A,B AND C).        0
21) REGULAR CONTRIBUTION DEDUCTION  . . . . . . . . . . . . .          0

22) AMT CONTRIBUTION ADJUSTMENT (LINE 21 LESS LINE 20D)  . . .         0
23) COMBINED AMT CHARITABLE CONTRIBUTION ADJUSTMENT . . . . . .        0

24) CONSOLIDATED ADJUSTMENT TO LINE 2O, FORM 4626 . . . . . . .        0
```

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 62 of
186

AMT NET OPERATING LOSS ADJUSTMENT                    STATEMENT   20

90% AMT TAXABLE INCOME BEFORE NOL LIMITATION                              0.

| | SRLY OR SEC. 382 LIMIT | TOTAL AMT NOL AVAILABLE | TOTAL AMT NOL AFTER SRLY OR SEC. 382 LIMITATION | TOTAL AMT NOL DEDUCTED | REMAINING AMT TAXABLE INCOME AFTER NOL DEDUCTION |
|---|---|---|---|---|---|
| YEAR END  12/31/21 | | AMERICAN TRASH MANAGEMENT | | | |
| | | 0. | 0. | 0. | |
| | | RAM FORCE COMPACTION EQUIPMENT CO. | | | |
| | | 1,720. | 1,720. | 0. | |
| SUBTOTAL | | | 1,720. | 0. | |

CONSOLIDATED AMT NOL DEDUCTION                       0.
COMBINED AMT NOL DEDUCTION                           0.

CONSOLIDATED AMT NOL ADJUSTMENT                      0.

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 63 of 186

# ADJUSTED CURRENT EARNINGS

| | CONSOLIDATED AMOUNTS | ADJUSTMENTS | ELIMINATIONS | COMBINED AMOUNTS | AMERICAN TRASH MANAGEMENT **-******* | RAM FORCE COMPACTION EQUIPMENT CO. **-******* |
|---|---|---|---|---|---|---|
| **Pre-adjustment AMTI** | 0. | 0. | | 0. | 0. | |
| | | | | | | |
| **ACE Depreciation Adjustment:** | | | | | | |
| Depreciation expense recomputed for | | | | | | |
| AMT purposes | 210,299. | | | 210,299. | 210,299. | |
| Post-1993 depreciation | 210,299. | | | 210,299. | 210,299. | |
| Post-1989, Pre-1994 property ACE | | | | | | |
| Pre-1990 MACRS property ACE depreciation | | | | | | |
| Pre-1990 original ACRS property ACE | | | | | | |
| Sec. 168(f)(1) through (4) property ACE | | | | | | |
| Other property ACE depreciation | | | | | | |
| **Total ACE Depreciation** | 210,299. | | | 210,299. | 210,299. | |
| **ACE Depreciation Adjustment** | | | | | | |
| | | | | | | |
| **Inclusion in ACE of Items Included in E&P:** | | | | | | |
| Tax-exempt interest income | | | | | | |
| Death benefits from life insurance contracts | | | | | | |
| All other distributions from life insurance contracts | | | | | | |
| Inside buildup of undistributed income in life insur. | | | | | | |
| Other items | | | | | | |
| **Total Inclusion of Items** | | | | | | |
| | | | | | | |
| **Disallowance of Items Not Deductible in Computing E&P:** | | | | | | |
| Certain dividends received | | | | | | |
| Dividends paid on preferred stock of public utilities | | | | | | |
| Dividends paid to an ESOP | | | | | | |
| Non-patronage dividends | | | | | | |
| Other items | | | | | | |
| **Total Disallowance of Items** | | | | | | |
| | | | | | | |
| **Certain Other E&P Adjustments** | | | | | | |
| Intangible drilling costs | | | | | | |
| Circulation expenditures | | | | | | |
| Organizational expenditures | | | | | | |
| LIFO inventory adjustments | | | | | | |
| Installment sales | | | | | | |
| **Total Other E&P Adjustments** | | | | | | |
| | | | | | | |
| Disallowance of loss on exchange of debt pools | | | | | | |
| Acquisition expenses of life insurance companies | | | | | | |
| Depletion | | | | | | |
| Basis adjustments | | | | | | |
| | | | | | | |
| **Adjusted Current Earnings** | 0. | 0. | | 0. | 0. | |
| | | | | | | |
| Subtract pre-adjustment AMTI from ACE | 0. ************* ************** | | | 0. | | |
| | | | | | | |
| **Adjusted Current Earnings Adjustment** | 0. ************* ************** | | | 0. | | |

328247
04-01-23

Fill in this information to identify the case and this filing:

Debtor Name    **American Trash Management, Inc.**

United States Bankruptcy Court for the:    **Northern District of California**

Case number (*If known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors <span style="float:right">12/15</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>9/15/2025</u>
               MM/DD/YYYY

**x**  <u>**/s/ Scott Brown**</u>
       Signature of individual signing on behalf of debtor

       <u>**Scott Brown**</u>
       Printed name

       <u>**CEO**</u>
       Position or relationship to debtor

Copyright © Financial Software Solutions, LLC                                                                                  BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **American Trash Management, Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WHR Holdings, LLC 3402 Southwest 26th Terrace Unit B-10 Dania Beach, FL 33312 | WHR Holdings, LLC () - | claim is disputed and subject to partial offset. | Unliquidated Disputed | | | $1,883,859.00 |
| 2 | CA Dept. of Tax and Fee Admin 450 N Street P.O. Box 94279 Sacramento, CA 94279 | CA Dept. of Tax and Fee Admin () - | | | | | $433,893.27 |
| 3 | Scott Brown 1900 Powell St. Suite 220 Emeryville, CA 94608 | Scott Brown () - | | | | | $270,833.33 |
| 4 | Matt Verkuilen 11515 Glenn Abbey Way Charlotte, NC 28277 | Matt Verkuilen () - | | | | | $70,000.00 |
| 5 | Century Chute 105 Industrial Drive Minooka, IL 60447 | Century Chute () - | | | | | $58,631.00 |

Copyright © Financial Software Solutions, LLC                                                                                                  BlueStylus

Case: 25-30743     Doc# 1     Filed: 09/15/25     Entered: 09/15/25 17:43:20     Page 66 of 186

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | **Oneal Steal**<br>PO Box 934243<br>Atlanta, GA 31193 | **Oneal Steal**<br>() - | | | | $41,075.99 |
| 7 | **Laughing Mermaid LLC**<br>PO Box 10023<br>River Oaks, TX 76114 | **Laughing Mermaid LLC**<br>() - | | | | $36,228.76 |
| 8 | **Lefco Inc.**<br>1650 Las Plumas Avenue, Ste G<br>San Jose, CA 95133 | **Lefco Inc.**<br>() - | | | | $29,100.30 |
| 9 | **United Healthcare**<br>PO BOX 843118<br>Los Angeles, CA 90084- 311 | **United Healthcare**<br>() - | | | | $28,081.83 |
| 10 | **Middle M Advisors**<br>10612 Providence Road Suite D-339<br>Charlotte, NC 28277 | **Middle M Advisors**<br>() - | | | | $25,117.40 |
| 11 | **Nims & Associates**<br>1445 Technology Lane #A8<br>Petaluma, CA 94954 | **Nims & Associates**<br>() - | | | | $25,080.00 |
| 12 | **KAISER FOUNDATION HEALTH PLACE**<br>PO Box 741562<br>LOS ANGELES, CA 90074- 5915 | **KAISER FOUNDATION HEALTH PLACE**<br>() - | | | | $25,014.00 |
| 13 | **Pape Material Handling, Inc.**<br>PO Box 35144 #5077<br>Seattle, WA 98124- 514 | **Pape Material Handling, Inc.**<br>() - | | | | $21,306.00 |
| 14 | **Curtis Menken**<br>4920 Ivy Charm Way<br>Fort Worth, TX 76114 | **Curtis Menken**<br>() - | | | | $20,650.00 |
| 15 | **County of Alameda**<br>1221 Oak Street, Room 131<br>Oakland, CA 94612 | **County of Alameda**<br>() - | | | | $19,425.37 |
| 16 | **County of Alameda**<br>1221 Oak St.<br>Room 131<br>Oakland, CA 94612 | **County of Alameda**<br>() - | | | | $19,425.00 |

Copyright © Financial Software Solutions, LLC                          BlueStylus

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 67 of 186

| 17 | Avalara<br>Dept. CH 16781<br>Palatine, IL 60055 | Avalara<br>() - | | | | | $18,129.00 |
| 18 | Frank Rimerman Co. LP<br>One Embarcadero Center<br>Suite 2410<br>San Francisco, CA 94111 | Frank Rimerman Co.<br>LP<br>() - | | | | | $15,274.00 |
| 19 | Power Pusher<br>1425 Stagecoach Rd.<br>Shakopee, MN 55379 | Power Pusher<br>() - | | | | | $14,564.13 |
| 20 | Simpson Strong-Tie Co.<br>5956 W. Las Positas Blvd.<br>Pleasanton, CA 94588 | Simpson Strong-Tie<br>Co.<br>() - | | | | | $14,464.16 |

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 68 of 186

**Fill in this information to identify your case:**

Debtor Name __American Trash Management, Inc.__

United States Bankruptcy Court for the: __Northern District of California__

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................................... $ _____0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ......................................................................... $ __2,875,120.00__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................................... $ __2,875,120.00__

| Part 2: | **Summarize Your Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D........................................... $ __599,529.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ __468,846.34__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. + $ __2,907,277.01__

4. **Total liabilities**
   Lines 2 + 3a + 3b
   $ __3,975,652.35__

**Fill in this information to identify your case:**

Debtor Name   **American Trash Management, Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*if known*): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                          $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | BMO | Checking Account | 1282 | $ 21,496.00 |
| 3.2 | BMO | Checking Account | 3383 | $ 1,456.00 |
| 3.3 | Fremont Bank - FSA account. | Checking Account | 8317 | $ 1,716.00 |
| 3.4 | Fremont Bank - Sales tax account. | Checking Account | 9230 | $ 115,352.00 |
| 3.5 | Fremont Bank | Checking Account | 8579 | $ 293,051.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ **433,071.00**

---

Official Form 206A/B                     **Schedule A/B: Property**                     page 1 of 11

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    **American Trash Management, Inc.**    Case number *(if known)* _____
          Name

---

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☒ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   **7.1**   Security deposit - 1900 Powell St., Emeryville.                                    $            5,546.00

   **7.2**   Security deposit - Warehouse: 411 N. Buchanan Cir., Pacheco, CA        $            1,800.00

           Security Deposit - Warehouse
   **7.3**  5220 4th St., Irwindale, CA                                                        $            3,372.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.                              $          10,718.00

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☐ No. Go to Part 4.
    - ☒ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    **11a. 90 days old or less:**    1,290,418.00   –   0.00   =   $          1,290,418.00
                                     face amount         doubtful or uncollectible accounts

    **11b. Over 90 days old:**       1,205,258.00   –   500,000.00   =   $          705,258.00
                                     face amount         doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $       1,995,676.00

---

Copyright © Financial Software Solutions, LLC                                                         BlueStylus
Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 71 of 186

Debtor **American Trash Management, Inc.**      Case number *(if known)* _____

Name

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____ **0.00**

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **Work in progress for trash chute/compactor construction projects.** | MM / DD / YYYY | $ **Unknown** | | $ **Unknown** |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Apartment style compactors and bins.** | MM / DD / YYYY | $ **0.00** | | $ **75,000.00** |

---

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 72 of 186

Debtor **American Trash Management, Inc.**  Case number *(if known)* _____
_____
Name

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   | | |
   |---|---|
   | $ | **75,000.00** |

24. **Is any of the property listed in Part 5 perishable?**
   ☒ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☒ No
   ☐ Yes.

   Book value      $ _____      Valuation method _____      Current Value  $ _____

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   ☒ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

   | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|---|
   | **28.** Crops—either planted or harvested | | | |
   | _____ | $ _____ | _____ | $ _____ |
   | **29.** Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
   | _____ | $ _____ | _____ | $ _____ |
   | **30.** Farm machinery and equipment (Other than titled motor vehicles) | | | |
   | _____ | $ _____ | _____ | $ _____ |
   | **31.** Farm and fishing supplies, chemicals, and feed | | | |
   | _____ | $ _____ | _____ | $ _____ |

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor **American Trash Management, Inc.**  Case number *(if known)* _____
_____ Name

32. **Other farming and fishing-related property not already listed in Part 6**

_____  $ _____  _____  $ _____

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☒ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

   Book value  $ _____  Valuation method _____  Current Value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Miscellaneous cubicles, desks, chairs and tables.** | $ 0.00 | liquidation | $ 15,000.00 |
| 40. **Office fixtures** | | | |
| | $ _____ | | $ _____ |

Copyright © Financial Software Solutions, LLC     BlueStylus

41. **Office equipment, including all computer equipment and communication systems equipment and software**

   **Servers, computers, monitors, printers, phones and software.**     $ _____ 0.00     _____     $ _____ 20,000.00

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   _____     $ _____     _____     $ _____

43. **Total of Part 7.**

   Add lines 38 through 42. Copy the total to line 86.     $ _____ 35,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☒ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☐ No. Go to Part 9.
   ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2 Ford F250s** | $ 0.00 | | $ 40,000.00 |
| 47.2  **2 Forklifts** | $ 0.00 | | $ 3,000.00 |
| 47.3  **7 Ford F150s** | $ 0.00 | | $ 70,000.00 |
| 47.4  **Chevy Express Van** | $ 0.00 | | $ 5,000.00 |
| 47.5  **Lincoln Cosair SUV** | $ 0.00 | | $ 15,000.00 |

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 75 of 186

**47.6**    Utility trailer      $ _____ 0.00      _____    $ _____ 250.00

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

     $ _____      _____    $ _____

49. **Aircraft and accessories**

     $ _____      _____    $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     $ _____      _____    $ _____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.      $ _____ 133,250.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      $ _____ 0.00

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 76 of 186

Debtor  **American Trash Management, Inc.**          Case number (if known) _____
        Name

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** <br> www.trashmanage.com <br> www.smarttrash.com <br> www.smarttrashsystems.com | $ 0.00 | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties** <br> Contractor's licenses: California, Oregon and Utah | $ 0.00 | _____ | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** <br> software and product drawings for the business operations and products. | $ 0.00 | _____ | $ Unknown |
| 65. **Goodwill** <br> Goodwill for ongoing operations. | $ 0.00 | _____ | $ Unknown |

66.  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ _____ **0.00**

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 77 of 186

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☒ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☒ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____  −  _____  =  $ _____
   Total face amount       doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____  Tax Year _____  $ _____

73. **Interests in insurance policies or annuities**

   _____  $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Claim against WHR Holdings for improperly retained joint checks from ATM customers.**                    $                192,405.00

   **Nature of claim**  _____

   **Amount requested**  $  _____0.00

   _____

---

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 78 of 186

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                    $ _____

    **Nature of claim**    _____

    **Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

_____                $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                $ _____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---|
| $ | **192,405.00** |

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 433,071.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 10,718.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,995,676.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 75,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 35,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 133,250.00 | |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

88. **Real property.** *Copy line 56, Part 9.* ................................................... ➔    $ _____0.00_

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*    $ _____0.00_

90. **All other assets.** *Copy line 78, Part 11.*    ✚   $ _____192,405.00_

91. **Total.** Add lines 80 through 90 for each column..................... 91a.   $ __2,875,120.00__   ✚ 91b.   $ _____0.00_

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................    $ __2,875,120.00__

Copyright © Financial Software Solutions, LLC      BlueStylus

Fill in this information to identify your case:

Debtor Name  **American Trash Management, Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*if known*):

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                     **12/15**

**Be as complete and accurate as possible**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than
    one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Creditor's Name** | | |
|---|---|---|---|

**Fremont Bank**

**Creditor's mailing address**
**2580 Shea Center Dr.**
**Livermore, CA 94551**

**Describe debtor's property that is subject to a lien**

11.1 $1,290,418.00 - $0.00 + $1,205,258.00 - $500,000.00

$          599,529.00     $        2,000,000.00

**Creditor's email address, if known**

**Describe the lien**

**business debt**

**Description**

Blanket lien on debtor's assets.
Value of collateral is an estimate.

