Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:  (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Proposed Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743<br><br>Chapter 11, Subchapter V<br><br>**OMNIBUS DECLARATION OF SCOTT BROWN IN SUPPORT OF FIRST-DAY MOTIONS**<br><br><u>Hearing:</u> *To be set.* |

I, Scott Brown, declare as follows:

1.    I am the current Chief Executive Officer of American Trash Management, Inc. ("ATM" or the "Debtor"). I make this declaration in support of the Debtor's first-day motions, including (1) a motion authorizing the payment of prepetition wages; (2) a motion to allow the Debtor to maintain its prepetition bank accounts and related relief; and (3) a motion authorizing the use of cash collateral. All statements in this declaration are based on my own personal knowledge and observation, or upon information and belief based upon my review of the Debtor's business records in this case. If called to testify on this matter, I could and would competently testify to the matters set forth herein.

OMNIBUS BROWN DECLARATION IN SUPPORT OF FIRST-DAY MOTIONS                                        1

2. The Debtor's first-day motions relate to its transition into Chapter 11. I believe that the approval of each first-day motion is a crucial element of the Debtor's reorganization efforts. I have reviewed each of the first-day motions, and I believe that the Debtor would suffer immediate and irreparable harm, absent the ability to obtain the relief requested in the first-day motions.

**I.     AMERICAN TRASH MANAGEMENT'S HISTORY AND OPERATIONS**

3. I co-founded ATM in 1990, and the company has been continuously operating since then. Located in Emeryville, ATM's mission is to reduce the costs and problems of trash for trash-generating businesses and institutions, using smart design, smart systems, and smart technology.

4. Prior to co-founding ATM, I founded Microbio Resources, Inc. a pioneering biotechnology company that was sold to BP and Monsanto. Karen Troth joined ATM in 2017 as an Administrator and Office Manager. Since 2022, Ms. Troth has served as the Vice President of Internal Operations. Thao Vo joined ATM in 2006 as a customer service manager. Since 2022, Ms. Vo has served as the Vice President of Field Services. Ms. Vo is responsible for the company's Systems & Services Divisions. ATM's senior engineer is Max Croy, one of the waste industry's most inventive designers of chute-fed and small ground feed compaction systems in the last four decades. Ms. Troth and Mr. Croy support all of ATM's five divisions, described below.

5. ATM's target market is any trash-generating entity that produces high trash levels, or that has a high number of people handling their trash, such as multifamily properties, mixed-use developments, office buildings, retail centers, hotels, hospitals, schools, factories, entertainment venues, and the like. These sorts of operations generate large and complicated trash streams, whose volume and complexity creates costly and problematic handling and disposal issues.

6. ATM achieves its mission by providing continuous trash life cycle improvements using its planning, design, construction, maintenance, products, and service offerings. ATM's "start-to-finish" mix of products and services, combined with its extensive institutional

knowledge of trash generation and handling provides a stable and growing source of revenues from its existing and future customers.

7. Beginning in 2023, ATM switched to a fiscal year, which runs from July 1 to June 30. Actual sales from July 1, 2022 through June 30, 2023 totaled $11,046,477.77 million. Sales for fiscal year 2024 totaled $13.20 million. Sales for fiscal year 2025 totaled $9,390,136.22. Sales for fiscal year 2026 (July 1, 2025 through June 30, 2026) are projected at $9,500,000. ATM aims to have sales totaling no less than $13 million by Fiscal Year 2029. ATM's major market advantage is its knowledge of its customers' trash and logistical operational requirements based on its more than thirty four years of experience. ATM is also expanding its offering of additional SmartTrash® trash equipment monitor and management products to its customers,[1] and is committed to continual product and service improvements using the telemetry data collected from its SmartTrash® platform. These factors provide ATM with the necessary tools to grow its five business units, particularly its new products within the SmartTrash® System division (compactors and soon-to-be-released chute door).

8. ATM has five divisions: (i) Consulting; (ii) Systems; (iii) Service; (iv) SmartTrash®; and (v) SmartTrash® Systems. This organization was implemented to push responsibilities down to each division manager and their teams, which has allowed staff reductions. Ms. Ana Zarate is the Manager of the ATM's Consulting Division, Mr. Jesse Walker is the Manager of the SmartTrash® Division and Mr. Chris Hutzel is the Manager of the SmartTrash® Systems Division.

9. In late 2023, ATM instituted a customer management system, whereby customer information and ATM's delivery of services and products are shared internally with each division, allowing each division better visibility into customer needs. Data in the new customer management system permits ATM to onboard new customers and projects more cost effectively.

---

[1] These Smart trash devices use sensors to monitor waste levels and send data to a central platform for efficient waste management, leading to optimized collection routes, reduced costs, and less environmental impact. These bins, equipped with sensors like ultrasonic or weight sensors, communicate with a network to provide real-time fill-level information, which can be accessed by waste management personnel via a mobile app or online dashboard.

At the beginning of Fiscal year 2026, the company instituted an ERP (Enterprise Resource Planning) System that will further increase administrative efficiencies and provide better cost data and customer management tools.

10. ATM employs approximately 53 people, down from a peak of 63. ATM has also reduced outside consultants and vendors in marketing without negatively impacting sales. The net result of these changes was a turnaround in ATM's overall profitability from a loss in Fiscal Year 2023 to profitability in Fiscal year 2024. ATM continues to focus on productivity increases, with a "do more with less" attitude. ATM's reorganization has resulted in a more efficient and flexible organization, which is focused on the profitable growth of each division. ATM's continued focus on increasing cash flow is expected to provide an internal source of working capital, which is expected to permit ATM to achieve, in part, its revenue and profit goals. A line of credit and an equity infusion may also be needed to add the professional staff, service technicians, and manufacturing capacity required to fully achieve ATM's sales goals.

## II. WHAT WENT WRONG AND THE EFFORTS TO FIX IT

11. ATM's troubles were caused by two events: (1) a former COO having suffered a personal tragedy, which materially impacted their ability to perform on the job; however, it took time for the effects to be known, and the former employee did not even themselves realize the immense toll the event had taken; and (2) a lawsuit filed in July 2024 by WHR Holdings, LLC ("WHR")..

12. ATM's former COO suffered a personal tragedy in June 2022, which had a materially negative impact on his job performance and on ATM. However, it took time to realize these impacts, and its negative impact on the company. Ultimately, the CFO was let go, and I took back control of the business.