**Date debt was incurred**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
       specified on lines

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**

$        599,529.00

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 82 of 186

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

**Arizona Dept. of Revenu**

**PO BOX 29085**

**PHOENIX, AZ 85038- 908**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $ 106.30    Priority Amount: $ 106.30

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 83 of 186

---

**2.2** | Priority creditor's name and mailing address

**CA Dept. of Tax and Fee Admin**

**450 N Street**
**P.O. Box 94279**

**Sacramento, CA 94279**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **433,893.27** $ _____ **433,893.27**

Date or dates debt was incurred
_____

Basis for the claim:
**sales taxes**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **8** )

Description

---

**2.3** | Priority creditor's name and mailing address

**County of Alameda**

**1221 Oak Street, Room 131**

**Oakland, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **19,425.37** $ _____ **19,425.37**

Date or dates debt was incurred
_____

Basis for the claim:
**taxes**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **8** )

Description

---

**2.4** | Priority creditor's name and mailing address

**Employment Dev. Dept.**

**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**

**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown** $ _____ **Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
**notice only**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Description

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 84 of 186

---

**2.5** | Priority creditor's name and mailing address

__Franchise Tax Board__

__P.O. Box 2952__

__Sacramento, CA 95812-5000__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

Date or dates debt was incurred

_____

**Basis for the claim:**

__Notice Only__

Last 4 digits of account number _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.6** | Priority creditor's name and mailing address

__Internal Revenue Service__

__P.O. Box 7346__

__Philadelphia, PA 19101-7316__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

Date or dates debt was incurred

_____

**Basis for the claim:**

__Notice only__

Last 4 digits of account number _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.7** | Priority creditor's name and mailing address

__Miss. Dept. of Revenue__

__PO Box 1033__

__JACKSON, MS 39215- 103__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **1,478.40**   $_____ **1,478.40**

Date or dates debt was incurred

_____

**Basis for the claim:**

__taxes__

Last 4 digits of account number _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__8__)

---

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 85 of 186

---

**2.8**  **Priority creditor's name and mailing address**

    __Nevada Dept. of Taxation__

    __3850 Arrowhead Dr.__
    __2nd Floor__

    __Carson City, NV 89706__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __171.86__    $ __171.86__

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__taxes__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Description**

---

**2.9**  **Priority creditor's name and mailing address**

    __New York Dept. of Taxation__

    __W.A. Harriman Campus__

    __Albany, NY 12227__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __3,461.25__    $ __3,461.25__

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__taxes__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Description**

---

**2.10**  **Priority creditor's name and mailing address**

    __Texas State Comptroller__

    __P.O. Box 149359__

    __Austin, TX 78714- 935__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __10,309.89__    $ __10,309.89__

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__taxes__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Description**

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | American Trash Management, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **414.61**

A & L Compaction

102 E Jones Rd

Fostoria, OH 44830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

business debt

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **567.00**

Action Compaction

1042 East Fort Union
Unit 260

Midvale, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

business debt

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC     BlueStylus

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                5,247.00 |

**Acumatica**

**3075 112th Ave NE Suite 200**

**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number     _____

Basis for the claim:

**business debt**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                66.38 |

**Airgas USA LLC**

**PO Box 734672**

**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number     _____

Basis for the claim:

**business debt**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                2,972.91 |

**All Waste**

**PO BOX 2472**

**Hartford, CT 06146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number     _____

Basis for the claim:

**business debt**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 88 of 186

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$ _____ **400.00**

**American Recycling Systems**

☐ Contingent
☐ Unliquidated
☐ Disputed

**250 Lakeview Drive**

**Somerville, TX 77879**

Date or dates debt was incurred

Basis for the claim:
**business debt**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$ _____ **631.00**

**Anco Sanitation Systems**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3430 E. Illini St.**

**Phoenix, AZ 85040**

Date or dates debt was incurred

Basis for the claim:
**business debt**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$ _____ **498.00**

**Arkansas Dept of Finance**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 3861**

**Little Rock, AR 72203- 386**

Date or dates debt was incurred

Basis for the claim:
**business debt**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 89 of 186

---

**3.9** | **Nonpriority creditor's name and mailing address**

**ATT Mobility**

**PO BOX 6463**

**CAROL STREAM, IL 60197- 646**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,592.00

Date or dates debt was incurred

_____

**Basis for the claim:**

**business debt**

Description

Last 4 digits of account number _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

**Avalara**

**Dept. CH 16781**

**Palatine, IL 60055**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 18,129.00

Date or dates debt was incurred

_____

**Basis for the claim:**

**business debt**

Description

Last 4 digits of account number _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

**Baler and Compactor Service**

**PO Box 455**

**Mankato, MN 56002**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 350.00

Date or dates debt was incurred

_____

**Basis for the claim:**

**business debt**

Description

Last 4 digits of account number _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

Debtor    **American Trash Management, Inc.**                    Case number *(if known)* _____
          Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|------|---|---|---|

**3.12** Nonpriority creditor's name and mailing address

**Bankcard Center**

**Attn: Chris Hutzel**
**PO BOX 4021**

**ALAMEDA, CA 94501- 042**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,082.00**

Date or dates debt was incurred                Basis for the claim:                Description
_____                **business debt**

Last 4 digits of account number _____    Is the claim subject to offset?
                                               ☑ No
                                               ☐ Yes

**3.13** Nonpriority creditor's name and mailing address

**Bayne Premium Lifts System**

**PO BOX 277297**

**ATLANTA, GA 30384- 729**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,101.52**

Date or dates debt was incurred                Basis for the claim:                Description
_____                **business debt**

Last 4 digits of account number _____    Is the claim subject to offset?
                                               ☑ No
                                               ☐ Yes

**3.14** Nonpriority creditor's name and mailing address

**Blankenship Equipment**

**PO Box 2087**

**Auburn, WA 98071**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **421.67**

Date or dates debt was incurred                Basis for the claim:                Description
_____                **business debt**

Last 4 digits of account number _____    Is the claim subject to offset?
                                               ☑ No
                                               ☐ Yes

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Blue Castle Development**

**2 Berkeley Crescent,
Radcliffe on Trent**

**Nottingham  United Kingdom**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ 14,138.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Briggs Equipment**

**Lock Box 841272**

**Dallas, TX 75284**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ 3,190.29

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**

**C & B Handling LLC**

**107 Commercial Lane**

**Dothan, AL 36303**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ 1,078.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Name

---

**3.18**   **Nonpriority creditor's name and mailing address**

**C&D Industrial**

**2208 58th Ave E**

**Bradenton, FL 34203**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,180.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.19**   **Nonpriority creditor's name and mailing address**

**California Apprenticeship Council**

**P.O. Box 511283**
**Dept. of Industrial Relations**

**Los Angeles, CA 90051- 783**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **66.24**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Business debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.20**   **Nonpriority creditor's name and mailing address**

**Capital One FSB**

**PO Box 60599**

**City of Industry, CA 91716- 059**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **858.76**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC              BlueStylus

---

**3.21** | **Nonpriority creditor's name and mailing address**

| | **As of the petition filing date, the claim is:** | |
Check all that apply. | $       **4,226.00**

__Capital One Sparks Business__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PO Box 60519__

__City of Industry, CA 91716__

**Date or dates debt was incurred**      **Basis for the claim:**      **Description**

_____      __business debt__

**Last 4 digits of account number** _____      **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

| | **As of the petition filing date, the claims is:** | |
Check all that apply. | $       **5,007.00**

__CE Clarke & Son, Inc.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__1700 Roseneath Rd.__

__Richmond, VA 23230__

**Date or dates debt was incurred**      **Basis for the claim:**      **Description**

_____      __business debt__

**Last 4 digits of account number** _____      **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

| | **As of the petition filing date, the claims is:** | |
Check all that apply. | $       **58,631.00**

__Century Chute__

☐ Contingent
☐ Unliquidated
☐ Disputed

__105 Industrial Drive__

__Minooka, IL 60447__

**Date or dates debt was incurred**      **Basis for the claim:**      **Description**

_____      __business debt__

**Last 4 digits of account number** _____      **Is the claim subject to offset?**

☒ No
☐ Yes

---

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 94 of 186

**3.24** | Nonpriority creditor's name and mailing address

__Chung-Ho Haunch__

__c/o Robert Clayton__
__Taylor & Ring__
__1230 Rosecrans Ave., Suite 360__

__Manhattan Beach, CA 90266__

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **Unknown**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

__personal injury claim__

Description

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

__City of Fremont__

__39550 Liberty Street__

__Fremont, CA 94538__

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **58.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

__business debt__

Description

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

__City of Mountain View__

__P.O Box 742745__

__Los Angeles, CA 90074- 274__

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **84.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

__business debt__

Description

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 95 of
186

---

**3.27** | Nonpriority creditor's name and mailing address

**City of Sunnyvale**

**2100 Thousand Oaks Blvd**

**Thousand Oaks, CA 91362**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 79.41

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

**Coast Compaction**

**65 Pine Avenue
Suite 174**

**Long Beach, CA 90802**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 8,546.00

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

**Conservice**

**750 S. Gateway Dr.**

**River Heights, UT 84321**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 6,761.00

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 96 of
186

Debtor    __American Trash Management, Inc.__
Name
     Case number *(if known)* _____

| | | |
|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Nonpriority creditor's name and mailing address**

__Consolidated Fabricators Corp__

__901 Simmerhorn Rd.__
__#8501__

__Galt, CA 95632__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **6,950.00**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
__Business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.31** **Nonpriority creditor's name and mailing address**

__Contou Consulting__

__1488 Juniper St.__

__Bozeman, MT 59715__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **6,993.00**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
__business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.32** **Nonpriority creditor's name and mailing address**

__Costco Business Center__

__22330 Hathaway Avenue__

__Hayward, CA 94541__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,626.16**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
__business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 97 of 186

---

**3.33** | Nonpriority creditor's name and mailing address

**County of Alameda**

**1221 Oak St.**
**Room 131**

**Oakland, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*                                    $ _____ **19,425.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**Curtis Menken**

**4920 Ivy Charm Way**

**Fort Worth, TX 76114**

As of the petition filing date, the claim is:
*Check all that apply.*                                    $ _____ **20,650.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**De Lage Langen**

**PO BOX 41602**

**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*                                    $ _____ **1,079.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus
Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 98 of
186

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 196.29 |

**Deluxe**

**P.O. BOX 742572**

**Cincinnati, OH 45274- 257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 48.74 |

**Dept. of Labor Unemployment Ins.**

**PO BOX 4301**

**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 2,563.50 |

**DJ Products, Inc.**

**1009 4th St NW**

**Little Falls, MN 56345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 99 of 186

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 5,458.24 |

**Dothan Industrial Hardware**

**PO Box 549**

**Dothan, AL 36302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 390.00 |

**Economy Equipment Rental**

**1771 W. Lincoln Ave.**

**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 2,375.00 |

**Express Waste**

**8636 Florida Blvd**

**Denham Springs, LA 70726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

Name

---

**3.42**   **Nonpriority creditor's name and mailing address**

**Ford Motor Credit**

**PO BOX 552679**

**Detroit, MI 48255- 267**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 637.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.43**   **Nonpriority creditor's name and mailing address**

**Frank Rimerman Co. LP**

**One Embarcadero Center**
**Suite 2410**

**San Francisco, CA 94111**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,274.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.44**   **Nonpriority creditor's name and mailing address**

**Friend Equipment**

**PO Box 560274**

**The Colony, TX 75056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC     BlueStylus

---

**3.45** | **Nonpriority creditor's name and mailing address**

**Front Range Maintenance**

**7631 W. Glasgow Place**

**Littleton, CO 80128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 345.00

Date or dates debt was incurred
_____

**Basis for the claim:**
**business debt**

Description

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

**GCT of Mississippi, Inc.**

**P.O. Box 10055**

**Gulfport, MS 39505**

**As of the petition filing date, the claims is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,101.00

Date or dates debt was incurred
_____

**Basis for the claim:**
**business debt**

Description

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**

**Gilton Solid Waste Mgmt.**

**755 So. Yosemite Ave.**

**Oakdale, CA 95361**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 672.59

Date or dates debt was incurred
_____

**Basis for the claim:**
**Business debt**

Description

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 102 of 186

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | $ 3,222.37 |
|------|--------------------------------------------------|----------------------------------------------------------------------|--|-----------|

**3.48** Nonpriority creditor's name and mailing address

__Global Hose and Hydraulics, Inc.__

__PO BOX 8187__

__Daytona Beach, FL 32120- 918__

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __3,222.37__

Date or dates debt was incurred
_____

Basis for the claim:
__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

__Great Lakes Recycling Service__

__P.O. Box 70__

__Worth, IL 60482__

As of the petition filing date, the claims is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __500.00__

Date or dates debt was incurred
_____

Basis for the claim:
__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

__Green Citizen__

__1831 Old Bayshore Hwy Suite 2__

__Burlingame, CA 94010__

As of the petition filing date, the claims is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __18.00__

Date or dates debt was incurred
_____

Basis for the claim:
__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

**3.51**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                    $                    1,262.50

Harmony Enterprises, Inc.

704 Main Ave. N.                    ☐  Contingent
                                    ☐  Unliquidated
Harmony, MN 55939                   ☐  Disputed

Date or dates debt was incurred     Basis for the claim:           Description

_____                     business debt

Last 4 digits of account number  _____   Is the claim subject to offset?

                                    ☒  No
                                    ☐  Yes

**3.52**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                    $                     106.91

HOME DEPOT

Attn: Wes Troth                     ☐  Contingent
PO Box 9001043                      ☐  Unliquidated
                                    ☐  Disputed
Louisville, KY 40290- 104

Date or dates debt was incurred     Basis for the claim:           Description

Last 4 digits of account number  _____   Is the claim subject to offset?

                                    ☒  No
                                    ☐  Yes

**3.53**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                    $                     938.61

HOME DEPOT

Attn: Thao Vo                       ☐  Contingent
PO Box 9001043                      ☐  Unliquidated
                                    ☐  Disputed
Louisville, KY 40290- 104

Date or dates debt was incurred     Basis for the claim:           Description

Last 4 digits of account number  _____   Is the claim subject to offset?

                                    ☒  No
                                    ☐  Yes

Copyright © Financial Software Solutions, LLC                                               BlueStylus

---

| 3.54 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **61.83**

__HOME DEPOT__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn:  Rutilio Rivas**
__PO BOX 9001043__

__Louisville, KY 40290__

**Date or dates debt was incurred**          **Basis for the claim:**          Description

_____          _____

**Last 4 digits of account number** _____          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **2,430.99**

__HOME DEPOT__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn:  Adam Steinkoenig**
__PO Box 9001043__

__Louisville, KY 40290- 104__

**Date or dates debt was incurred**          **Basis for the claim:**          Description

_____          _____

**Last 4 digits of account number** _____          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **1,163.54**

__HOME DEPOT__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn:  Chris Hutzel**
__PO Box 9001043__

__Louisville, KY 40290__

**Date or dates debt was incurred**          **Basis for the claim:**          Description

_____          _____

**Last 4 digits of account number** _____          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| 3.57 | Nonpriority creditor's name and mailing address |
|------|---|

**HOME DEPOT**

**Attn: Derrick White**
**PO Box 9001043**

**Louisville, KY 40290- 104**

Date or dates debt was incurred

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **2,607.99**

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

| 3.58 | Nonpriority creditor's name and mailing address |
|------|---|

**HOME DEPOT**

**Attn:  Gabriel Arredondo**
**PO Box 9001043**

**Louisville, KY 40290- 104**

Date or dates debt was incurred

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **2.07**

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

| 3.59 | Nonpriority creditor's name and mailing address |
|------|---|

**HOME DEPOT**

**Attn: Jeff Scott**
**PO Box 9001043**

**Louisville, KY 40290- 104**

Date or dates debt was incurred

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **2,367.58**

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 106 of 186

| 3.60 | Nonpriority creditor's name and mailing address |
|------|-----------------------------------------------|

**HOME DEPOT**

**Attn:  Joshua Safranski**
**PO BOx 9001043**

**Louisville, KY 40290**

As of the petition filing date, the claim is:
*Check that apply.*                                    $                    **3,114.22**

☐  Contingent
☐  Unliquidated
☐  Disputed

Date or dates debt was incurred          Basis for the claim:          Description

_____          _____

Last 4 digits of account number   _____   Is the claim subject to offset?