13. WHR is a Florida-based company that designs, manufactures, sells, installs, and services trash chute systems commonly installed in mid- and high-rise buildings. WHR sued ATM in Broward County Florida on July 5, 2024, alleging breach of an October 1, 2007 contract titled Exclusive Manufacturer's Representative and Authorized Service Provider Agreement (the "Agreement"). Pursuant to the Agreement, WHR is the exclusive supplier to ATM for: (a) trash

and linen chute systems, products, and repair parts; (b) storage lockers; (c) mailboxes; and (d) bicycle racks. ATM marketed, sold, and serviced the WHR products in exclusive and non-exclusive territories. The Agreement provided for payment of products within thirty days of shipment. Invoices paid after 30 days are subject to a 1.5% service charge until paid in full. The complaint filed by WHR alleges that ATM did not pay for products in accordance with the Agreement, and alleges that ATM owes WHR $1,883,859.79, plus interest, for ordered, delivered, and unpaid products. The complaint also petitioned to compel arbitration.

14. ATM disputes the amount claimed by WHR, as it fails to account for voluminous returns of defective products. ATM tried to settle the dispute, and the parties attended a mediation. Against the backdrop of SubChapter V, ATM believes the matter should have settled at mediation. However, it did not, thereby requiring this bankruptcy filing.

### III. ATM'S CHAPTER 11 SUBCHAPTER V FILING

15. On September 15, 2025, the Debtor filed this Chapter 11 bankruptcy case. The Debtor plans to use the bankruptcy process to confirm a plan of reorganization pursuant to and in accordance with SubChapter V of the Bankruptcy Code. The Debtor intends to contribute to the plan the greater of its liquidation value or projected disposable income over a three -year period; to pay its creditors pursuant to the terms of a confirmed plan, and to obtain a discharge of debts to the extent permitted by SubChapter V.

### IV. ATM'S ASSETS AND GENERAL DEBT STRUCTURE

16. The Debtor's primary assets include accounts receivable, retention receivables, trucks, furniture, fixtures, equipment, inventory, and cash.

17. The Debtor's primary liabilities are notes payable to Fremont Bank, accounts payable, past due sales tax liabilities of $433,893.27, and purchase money truck loans.

### V. ATM'S FIRST-DAY MOTIONS

A. <u>Motion to Pay Employee Wages</u>

18. The Debtor filed a motion to pay certain outstanding pre-petition obligations (the "Pre-Petition Obligations") to its employees and granting related relief (the "Wage Motion").

19. The Debtor employs approximately 53 people who are employed in the areas of sales, engineering, CAD designers, field service repair/install, welders, customer service, and administration. Twenty-nine hourly employees are paid semi-monthly, no later than the 15th and last day of each month. Twenty-four salaried employees are paid once a month, at the end of the month. End-of-month payroll includes both semi-monthly and monthly employees.

20. The Debtor's employees are critical to its business operations. To minimize the impact of this Chapter 11 case on its employees, the Debtor seeks permission to pay them the pre-petition portion of their upcoming payroll and benefits in the ordinary course of Debtor's business.

21. As noted above, Debtor has a mix of hourly and salaried employees. The hourly employees are paid semi-monthly, and the salaried employees are paid once per month. I am informed and believe that, as of the petition date, the Debtor was largely current on its prepetition wage obligations owing to hourly employees, having funded and paid that $80,465 obligation on September 11, 2025. However, as shown in the attached chart, **Exhibit A** (see ¶28, below), there are outstanding prepetition wage obligations as of the petition date owing to both hourly and salaried employees. The next payday in the ordinary course of business is September 26, 2025, and estimated payroll for that pay period is $100,734.89.

22. The Debtor uses a payroll service called Inova Payroll Inc. to process payroll (the "Payroll") and employer payroll taxes (the "Employer Payroll Taxes"). The Debtor also withholds from its employees' compensation all required federal, state, and local income taxes, Social Security, and imputed taxes owing by the employees for remittance to the appropriate taxing authorities (collectively the "Employee Withholdings").

23. The Debtor has a policy of reimbursing its employees for reasonable and customary out-of-pocket business expenses incurred for the benefit of the Debtor in connection with their employment (the "Reimbursable Expenses"). The Reimbursable Expenses are historically nominal. Through the Wage Motion, the Debtor seeks authority to continue these policies and to pay any employee Reimbursable Expenses accrued pre-petition in the ordinary course.

24. The Debtor provides paid vacation to its salaried employees. Through the Wage Motion, the Debtor seeks authority to honor any vacation benefits (the "Vacation Benefits") that accrued pre-petition in the ordinary course of business.

25. The Debtor contracts with a retirement account service known as E.R.I.S.A. Inc., so that employees can have pre-tax funds withdrawn for retirement purposes (the "Retirement Plan"). I am informed and believe that the contribution amount for the Retirement Plan is estimated to be $13,600 for the September 26, 2025 pay period.

26. Some of the Debtor's employees may be subject to child support and garnishment deductions and the Debtor regularly deducts those amounts from the affected employees and turns those funds over to the appropriate authorities (the "Child Support/Garnishment Deductions"). To the extent there are any Child Support/Garnishment Deductions, Debtor requests that it be allowed to continue processing same.

27. The Debtor offers health insurance to its employees and bears certain associated costs (the "Health Insurance Contributions"). I am informed and believe that these costs for the pre-petition period are $54,799.76 per month. This is the total amount payable to Kaiser, United Health Care, Sun Life Dental, and Sun Life Vision.

28. An authentic copy of the breakdown of the pre-petition employee obligations is attached as **Exhibit A** to this declaration. The spreadsheet identifies employees by employee number, only, to avoid disclosing employees' personally identifiable information.

29. As detailed above, the Debtor's employees are critical to its operations. The Debtor's customers rely on the Debtor to provide a wide range of services. Without its employees, the Debtor would be unable to provide these services. I understand that the vast majority of the Debtor's employees rely exclusively or primarily on the compensation and benefits they receive from the Debtor to pay their daily living expenses and support their families, and that the employees and their families would face significant financial hardship if the Debtor could not honor the Pre-Petition Obligations. Furthermore, the Debtor's failure to honor its Pre-Petition Obligations in connection with the employee compensation and benefits

programs would risk the loss of its employees, each of whom is critical to the Debtor's continued operations.

B. Motion to Use Existing Bank Accounts and For Related Relief

30. The Debtor filed a motion to use its existing bank accounts, business forms, and cash management system and granting related relief (the "Cash Management Motion").