☑  No
☐  Yes

---

| 3.61 | Nonpriority creditor's name and mailing address |
|------|-----------------------------------------------|

**HOME DEPOT**

**Attn: Joshua Smith**
**PO Box 9001043**

**Louisville, KY 40290- 104**

As of the petition filing date, the claim is:
*Check that apply.*                                    $                    **922.77**

☐  Contingent
☐  Unliquidated
☐  Disputed

Date or dates debt was incurred          Basis for the claim:          Description

_____          _____

Last 4 digits of account number   _____   Is the claim subject to offset?

☑  No
☐  Yes

---

| 3.62 | Nonpriority creditor's name and mailing address |
|------|-----------------------------------------------|

**HOME DEPOT**

**Attn:  Rashad Jamal**
**PO Box 9001043**

**Louisville, KY 40290- 104**

As of the petition filing date, the claim is:
*Check that apply.*                                    $                    **3,982.25**

☐  Contingent
☐  Unliquidated
☐  Disputed

Date or dates debt was incurred          Basis for the claim:          Description

_____          _____

Last 4 digits of account number   _____   Is the claim subject to offset?

☑  No
☐  Yes

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 107 of 186

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 570.00 |

__HWI Equipment, Inc.__

__6795 Langley Avenue__

__Saint Louis, MO 63123__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claims is: *Check all that apply.* | $ 8,105.00 |

__Impact Environmental Group__

__950 Tollgate Road__

__Elgin, IL 60123__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claims is: *Check all that apply.* | $ 125.82 |

__Isolved Benefits__

__PO Box 889__

__Coldwater, MI 49036- 088__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 108 of 186

**3.66** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$                           350.00

Joseph Gibson

☐ Contingent
☐ Unliquidated
☐ Disputed

221 Farnum Pike

Smithfield, RI 02917

Date or dates debt was incurred

Basis for the claim:

**business debt**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

As of the petition filing date, the claims is:
*Check all that apply.*

$                           187.33

JV Manufacturing, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 229

Springdale, AR 72765

Date or dates debt was incurred

Basis for the claim:

**business debt**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

As of the petition filing date, the claims is:
*Check all that apply.*

$                           482.00

JWR, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

322 Watertown St.

Johnson Creek, WI 53038

Date or dates debt was incurred

Basis for the claim:

**business debt**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 109 of
186

**3.69** | Nonpriority creditor's name and mailing address

__KAISER FOUNDATION HEALTH PLACE__

__PO Box 741562__

__LOS ANGELES, CA 90074-5915__

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ 25,014.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address

__Kartman LLC__

__PO Box 8071__

__Cave Creek, AZ 85331__

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ 12,069.61

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address

__Kenneth Donald Rister, Jr.__

c/o Favaro, Lavezzo et al.
__300 Tuolumne St.__

__Vallejo, CA 94590__

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ Unknown

☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

__personal injury claim__

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 110 of 186

**3.72** | **Nonpriority creditor's name and mailing address**

__Kore Telematics, Inc.__

__29396 Network Place__

__Chicago, IL 60673- 129__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,355.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

__business debt__

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.73** | **Nonpriority creditor's name and mailing address**

__KPA Services LLC__

__PO Box 83301__

__Woburn, MA 01813__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **11,600.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

__business debt__

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.74** | **Nonpriority creditor's name and mailing address**

__Kristen M. Velez__

__12332 Indigo Springs Ct.__

__Bristow, VA 20136__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,100.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

__business debt__

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|
| | | Check all that apply. | $ 36,228.76 |

__Laughing Mermaid LLC__

__PO Box 10023__

__River Oaks, TX 76114__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|
| | | Check all that apply. | $ 29,100.30 |

__Lefco Inc.__

__1650 Las Plumas Avenue, Ste G__

__San Jose, CA 95133__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|
| | | Check all that apply. | $ 2,745.79 |

__Maggio Environmental Services__

__88 Old Dock Road__

__Yaphank, NY 11980__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

__business debt__

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

Check all that apply.

$ _____ **13,002.56**

__Marathon Equipment, Inc.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PO Box 409565__

__Atlanta, GA 30384__

**Date or dates debt was incurred**    **Basis for the claim:**    **Description**

_____    __business debt__

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

Check all that apply.

$ _____ **70,000.00**

__Matt Verkuilen__

☐ Contingent
☐ Unliquidated
☐ Disputed

__11515 Glenn Abbey Way__

__Charlotte, NC 28277__

**Date or dates debt was incurred**    **Basis for the claim:**    **Description**

_____    __business debt__

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

Check all that apply.

$ _____ **14,231.00**

__McGilly Information Systems__

☐ Contingent
☐ Unliquidated
☐ Disputed

__1042 62nd Street Unit A__

__Oakland, CA 94608__

**Date or dates debt was incurred**    **Basis for the claim:**    **Description**

_____    __business debt__

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC    BlueStylus

---

**3.81** | **Nonpriority creditor's name and mailing address**

__MCS Midwest__

__1250 Springfield Pike, Suite 1W__

__Cincinnati, OH 45215__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____ 805.00

**Description**

---

**3.82** | **Nonpriority creditor's name and mailing address**

__Michael Lessne__

__Lessne Hoffman__
__100 SE 3rd Ave., 10th Fl.__

__Fort Lauderdale, FL 33394__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____ Unknown

**Description**

---

**3.83** | **Nonpriority creditor's name and mailing address**

__Middle M Advisors__

__10612 Providence Road Suite D-339__

__Charlotte, NC 28277__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____ 25,117.40

**Description**

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 1,874.40 |

__Monterey Mushroom Farm__

__642 Hale St.__

__Morgan Hill, CA 95037__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Business deb__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 1,224.00 |

__National Equipment Solutions__

__136 W. Lancaster Avenue Suite 11__

__Paoli, PA 19301__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 4,383.00 |

__Nexair LLC__

__1750 Kinsey Road__

__Dothan, AL 36303__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                           BlueStylus

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 115 of 186

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 25,080.00 |

**Nims & Associates**

**1445 Technology Lane #A8**

**Petaluma, CA 94954**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:
**business debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 360.00 |

**Norton Equipment Co.**

**60 Amy Lane**

**Byhalia, MS 38611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:
**business debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,586.00 |

**Oak River Insurance Company**

**1 California St.**

**San Francisco, CA 94111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:
**business debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

---

**3.90**  Nonpriority creditor's name and mailing address

**OFFICE DEPOT INC**

**PO Box 29248**

**PHOENIX, AZ 85038-9248**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 213.92

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.91**  Nonpriority creditor's name and mailing address

**Oneal Steal**

**PO Box 934243**

**Atlanta, GA 31193**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 41,075.99

Date or dates debt was incurred

Basis for the claim:
**business debt**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.92**  Nonpriority creditor's name and mailing address

**Palisade Builders Inc**

**900 E. Hamilton Avenue
Suite 140**

**Campbell, CA 95008**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,295.12

Date or dates debt was incurred

Basis for the claim:
**business debt**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 117 of
186

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|------|--------|--------|--------|--------|

**3.93**

Nonpriority creditor's name and mailing address

**Pape Material Handling, Inc.**

**PO Box 35144 #5077**

**Seattle, WA 98124- 514**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 21,306.00

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.94**

Nonpriority creditor's name and mailing address

**Patton Sales Corp**

**PO Box 273**

**Ontario, CA 91762**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 602.10

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.95**

Nonpriority creditor's name and mailing address

**PG&E**

**P.O. Box 997300**

**Sacramento, CA 95899**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 101.27

Date or dates debt was incurred
_____

Basis for the claim:
**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 118 of 186

---

**3.96** | **Nonpriority creditor's name and mailing address**

**Piian Systems LLC**

**45-090 Golf Center Parkway, Suite A**

**Indio, CA 92201**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **7,966.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

---

**3.97** | **Nonpriority creditor's name and mailing address**

**Portland General Electric**

**P.O. Box 4438**

**Portland, OR 97208- 443**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                      **159.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

---

**3.98** | **Nonpriority creditor's name and mailing address**

**Power Pusher**

**1425 Stagecoach Rd.**

**Shakopee, MN 55379**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                   **14,564.13**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus
Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 119 of 186

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 795.00 |

**Premier Waste**

**PO Box 891702**

**Oklahoma City, OK 73189**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 283.00 |

**Public Storage**

**150 S Buchanan Circle**

**Pacheco, CA 94553**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 356.00 |

**Republic Services**

**P.O. Box 78829**

**Phoenix, AZ 85062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

**business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                         BlueStylus

| 3.10 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Ruben Martinez**

**c/o The Atlas Firm**
**1648 Westwood Blvd.**

**Los Angeles, CA 90024**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**workers comp claim**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

| 3.10 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **10,597.00** |

**Rumpke of Ohio, Inc.**

**PO Box 538710**

**Cincinnati, OH 45253**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 121 of 186

| 3.10 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 7,000.00 |

**SBA Disaster Loan**

**PO BOX 3918**

**Portland, OR 97208- 391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 270,833.33 |

**Scott Brown**

**1900 Powell St.**
**Suite 220**

**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**deferred salary**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    **American Trash Management, Inc.**                    Case number *(if known)* _____
          Name

| 3.10 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                                  3,870.00 |

**Service Industrial Supply**

**PO BOX 1347**

**DOTHAN, AL 36302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

Basis for the claim:
**business debt**

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

| 3.10 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                              Unknown |

**Shayna Freyman**

**Freyman Law**
**1314 E. Las Olas Blvd, $1045**

**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| 3.10 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 5,062.00 |
|---|---|---|---|---|

**Sherwin Williams**

**4239 Lafayette St**

**Marianna, FL 32446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 5,713.00 |
|---|---|---|---|---|

**Sierra Wireless America, Inc**

c/o 516623
**16420 Valley View Avenue**

**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                            BlueStylus

**3.110**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

__Simpson Strong-Tie Co.__

__5956 W. Las Positas Blvd.__

__Pleasanton, CA 94588__

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    14,464.16

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
__business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

__Solid Waste Equipment Co, Inc.__

__7630 L Street__

__Omaha, NE 68127__

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    451.33

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
__business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

| 3.11 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $                    2,890.00 |
|---|---|---|---|---|

**Sonic, Inc.**

**2260 Apollo Way**

**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $                    3,960.00 |
|---|---|---|---|---|

**Standard Parking**

**8037 Collection Center Drive**

**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 126 of 186

| 3.11 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,929.00 |

**Steris Corp**

**6515 Hopkins Road**

**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,348.11 |

**Summerhill Apartment Communities**

**777 S. California Avenue**

**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 127 of 186

| 3.11 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,875.00 |

**Sun Star Rentals, Inc.**

**8551 Sleepy Hollow Rd.**

**Woodburn, OR 97071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
business debt

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,560.20 |

**Sunbelt Environmental SVC, Inc**

**2929 Watson Blvd**
**Suite 2 PMB331**

**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
business debt

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case: 25-30743   Doc# 1   Filed: 09/15/25   Entered: 09/15/25 17:43:20   Page 128 of 186

| Debtor | American Trash Management, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td>3.11 8</td><td colspan="3"></td></tr>
</table>

**3.11 8**

**Nonpriority creditor's name and mailing address**

**Sunset Scavenger**

**250 Executive Park Blvd., #2100**

**San Francisco, CA 94134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,153.60

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.11 9**

**Nonpriority creditor's name and mailing address**

**Surface Finishing Systems**

**3 Roberts Ave.**

**Buffalo, NY 14206**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 475.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| 3.120 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tenntex**

**9304 Converse Business Lane**

**Converse, TX 78109**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **1,826.73**

Description

---

| 3.121 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**The Compactor Company**

**51 Brooklyn Avenue**

**Westbury, NY 11590**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **438.94**

Description

---

Copyright © Financial Software Solutions, LLC                BlueStylus

| 3.12 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,382.80 |

__The Hartford__

__PO Box 415738__

__Boston, MA 02241- 573__

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | __business debt__ | |

| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| 3.12 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,000.00 |

__Trinity Logistics, Inc.__

__PO BOx 536203__

__Pittsburgh, PA 15253__

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | __business debt__ | |

| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| 3.12 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Uline**

**PO BOX 88741**

**Chicago, IL 60680- 174**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$     913.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| 3.12 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**United Healthcare**

**PO BOX 843118**

**Los Angeles, CA 90084- 311**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$     28,081.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC      BlueStylus

| 3.12 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 4,585.57 |
|---|---|---|---|

**Waste Management**

**PO Box 13648**

**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim: **business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.12 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 550.00 |
|---|---|---|---|

**Waste Recycling Services LLC**

**7713 3rd Terrace**

**Lake Worth, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC       BlueStylus

| 3.12 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 982.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Waste Tek LLC__

__2200 Lightwood Rd__

__Deatsville, AL 36022__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 982.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.12 9 |

**Nonpriority creditor's name and mailing address**

__West Florida Electric__

__PO Box 127__

__Graceville, FL 32440__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 840.34

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                           BlueStylus

| 3.13 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wex Fleet Universal**

**PO Box 4337**

**Carol Stream, IL 60197**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$       **70.00**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**3.13 1**

**Nonpriority creditor's name and mailing address**

**WHR Holdings, LLC**

**3402 Southwest 26th Terrace
Unit B-10**

**Dania Beach, FL 33312**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

$       **1,883,859.00**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Description**

claim is disputed and
subject to partial offset.

| 3.13 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                           2,090.16 |
|---|---|---|---|

**ZO Apartments**

**330 17th Street**

**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Description

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **4.1** Chapman Smith & Assoc. 2699 Stirling Road, Ste. A-201 Fort Lauderdale, FL 33312 | Line __3.131__ ☐ Not listed. Explain _____ | _____ |
| **4.2** Gaba Law 8583 Irvine Center Dr. Suite 500 Irvine, CA 92618 | Line __3.73__ ☐ Not listed. Explain _____ | _____ |

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 136 of 186

Debtor    __American Trash Management, Inc._____    Case number *(if known)* _____
          Name

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                    **Total of claim amounts**

5a.   **Total claims from Part 1**              5a.    $              468,846.34

5b.   **Total claims from Part 2**              5b.  **+**  $         2,907,277.01

5c.   **Total of Parts 1 and 2**                5c.    $            3,376,123.35
      Lines 5a + 5b = 5c.