31. Below is a summary of the Debtor's pre-petition bank accounts.

| Account | Type | Purpose |
|---|---|---|
| Fremont Bank 8579 | Checking | Main Account Payroll, receive customer ACH payments and deposit customer check payments, pay bills by ACH and some by check, |
| Fremont Bank 8617 | Checking | Employee Flexible Spending Funding and Dependent Care Reimbursement account (iSolved is the administrator for employee FSA accounts ) |
| Fremont Bank 9230 | Checking | Sales Tax Holding Account |
| BMO 1282 | Checking | Receive some customer ACH payments and pay utilities |
| BMO 3383 | Checking | No longer used current balance below $100.00 |

A significant amount of the Debtor's revenue is paid via ACH transfers and the Debtor also pays many of its bills via ACH transfers. The Debtor also accepts payments from via credit card, and it has a merchant account set up and linked to its Accounts. The Debtor's Accounts allow the Debtor to manage payments from customers, disbursements to vendors, compensation to employees, and other types of financial transfers necessary to support the Debtor's ordinary operations.

32. Additionally, in the ordinary course of business, the Debtor uses correspondence and business forms including letterhead, purchase orders, and invoices (collectively, the "Business Forms") which may reference the Accounts.

33. Together, these comprise the Debtor's cash management system, which assists the Debtor in managing financial inflows and outflows, reconciling payments received, and allows

OMNIBUS BROWN DECLARATION IN SUPPORT OF FIRST-DAY MOTIONS 8

control of, and visibility into, disbursements made by the Debtor, thereby allowing efficient monitoring of the Debtor's transactions.

34. The Debtor requests that it be authorized to maintain and continue the use of its existing cash management system with respect to the Accounts (including linked credit card/merchant accounts) and Business Forms as described above, subject to the following changes:

    a. The signature cards on the Debtor's Accounts will be changed to reflect the Debtor's status as a "debtor-in-possession."

    b. The Debtor will work with its banks to ensure that no pre-petition checks, claims, or offsets are honored other than as ordered by this Court.

35. The Debtor's cash management system with respect to the Accounts (including linked credit card/merchant accounts) and Business Forms would otherwise remain in place, subject to further orders of this Court. Thus, the Debtor seeks a waiver of the United States Trustee requirement that the Debtor close its pre-petition accounts.

36. As part of the relief requested, the Debtor also seeks a waiver of the United States Trustee requirement that the Debtor establish a specific bank account for tax payments. I believe that the Debtor's tax obligations can be paid most efficiently pursuant to its existing cash management system and that the creation of a new debtor-in-possession account designated solely for tax obligations would be redundant, unnecessary, and inefficient.

37. I believe that the existing cash management system is efficient, effective, and essential to the Debtor's business operations. If the Debtor's cash management system is disrupted, then the Debtor's ordinary operations and ability to restructure its affairs would be significantly hindered. I believe that the bankruptcy estate and its creditors would not receive any benefit if the Debtor was required to stop using its existing Accounts and Business Forms and transition to new ones to conduct its business.

38. I believe that, to continue operating effectively post-petition, the Debtor requires continuity in its cash management system. I believe that obtaining an order approving the Cash Management Motion is critical because, absent such order, the Debtor would need to dedicate its

OMNIBUS BROWN DECLARATION IN SUPPORT OF FIRST-DAY MOTIONS 9

Case: 25-30743    Doc# 3    Filed: 09/16/25    Entered: 09/16/25 08:24:47    Page 9 of 19

scarce human resources to (1) open new financial accounts; (2) create new business forms; (3) inform numerous parties about the new accounts to which payments should be transmitted; (4) make arrangements to pay vendors and taxing authorities from the new accounts; (5) inform numerous parties about the new business forms by which the Debtor would conduct its business. Not only would this take significant time and divert efforts away from the Debtor's operations and reorganization, but this would also result in substantial harm to the Debtor's bankruptcy estate and its creditors. Such a dramatic shift would likely confuse the Debtor's numerous customers, disrupt the Debtor's revenue flow, and prohibit the Debtor from ensuring stable day-to-day operations. Even if the Debtor's customers were instructed to send payments to new financial accounts, such change would likely take weeks to complete (at minimum) and be accompanied by confusion and misdirected payments. Vendors and service providers would likely delay or cease providing goods and services if the Debtor must convince them that it is continuing to operate. These effects would be harmful to the Debtor's efforts to restructure its financial affairs.

39. Alternatively, by ensuring that the Debtor's cash management system is allowed to continue uninterrupted, I am confident that the Debtor will be better able to effectuate the reorganization it so acutely needs. The Debtor's Accounts (including linked credit card/merchant accounts), Business Forms, and cash management are of key value to all parties in interest. Preservation of the Debtor's current cash management system, subject to Court approval and the protections described in the Cash Management Motion, is critical.

C. <u>Motion to Use Cash Collateral</u>

40. The Debtor filed a motion authorizing the use of cash collateral and granting related relief (the "Cash Collateral Motion").

41. The Debtor's secured bank lender is Fremont Bank.

42. Pursuant to the UCC-1 filed with the California Secretary of State on March 21, 2024, the collateral to which Fremont Bank's lien attach is "all Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or

OMNIBUS BROWN DECLARATION IN SUPPORT OF FIRST-DAY MOTIONS     10

Case: 25-30743    Doc# 3    Filed: 09/16/25    Entered: 09/16/25 08:24:47    Page 10 of 19

acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing" (the "Cash Collateral").

43. The Debtor proposes a post-petition replacement lien in the same amount and priority as the banks' existing rights in the Cash Collateral (as may later be determined in this case) as adequate protection for Fremont Bank's interest in the existing Cash Collateral. In addition, the Debtor proposes to make monthly payments of $5,600.24 on an interim basis as further adequate protection.

44. The Debtor also proposes to restrict its use of the Cash Collateral to the budget attached as **Exhibit B** to this declaration (the "Budget"). I am informed and believe that the Budget is based on the Debtor's historic monthly operations to date for 2025. The Debtor proposes that it be allowed a variance of up to 15% for each line item in the Budget.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 15, 2025 in Emeryville, California.