**Fill in this information to identify your case:**

Debtor Name __American Trash Management, Inc.__

United States Bankruptcy Court for the: __Northern District of California__

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for Emeryville office.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Prime US-Tower Emeryville** <br> **c/o KBS Realty Advisors** <br> **800 Newport Center Dr.** <br> **Suite 700** <br> **Newport Beach, CA 92660** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **month to month lease for Pacheco, CA warehouse** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Shea Properties** <br> **P.O. Box 475757** <br> **San Francisco, CA 94147** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for warehouse in Irwindale, CA** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Reford Industrial** <br> **11620 Wilshire Blvd.** <br> **Suite 1000** <br> **Los Angeles, CA 90025** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for printer in corporate office.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Leaf** <br> **P.O. Box 5066** <br> **Hartford, CT 06102** |

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 138 of 186

Debtor   **American Trash Management, Inc.**          Case number *(if known)* _____
_____
Name

**2.5**  **State what the contract or
lease is for and the nature
of the debtor's interest**          __accounting software__

┌─────────────────────────────────────────┐
│ **Balboa Capital**                        │
│ **575 Anton Blvd.**                       │
│ **12th Floor**                            │
│ **Costa Mesa, CA 92626**                  │
└─────────────────────────────────────────┘

  **State the term remaining**          __2__

  **List the contract number of
any government contract**          _____

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor Name   **American Trash Management, Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*If known*):

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Case: 25-30743     Doc# 1     Filed: 09/15/25     Entered: 09/15/25 17:43:20     Page 140 of 186

Fill in this information to identify your case:

Debtor name  **American Trash Management, Inc.**

United States Bankruptcy Court for the:  **Northern District of California**

Case number (If known): _____

☐ Check if this is an amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **7/1/2025** to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **1,966,276.00** |
| **For prior year:** From **7/1/2024** to **6/30/2025**<br>MM/DD/YYYY     MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **9,390,136.00** |
| **For the year before that:** From **7/1/2023** to **6/30/2024**<br>MM/DD/YYYY     MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **11,037,343.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
| **For prior year:** From _____ to _____<br>MM/DD/YYYY     MM/DD/YYYY | _____ | $ _____ |
| **For the year before that:** From _____ to _____<br>MM/DD/YYYY     MM/DD/YYYY | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC                                                                                                            BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 141 of 186

| Debtor | American Trash Management, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1 Fremont Bank**<br>Creditor's Name<br><br>**2580 Shea Center Dr.**<br>Number    Street<br><br>**Livermore        CA    94551**<br>City            State  ZIP Code | **regular recurring monthly payments** | $ _____38,094.00__ | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.2 see attached list**<br>Creditor's Name<br><br>Number    Street<br><br>City            State  ZIP Code | | $ _____0.00__ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1**<br>Insider's Name<br><br>Number    Street<br><br>City            State  ZIP Code<br><br>**Relationship to debtor** | | $ _____ | |

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 142 of 186

| Company name: | American Trash Managment, Inc |
| Report name: | Check register |
| Created on: | 9/15/2025 |

| Bank | Date | Vendor | Document no. | Amount | Cleared |
|------|------|--------|--------------|--------|---------|
| **STax - Fremont Bank - Fremont Bank** | **Account no: 22909230** | | | | |
| | 7/18/2025 | V00675--TAX AGENCY CA | 21585153 | 23,654.06 | In transit |
| | 7/12/2025 | V00675--TAX AGENCY CA | 202506 | 29,152.66 | In transit |
| | 6/18/2025 | V00675--TAX AGENCY CA | 1529052 | 23,654.06 | In transit |
| **Total for STax - Fremont Bank** | | | | **76,460.78** | |
| | | | | | |
| **Check - Fremont Bank - Fremont Bank** | **Account no: 22908579** | | | | |
| | 7/9/2025 | V00016--411 BUCHANAN CIRCLE LLC | Ref# 9ce474b931 | 3,100.00 | In transit |
| | 7/8/2025 | V00029--ADVANCE LIFTS INC | Ref#09b4937b7c | 392,773.00 | In transit |
| | 7/8/2025 | V00047--ALLIANCE SOLUTIONS | AutoPmt-07/08/2 | 1,400.00 | In transit |
| | 7/20/2025 | V00082--AUTODESK INC | Ref#1003089407 | 2,625.00 | In transit |
| | 6/23/2025 | V00082--AUTODESK INC | Ref#1002819285 | 2,625.00 | In transit |
| | 7/8/2025 | V00083--AVALARA | Conf#0430000915 | 14,158.73 | In transit |
| | 7/28/2025 | V00087--BALBOA CAPITAL | Balboa-07/28/25 | 4,638.74 | In transit |
| | 6/30/2025 | V00087--BALBOA CAPITAL | Balboa-06/30/25 | 4,638.74 | In transit |
| | 7/29/2025 | V00123--BIG JOE HANDLING SYSTEM | Ref# de4445fbcd | 5,335.00 | In transit |
| | 6/27/2025 | V00126--BIGGE CRANE AND RIGGING CO | Ref#f984c4fa45 | 6,995.00 | In transit |
| | 7/9/2025 | V00132--BLANCHARD AND COLLIER | Ref#f164b49a46 | 1,500.00 | In transit |
| | 6/18/2025 | V00162--CALIFORNIA APPRENTICESHIP COUNCI | 273036 | 6.56 | In transit |
| | 6/17/2025 | V00162--CALIFORNIA APPRENTICESHIP COUNCI | 273035 | 43.05 | In transit |
| | 6/17/2025 | V00162--CALIFORNIA APPRENTICESHIP COUNCI | 273034 | 0.82 | In transit |
| | 7/21/2025 | V00168--CAPITAL ONE FSB | CapOneFSB-07/21 | 2,500.00 | In transit |
| | 6/18/2025 | V00168--CAPITAL ONE FSB | CapOneFSB-06/18 | 2,500.00 | In transit |
| | 7/22/2025 | V00169--CAPITAL ONE SPARK BUSINESS | CapSpark-07/22 | 15,000.00 | In transit |
| | 7/8/2025 | V00169--CAPITAL ONE SPARK BUSINESS | CapSpark-07/08 | 25,000.00 | In transit |
| | 6/27/2025 | V00169--CAPITAL ONE SPARK BUSINESS | CapSpark-06/27 | 19,000.00 | In transit |
| | 6/20/2025 | V00169--CAPITAL ONE SPARK BUSINESS | CapSpark-06/20 | 24,000.00 | In transit |
| | 7/15/2025 | V00772--CENTURY BUSINESS SOLUTIONS | EBiz-07/15/25 | 20.00 | In transit |
| | 7/3/2025 | V00772--CENTURY BUSINESS SOLUTIONS | EBiz-07/03/25 | 2,989.93 | In transit |
| | 7/24/2025 | V00178--CENTURY CHUTE LLC | Ref#452416182c | 11,574.00 | In transit |
| | 7/14/2025 | V00178--CENTURY CHUTE LLC | Ref#67d47c9bf8 | 8,816.22 | In transit |
| | 7/2/2025 | V00178--CENTURY CHUTE LLC | Ref#68e4a86914 | 29,650.00 | In transit |
| | 6/27/2025 | V00178--CENTURY CHUTE LLC | Ref#31e4e5ca23 | 36,987.00 | In transit |
| | 7/18/2025 | V00182--CHARLES SCHWAB | AutoPmt-07/18/2 | 751.57 | In transit |
| | 7/9/2025 | V00182--CHARLES SCHWAB | Ref#c654046b3b | 10,958.08 | In transit |
| | 6/27/2025 | V00257--COMCAST BUSINESS | Conf#2094486496 | 622.02 | In transit |
| | 7/29/2025 | V00289--DAWN GUENTHARDT | Ref#9374796b20 | 1,092.00 | In transit |
| | 7/2/2025 | V00289--DAWN GUENTHARDT | Ref#be94f6181b | 2,232.00 | In transit |
| | 7/23/2025 | V00809--DEPARTMENT OF LABOR AND INDUSTR | 273044 | 8.50 | In transit |
| | 7/18/2025 | V00786--FINESTONE HAYES LLP | Ref#c074b3d8a4 | 75,000.00 | In transit |
| | 7/14/2025 | V00786--FINESTONE HAYES LLP | Ref#2b246c9869 | 3,904.00 | In transit |
| | 7/8/2025 | V00764--FIRST INSURANCE FUNDING | Ref#127429678 | 30,976.81 | In transit |
| | 7/14/2025 | V00356--FORD CREDIT ACC 59365738 VIN E645 | Ref#896807736 | 1,337.70 | In transit |
| | 7/14/2025 | V00358--FORD CREDIT ACC 61052366 VIN D025 | Ref#295253795 | 1,912.73 | In transit |
| | 7/14/2025 | V00359--FORD CREDIT ACC 61613473 VIN F581 | Ref#2697293993 | 2,328.29 | In transit |
| | 7/14/2025 | V00360--FORD CREDIT ACC 61660767 VIN E926 | Ref#6612635334 | 726.34 | In transit |
| | 7/14/2025 | V00361--FORD CREDIT ACC 61660773 VIN G045 | Ref#7661771023 | 1,065.40 | In transit |
| | 7/14/2025 | V00392--HARTWICKS CONSULTING SERVICE | Ref#f264504bd5 | 21,642.52 | In transit |
| | 6/23/2025 | V00392--HARTWICKS CONSULTING SERVICE | Ref#6d4cd7aa7 | 6,536.74 | In transit |
| | 6/18/2025 | V00777--HAYCO INDUSTRIES INC | Ref#b6f4728b8a | 6,591.00 | In transit |
| | 6/18/2025 | V00393--HEFFERNAN INSURANCE BROKERS | Ref#MMT3DBWGD8D | 1,666.27 | In transit |
| | 6/18/2025 | V00436--ISOLVED BENEFIT SERVICES | Ref#afd4481be8 | 125.82 | In transit |
| | 7/28/2025 | V00448--JOSEPH GIBSON | Ref#d5545ceb19 | 700.00 | In transit |
| | 7/8/2025 | V00449--JV MANUFACTURING INC | Ref#1404d9c853 | 232,499.10 | In transit |
| | 7/24/2025 | V00450--JWR INC | Ref#1d7473196a | 482.86 | In transit |
| | 7/2/2025 | V00451--KAISER FOUNDATION HEALTH PLACE | Conf#5154764 | 22,787.00 | In transit |
| | 6/27/2025 | V00459--KORE TELEMATICS INC | Ref#93147cb86f | 2,319.89 | In transit |
| | 7/21/2025 | V00769--LEAF | LEAF-07/19/25 | 613.92 | In transit |
| | 6/23/2025 | V00769--LEAF | LEAF-06/19/25 | 613.92 | In transit |
| | 7/8/2025 | V00798--LESSNE HOFFMAN PLLC | Ref#a341d88fa | 480.00 | In transit |
| | 7/14/2025 | V00473--LINCOLN AUTOMOTIVE FINANCIAL SER | Ref#2215667221 | 2,171.98 | In transit |
| | 7/14/2025 | V00490--MCGILLY INFORMATION SYSTEMS | Ref#32442ca92f | 14,215.89 | In transit |
| | 7/28/2025 | V00493--MEAGHAN FREEMAN RICKS | Ref#c5d418f992 | 1,295.00 | In transit |
| | 7/2/2025 | V00493--MEAGHAN FREEMAN RICKS | Ref#8ec436c8d9 | 1,340.00 | In transit |
| | 7/2/2025 | V00504--MIDATLANTIC WASTE SYSTEMS | Ref#2104ddeb3b- | 1,246.47 | In transit |
| | 7/15/2025 | V00816--MORITT HOCK AND HAMROFF LLP | 273042 | 1,144.50 | In transit |
| | 7/14/2025 | V00766--NEXAIR LLC | Ref#c3140d4bb9 | 18,003.80 | In transit |
| | 7/14/2025 | V00549--OAK RIVER INSURANCE COMPANY | Ref#722322 | 6,656.85 | In transit |
| | 6/27/2025 | V00551--OFFICE DEPOT INC | Ref#4a549038ea | 213.92 | In transit |
| | 6/27/2025 | V00575--PIIAN SYSTEMS INC | Ref#ca947d58ad | 799.28 | In transit |
| | 7/2/2025 | V00580--PRIME US TOWERS AT EMERYVILLE | Ref# 3a746b4bc3 | 15,865.45 | In transit |
| | 7/14/2025 | V00620--SBA DISASTER LOAN | 273041 | 1,000.00 | In transit |
| | 7/21/2025 | V00628--SHERWIN WILLIAMS | Ref# 9474043aa8 | 2,949.23 | In transit |
| | 7/2/2025 | V00637--SONIC INC | SONIC-07/02/25 | 2,892.46 | In transit |
| | 7/28/2025 | V00711--THE HARTFORD | AutoPmt-07/28/2 | 376.89 | In transit |
| | 6/30/2025 | V00711--THE HARTFORD | AutoPmt-06/27/2 | 312.75 | In transit |
| | 7/14/2025 | V00722--TRINITY LOGISTICS INC | Ref#93e42b5827 | 12,600.00 | In transit |
| | 7/24/2025 | V00819--UCB ZERO WASTE | Ref#92f4820ad9 | 6,629.16 | In transit |
| | 7/8/2025 | V00729--UNITED HEALTHCARE | Conf#4729950281 | 3,204.32 | In transit |
| | 7/1/2025 | V00729--UNITED HEALTHCARE | Conf#472995028b | 27,003.45 | In transit |
| | 6/16/2025 | V00813--WALTON CONSTRUCTION | 273033 | 7,659.00 | In transit |
| | 6/18/2025 | V00789--WASTE RECYCLING SERVICES LLC | Ref#0134554abf | 550.00 | In transit |
| | 7/8/2025 | V00754--WEX FLEET UNIVERSAL | Conf#8579070220 | 8,720.74 | In transit |

| Date | Vendor | Reference | Amount | Status |
|------|--------|-----------|--------|--------|
| 7/24/2025 | V00755--WHR HOLDINGS LLC | Ref#5e54fc6aa4 | 542.00 | In transit |
| 7/24/2025 | V00755--WHR HOLDINGS LLC | Ref#2a54bd1bf2 | 1,314.00 | In transit |
| 7/24/2025 | V00755--WHR HOLDINGS LLC | Ref#45c4af0812 | 1,900.20 | In transit |
| 7/8/2025 | V00755--WHR HOLDINGS LLC | Ref# 99b4805972 | 1,472.00 | In transit |
| 6/20/2025 | V00755--WHR HOLDINGS LLC | Ref#d474497832 | 640.00 | In transit |
| 7/29/2025 | V00801--WORLDWIDE EXPRESS | Worldwide-07/29 | 365.60 | In transit |
| 7/22/2025 | V00801--WORLDWIDE EXPRESS | Worldwide-07/22 | 649.33 | In transit |
| 7/15/2025 | V00801--WORLDWIDE EXPRESS | Worldwide-07/15 | 120.04 | In transit |
| 7/8/2025 | V00801--WORLDWIDE EXPRESS | Worldwide-07/08 | 398.33 | In transit |
| 7/1/2025 | V00801--WORLDWIDE EXPRESS | Worldwide-07/01 | 298.34 | In transit |
| 6/24/2025 | V00801--WORLDWIDE EXPRESS | Worldwide-06/24 | 371.65 | In transit |
| 6/17/2025 | V00801--WORLDWIDE EXPRESS | Worldwide-06/17 | 414.09 | In transit |
| **Total for Check - Fremont Bank** | | | **#########** | |

**Checking - BMO Bank - BMO Bank**  **Account no: 3108041282**

| Date | Vendor | Reference | Amount | Status |
|------|--------|-----------|--------|--------|
| 7/9/2025 | V00193--CITY OF AMITY | Conf#0820507246 | 243.17 | In transit |
| 7/10/2025 | V00257--COMCAST BUSINESS | Conf#2106275346 | 622.02 | In transit |
| 7/9/2025 | V00545--NW NATURAL | Conf#4381267704 | 23.34 | In transit |
| 7/8/2025 | V00574--PG AND E | PGE-07/09/25 | 62.35 | In transit |
| 7/9/2025 | V00577--PORTLAND GENERAL ELECTRIC | Conf#4382779808 | 60.00 | In transit |
| 7/9/2025 | V00577--PORTLAND GENERAL ELECTRIC | Conf#4382779828 | 47.00 | In transit |
| 7/9/2025 | V00577--PORTLAND GENERAL ELECTRIC | Conf#4382779780 | 266.81 | In transit |
| 7/9/2025 | V00605--REPUBLIC SERVICES 210 | Conf#5192142890 | 37.66 | In transit |
| 7/9/2025 | V00608--RIF V ARROW BUSINESS CENTER LLC | Conf#496207 | 1,772.99 | In transit |
| 7/9/2025 | V00751--WEST FLORIDA ELECTRIC | Conf#230730435 | 1,126.40 | In transit |
| **Total for Checking - BMO Bank** | | | **4,261.74** | |

**Joint Check Clearing - Internal**  **Account no:**

| Date | Vendor | Reference | Amount | Status |
|------|--------|-----------|--------|--------|
| 7/15/2025 | V00178--CENTURY CHUTE LLC | JointCheck#2531 | 17,057.34 | In transit |
| 7/7/2025 | V00755--WHR HOLDINGS LLC | JointCheck#0076 | 53,845.00 | In transit |
| 7/21/2025 | V00757--WILKINSON HIRISE | JointCheck#3679 | 32,491.00 | In transit |
| **Total for Joint Check Clearing** | | | **103,393.34** | |

**AP Payment Register**
Company/Br. ATM

From Period:  02-2026
To Period:    03-2026

Date:  9/15/2025 11:45 AM
User:  KAREN TROTH

| Account | Currency | Description |
|---|---|---|
| 10103 | USD | Sales Tax - Fremont Bank |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000096 | ACH00093 | Closed | 8/18/2025 | V00675 | TAX AGENCY CA | 0.00 | 23,654.06 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001128 | ATM | CDTFA PREPAYMENT PLA | CDTFA PREPAYMENT PLAN AUG 2025 | 23,654.06 USD | 0.00 | 23,654.06 |
| | | | | | | **Document Total:** | 23,654.06 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000097 | ACH00094 | Closed | 8/12/2025 | V00675 | TAX AGENCY CA | 0.00 | 26,286.51 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001129 | ATM | CDTFA JUL 2025 | CDTFA JUL 2025 | 26,286.51 USD | 0.00 | 26,286.51 |
| | | | | | | **Document Total:** | 26,286.51 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000098 | ACH00095 | Closed | 9/12/2025 | V00675 | TAX AGENCY CA | 0.00 | 14,516.85 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001130 | ATM | CDTFA PREPAYMENT PLA | CDTFA PREPAYMENT PLAN SEP 2025 | 14,516.85 USD | 0.00 | 14,516.85 |
| | | | | | | **Document Total:** | 14,516.85 |
| | | | | | | **Payment Method To** | 64,457.42 |
| | | | | | | **Cash Account Total:** | 64,457.42 |

| Account | Currency | Description |
|---|---|---|
| 10104 | USD | Checking - Fremont Bank |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000002 | ACH00002 | Closed | 8/1/2025 | V00650 | STANDARD PARKING SP | 0.00 | 5,280.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000561 | ATM | 00053827184-202505 | Migrated from Sage | 1,320.00 USD | 0.00 | 1,320.00 |
| Bill | 000562 | ATM | 53925775 | Migrated from Sage | 1,320.00 USD | 0.00 | 1,320.00 |
| Bill | 000563 | ATM | 54022759 | Migrated from Sage | 1,320.00 USD | 0.00 | 1,320.00 |
| Bill | 000564 | ATM | 54118494-202508 | Migrated from Sage | 1,320.00 USD | 0.00 | 1,320.00 |
| | | | | | | **Document Total:** | 5,280.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000003 | ACH00003 | Closed | 8/1/2025 | V00806 | NIMS & ASSOCIATES | 0.00 | 7,480.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000881 | ATM | 146064A | Migrated from Sage | 2,585.00 USD | 0.00 | 2,585.00 |
| Bill | 000882 | ATM | 146340A | Migrated from Sage | 4,895.00 USD | 0.00 | 4,895.00 |
| | | | | | | **Document Total:** | 7,480.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000004 | ACH00004 | Closed | 8/4/2025 | V00637 | SONIC INC | 0.00 | 2,890.71 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000560 | ATM | 1010874779 | Migrated from Sage | 2,890.71 USD | 0.00 | 2,890.71 |