*Scott Brown*
_____
Scott Brown

# Exhibit A

Report: Employee Information: EE List
Sorted By: Last Name Ascending
Filtered By: Employee Filter: All Employees; Employee Status != Terminated
Date & Time: 09/15/2025 09:36a
Generated By: KAREN S. TROTH
Company: American Trash Management (AMTRASH)

| Employee Id | Pay Type | Hourly Pay | Monthly Pay | State | Salaried Employees Pay Owed from 09/1/25-09/15/25 |
|---|---|---|---|---|---|
| 144 | Salaried | | $7,000.00 | NV | $3,500.00 |
| 265 | Hourly | $18.00 | | FL | |
| 5 | Salaried | | $100.00 | CA | $50.00 |
| 84 | Salaried | | $6,000.75 | CA | $3,000.38 |
| 150 | Salaried | | $9,166.67 | FL | $4,583.34 |
| 181 | Salaried | | $7,600.00 | CA | $3,800.00 |
| 0268 | Hourly | $20.00 | | FL | |
| 0276 | Hourly | $19.00 | | FL | |
| 0275 | Hourly | $19.00 | | FL | |
| 251 | Salaried | | $3,500.00 | FL | $1,750.00 |
| 202 | Salaried | | $5,250.00 | RI | $2,625.00 |
| 229 | Salaried | | $6,500.00 | MI | $3,250.00 |
| 196 | Hourly | $21.50 | | CA | |
| 192 | Salaried | | $6,450.00 | WI | $3,225.00 |
| 247 | Hourly | $21.50 | | FL | |
| 11 | Salaried | | $6,000.00 | FL | $3,000.00 |
| 104 | Hourly | $28.00 | | CA | |
| 22 | Salaried | | $7,000.00 | CA | $3,500.00 |
| 171 | Salaried | | $6,050.00 | CA | $3,025.00 |
| 194 | Hourly | $45.27 | | CA | |
| 240 | Hourly | $22.50 | | FL | |
| 148 | Salaried | | $8,400.00 | CA | $4,200.00 |
| 167 | Hourly | $23.50 | | CA | |
| 0272 | Hourly | $21.00 | | CA | |
| 214 | Salaried | | $6,250.00 | TX | $3,125.00 |
| 223 | Hourly | $22.50 | | CA | |
| 174 | Hourly | $33.00 | | CA | |
| 226 | Hourly | $34.50 | | CA | |
| 258 | Hourly | $20.00 | | FL | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 190 Salaried |  | $6,600.00 | CA | $3,300.00 |
| 0271 | Hourly | $20.00 |  | FL |  |
|  | 139 Salaried |  | $6,800.00 | TX | $3,400.00 |
|  | 260 Hourly | $22.00 |  | CA |  |
|  | 188 Hourly | $25.00 |  | CA |  |
|  | 146 Hourly | $24.00 |  | CA |  |
|  | 227 Hourly | $28.00 |  | OR |  |
|  | 193 Salaried |  | $6,750.00 | CA | $3,375.00 |
|  | 134 Hourly | $28.00 |  | CA |  |
|  | 183 Hourly | $25.50 |  | CA |  |
|  | 140 Hourly | $28.50 |  | CA |  |
| 0270 | Hourly | $18.00 |  | FL |  |
|  | 155 Salaried |  | $9,600.00 | CA | $4,800.00 |
|  | 156 Salaried |  | $5,720.00 | CA | $2,860.00 |
|  | 191 Salaried |  | $6,750.00 | CA | $3,375.00 |
|  | 124 Hourly | $25.00 |  | CA |  |
|  | 56 Salaried |  | $9,900.00 | CA | $4,950.00 |
|  | 162 Salaried |  | $8,800.00 | CA | $4,400.00 |
|  | 199 Hourly | $25.00 |  | OR |  |
|  | 131 Salaried |  | $8,700.00 | CA | $4,350.00 |
|  | 239 Hourly | $23.00 |  | CA |  |
|  | 235 Hourly | $30.00 |  | FL |  |
|  | 219 Hourly | $23.00 |  | CA |  |
|  | 172 Salaried |  | $8,750.00 | CA | $4,375.00 |
|  |  |  |  |  | **$81,818.71** |
|  |  |  |  | **TOTAL** | **$100,734.89** |

**Hourly Estimated - Pay Owed**
**09/11-09/15**

$398.70

$467.00
$444.22
$449.35

$375.61

$504.61

981.12

1110.92
$540.00

606.3
558.49

$335.25
496.32
872.5
445.8

524.5

570.24
830.37
648
666.4

995.96
711.19
1007.33
369.72


745.87


676.87

555.45
1021.05
1007.05

**$18,916.18**

# Exhibit B

Case: 25-30743    Doc# 3    Filed: 09/16/25    Entered: 09/16/25 08:24:47    Page 17 of 19