| | | | | | | **Document Total:** | 2,890.71 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000005 | ACH00005 | Closed | 8/4/2025 | V00083 | AVALARA | 0.00 | 16,697.58 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000020 | ATM | INV-1793507 | Migrated from Sage | 16,697.58 USD | 0.00 | 16,697.58 |
| | | | | | | **Document Total:** | 16,697.58 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000006 | ACH00006 | Closed | 8/5/2025 | V00801 | WORLDWIDE EXPRESS | 0.00 | 188.27 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000879 | ATM | 07/30/2025 - 250727W0777 | Migrated from Sage | 188.27 USD | 0.00 | 188.27 |
| | | | | | | **Document Total:** | 188.27 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000007 | ACH00007 | Closed | 8/6/2025 | V00580 | PRIME US TOWERS AT EMERYVILLE | 0.00 | 13,306.24 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000911 | ATM | AUG 2025 | | 13,306.08 USD | 0.00 | 13,306.08 |
| Bill | 000919 | ATM | AUG 2025 RENT-ADJ | AUG 2025 RENT-ADJ | 0.16 USD | 0.00 | 0.16 |
| | | | | | | **Document Total:** | 13,306.24 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000008 | ACH00008 | Closed | 8/6/2025 | V00451 | KAISER FOUNDATION HEALTH PLACE | 0.00 | 24,097.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000269 | ATM | 45870 | Migrated from Sage | 24,097.00 USD | 0.00 | 24,097.00 |
| | | | | | | **Document Total:** | 24,097.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000009 | ACH00009 | Closed | 8/6/2025 | V00729 | UNITED HEALTHCARE | 0.00 | 24,841.53 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000599 | ATM | 45870 | Migrated from Sage | 28,045.85 USD | 0.00 | 24,841.53 |
| | | | | | | **Document Total:** | 24,841.53 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000010 | ACH00010 | Closed | 8/7/2025 | V00729 | UNITED HEALTHCARE | 0.00 | 3,204.32 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000599 | ATM | 45870 | Migrated from Sage | 28,045.85 USD | 0.00 | 3,204.32 |
| | | | | | | **Document Total:** | 3,204.32 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000011 | ACH00011 | Closed | 8/7/2025 | V00764 | FIRST INSURANCE FUNDING | 0.00 | 30,976.81 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000858 | ATM | 45876 | | Migrated from Sage | 30,976.81 USD | 0.00 | 30,976.81 |
| | | | | | | | **Document Total:** | **30,976.81** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000012 | ACH00012 | Closed | 8/12/2025 | V00801 | WORLDWIDE EXPRESS | 0.00 | 334.70 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000917 | ATM | 08/06/2025 - 250803W0362;UPS 73966W / Acc# W002323665 | | | 334.70 USD | 0.00 | 334.70 |
| | | | | | | | **Document Total:** | **334.70** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000013 | ACH00013 | Closed | 8/12/2025 | V00360 | FORD CREDIT ACC 61660767 VIN E92648 | 0.00 | 762.66 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000124 | ATM | 07/02/25 - 2022 Ford F150 | | Migrated from Sage | 762.66 USD | 0.00 | 762.66 |
| | | | | | | | **Document Total:** | **762.66** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000014 | ACH00014 | Closed | 8/12/2025 | V00361 | FORD CREDIT ACC 61660773 VIN G04580 | 0.00 | 1,118.67 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000125 | ATM | 07/02/25 - 2022 Ford F250 | | Migrated from Sage | 1,118.67 USD | 0.00 | 1,118.67 |
| | | | | | | | **Document Total:** | **1,118.67** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000015 | ACH00015 | Closed | 8/12/2025 | V00132 | BLANCHARD AND COLLIER | 0.00 | 1,500.00 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000913 | ATM | AUG 2025 RENT | | AUG 2025 RENT | 1,500.00 USD | 0.00 | 1,500.00 |
| | | | | | | | **Document Total:** | **1,500.00** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000016 | ACH00016 | Closed | 8/12/2025 | V00016 | 411 BUCHANAN CIRCLE LLC | 0.00 | 3,100.00 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000912 | ATM | AUG 2025 RENT | | AUG 2025 RENT | 3,100.00 USD | 0.00 | 3,100.00 |
| | | | | | | | **Document Total:** | **3,100.00** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000017 | ACH00017 | Closed | 8/12/2025 | V00629 | SIERRA WIRELESS AMERICA INC | 0.00 | 8,057.62 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000493 | ATM | 22124 | | Migrated from Sage | 1,585.78 USD | 0.00 | 1,585.78 |
| Bill | 000495 | ATM | 22604 | | Migrated from Sage | 1,604.60 USD | 0.00 | 1,604.60 |
| Bill | 000496 | ATM | 75140878 | | Migrated from Sage | 799.62 USD | 0.00 | 799.62 |
| Bill | 000498 | ATM | 22961 | | Migrated from Sage | 1,668.65 USD | 0.00 | 1,668.65 |
| Bill | 000920 | ATM | 75130322 | | 30-ATTC0001/1001576 | 799.73 USD | 0.00 | 799.73 |
| Bill | 000921 | ATM | 75150959 | | 30-ATTC0001/1001576 | 799.62 USD | 0.00 | 799.62 |
| Bill | 000922 | ATM | 75161374 | | 30-ATTC0001/1001576 | 799.62 USD | 0.00 | 799.62 |
| | | | | | | | **Document Total:** | **8,057.62** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000018 | ACH00018 | Closed | 8/14/2025 | V00785 | SUN LIFE | 0.00 | 5,282.51 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000907 | ATM | 7/1/25 to 8/1/25 (DENTAL & | | Migrated from Sage | 2,625.60 USD | 0.00 | 2,625.60 |
| Bill | 000908 | ATM | 8/1/25 to 8/31/25 (DENTAL & | | Migrated from Sage | 2,656.91 USD | 0.00 | 2,656.91 |
| | | | | | | | **Document Total:** | **5,282.51** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000019 | ACH00019 | Closed | 8/14/2025 | V00785 | SUN LIFE | 0.00 | 2,255.56 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000875 | ATM | 06/01/2025 - 06/30/2025 (MI | | Migrated from Sage | 1,127.78 USD | 0.00 | 1,127.78 |
| Bill | 000876 | ATM | 07/01/2025 - 07/31/2025 (MI | | Migrated from Sage | 1,127.78 USD | 0.00 | 1,127.78 |
| | | | | | | | **Document Total:** | **2,255.56** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000020 | ACH00020 | Closed | 8/15/2025 | V00162 | CALIFORNIA APPRENTICESHIP COUNCIL | 0.00 | 22.14 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000055 | ATM | 2102654-First Street North - | | Migrated from Sage | 22.14 USD | 0.00 | 22.14 |
| | | | | | | | **Document Total:** | **22.14** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000021 | ACH00021 | Closed | 8/15/2025 | V00806 | NIMS & ASSOCIATES | 0.00 | 17,600.00 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000883 | ATM | 146438A | | Migrated from Sage | 17,600.00 USD | 0.00 | 17,600.00 |
| | | | | | | | **Document Total:** | **17,600.00** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000022 | ACH00022 | Closed | 8/18/2025 | V00815 | CONSERVICE | 0.00 | 324.75 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000896 | ATM | CONSERVICE REFUND | | Migrated from Sage | 324.75 USD | 0.00 | 324.75 |
| | | | | | | | **Document Total:** | **324.75** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000023 | ACH00023 | Closed | 8/4/2025 | V00182 | CHARLES SCHWAB | 0.00 | 14,406.69 |

| Doc. Type | Ref. Number | Branch | | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000923 | ATM | PPE 07/31/2025 | | PPE 07/31/2025 | 14,406.69 USD | 0.00 | 14,406.69 |
| | | | | | | | **Document Total:** | **14,406.69** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000024 | ACH00024 | Closed | 8/5/2025 | V00772 | CENTURY BUSINESS SOLUTIONS | 0.00 | 3,228.26 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000924 | ATM | 07/01/25 - 07/31/25 | 07/01/25 - 07/31/25 | 3,228.26 USD | 0.00 | 3,228.26 |
| | | | | | | **Document Total:** | **3,228.26** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000025 | ACH00025 | Closed | 8/13/25 | V00772 | CENTURY BUSINESS SOLUTIONS | 0.00 | 20.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000925 | ATM | AUG 2025 | AUG 2025 | 20.00 USD | 0.00 | 20.00 |
| | | | | | | **Document Total:** | **20.00** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000026 | ACH00026 | Closed | 8/13/2025 | V00549 | OAK RIVER INSURANCE COMPANY | 0.00 | 8,173.28 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000926 | ATM | AUG 2025 | AUG 2025 | 8,173.28 USD | 0.00 | 8,173.28 |
| | | | | | | **Document Total:** | **8,173.28** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000027 | ACH00027 | Closed | 8/15/2025 | V00769 | LEAF | 0.00 | 613.92 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000927 | ATM | 18844807 | Contract# 100-9358661-001 | 613.92 USD | 0.00 | 613.92 |
| | | | | | | **Document Total:** | **613.92** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000028 | ACH00028 | Closed | 8/18/2025 | V00182 | CHARLES SCHWAB | 0.00 | 928.81 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000928 | ATM | PPE 08/15/2025 | PPE 08/15/2025 | 928.81 USD | 0.00 | 928.81 |
| | | | | | | **Document Total:** | **928.81** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000033 | ACH00033 | Voided | 8/19/2025 | V00608 | RIF V ARROW BUSINESS CENTER LLC | 0.00 | 1,772.99 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000407 | ATM | 45870 | Migrated from Sage | 1,772.99 USD | 0.00 | 1,772.99 |
| | | | | | | **Document Total:** | **1,772.99** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000036 | ACH00036 | Closed | 8/15/2025 | 124 | RAMON VALENCIA GONZALEZ | 0.00 | 70.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000930 | SER | 08/15 - Tire Reimbursement | 08/15 - Tire Reimbursement | 70.00 USD | 0.00 | 70.00 |
| | | | | | | **Document Total:** | **70.00** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000037 | ACH00037 | Closed | 8/20/2025 | V00801 | WORLDWIDE EXPRESS | 0.00 | 180.64 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000916 | ATM | 08/13/2025 - 250810W0087; | UPS 73966W / Acc# W002323665 | 180.64 USD | 0.00 | 180.64 |
| | | | | | | **Document Total:** | **180.64** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000038 | ACH00038 | Closed | 8/20/2025 | V00082 | AUTODESK INC | 0.00 | 2,625.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000955 | ATM | 9072490692 | customer# 5128209535 | 2,625.00 USD | 0.00 | 2,625.00 |
| | | | | | | **Document Total:** | **2,625.00** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000042 | ACH00042 | Closed | 8/14/2025 | V00178 | CENTURY CHUTE LLC | 0.00 | 22,656.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000956 | SER | 11441 - 2120 Delaware | 2120 Delaware Advanced Billing Invoice | 24,576.00 USD | 0.00 | 22,656.00 |
| | | | | | | **Document Total:** | **22,656.00** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000043 | ACH00043 | Closed | 8/7/2025 | V00047 | ALLIANCE SOLUTIONS | 0.00 | 1,400.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000963 | ATM | N-1008117 | | 1,400.00 USD | 0.00 | 1,400.00 |
| | | | | | | **Document Total:** | **1,400.00** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000045 | ACH00045 | Closed | 8/28/2025 | V00087 | BALBOA CAPITAL | 0.00 | 4,888.74 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000999 | ATM | Monthly 12 out of 12. | Cust# 407359 | 4,888.74 USD | 0.00 | 4,888.74 |
| | | | | | | **Document Total:** | **4,888.74** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000046 | ACH00046 | Closed | 8/28/2025 | V00711 | THE HARTFORD | 0.00 | 372.58 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001000 | ATM | 08/28/2025 | Business Owner's (57 SBA BE7YDG) | 372.58 USD | 0.00 | 372.58 |
| | | | | | | **Document Total:** | **372.58** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000047 | ACH00047 | Closed | 8/26/2025 | V00801 | WORLDWIDE EXPRESS | 0.00 | 143.55 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000971 | ATM | 250817W030416 | UPS 73966W / Acc# W002323665 | 143.55 USD | 0.00 | 143.55 |
| | | | | | | **Document Total:** | **143.55** |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000048 | ACH00048 | Closed | 9/2/2025 | V00637 | SONIC INC | 0.00 | 2,888.26 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000940 | ATM | 1011092778 | account username: atm | 2,888.26 USD | 0.00 | 2,888.26 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Document Total: | | 2,888.26 |
| Payment | 000049 | ACH00049 | Closed | 9/2/2025 | V00801 | WORLDWIDE EXPRESS | | 0.00 | 85.22 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Bill | 001001 | SER | 250824W027352 | UPS 73966W / Acc# W002323665 | | 85.22 | USD | 0.00 | 85.22 |
| | | | | | | | | Document Total: | 85.22 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000050 | ACH00050 | Closed | 9/2/2025 | V00182 | CHARLES SCHWAB | | 0.00 | 13,434.21 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001003 | ATM | PPE 08/31/2025 | PPE 08/31/2025 | 13,434.21 | USD | 0.00 | 13,434.21 |
| | | | | | | | Document Total: | 13,434.21 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000051 | ACH00051 | Closed | 8/29/2025 | V00815 | CONSERVICE | | 0.00 | 1,264.99 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000893 | ATM | INV022079 REFUND | Migrated from Sage | 1,264.99 | USD | 0.00 | 1,264.99 |
| | | | | | | | Document Total: | 1,264.99 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000052 | ACH00052 | Closed | 8/29/2025 | V00815 | CONSERVICE | | 0.00 | 3,750.94 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000894 | ATM | INV023683 REFUND | Migrated from Sage | 3,750.94 | USD | 0.00 | 3,750.94 |
| | | | | | | | Document Total: | 3,750.94 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000053 | ACH00053 | Closed | 8/29/2025 | V00815 | CONSERVICE | | 0.00 | 1,421.19 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000895 | ATM | CORTLAND PORTOFINO P | Migrated from Sage | 1,421.19 | USD | 0.00 | 1,421.19 |
| | | | | | | | Document Total: | 1,421.19 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000054 | ACH00054 | Closed | 8/29/2025 | V00182 | CHARLES SCHWAB | | 0.00 | 810.93 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001004 | ATM | CETERA TRUE UP ADJUST | CETERA TRUE UP ADJUSTMENT | 810.93 | USD | 0.00 | 810.93 |
| | | | | | | | Document Total: | 810.93 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000055 | ACH00055 | Closed | 8/29/2025 | V00493 | MEAGHAN FREEMAN RICKS | | 0.00 | 780.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001005 | ATM | 0018 | SmartTrash Monitor Build | 780.00 | USD | 0.00 | 780.00 |
| | | | | | | | Document Total: | 780.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000056 | ACH00056 | Closed | 8/29/2025 | 223 | CHRISTOPHER MERRICK | | 0.00 | 77.39 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001006 | SER | 08/27/25 - Gas Reimbursem | 08/27/25 - Gas Reimbursement | 77.39 | USD | 0.00 | 77.39 |
| | | | | | | | Document Total: | 77.39 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000058 | ACH00058 | Closed | 9/3/2025 | V00772 | CENTURY BUSINESS SOLUTIONS | | 0.00 | 1,687.17 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001022 | ATM | 08/01/25 - 08/31/25 | 08/01/25 - 08/31/25 | 1,687.17 | USD | 0.00 | 1,687.17 |
| | | | | | | | Document Total: | 1,687.17 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000059 | ACH00059 | Closed | 9/4/2025 | V00514 | MONDAY | | 0.00 | 24,960.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000339 | ATM | Q-66506 | Migrated from Sage | 24,960.00 | USD | 0.00 | 24,960.00 |
| | | | | | | | Document Total: | 24,960.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000060 | ACH00060 | Closed | 9/4/2025 | V00289 | DAWN GUENTHARDT | | 0.00 | 3,480.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001008 | ATM | 2025-009 | 07/28/25 - 08/31/25 | 3,480.00 | USD | 0.00 | 3,480.00 |
| | | | | | | | Document Total: | 3,480.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000061 | ACH00061 | Closed | 9/4/2025 | V00459 | KORE TELEMATICS INC | | 0.00 | 4,637.93 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000271 | ATM | 25061002551 | Migrated from Sage | 2,355.52 | USD | 0.00 | 2,355.52 |
| Bill | 001046 | ATM | 25071002551 | JUL 2025 | 2,282.41 | USD | 0.00 | 2,282.41 |
| | | | | | | | Document Total: | 4,637.93 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000063 | ACH00063 | Closed | 9/5/2025 | V00628 | SHERWIN WILLIAMS | | 0.00 | 3,638.93 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000490 | ATM | 3936-2 | Migrated from Sage | 2,112.89 | USD | 0.00 | 2,112.89 |
| Bill | 000491 | ATM | 3101-5 | Migrated from Sage | 1,526.04 | USD | 0.00 | 1,526.04 |
| | | | | | | | Document Total: | 3,638.93 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 000064 | ACH00064 | Closed | 8/7/2025 | V00169 | CAPITAL ONE SPARK BUSINESS | | 0.00 | 15,000.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount | Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000064 | ATM | SPARK - 07/25 | Migrated from Sage | 26,826.14 | USD | 0.00 | 15,000.00 |