**American Trash Managment, Inc**
**Profit and Loss - Detail Company -FCYTD**

As of Date: 06/30/2025

Year To Date 06/30/2025 Actual | 12 month average

| | Year To Date 06/30/2025 Actual | Monthly Average | Weekly 9/14 | Weekly 9/19 | Weekly 9/21 | Weekly 9/28 | Weekly 10/5 | Weekly 10/12 | Weekly 10/19 | Weekly 10/26 | OCTOBER | NOVEMBER | DECEMBER | JANUARY 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| Revenue - Sales | | | | | | | | | | | | | | |
| 40000 - Sales | 317,260.11 | 26,438.34 | 6,101.16 | 6,101.16 | 6,101.16 | 6,101.16 | 6,101.16 | 6,101.16 | 6,101.16 | 6,101.16 | 26,438.34 | 26,438.34 | 26,438.34 | 26,438.34 |
| Total Revenue - Sales | 317,260.11 | | | | | | | | | | | | | |
| Revenue - Products | | | | | | | | | | | | | | |
| 40100 - Product Revenue | 4,402,425.97 | | | | | | | | | | | | | |
| Total Revenue - Products | 4,402,425.97 | 366,868.83 | 84,662.04 | 84,662.04 | 84,662.04 | 84,662.04 | 84,662.04 | 84,662.04 | 84,662.04 | 84,662.04 | 366,868.83 | 366,868.83 | 366,868.83 | 366,868.83 |
| Revenue - Services | | | | | | | | | | | | | | |
| 40101 - Service Revenue | 4,258,037.37 | | | | | | | | | | | | | |
| Total Revenue - Services | 4,258,037.37 | 354,836.45 | 81,885.33 | 81,885.33 | 81,885.33 | 81,885.33 | 81,885.33 | 81,885.33 | 81,885.33 | 81,885.33 | 354,836.45 | 354,836.45 | 354,836.45 | 354,836.45 |
| Revenue - Other | | | | | | | | | | | | | | |
| 47400 - Sales - Freight | 412,389.96 | | | | | | | | | | | | | |
| 59800 - Sales - Discounts | 22.81 | | | | | | | | | | | | | |
| Total Revenue - Other | 412,412.77 | 34,367.73 | 7,931.01 | 7,931.01 | 7,931.01 | 7,931.01 | 7,931.01 | 7,931.01 | 7,931.01 | 7,931.01 | 34,367.73 | 34,367.73 | 34,367.73 | 34,367.73 |
| **Total Revenue** | 9,390,136.22 | 782,511.35 | 180,579.54 | 180,579.54 | 180,579.54 | 180,579.54 | 180,579.54 | 180,579.54 | 180,579.54 | 180,579.54 | 782,511.35 | 782,511.35 | 782,511.35 | 782,511.35 |
| **Cost of Revenue** | | | | | | | | | | | | | | |
| Cost of Goods Sold | | | | | | | | | | | | | | |
| 50000 - COGS | (230.45) | | | | | | | | | | | | | |
| 50100 - COGS - Products | 2,079,376.20 | 173,281.35 | 39,988.00 | 39,988.00 | 39,988.00 | 39,988.00 | 39,988.00 | 39,988.00 | 39,988.00 | 39,988.00 | 173,281.35 | 173,281.35 | 173,281.35 | 173,281.35 |
| 50101 - COGS - Service | 195,357.79 | 16,279.82 | 3,756.88 | 3,756.88 | 3,756.88 | 3,756.88 | 3,756.88 | 3,756.88 | 3,756.88 | 3,756.88 | 16,279.82 | 16,279.82 | 16,279.82 | 16,279.82 |
| 50200 - COGS - Inventory Products | 5,095.88 | 424.66 | 98.00 | 98.00 | 98.00 | 98.00 | 98.00 | 98.00 | 98.00 | 98.00 | 424.66 | 424.66 | 424.66 | 424.66 |
| 54101 - COGS - Supplies-Trash Bags | 2,202.60 | 183.55 | 42.36 | 42.36 | 42.36 | 42.36 | 42.36 | 42.36 | 42.36 | 42.36 | 183.55 | 183.55 | 183.55 | 183.55 |
| 56001 - COGS - Repair - Labor | 18,217.48 | 1,518.12 | 350.34 | 350.34 | 350.34 | 350.34 | 350.34 | 350.34 | 350.34 | 350.34 | 1,518.12 | 1,518.12 | 1,518.12 | 1,518.12 |
| 57200 - Service Repairs | 600.00 | 50.00 | 11.54 | 11.54 | 11.54 | 11.54 | 11.54 | 11.54 | 11.54 | 11.54 | 50.00 | 50.00 | 50.00 | 50.00 |
| 57201 - Service Repairs - Materials | 4,049.48 | 337.46 | 77.87 | 77.87 | 77.87 | 77.87 | 77.87 | 77.87 | 77.87 | 77.87 | 337.46 | 337.46 | 337.46 | 337.46 |
| 57202 - Service Repairs - Auto Expense | 161,148.42 | 13,429.04 | 3,099.01 | 3,099.01 | 3,099.01 | 3,099.01 | 3,099.01 | 3,099.01 | 3,099.01 | 3,099.01 | 13,429.04 | 13,429.04 | 13,429.04 | 13,429.04 |
| 57203 - Service Repairs - Travel Exp. | 26,160.08 | 2,180.01 | 503.08 | 503.08 | 503.08 | 503.08 | 503.08 | 503.08 | 503.08 | 503.08 | 2,180.01 | 2,180.01 | 2,180.01 | 2,180.01 |
| 57204 - Service Repairs - Equipment Rental | 51,262.26 | 4,271.86 | 985.81 | 985.81 | 985.81 | 985.81 | 985.81 | 985.81 | 985.81 | 985.81 | 4,271.86 | 4,271.86 | 4,271.86 | 4,271.86 |
| 57205 - Service Repairs - Safety Exp. | 10,915.08 | 909.59 | 209.91 | 209.91 | 209.91 | 209.91 | 209.91 | 209.91 | 209.91 | 209.91 | 909.59 | 909.59 | 909.59 | 909.59 |
| 57206 - Service Repairs - Salaries & Wages Exp | 2,184,506.41 | 182,042.20 | 42,009.74 | 42,009.74 | 42,009.74 | 42,009.74 | 42,009.74 | 42,009.74 | 42,009.74 | 42,009.74 | 182,042.20 | 182,042.20 | 182,042.20 | 182,042.20 |
| 57207 - Service Repairs - Payroll Tax ER Portion | 173,411.76 | 14,450.98 | 3,334.84 | 3,334.84 | 3,334.84 | 3,334.84 | 3,334.84 | 3,334.84 | 3,334.84 | 3,334.84 | 14,450.98 | 14,450.98 | 14,450.98 | 14,450.98 |
| 57400 - COGS - Freight | 211,039.02 | 17,586.59 | 4,058.44 | 4,058.44 | 4,058.44 | 4,058.44 | 4,058.44 | 4,058.44 | 4,058.44 | 4,058.44 | 17,586.59 | 17,586.59 | 17,586.59 | 17,586.59 |
| Total Cost of Goods Sold | 5,123,112.01 | 426,926.00 | 98,521.38 | 98,521.38 | 98,521.38 | 98,521.38 | 98,521.38 | 98,521.38 | 98,521.38 | 98,521.38 | 426,926.00 | 426,926.00 | 426,926.00 | 426,926.00 |
| Cost of Consulting Revenue | | | | | | | | | | | | | | |
| 68900 - Consulting | (7,006.79) | | | | | | | | | | | | | |
| Total Cost of Consulting Revenue | (7,006.79) | | | | | | | | | | | | | |
| **Total Cost of Revenue** | 5,116,105.22 | 426,342.10 | 98,386.64 | 98,386.64 | 98,386.64 | 98,386.64 | 98,386.64 | 98,386.64 | 98,386.64 | 98,386.64 | 426,342.10 | 426,342.10 | 426,342.10 | 426,342.10 |
| **Gross Profit** | 4,274,031.00 | 356,169.25 | 82,192.90 | 82,192.90 | 82,192.90 | 82,192.90 | 82,192.90 | 82,192.90 | 82,192.90 | 82,192.90 | 356,169.25 | 356,169.25 | 356,169.25 | 356,169.25 |