| | | | | | | | Document Total: | 15,000.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000065 | ACH00065 | Closed | 8/29/2025 | V00169 | CAPITAL ONE SPARK BUSINESS | 0.00 | 30,000.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000064 | ATM | SPARK - 07/25 | | Migrated from Sage | 26,826.14 USD | 0.00 | 10,826.34 |
| Bill | 001048 | ATM | SPARK - 08/25 | | 07/28/25 - 08/27/25 | 29,506.55 USD | 0.00 | 19,173.66 |
| | | | | | | | Document Total: | 30,000.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000066 | ACH00066 | Closed | 8/21/2025 | V00168 | CAPITAL ONE FSB | 0.00 | 2,500.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000062 | ATM | SB - 05/25 | | Migrated from Sage | 608.59 USD | 0.00 | 608.59 |
| Bill | 000063 | ATM | SB - 06/25 | | Migrated from Sage | 1,113.35 USD | 0.00 | 1,113.35 |
| Bill | 000914 | ATM | SB - 07/25 | | SB - 07/25 | 820.70 USD | 0.00 | 778.06 |
| | | | | | | | Document Total: | 2,500.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000067 | ACH00067 | Closed | 9/8/2025 | V00451 | KAISER FOUNDATION HEALTH PLACE | 0.00 | 24,097.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000931 | ATM | SEP 2025 | | SEP 2025 | 24,097.00 USD | 0.00 | 24,097.00 |
| | | | | | | | Document Total: | 24,097.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000068 | ACH00068 | Closed | 9/8/2025 | V00764 | FIRST INSURANCE FUNDING | 0.00 | 30,976.81 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001064 | ATM | 09/07/2025 | | Pmt 4 out of 11 | 30,976.81 USD | 0.00 | 30,976.81 |
| | | | | | | | Document Total: | 30,976.81 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000069 | ACH00069 | Closed | 9/5/2025 | V00580 | PRIME US TOWERS AT EMERYVILLE | 0.00 | 15,865.45 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001017 | ATM | SEP 2025 | | SEP 2025 | 15,865.45 USD | 0.00 | 15,865.45 |
| | | | | | | | Document Total: | 15,865.45 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000073 | ACH00073 | Closed | 8/15/2025 | V00123 | BIG JOE HANDLING SYSTEM | 0.00 | 4,295.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001070 | SYS | 752063 - Mainline | | Sales Order# 636081 Mainline North-PTE | 4,295.00 USD | 0.00 | 4,295.00 |
| | | | | | | | Document Total: | 4,295.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000074 | ACH00074 | Closed | 8/28/2025 | 56 | THAO VO | 0.00 | 197.88 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001071 | SYS | 08/28/25 - Home Depot Rein | | 08/28/25 - Home Depot Reimbursement | 197.88 USD | 0.00 | 197.88 |
| | | | | | | | Document Total: | 197.88 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000075 | ACH00075 | Closed | 9/9/2025 | V00047 | ALLIANCE SOLUTIONS | 0.00 | 1,400.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001007 | ATM | N-1008933 | | | 1,400.00 USD | 0.00 | 1,400.00 |
| | | | | | | | Document Total: | 1,400.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000076 | ACH00076 | Closed | 9/9/2025 | V00436 | ISOLVED BENEFIT SERVICES | 0.00 | 251.64 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000265 | ATM | I146115821 | | Migrated from Sage | 125.82 USD | 0.00 | 125.82 |
| Bill | 000951 | ATM | I146932741 | | acct#3A3025 | 125.82 USD | 0.00 | 125.82 |
| | | | | | | | Document Total: | 251.64 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000080 | ACH00080 | Closed | 9/11/2025 | V00056 | AMAZON BUSINESS | 0.00 | 519.49 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 000935 | ATM | 1XKD-YLT4-76QN | | Acct#A1OBERNM1W7Z4F | 519.49 USD | 0.00 | 519.49 |
| | | | | | | | Document Total: | 519.49 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000081 | ACH00081 | Closed | 9/10/2025 | V00016 | 411 BUCHANAN CIRCLE LLC | 0.00 | 3,100.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001101 | ATM | SEP 2025 | | SEP 2025 RENT | 3,100.00 USD | 0.00 | 3,100.00 |
| | | | | | | | Document Total: | 3,100.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000089 | ACH00086 | Closed | 9/15/2025 | V00549 | OAK RIVER INSURANCE COMPANY | 0.00 | 7,415.97 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001073 | ATM | AUGUST 2025 | | AUGUST 2025 | 7,415.97 USD | 0.00 | 7,415.97 |
| | | | | | | | Document Total: | 7,415.97 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000090 | ACH00087 | Closed | 9/15/2025 | V00772 | CENTURY BUSINESS SOLUTIONS | 0.00 | 20.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001131 | ATM | SEP 2025 | | SEP 2025 | 20.00 USD | 0.00 | 20.00 |
| | | | | | | | Document Total: | 20.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000091 | ACH00088 | Closed | 9/15/2025 | V00123 | BIG JOE HANDLING SYSTEM | 0.00 | 5,050.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Vendor | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Bill | 001132 | SYS | 620962 - SMU | | SMU - MT20 27x48 with welded tubing | 5,050.00 USD | 0.00 | 5,050.00 |

| | | | | | | | | | Document Total: | 5,050.00 |
|---|---|---|---|---|---|---|---|

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000092 | ACH00089 | Closed | 9/15/25 | V00454 | KARTMAN LLC | 0.00 | 7,592.24 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000270 | ATM | 071125IA | Migrated from Sage | 1,589.40 USD | 0.00 | 1,589.40 |
| Bill | 001120 | SER | 082925IA - Universal Horror Universal Horror Unleash - Sage PO0029! | | 4,413.89 USD | 0.00 | 4,413.89 |
| Bill | 001121 | SER | 072425IA - SmartTrash Syst Smarttrash Systems - spare cart for testin | | 1,588.95 USD | 0.00 | 1,588.95 |
| | | | | | | Document Total: | 7,592.24 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000093 | ACH00090 | Closed | 9/15/25 | V00178 | CENTURY CHUTE LLC | 0.00 | 11,613.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Prepayment | 001122 | SYS | 11493 - AC Hotel | AC Hotel - Sage PO001030 | 11,613.00 USD | 0.00 | 11,613.00 |
| | | | | | | Document Total: | 11,613.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000094 | ACH00091 | Closed | 9/15/25 | V00178 | CENTURY CHUTE LLC | 0.00 | 29,650.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001107 | SYS | 11467 - Go For Broke | Go For Broke Bldg A - 1/2 of Sage PO001 | 26,540.00 USD | 0.00 | 26,550.00 |
| Bill | 001108 | SYS | 11468 - Go For Broke | Go For Broke Bldg A - 1/2 of Sage PO001 | 3,100.00 USD | 0.00 | 3,100.00 |
| | | | | | | Document Total: | 29,650.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000095 | ACH00092 | Closed | 9/11/25 | V00365 | FRANCHISE TAX BOARD | 0.00 | 1,600.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001127 | ATM | Form 100-ES FYE 06/30/25 Form 100-ES FYE 06/30/25 | | 1,600.00 USD | 0.00 | 1,600.00 |
| | | | | | | Document Total: | 1,600.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000100 | ACH00097 | Closed | 9/8/2025 | V00178 | CENTURY CHUTE LLC | 0.00 | 19,926.35 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000066 | ATM | 11175 - Palazzo West | Migrated from Sage | 269.00 USD | 0.00 | 269.00 |
| Bill | 000067 | ATM | 11177 - Glassell Park | Migrated from Sage | 545.00 USD | 0.00 | 545.00 |
| Bill | 000068 | ATM | 11176 - Glassell Park | Migrated from Sage | 900.00 USD | 0.00 | 900.00 |
| Bill | 000069 | ATM | 11180 | Migrated from Sage | 5.35 USD | 0.00 | 5.35 |
| Bill | 000070 | ATM | 11226 - Tamien Station | Migrated from Sage | 9,667.03 USD | 0.00 | 9,667.03 |
| Bill | 000071 | ATM | 11227 - Tamien Station | Migrated from Sage | 2,699.97 USD | 0.00 | 2,699.97 |
| Bill | 000072 | ATM | 11300 - Skyline at MacArthu Migrated from Sage | | 950.00 USD | 0.00 | 950.00 |
| Bill | 000073 | ATM | 11329 | Migrated from Sage | 830.00 USD | 0.00 | 830.00 |
| Bill | 000074 | ATM | 11330 | Migrated from Sage | 325.00 USD | 0.00 | 325.00 |
| Bill | 000898 | ATM | 11301 - The Grand, Palazzo Migrated from Sage | | 1,676.00 USD | 0.00 | 1,676.00 |
| Bill | 000899 | ATM | 11302 - The Grand, Palazzo Migrated from Sage | | 695.00 USD | 0.00 | 695.00 |
| Bill | 001058 | ATM | 11188 - Satellite Central | 11188 Satellite Central | 1,064.00 USD | 0.00 | 1,064.00 |
| Bill | 001133 | ATM | 11331 - RMA 2294 | 11331 - RMA 2294 | 300.00 USD | 0.00 | 300.00 |
| | | | | | | Document Total: | 19,926.35 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000101 | ACH00098 | Closed | 9/9/2025 | V00801 | WORLDWIDE EXPRESS | 0.00 | 315.86 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001075 | ATM | 250831W023338 | UPS 73966W / Acc# W002323665 | 315.86 USD | 0.00 | 315.86 |
| | | | | | | Document Total: | 315.86 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Voided Pay | 000033 | ACH00033 | Closed | 8/19/2025 | V00608 | RIF V ARROW BUSINESS CENTER LLC | 0.00 | -1,772.99 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000407 | ATM | 45870 | Migrated from Sage | 1,772.99 USD | 0.00 | -1,772.99 |
| | | | | | | Document Total: | -1,772.99 |
| | | | | | | Payment Method To | -1,772.99 |
| | | | | | | | 503,332.39 |

| 10104 | USD | Checking - Fremont Bank | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000086 | 273047 | Closed | 9/11/2025 | V00657 | STATE OF RHODE ISLAND DIVISION OF TAXATION | 0.00 | 800.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001124 | ATM | Form Bus-Ext FY 063025 Es Form Bus-Ext FY 063025 Estimated Tax F | | 800.00 USD | 0.00 | 800.00 |
| | | | | | | Document Total: | 800.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000087 | 273048 | Closed | 9/11/2025 | V00831 | MINNESOTA DEPARTMENT OF REVENUE | 0.00 | 50.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001125 | ATM | MN CORP EXT PYMT FY 06 MN CORP EXT PYMT FY 063025 | | 50.00 USD | 0.00 | 50.00 |
| | | | | | | Document Total: | 50.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000088 | 273049 | Closed | 9/11/2025 | V00832 | MICHIGAN DEPARTMENT OF TREASURY | 0.00 | 50.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001126 | ATM | MI FORM 4 EXT FY 250630 MI FORM 4 EXT FY 250630 | | 50.00 USD | 0.00 | 50.00 |
| | | | | | | Document Total: | 50.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Refund | 000001 | CK#20841 | Closed | 8/4/2025 | V00106 | BANKCARD CENTER MARY NICHOLS STRACH | 0.00 | 2,000.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Debit Adj. | 000021 | ATM | JE000397 | Migrated from Sage | 1,147.27 USD | 0.00 | 1,147.27 |
| Debit Adj. | 000022 | ATM | Bankcard-OnlinePmts-MN-D Migrated from Sage | | 180.77 USD | 0.00 | 180.77 |
| Debit Adj. | 000023 | ATM | Bankcard-OnlinePmts-MN-J. Migrated from Sage | | 17.91 USD | 0.00 | 17.91 |
| Debit Adj. | 000024 | ATM | Bankcard-OnlinePmts-MN-A Migrated from Sage | | 654.05 USD | 0.00 | 654.05 |
| | | | | | | Document Total: | 2,000.00 |
| | | | | | | Payment Method To | -1,100.00 |
| | | | | | | Cash Account Total: | 502,232.39 |

**10106**  **USD**  **Checking - BMO**

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000029 | ACH00002 | Closed | 8/7/2025 | V00080 | ATT MOBILITY | 0.00 | 1,956.49 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000017 | ATM | 835265531x06092025 | Migrated from Sage | 1,541.26 USD | 0.00 | 1,541.26 |
| Bill | 000018 | ATM | 835265531x07092025 | Migrated from Sage | 1,956.49 USD | 0.00 | 415.23 |
| | | | | | | Document Total: | 1,956.49 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000030 | ACH00003 | Closed | 8/7/2025 | V00079 | ATT | 0.00 | 3,184.98 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000015 | ATM | 42852573017 | Migrated from Sage | 1,592.49 USD | 0.00 | 1,592.49 |
| Bill | 000016 | ATM | 9524793018 | Migrated from Sage | 1,592.49 USD | 0.00 | 1,592.49 |
| | | | | | | Document Total: | 3,184.98 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000031 | ACH00004 | Closed | 8/7/2025 | V00754 | WEX FLEET UNIVERSAL | 0.00 | 6,744.61 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000613 | ATM | 105562467 | Migrated from Sage | 70.00 USD | 0.00 | 70.00 |
| Bill | 000614 | ATM | 106149469 | Migrated from Sage | 6,744.61 USD | 0.00 | 6,674.61 |
| | | | | | | Document Total: | 6,744.61 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000032 | ACH00005 | Closed | 8/8/2025 | V00574 | PG AND E | 0.00 | 103.07 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000393 | ATM | 45859 | Migrated from Sage | 103.07 USD | 0.00 | 103.07 |
| | | | | | | Document Total: | 103.07 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000034 | ACH00006 | Closed | 8/11/2025 | V00608 | RIF V ARROW BUSINESS CENTER LLC | 0.00 | 1,772.99 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000407 | ATM | 45870 | Migrated from Sage | 1,772.99 USD | 0.00 | 1,772.99 |
| | | | | | | Document Total: | 1,772.99 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000035 | ACH00007 | Closed | 8/15/2025 | V00751 | WEST FLORIDA ELECTRIC | 0.00 | 1,211.34 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000611 | ATM | JUL 2025 - 7820178 | Migrated from Sage | 923.15 USD | 0.00 | 923.15 |
| Bill | 000612 | ATM | JUL 2025 - 155841102 | Migrated from Sage | 242.53 USD | 0.00 | 242.53 |
| Bill | 000929 | ATM | JUL 2025-ADJ | JUL 2025-ADJ | 45.66 USD | 0.00 | 45.66 |
| | | | | | | Document Total: | 1,211.34 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000039 | ACH00008 | Closed | 8/21/2025 | V00577 | PORTLAND GENERAL ELECTRIC | 0.00 | 334.57 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000398 | ATM | 07/10/25 - 0668613801 | Migrated from Sage | 168.77 USD | 0.00 | 168.77 |
| Bill | 000945 | ATM | 08/08/25 - 0668613801 | acct#0668613801 | 165.80 USD | 0.00 | 165.80 |
| | | | | | | Document Total: | 334.57 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000040 | ACH00009 | Closed | 8/21/2025 | V00577 | PORTLAND GENERAL ELECTRIC | 0.00 | 11.23 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000934 | ATM | 08/14/25 - 4006030000 | 08/14/25 - 4006030000 | 11.23 USD | 0.00 | 11.23 |
| | | | | | | Document Total: | 11.23 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000041 | ACH00010 | Closed | 8/21/2025 | V00577 | PORTLAND GENERAL ELECTRIC | 0.00 | 50.54 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000946 | ATM | 08/08/25 - 6719331000 | acct#6719331000 | 50.54 USD | 0.00 | 50.54 |
| | | | | | | Document Total: | 50.54 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000044 | ACH00011 | Closed | 8/22/2025 | V00257 | COMCAST BUSINESS | 0.00 | 621.76 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000085 | ATM | 07/17/25 - 8778 10 505 0585 | Migrated from Sage | 621.76 USD | 0.00 | 621.76 |
| | | | | | | Document Total: | 621.76 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000057 | ACH00012 | Closed | 8/29/2025 | V00193 | CITY OF AMITY | 0.00 | 460.16 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 000080 | ATM | 07/01/25 - 07/31/25 | Migrated from Sage | 255.21 USD | 0.00 | 255.21 |
| Bill | 001002 | ATM | 08/01/25 - 08/31/25 | acct# 100004 | 204.95 USD | 0.00 | 204.95 |
| | | | | | | Document Total: | 460.16 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000062 | ACH00013 | Closed | 9/5/2025 | V00608 | RIF V ARROW BUSINESS CENTER LLC | 0.00 | 1,772.99 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001016 | ATM | SEP 2025 | SEP 2025 | 1,772.99 USD | 0.00 | 1,772.99 |
| | | | | | | Document Total: | 1,772.99 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|
| Payment | 000070 | ACH00014 | Closed | 9/5/2025 | V00729 | UNITED HEALTHCARE | 0.00 | 24,841.53 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | Original Amount Currency | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|
| Bill | 001026 | ATM | SEP 2025 | SEP 2025 | 28,045.85 USD | 0.00 | 24,841.53 |
| | | | | | | Document Total: | 24,841.53 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | Vendor Name | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|

| Payment | 000071 | ACH00015 | Closed | 9/8/2025 | V00729 | | UNITED HEALTHCARE | | 0.00 | 3,204.32 |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
| Bill | 001026 | ATM | SEP 2025 | | SEP 2025 | | 28,045.85 USD | | 0.00 | 3,204.32 |
| | | | | | | | | | Document Total: | 3,204.32 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000072 | ACH00016 | Closed | 9/8/2025 | V00574 | | PG AND E | | 0.00 | 51.54 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 000957 | ATM | 08/21/2025 | | acct#2747959748-9 | | 51.54 USD | | 0.00 | 51.54 |
| | | | | | | | | | Document Total: | 51.54 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000077 | ACH00017 | Closed | 9/9/2025 | V00754 | | WEX FLEET UNIVERSAL | | 0.00 | 7,349.58 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 000614 | ATM | 106149469 | | Migrated from Sage | | 6,744.61 USD | | 0.00 | 70.00 |