| **Operating Expenses** | | | | | | | | | | | | | | |
| General and Administrative Expenses | | | | | | | | | | | | | | |
| Business Licenses and Permits | | | | | | | | | | | | | | |
| 71000 - Taxes, Licenses & Permits | 21,233.78 | 1,769.48 | | | | | | | | | 1,769.48 | 1,769.48 | 1,769.48 | 1,769.48 |
| Total Business Licenses and Permits | 21,233.78 | 1,769.48 | 408.34 | 408.34 | 408.34 | 408.34 | 408.34 | 408.34 | 408.34 | 408.34 | 1,769.48 | 1,769.48 | 1,769.48 | 1,769.48 |
| Charitable Contributions | | | | | | | | | | | | | | |
| 79000 - Office Expense | 51.14 | 4.26 | 0.98 | 0.98 | 0.98 | 0.98 | 0.98 | 0.98 | 0.98 | 0.98 | 4.26 | 4.26 | 4.26 | 4.26 |
| Total Charitable Contributions | 51.14 | | | | | | | | | | | | | |
| Copying and Printing | | | | | | | | | | | | | | |
| 63500 - Printing & Copying | 25.00 | 2.08 | 0.48 | 0.48 | 0.48 | 0.48 | 0.48 | 0.48 | 0.48 | 0.48 | 2.08 | 2.08 | 2.08 | 2.08 |
| Total Copying and Printing | 25.00 | | | | | | | | | | | | | |
| Due and Subscriptions | | | | | | | | | | | | | | |
| 66100 - Dues & Subscriptions | 82,283.90 | 6,856.99 | 1,582.38 | 1,582.38 | 1,582.38 | 1,582.38 | 1,582.38 | 1,582.38 | 1,582.38 | 1,582.38 | 6,856.99 | 6,856.99 | 6,856.99 | 6,856.99 |
| Total Due and Subscriptions | 82,283.90 | | | | | | | | | | | | | |
| Legal and Accounting | | | | | | | | | | | | | | |
| 69000 - Legal | 65,717.98 | | | | | | | | | | | | | |
| 69100 - Accounting & Professional Srvs | 78,049.99 | | | | | | | | | | | | | |
| Total Legal and Accounting | 143,767.97 | 11,980.66 | 2,764.77 | 2,764.77 | 2,764.77 | 2,764.77 | 2,764.77 | 2,764.77 | 2,764.77 | 2,764.77 | 11,980.66 | 11,980.66 | 11,980.66 | 11,980.66 |
| Travel, Meals and Entertainment | | | | | | | | | | | | | | |
| Travel Expenses | | | | | | | | | | | | | | |
| 68000 - Travel | 4,269.35 | | | | | | | | | | | | | |
| Total Travel Expenses | 4,269.35 | 355.78 | 82.10 | 82.10 | 82.10 | 82.10 | 82.10 | 82.10 | 82.10 | 82.10 | 355.78 | 355.78 | 355.78 | 355.78 |
| Meals and Entertainment | | | | | | | | | | | | | | |
| 68100 - Meals | 26,223.08 | | | | | | | | | | | | | |
| Total Meals and Entertainment | 26,223.08 | 2,185.26 | 504.29 | 504.29 | 504.29 | 504.29 | 504.29 | 504.29 | 504.29 | 504.29 | 2,185.26 | 2,185.26 | 2,185.26 | 2,185.26 |
| Total Travel, Meals and Entertainment | 30,492.43 | 2,541.04 | 586.39 | 586.39 | 586.39 | 586.39 | 586.39 | 586.39 | 586.39 | 586.39 | 2,541.04 | 2,541.04 | 2,541.04 | 2,541.04 |
| Office Supplies | | | | | | | | | | | | | | |
| 63100 - Office Supplies | 9,098.54 | 758.21 | 174.97 | 174.97 | 174.97 | 174.97 | 174.97 | 174.97 | 174.97 | 174.97 | 758.21 | 758.21 | 758.21 | 758.21 |
| 67200 - Service Repairs-Office Exp. | (1,310.00) | | | | | | | | | | | | | |
| Total Office Supplies | 7,788.54 | 649.05 | 149.78 | 149.78 | 149.78 | 149.78 | 149.78 | 149.78 | 149.78 | 149.78 | 649.05 | 649.05 | 649.05 | 649.05 |
| Postage and Delivery | | | | | | | | | | | | | | |
| 63000 - Postage & Delivery | 5,802.27 | 483.52 | 111.58 | 111.58 | 111.58 | 111.58 | 111.58 | 111.58 | 111.58 | 111.58 | 483.52 | 483.52 | 483.52 | 483.52 |
| Total Postage and Delivery | 5,802.27 | | | | | | | | | | | | | |
| Total General and Administrative Expenses | 291,445.03 | 24,287.09 | 5,604.71 | 5,604.71 | 5,604.71 | 5,604.71 | 5,604.71 | 5,604.71 | 5,604.71 | 5,604.71 | 24,287.09 | 24,287.09 | 24,287.09 | 24,287.09 |
| Marketing and Advertising Expenses | | | | | | | | | | | | | | |
| Advertising and Promotion | | | | | | | | | | | | | | |
| 63800 - Mgmt & Marketing Exps | 2,250.00 | 187.50 | 43.27 | 43.27 | 43.27 | 43.27 | 43.27 | 43.27 | 43.27 | 43.27 | 187.50 | 187.50 | 187.50 | 187.50 |
| Total Advertising and Promotion | 2,250.00 | | | | | | | | | | | | | |
| Telecommunication | | | | | | | | | | | | | | |
| 62100 - Phone, Wireless, Internet | 92,551.86 | 7,712.66 | 1,779.84 | 1,779.84 | 1,779.84 | 1,779.84 | 1,779.84 | 1,779.84 | 1,779.84 | 1,779.84 | 7,712.66 | 7,712.66 | 7,712.66 | 7,712.66 |
| Total Telecommunication | 92,551.86 | | | | | | | | | | | | | |
| Total Marketing and Advertising Expenses | 94,801.86 | 7,900.16 | 1,823.11 | 1,823.11 | 1,823.11 | 1,823.11 | 1,823.11 | 1,823.11 | 1,823.11 | 1,823.11 | 7,900.16 | 7,900.16 | 7,900.16 | 7,900.16 |
| Payroll and Related Expenses | | | | | | | | | | | | | | |
| Benefits | | | | | | | | | | | | | | |
| 67204 - Service Repairs-Health Ins | 375,453.03 | 31,287.75 | 7,220.25 | 7,220.25 | 7,220.25 | 7,220.25 | 7,220.25 | 7,220.25 | 7,220.25 | 7,220.25 | 31,287.75 | 31,287.75 | 31,287.75 | 31,287.75 |
| Total Benefits | 375,453.03 | | | | | | | | | | | | | |
| Payroll Expenses | | | | | | | | | | | | | | |
| 61200 - Payroll Deductions 401(K) | 42,604.20 | 3,550.35 | 819.31 | 819.31 | 819.31 | 819.31 | 819.31 | 819.31 | 819.31 | 819.31 | 3,550.35 | 3,550.35 | 3,550.35 | 3,550.35 |
| 61300 - Payroll Fees | 11,464.45 | 955.37 | 220.47 | 220.47 | 220.47 | 220.47 | 220.47 | 220.47 | 220.47 | 220.47 | 955.37 | 955.37 | 955.37 | 955.37 |
| Total Payroll Expenses | 54,068.65 | 4,505.72 | 1,039.78 | 1,039.78 | 1,039.78 | 1,039.78 | 1,039.78 | 1,039.78 | 1,039.78 | 1,039.78 | 4,505.72 | 4,505.72 | 4,505.72 | 4,505.72 |
| Payroll Taxes | | | | | | | | | | | | | | |
| 60800 - Payroll Tax-Employer Portion | 113,987.54 | | | | | | | | | | | | | |