| Bill | 001055 | ATM | 106832429 | | Acct# 0496-00-710267-6 | | 7,349.58 USD | | 0.00 | 7,279.58 |
| | | | | | | | | | Document Total: | 7,349.58 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000078 | ACH00018 | Closed | 9/10/2025 | V00751 | | WEST FLORIDA ELECTRIC | | 0.00 | 1,286.45 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 000932 | ATM | AUG 2025 - 78202178 | | AUG 2025 - 78202178 | | 1,033.88 USD | | 0.00 | 1,033.88 |
| Bill | 000933 | ATM | AUG 2025 - 155841102 | | AUG 2025 - 155841102 | | 252.57 USD | | 0.00 | 252.57 |
| | | | | | | | | | Document Total: | 1,286.45 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000079 | ACH00019 | Closed | 9/10/2025 | V00605 | | REPUBLIC SERVICES 210 | | 0.00 | 84.88 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 000942 | ATM | 0210-014042745 | | acct# 3-0210-0167913 | | 42.44 USD | | 0.00 | 42.44 |
| Bill | 001072 | ATM | 0210-014115561 | | acct# 3-0210-0167913 | | 42.44 USD | | 0.00 | 42.44 |
| | | | | | | | | | Document Total: | 84.88 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000082 | ACH00020 | Closed | 9/11/2025 | V00545 | | NW NATURAL | | 0.00 | 46.68 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 000351 | ATM | 06/18/2025 - 07/18/2025 | | Migrated from Sage | | 23.34 USD | | 0.00 | 23.34 |
| Bill | 000968 | ATM | 07/18/2025 - 08/18/2025 | | acct# 1147358-4 | | 23.34 USD | | 0.00 | 23.34 |
| | | | | | | | | | Document Total: | 46.68 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000083 | ACH00021 | Closed | 9/11/2025 | V00577 | | PORTLAND GENERAL ELECTRIC | | 0.00 | 188.51 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 001117 | ATM | 09/09/25 - 0668613801 | | acct#0668613801 | | 188.51 USD | | 0.00 | 188.51 |
| | | | | | | | | | Document Total: | 188.51 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000084 | ACH00022 | Closed | 9/11/2025 | V00577 | | PORTLAND GENERAL ELECTRIC | | 0.00 | 57.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 001116 | ATM | 09/09/25 - 6719331000 | | acct#6719331000 | | 57.00 USD | | 0.00 | 57.00 |
| | | | | | | | | | Document Total: | 57.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000085 | ACH00023 | Closed | 9/11/2025 | V00748 | | WASTE MANAGEMENT | | 0.00 | 404.00 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 001010 | ATM | 8977367-1719-9 | | 06/25/25 - 07/25/25 | | 266.00 USD | | 0.00 | 266.00 |
| Bill | 001011 | ATM | 8986743-1719-0 | | 08/01/25 - 08/31/25 | | 138.00 USD | | 0.00 | 138.00 |
| | | | | | | | | | Document Total: | 404.00 |

| Doc. Type | Ref. Number | Payment Ref. | Status | Date | Vendor | | Vendor Name | | Doc. Balance | Orig. Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 000099 | ACH00024 | Closed | 9/12/2025 | V00257 | | COMCAST BUSINESS | | 0.00 | 621.76 |

| Doc. Type | Ref. Number | Branch | Vendor Ref. Description | | | | Original Amount Currency | | Discount Taken | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 000965 | ATM | 08/17/25 - 8778 10 505 058 | | acct# 8778 10 505 0589324 | | 621.76 USD | | 0.00 | 621.76 |
| | | | | | | | | | Document Total: | 621.76 |
| | | | | | | | | | Payment Method Total | 56,360.98 |
| | | | | | | | | | Cash Account Total: | 56,360.98 |

| | | Doc. Type | Count | Amount Paid (USD) |
|---|---|---|---|---|
| | | Payment | 100 | 626,823.78 |
| | | Prepayment | 0 | 0.00 |
| | | Refund | 1 | -2,000.00 |
| | | Voided Payment | 1 | -1,772.99 |
| | | Cash Return | 0 | 0.00 |
| | | Company Total: | 102 | 623,050.79 |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | | | | $ _____ |
| | Creditor's Name | | | |
| | Number    Street | | | |
| | City    State   ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | | | | $ _____ |
| | Creditor's Name | | | |
| | Number    Street | | | |
| | City    State   ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **KPA Services, LLC v. American Trash Management, Inc.** | **Collection action** | **Alameda County Superior Court** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case Number <br> **25CV136139** | | **1225 Fallon St.** <br> Number    Street <br><br> **Oakland**    **CA**    **94612** <br> City    State   ZIP Code | |

Copyright © Financial Software Solutions, LLC                                                BlueStylus

| | Debtor | American Trash Management, Inc. | Case number (if known) | |
|---|---|---|---|---|
| | | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2 | WHR Holdings, LLC v. ATM | Breach of contract | Circuit Court - Broward County, FL | ☒ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | | ☐ Concluded |
| | CACE-24009381 | | | |
| | | | Number        Street | |
| | | | City                    State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3 | Huanch v. American Trash Management | Personal injury case | Contra Costa Superior Court | ☒ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | | ☐ Concluded |
| | C22-01540 | | 725 Court St | |
| | | | Number        Street | |
| | | | Martinez             CA     94553 | |
| | | | City                    State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4 | Martinez v. ATM | Workers Comp Claim | Workers' Compensation Board | ☒ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | | ☐ Concluded |
| | ADJ15504943 | | | |
| | | | Number        Street | |
| | | | City                    State   ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| 8.1 | | | $ |
| | Custodian's name | **Case title** | **Court name and address** |
| | | | Court's Name |
| | Number     Street | **Case number** | |
| | | | Number     Street |
| | City             State   ZIP Code | **Date of order or assignment** | |
| | | | City             State   ZIP Code |

Copyright © Financial Software Solutions, LLC       BlueStylus

<div style="background:black;color:white">**Part 4:**</div>  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** _____<br>Recipient's Name<br><br>_____<br>Number      Street<br><br>_____<br>City            State   ZIP Code<br>**Recipient's relationship to debtor**<br>_____ | | _____ | $ _____ |

<div style="background:black;color:white">**Part 5:**</div>  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1** | _____ | _____ | $ _____ |

<div style="background:black;color:white">**Part 6:**</div>  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Copyright © Financial Software Solutions, LLC                                                             BlueStylus

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 155 of 186

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** __Finestone Hayes LLP__<br>Recipient's Name<br><br>__456 Montgomery St., Suite 1300__<br>Number    Street<br><br>__San Francisco   CA   94104__<br>City     State   ZIP Code | **Jan. 17, 2025 - $2,626**<br>**June 11, 2025 - $7,680**<br>**July 14, 2025 - 3,904**<br>**July 16, 2025 - $75,000** | **April -**<br>**June 2025** | $    __89,210.00__ |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** _____<br><br>**Trustee**<br>_____ | | _____ | $ _____ |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1** _____<br>Recipient's Name<br><br>_____<br>Number    Street<br><br>_____<br>City    State  ZIP Code<br><br>**Relationship to debtor**<br>_____ | | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC      BlueStylus

---

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| **15.1** _____ Facility Name | | |
| _____ Number    Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| _____ City          State   ZIP Code | | |

---

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 157 of 186

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes.  Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | _____ Name _____ Number Street _____ City State ZIP Code | XXXX– ____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other ____ | _____ | $ _____ |

**19.** **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | _____ Name _____ Number Street _____ City State ZIP Code | Address | | ☒ No ☐ Yes |

Copyright © Financial Software Solutions, LLC          BlueStylus
Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 158 of 186

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **20.1** | _____<br>Name<br><br><br>**5220 4th St.**<br>Number    Street<br><br>**Irwindale          CA   91706**<br>City                State   ZIP Code | **Address** | **Tools, miscellaneous inventory parts and equipment.** | ☐ No<br>☑ Yes |
| **20.2** | _____<br>Name<br><br><br>**118 5th St.**<br>Number    Street<br><br>**Amity          OR   97101**<br>City                State   ZIP Code | **Address** | **Tools, miscellaneous inventory parts and equipment.** | ☐ No<br>☑ Yes |
| **20.3** | _____<br>Name<br><br><br>**411 N. Buchanan Circle**<br>Number    Street<br><br>**Pacheco          CA   94553**<br>City                State   ZIP Code | **Address** | **Tools, miscellaneous inventory parts and equipment.** | ☐ No<br>☑ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.1** | _____<br>Owner's Name<br><br>_____<br>Number    Street<br><br>_____<br>City    State   ZIP Code | | | $ _____ |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | _____<br><br>Case Number<br>_____ | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City    State   ZIP Code | _____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

Copyright © Financial Software Solutions, LLC      BlueStylus

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | | | | _____ |
| | Name | Name | | |
| | Number    Street | Number    Street | | |
| | City           State   ZIP Code | City           State   ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | _____ |
| | Name | Name | | |
| | Number    Street | Number    Street | | |
| | City           State   ZIP Code | City           State   ZIP Code | | |

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | Number    Street | | From _____ To  **Present** |
| | City           State   ZIP Code | | |

26. **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐  None

Copyright © Financial Software Solutions, LLC    BlueStylus

| Name and address | Dates of service |
|---|---|
| **26a.1**   **Frank Rimmerman & Co, LLP** <br> Name | From _____ To **Present** |
| **One Embarcadero Center, Ste. 2410** <br> Number      Street | |
| **San Francisco**        **CA**    **94111** <br> City        State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1**   **Frank Rimmerman & Co, LLP** <br> Name | From **1/1/2020** To **Present** |
| **One Embarcadero Center, Ste. 2410** <br> Number      Street | |
| **San Francisco**        **CA**    **94111** <br> City        State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1**   **Scott Brown** <br> Name | |
| **1900 Powell St., Ste. 220** <br> Number      Street | |
| **Emeryville**        **CA**    **94608** <br> City        State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1** <br> Name |
| Number      Street |
| City        State    ZIP Code |

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 162 of 186

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

**27.1**  _____
         Name

_____
Number          Street

_____
City                          State    ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **28.1  Scott Brown** | **1900 Powell St., Ste. 220 Emeryville, CA 94608** | **President** | **100.00** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **29.1**  _____ | _____ | _____ | From _____ To **Present** |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 163 of 186

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| **30.1** | **Scott Brown**<br>Recipient's Name<br><br>**1900 Powell St**<br>**Suite 220**<br>Number      Street<br><br>**Emeryville          CA    94608**<br>City                State    ZIP Code<br><br>Relationship to debtor<br><br>**CEO** | **Mr. Brown receives $100 per month, medical/vision insurance and use of a company car.** | | **Services** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

**Part 14: Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/15/2025
      MM/DD/YYYY

✗ **/s/ Scott Brown**                          Printed name  **Scott Brown**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Case: 25-30743    Doc# 1    Filed: 09/15/25    Entered: 09/15/25 17:43:20    Page 164 of 186

# United States Bankruptcy Court

## Northern District of California

In re  **American Trash Management, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  9/15/2025

**/s/ Scott Brown**
**Scott Brown**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**A & L Compaction**
**102 E Jones Rd**
**Fostoria, OH 44830**

**Action Compaction**
**1042 East Fort Union**
**Unit 260**
**Midvale, UT 84047**

**Acumatica**
**3075 112th Ave NE Suite 200**
**Bellevue, WA 98004**

**Airgas USA LLC**
**PO Box 734672**
**Dallas, TX 75373**

**All Waste**
**PO BOX 2472**
**Hartford, CT 06146**

**American Recycling Systems**
**250 Lakeview Drive**
**Somerville, TX 77879**

**Anco Sanitation Systems**
**3430 E. Illini St.**
**Phoenix, AZ 85040**

**Arizona Dept. of Revenu**
**PO BOX 29085**
**PHOENIX, AZ 85038- 908**

**Arkansas Dept of Finance**
**PO Box 3861**
**Little Rock, AR 72203- 386**

Copyright © Financial Software Solutions, LLC

**ATT Mobility**
**PO BOX 6463**
**CAROL STREAM, IL 60197- 646**

**Avalara**
**Dept. CH 16781**
**Palatine, IL 60055**

**Balboa Capital**
**575 Anton Blvd.**
**12th Floor**
**Costa Mesa, CA 92626**

**Baler and Compactor Service**
**PO Box 455**
**Mankato, MN 56002**

**Bankcard Center**
**Attn: Chris Hutzel**
**PO BOX 4021**
**ALAMEDA, CA 94501- 042**

**Bayne Premium Lifts System**
**PO BOX 277297**
**ATLANTA, GA 30384- 729**

**Blankenship Equipment**
**PO Box 2087**
**Auburn, WA 98071**

**Blue Castle Development**
**2 Berkeley Crescent,**
**Radcliffe on Trent**
**Nottingham, United Kingdom**

Copyright © Financial Software Solutions, LLC

**Briggs Equipment**
**Lock Box 841272**
**Dallas, TX 75284**

**C & B Handling LLC**
**107 Commercial Lane**
**Dothan, AL 36303**

**C&D Industrial**
**2208 58th Ave E**
**Bradenton, FL 34203**

**CA Dept. of Tax and Fee Admin**
**450 N Street**
**P.O. Box 94279**
**Sacramento, CA 94279**

**California Apprenticeship Council**
**P.O. Box 511283**
**Dept. of Industrial Relations**
**Los Angeles, CA 90051- 783**

**Capital One FSB**
**PO Box 60599**
**City of Industry, CA 91716- 059**

**Capital One Sparks Business**
**PO Box 60519**
**City of Industry, CA 91716**

**CE Clarke & Son, Inc.**
**1700 Roseneath Rd.**
**Richmond, VA 23230**

Copyright © Financial Software Solutions, LLC

**Century Chute**
**105 Industrial Drive**
**Minooka, IL 60447**

**Chapman Smith & Assoc.**
**2699 Stirling Road, Ste. A-201**
**Fort Lauderdale, FL 33312**

**Chung-Ho Haunch**
**c/o Robert Clayton**
**Taylor & Ring**
**1230 Rosecrans Ave., Suite 360**
**Manhattan Beach, CA 90266**

**City of Fremont**
**39550 Liberty Street**
**Fremont, CA 94538**

**City of Mountain View**
**P.O Box 742745**
**Los Angeles, CA 90074- 274**

**City of Sunnyvale**
**2100 Thousand Oaks Blvd**
**Thousand Oaks, CA 91362**

**Coast Compaction**
**65 Pine Avenue**
**Suite 174**
**Long Beach, CA 90802**

**Conservice**
**750 S. Gateway Dr.**
**River Heights, UT 84321**

Copyright © Financial Software Solutions, LLC

**Consolidated Fabricators Corp**
**901 Simmerhorn Rd.**
**#8501**
**Galt, CA 95632**

**Contou Consulting**
**1488 Juniper St.**
**Bozeman, MT 59715**

**Costco Business Center**
**22330 Hathaway Avenue**
**Hayward, CA 94541**

**County of Alameda**
**1221 Oak St.**
**Room 131**
**Oakland, CA 94612**

**County of Alameda**
**1221 Oak Street, Room 131**
**Oakland, CA 94612**

**Curtis Menken**
**4920 Ivy Charm Way**
**Fort Worth, TX 76114**

**De Lage Langen**
**PO BOX 41602**
**Philadelphia, PA 19101**

**Deluxe**
**P.O. BOX 742572**
**Cincinnati, OH 45274- 257**

Copyright © Financial Software Solutions, LLC

**Dept. of Labor Unemployment Ins.**
**PO BOX 4301**
**Binghamton, NY 13902**


**DJ Products, Inc.**
**1009 4th St NW**
**Little Falls, MN 56345**


**Dothan Industrial Hardware**
**PO Box 549**
**Dothan, AL 36302**


**Economy Equipment Rental**
**1771 W. Lincoln Ave.**
**Anaheim, CA 92801**


**Employment Dev. Dept.**
**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**


**Express Waste**
**8636 Florida Blvd**
**Denham Springs, LA 70726**


**Ford Motor Credit**
**PO BOX 552679**
**Detroit, MI 48255- 267**


**Franchise Tax Board**
**P.O. Box 2952**
**Sacramento, CA 95812-5000**

Copyright © Financial Software Solutions, LLC

Frank Rimerman Co. LP
One Embarcadero Center
Suite 2410
San Francisco, CA 94111