| | Total | P1 | P2 | P3 | P4 | P5 | P6 | P7 | P8 | P9 | P10 | P11 | P12 | P13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll Taxes | 113,987.54 | 9,498.96 | 2,192.07 | 2,192.07 | 2,192.07 | 2,192.07 | 2,192.07 | 2,192.07 | 2,192.07 | 2,192.07 | 9,498.96 | 9,498.96 | 9,498.96 | 9,498.96 |
| **Salary and Wages** | | | | | | | | | | | | | | |
| 60000 - Salaries - Staff | 1,424,479.43 | 118,706.62 | 27,393.84 | 27,393.84 | 27,393.84 | 27,393.84 | 27,393.84 | 27,393.84 | 27,393.84 | 27,393.84 | 118,706.62 | 118,706.62 | 118,706.62 | 118,706.62 |
| 60100 - Salaries - Officers | 250,714.00 | 20,892.83 | 4,821.42 | 4,821.42 | 4,821.42 | 4,821.42 | 4,821.42 | 4,821.42 | 4,821.42 | 4,821.42 | 20,892.83 | 20,892.83 | 20,892.83 | 20,892.83 |
| Total Salary and Wages | 1,675,193.43 | 139,599.45 | 32,215.26 | 32,215.26 | 32,215.26 | 32,215.26 | 32,215.26 | 32,215.26 | 32,215.26 | 32,215.26 | 139,599.45 | 139,599.45 | 139,599.45 | 139,599.45 |
| Total Payroll and Related Expense | 2,218,702.65 | 184,891.89 | | | | | | | | | 184,891.89 | 184,891.89 | 184,891.89 | 184,891.89 |
| **Utilities and Facilities** | | | | | | | | | | | | | | |
| **Equipment Rental** | | | | | | | | | | | | | | |
| 63400 - Equipment Rental | 12,660.77 | 1,055.06 | 243.48 | 243.48 | 243.48 | 243.48 | 243.48 | 243.48 | 243.48 | 243.48 | 1,055.06 | 1,055.06 | 1,055.06 | 1,055.06 |
| Total Equipment Rental | 12,660.77 | 1,055.06 | 243.48 | 243.48 | 243.48 | 243.48 | 243.48 | 243.48 | 243.48 | 243.48 | 1,055.06 | 1,055.06 | 1,055.06 | 1,055.06 |
| **Rent** | | | | | | | | | | | | | | |
| 61800 - Insurance - FSA | (816.22) | | | | | | | | | | | | | |
| 62000 - Rent - Office | 201,854.91 | 16,821.24 | 3,881.83 | 3,881.83 | 3,881.83 | 3,881.83 | 3,881.83 | 3,881.83 | 3,881.83 | 3,881.83 | 16,821.24 | 16,821.24 | 16,821.24 | 16,821.24 |
| 62001 - Rent - Parking | 17,400.00 | 1,450.00 | 334.62 | 334.62 | 334.62 | 334.62 | 334.62 | 334.62 | 334.62 | 334.62 | 1,450.00 | 1,450.00 | 1,450.00 | 1,450.00 |
| 62002 - Rent - Storage | 55,200.00 | 4,600.00 | 1,061.54 | 1,061.54 | 1,061.54 | 1,061.54 | 1,061.54 | 1,061.54 | 1,061.54 | 1,061.54 | 4,600.00 | 4,600.00 | 4,600.00 | 4,600.00 |
| Total Rent | 273,638.69 | 22,803.22 | 5,262.28 | 5,262.28 | 5,262.28 | 5,262.28 | 5,262.28 | 5,262.28 | 5,262.28 | 5,262.28 | 22,803.22 | 22,803.22 | 22,803.22 | 22,803.22 |
| **Utilities** | | | | | | | | | | | | | | |
| 62200 - Utilities | 30,106.94 | 2,508.91 | 578.98 | 578.98 | 578.98 | 578.98 | 578.98 | 578.98 | 578.98 | 578.98 | 2,508.91 | 2,508.91 | 2,508.91 | 2,508.91 |
| Total Utilities | 30,106.94 | | | | | | | | | | | | | |
| Total Utilities and Facilities | 316,406.40 | 26,367.20 | 6,084.74 | 6,084.74 | 6,084.74 | 6,084.74 | 6,084.74 | 6,084.74 | 6,084.74 | 6,084.74 | 26,367.20 | 26,367.20 | 26,367.20 | 26,367.20 |
| **Operating and Maintenance Expenses** | | | | | | | | | | | | | | |
| **Automobile Expenses** | | | | | | | | | | | | | | |
| 68300 - Auto Expense | 18,826.36 | 1,568.86 | 362.05 | 362.05 | 362.05 | 362.05 | 362.05 | 362.05 | 362.05 | 362.05 | 1,568.86 | 1,568.86 | 1,568.86 | 1,568.86 |
| Total Automobile Expenses | 18,826.36 | | | | | | | | | | | | | |
| **Bad Debt Expenses** | | | | | | | | | | | | | | |
| 61100 - Bad Debt Expense | 68,659.50 | | | | | | | | | | | | | |
| Total Bad Debt Expenses | 68,659.50 | | | | | | | | | | | | | |
| **Credit Card and Other Service Charges** | | | | | | | | | | | | | | |
| 69200 - Bank Charges | 20,978.81 | 1,748.23 | 403.44 | 403.44 | 403.44 | 403.44 | 403.44 | 403.44 | 403.44 | 403.44 | 1,748.23 | 1,748.23 | 1,748.23 | 1,748.23 |
| 79500 - Credit Card Processing Fees | 36,711.92 | 3,059.33 | 706.00 | 706.00 | 706.00 | 706.00 | 706.00 | 706.00 | 706.00 | 706.00 | 3,059.33 | 3,059.33 | 3,059.33 | 3,059.33 |
| Total Credit Card and Other Service Charges | 57,690.73 | 4,807.56 | 1,109.44 | 1,109.44 | 1,109.44 | 1,109.44 | 1,109.44 | 1,109.44 | 1,109.44 | 1,109.44 | 4,807.56 | 4,807.56 | 4,807.56 | 4,807.56 |
| **Miscellaneous Expense** | | | | | | | | | | | | | | |
| 62900 - Outside Services | 102,392.64 | 8,532.72 | 1,969.09 | 1,969.09 | 1,969.09 | 1,969.09 | 1,969.09 | 1,969.09 | 1,969.09 | 1,969.09 | 8,532.72 | 8,532.72 | 8,532.72 | 8,532.72 |
| 79100 - Miscellaneous | (358.00) | | | | | | | | | | | | | |