Fremont Bank
2580 Shea Center Dr.
Livermore, CA 94551

Friend Equipment
PO Box 560274
The Colony, TX 75056

Front Range Maintenance
7631 W. Glasgow Place
Littleton, CO 80128

Gaba Law
8583 Irvine Center Dr.
Suite 500
Irvine, CA 92618

GCT of Mississippi, Inc.
P.O. Box 10055
Gulfport, MS 39505

Gilton Solid Waste Mgmt.
755 So. Yosemite Ave.
Oakdale, CA 95361

Global Hose and Hydraulics, Inc.
PO BOX 8187
Daytona Beach, FL 32120- 918

Copyright © Financial Software Solutions, LLC

**Great Lakes Recycling Service**
**P.O. Box 70**
**Worth, IL 60482**


**Green Citizen**
**1831 Old Bayshore Hwy Suite 2**
**Burlingame, CA 94010**


**Harmony Enterprises, Inc.**
**704 Main Ave. N.**
**Harmony, MN 55939**


**HOME DEPOT**
**Attn:  Adam Steinkoenig**
**PO Box 9001043**
**Louisville, KY 40290- 104**


**HOME DEPOT**
**Attn:  Chris Hutzel**
**PO Box 9001043**
**Louisville, KY 40290**


**HOME DEPOT**
**Attn:  Gabriel Arredondo**
**PO Box 9001043**
**Louisville, KY 40290- 104**


**HOME DEPOT**
**Attn:  Joshua Safranski**
**PO BOx 9001043**
**Louisville, KY 40290**


**HOME DEPOT**
**Attn:  Rashad Jamal**
**PO Box 9001043**
**Louisville, KY 40290- 104**

Copyright © Financial Software Solutions, LLC

**HOME DEPOT**
**Attn:  Rutilio Rivas**
**PO BOX 9001043**
**Louisville, KY 40290**

**HOME DEPOT**
**Attn: Derrick White**
**PO Box 9001043**
**Louisville, KY 40290- 104**

**HOME DEPOT**
**Attn: Jeff Scott**
**PO Box 9001043**
**Louisville, KY 40290- 104**

**HOME DEPOT**
**Attn: Joshua Smith**
**PO Box 9001043**
**Louisville, KY 40290- 104**

**HOME DEPOT**
**Attn: Thao Vo**
**PO Box 9001043**
**Louisville, KY 40290- 104**

**HOME DEPOT**
**Attn: Wes Troth**
**PO Box 9001043**
**Louisville, KY 40290- 104**

**HWI Equipment, Inc.**
**6795 Langley Avenue**
**Saint Louis, MO 63123**

**Impact Environmental Group**
**950 Tollgate Road**
**Elgin, IL 60123**

Copyright © Financial Software Solutions, LLC

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316

Isolved Benefits
PO Box 889
Coldwater, MI 49036- 088

Joseph Gibson
221 Farnum Pike
Smithfield, RI 02917

JV Manufacturing, Inc.
PO Box 229
Springdale, AR 72765

JWR, Inc.
322 Watertown St.
Johnson Creek, WI 53038

KAISER FOUNDATION HEALTH PLACE
PO Box 741562
LOS ANGELES, CA 90074-5915

Kartman LLC
PO Box 8071
Cave Creek, AZ 85331

Kenneth Donald Rister, Jr.
c/o Favaro, Lavezzo et al.
300 Tuolumne St.
Vallejo, CA 94590

Kore Telematics, Inc.
29396 Network Place
Chicago, IL 60673- 129

Copyright © Financial Software Solutions, LLC

**KPA Services LLC**
**PO Box 83301**
**Woburn, MA 01813**


**Kristen M. Velez**
**12332 Indigo Springs Ct.**
**Bristow, VA 20136**


**Laughing Mermaid LLC**
**PO Box 10023**
**River Oaks, TX 76114**


**Leaf**
**P.O. Box 5066**
**Hartford, CT 06102**


**Lefco Inc.**
**1650 Las Plumas Avenue, Ste G**
**San Jose, CA 95133**


**Maggio Environmental Services**
**88 Old Dock Road**
**Yaphank, NY 11980**


**Marathon Equipment, Inc.**
**PO Box 409565**
**Atlanta, GA 30384**


**Matt Verkuilen**
**11515 Glenn Abbey Way**
**Charlotte, NC 28277**


**McGilly Information Systems**
**1042 62nd Street Unit A**
**Oakland, CA 94608**

Copyright © Financial Software Solutions, LLC

MCS Midwest
1250 Springfield Pike, Suite 1W
Cincinnati, OH 45215


Michael Lessne
Lessne Hoffman
100 SE 3rd Ave., 10th Fl.
Fort Lauderdale, FL 33394


Middle M Advisors
10612 Providence Road Suite D-339
Charlotte, NC 28277


Miss. Dept. of Revenue
PO Box 1033
JACKSON, MS 39215- 103


Monterey Mushroom Farm
642 Hale St.
Morgan Hill, CA 95037


National Equipment Solutions
136 W. Lancaster Avenue Suite 11
Paoli, PA 19301


Nevada Dept. of Taxation
3850 Arrowhead Dr.
2nd Floor
Carson City, NV 89706


New York Dept. of Taxation
W.A. Harriman Campus
Albany, NY 12227

Copyright © Financial Software Solutions, LLC

**Nexair LLC**
**1750 Kinsey Road**
**Dothan, AL 36303**

**Nims & Associates**
**1445 Technology Lane #A8**
**Petaluma, CA 94954**

**Norton Equipment Co.**
**60 Amy Lane**
**Byhalia, MS 38611**

**Oak River Insurance Company**
**1 California St.**
**San Francisco, CA 94111**

**OFFICE DEPOT INC**
**PO Box 29248**
**PHOENIX, AZ 85038-9248**

**Oneal Steal**
**PO Box 934243**
**Atlanta, GA 31193**

**Palisade Builders Inc**
**900 E. Hamilton Avenue**
**Suite 140**
**Campbell, CA 95008**

**Pape Material Handling, Inc.**
**PO Box 35144 #5077**
**Seattle, WA 98124- 514**

**Patton Sales Corp**
**PO Box 273**
**Ontario, CA 91762**

Copyright © Financial Software Solutions, LLC

**PG&E**
**P.O. Box 997300**
**Sacramento, CA 95899**


**Piian Systems LLC**
**45-090 Golf Center Parkway, Suite A**
**Indio, CA 92201**


**Portland General Electric**
**P.O. Box 4438**
**Portland, OR 97208- 443**


**Power Pusher**
**1425 Stagecoach Rd.**
**Shakopee, MN 55379**


**Premier Waste**
**PO Box 891702**
**Oklahoma City, OK 73189**


**Prime US-Tower Emeryville**
**c/o KBS Realty Advisors**
**800 Newport Center Dr.**
**Suite 700**
**Newport Beach, CA 92660**


**Public Storage**
**150 S Buchanan Circle**
**Pacheco, CA 94553**


**Reford Industrial**
**11620 Wilshire Blvd.**
**Suite 1000**
**Los Angeles, CA 90025**

Copyright © Financial Software Solutions, LLC

**Republic Services**
P.O. Box 78829
Phoenix, AZ 85062

**Ruben Martinez**
c/o The Atlas Firm
1648 Westwood Blvd.
Los Angeles, CA 90024

**Rumpke of Ohio, Inc.**
PO Box 538710
Cincinnati, OH 45253

**SBA Disaster Loan**
PO BOX 3918
Portland, OR 97208- 391

**Scott Brown**
1900 Powell St.
Suite 220
Emeryville, CA 94608

**Scott Brown**
215 32nd Avenue
San Francisco, CA 94121

**Service Industrial Supply**
PO BOX 1347
DOTHAN, AL 36302

**Shayna Freyman**
Freyman Law
1314 E. Las Olas Blvd, $1045
Fort Lauderdale, FL 33301

Copyright © Financial Software Solutions, LLC

**Shea Properties**
**P.O. Box 475757**
**San Francisco, CA 94147**

**Sherwin Williams**
**4239 Lafayette St**
**Marianna, FL 32446**

**Sierra Wireless America, Inc**
**c/o 516623**
**16420 Valley View Avenue**
**La Mirada, CA 90638**

**Simpson Strong-Tie Co.**
**5956 W. Las Positas Blvd.**
**Pleasanton, CA 94588**

**Solid Waste Equipment Co, Inc.**
**7630 L Street**
**Omaha, NE 68127**

**Sonic, Inc.**
**2260 Apollo Way**
**Santa Rosa, CA 95407**

**Standard Parking**
**8037 Collection Center Drive**
**Chicago, IL 60693**

**Steris Corp**
**6515 Hopkins Road**
**Mentor, OH 44060**

**Summerhill Apartment Communities**
**777 S. California Avenue**
**Palo Alto, CA 94304**

Copyright © Financial Software Solutions, LLC

Sun Star Rentals, Inc.
8551 Sleepy Hollow Rd.
Woodburn, OR 97071


Sunbelt Environmental SVC, Inc
2929 Watson Blvd
Suite 2 PMB331
Warner Robins, GA 31093


Sunset Scavenger
250 Executive Park Blvd., #2100
San Francisco, CA 94134


Surface Finishing Systems
3 Roberts Ave.
Buffalo, NY 14206


Tenntex
9304 Converse Business Lane
Converse, TX 78109


Texas State Comptroller
P.O. Box 149359
Austin, TX 78714- 935


The Compactor Company
51 Brooklyn Avenue
Westbury, NY 11590


The Hartford
PO Box 415738
Boston, MA 02241- 573


Trinity Logistics, Inc.
PO BOx 536203
Pittsburgh, PA 15253

Copyright © Financial Software Solutions, LLC

Uline
PO BOX 88741
Chicago, IL 60680- 174


United Healthcare
PO BOX 843118
Los Angeles, CA 90084- 311


Waste Management
PO Box 13648
Philadelphia, PA 19101


Waste Recycling Services LLC
7713 3rd Terrace
Lake Worth, FL 33436


Waste Tek LLC
2200 Lightwood Rd
Deatsville, AL 36022


West Florida Electric
PO Box 127
Graceville, FL 32440


Wex Fleet Universal
PO Box 4337
Carol Stream, IL 60197


WHR Holdings, LLC
3402 Southwest 26th Terrace
Unit B-10
Dania Beach, FL 33312


ZO Apartments
330 17th Street
Oakland, CA 94612

Copyright © Financial Software Solutions, LLC

Copyright © Financial Software Solutions, LLC

**United States Bankruptcy Court**
**Northern District of California**

In re   **American Trash Management, Inc.**                    Case No. _____

_____   Chapter   **11**   _____
Debtors(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders with is prepared in accordance with rule 1007(a)(3) for filing in this Chapter **11** Case

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
| --- | --- | --- | --- |
| **Scott Brown**<br>**215 32nd Avenue**<br>**San Francisco, CA 94121** | | **100% shareholder** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

    I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 15, 2025 _____   Signature   /s/ Scott Brown _____

                                                       **CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re:                                             Case No.:

**American Trash Management, Inc.**                Chapter:    **11**


**Debtors(s)**

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1,  **American Trash Management, Inc.** , a

☑ Corporate Debtor

☐ Party to an adversary proceeding

☐ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

OR

☑ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

|  |  |  |
|---|---|---|
| | By: | **/s/ Stephen Finestone** |
| _____ | | |
| Date | | **Stephen Finestone** |

Signature of Attorney or Litigant

Counsel for   **American Trash Management, Inc.**

**Finestone Hayes LLP**

**456 Montgomery St.**

**San Francisco, CA 94104**

Telephone: **(415) 421-2624**

Copyright © Financial Software Solutions, LLC                                   BlueStylus