| 79200 - Penalties | 1,599.90 | 133.33 | 30.77 | 30.77 | 30.77 | 30.77 | 30.77 | 30.77 | 30.77 | 30.77 | 133.33 | 133.33 | 133.33 | 133.33 |
| Total Miscellaneous Expense | 103,634.54 | 8,636.21 | 1,992.97 | 1,992.97 | 1,992.97 | 1,992.97 | 1,992.97 | 1,992.97 | 1,992.97 | 1,992.97 | 8,636.21 | 8,636.21 | 8,636.21 | 8,636.21 |
| **Software and Maintenance** | | | | | | | | | | | | | | |
| 63200 - Software | 116,948.79 | 9,745.73 | 2,249.02 | 2,249.02 | 2,249.02 | 2,249.02 | 2,249.02 | 2,249.02 | 2,249.02 | 2,249.02 | 9,745.73 | 9,745.73 | 9,745.73 | 9,745.73 |
| Total Software and Maintenance | 116,948.79 | | | | | | | | | | | | | |
| Total Operating and Maintenance Expenses | 365,759.92 | 30,479.99 | 7,033.84 | 7,033.84 | 7,033.84 | 7,033.84 | 7,033.84 | 7,033.84 | 7,033.84 | 7,033.84 | 30,479.99 | 30,479.99 | 30,479.99 | 30,479.99 |
| **Taxes and Insurance** | | | | | | | | | | | | | | |
| **Insurance** | | | | | | | | | | | | | | |
| 61700 - Health Insurance | 248,083.16 | 20,673.60 | 4,770.83 | 4,770.83 | 4,770.83 | 4,770.83 | 4,770.83 | 4,770.83 | 4,770.83 | 4,770.83 | 20,673.60 | 20,673.60 | 20,673.60 | 20,673.60 |
| 62300 - Insurance | 499,220.72 | 41,601.73 | 9,600.40 | 9,600.40 | 9,600.40 | 9,600.40 | 9,600.40 | 9,600.40 | 9,600.40 | 9,600.40 | 41,601.73 | 41,601.73 | 41,601.73 | 41,601.73 |
| Total Insurance | 747,303.88 | 62,275.32 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 62,275.32 | 62,275.32 | 62,275.32 | 62,275.32 |
| Total Taxes and Insurance | 747,303.88 | 62,275.32 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 14,371.23 | 62,275.32 | 62,275.32 | 62,275.32 | 62,275.32 |
| Total Operating Expenses | 4,034,419.74 | 336,201.65 | 77,585.00 | 77,585.00 | 77,585.00 | 77,585.00 | 77,585.00 | 77,585.00 | 77,585.00 | 77,585.00 | 336,201.65 | 336,201.65 | 336,201.65 | 336,201.65 |
| **Other Income (Expense)** | | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | | |
| **Interest Income** | | | | | | | | | | | | | | |
| 49100 - Interest Income | 42,361.99 | 3,530.17 | 814.65 | 814.65 | 814.65 | 814.65 | 814.65 | 814.65 | 814.65 | 814.65 | 3,530.17 | 3,530.17 | 3,530.17 | 3,530.17 |
| Total Interest Income | 42,361.99 | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | | |
| 49700 - Miscellaneous Income | 323,145.16 | 26,928.76 | 6,214.33 | 6,214.33 | 6,214.33 | 6,214.33 | 6,214.33 | 6,214.33 | 6,214.33 | 6,214.33 | 26,928.76 | 26,928.76 | 26,928.76 | 26,928.76 |
| 49900 - Other Income | 6,390.00 | 532.50 | 122.88 | 122.88 | 122.88 | 122.88 | 122.88 | 122.88 | 122.88 | 122.88 | 532.50 | 532.50 | 532.50 | 532.50 |
| Total Other Income | 329,535.16 | | | | | | | | | | | | | |
| Total Other Income | 371,897.15 | 30,991.43 | 7,151.87 | 7,151.87 | 7,151.87 | 7,151.87 | 7,151.87 | 7,151.87 | 7,151.87 | 7,151.87 | 30,991.43 | 30,991.43 | 30,991.43 | 30,991.43 |
| **Other Expense** | | | | | | | | | | | | | | |
| **Interest Expenses** | | | | | | | | | | | | | | |
| 61000 - Interest Expense | 67,202.83 | 5,600.24 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 5,600.24 | 5,600.24 | 5,600.24 | 5,600.24 |
| Total Interest Expenses | 67,202.83 | 5,600.24 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 1,292.36 | 5,600.24 | 5,600.24 | 5,600.24 | 5,600.24 |
| Total Other Expense | (67,202.83) | | | | | | | | | | | | | |
| Total Other Income (Expense) | 304,694.32 | 25,391.19 | 5,859.51 | 5,859.51 | 5,859.51 | 5,859.51 | 5,859.51 | 5,859.51 | 5,859.51 | 5,859.51 | 25,391.19 | 25,391.19 | 25,391.19 | 25,391.19 |
| **Income Taxes** | | | | | | | | | | | | | | |
| **State and Local Taxes** | | | | | | | | | | | | | | |
| 60960 - Sales Tax Expense | 6,542.18 | 545.18 | 125.81 | 125.81 | 125.81 | 125.81 | 125.81 | 125.81 | 125.81 | 125.81 | 545.18 | 545.18 | 545.18 | 545.18 |
| Total State and Local Taxes | 6,542.18 | 545.18 | 125.81 | 125.81 | 125.81 | 125.81 | 125.81 | 125.81 | 125.81 | 125.81 | 545.18 | 545.18 | 545.18 | 545.18 |
| Total Income Taxes | 6,542.18 | 545.18 | | | | | | | | | 545.18 | 545.18 | 545.18 | 545.18 |
| **Net Income (Loss)** | **$ 537,763.40** | 44,813.62 | 10,341.60 | 10,341.60 | 10,341.60 | 10,341.60 | 10,341.60 | 10,341.60 | 10,341.60 | 10,341.60 | 44,813.62 | 44,813.62 | 44,813.62 | 44,813.62 |

Created on : 09/10/2025 12:32 PM PST