Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Proposed Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743<br><br>Chapter 11, Subchapter V<br><br>**SECOND SUPPLEMENTAL DECLARATION OF SCOTT BROWN IN SUPPORT OF EMPLOYEE WAGE MOTION**<br><br><u>Hearing:</u> *To be set.* |

I, Scott Brown, declare as follows:

1.  I am the current Chief Executive Officer of American Trash Management, Inc. ("ATM" or the "Debtor"). I make this second supplemental declaration in support of the Debtor's motion authorizing the payment of prepetition wages and related obligations. All statements in this declaration are based on my own personal knowledge and observation, or upon information and belief based upon my review of the Debtor's business records in this case. If called to testify about this matter, I could and would competently testify to the matters set forth herein.

2. Attached is an authentic copy of **Exhibit F**, which is a singular exhibit showing all prepetition wages and benefits, organized by employee number, with totals by each employee.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 22, 2025 in Emeryville, California.

*Scott Brown*
Scott Brown

# Exhibit F

| Employee Id | Salaried Employees Pay Owed from 09/1/25- 09/15/25 | Hourly Estimated - Pay Owed 09/11- 09/15 | Accrued Vacation | Total 401K/Roth EE&ER | Employer Health Care Contribution | Total |
|---|---|---|---|---|---|---|
| 5 | $50.00 | | | | $70.77 | $120.77 |
| 11 | $3,000.00 | | $8,554.95 | | $1,740.91 | $13,295.86 |
| 22 | $3,500.00 | | $9,980.77 | $315.00 | $1,326.34 | $15,122.11 |
| 56 | $4,950.00 | | $11,546.24 | $2,156.00 | $755.82 | $19,408.06 |
| 84 | $3,000.38 | | $8,026.65 | $200.00 | $640.94 | $11,867.96 |
| 104 | | $981.12 | $0.00 | | $591.82 | $1,572.94 |
| 124 | | $745.87 | $5,977.75 | | $2,270.61 | $8,994.23 |
| 131 | $4,350.00 | | $3,922.61 | $60.00 | $2,104.57 | $10,437.18 |
| 134 | | $995.96 | $772.52 | | $755.82 | $2,524.30 |
| 139 | $3,400.00 | | $9,763.95 | $558.00 | | $13,721.95 |
| 140 | | $1,007.33 | $0.00 | | $1,272.71 | $2,280.04 |
| 144 | $3,500.00 | | $9,620.61 | | $591.82 | $13,712.43 |
| 146 | | $648.00 | $5,973.36 | | $755.82 | $7,377.18 |
| 148 | $4,200.00 | | $12,061.83 | $378.00 | $1,541.42 | $18,181.25 |
| 150 | $4,583.34 | | $13,162.80 | | $3,041.53 | $20,787.66 |
| 155 | $4,800.00 | | $9,943.61 | $456.00 | $1,240.59 | $16,440.20 |
| 156 | $2,860.00 | | $0.00 | $257.40 | $1,224.82 | $4,342.22 |
| 162 | $4,400.00 | | $0.00 | $528.00 | | $4,928.00 |
| 167 | | $606.30 | $1,625.97 | $143.19 | $591.82 | $2,967.27 |
| 171 | $3,025.00 | | $2,783.28 | $423.50 | $755.82 | $6,987.60 |
| 172 | $4,375.00 | | $11,132.22 | $393.75 | $537.82 | $16,438.79 |
| 174 | | $496.32 | $612.81 | | | $1,109.13 |
| 181 | $3,800.00 | | $5,425.63 | $228.00 | $27.82 | $9,481.44 |
| 183 | | $711.19 | $698.19 | | $884.37 | $2,293.75 |
| 188 | | $830.37 | $0.00 | | $1,948.65 | $2,779.02 |
| 190 | $3,300.00 | | $3,763.45 | $330.00 | $537.82 | $7,931.27 |
| 191 | $3,375.00 | | $7,576.95 | $202.50 | $537.82 | $11,692.27 |
| 192 | $3,225.00 | | $3,448.25 | | $626.26 | $7,299.51 |
| 193 | $3,375.00 | | $804.89 | $337.50 | $537.82 | $5,055.21 |
| 194 | | $1,110.92 | $5,671.88 | $94.43 | $591.82 | $7,469.05 |
| 196 | | $375.61 | $347.66 | | $1,674.60 | $2,397.86 |
| 199 | | $676.87 | $4,941.75 | | $1,786.97 | $7,405.59 |
| 202 | $2,625.00 | | $928.99 | $196.88 | $2,162.87 | $5,913.74 |
| 214 | $3,125.00 | | $2,408.45 | | $703.35 | $6,236.80 |
| 219 | | $1,007.05 | $4,095.61 | $90.63 | $755.82 | $5,949.11 |
| 223 | | $335.25 | $0.00 | | $1,246.97 | $1,582.22 |
| 226 | | $872.50 | $3,490.37 | | $827.75 | $5,190.62 |
| 227 | | $666.40 | $623.56 | | $1,108.44 | $2,398.40 |
| 229 | $3,250.00 | | $3,100.13 | $487.50 | $27.82 | $6,865.45 |
| 235 | | $1,021.05 | $891.60 | | $2,547.57 | $4,460.22 |
| 239 | | $555.45 | $0.00 | | $591.82 | $1,147.27 |
| 240 | | $540.00 | $735.53 | | $1,961.77 | $3,237.30 |
| 247 | | $504.61 | $0.00 | | $1,164.90 | $1,669.51 |
| 251 | $1,750.00 | | $4,536.09 | | $852.39 | $7,138.48 |
| 258 | | $445.80 | $22.40 | | $725.62 | $1,193.82 |
| 260 | | $570.24 | $2,720.74 | | $755.82 | $4,046.80 |
| 265 | | $398.70 | $116.64 | | | $515.34 |
| 268 | | $467.00 | $1,727.80 | | $1,273.40 | $3,468.20 |
| 270 | | $369.72 | $200.70 | | $748.46 | $1,318.88 |
| 271 | | $524.50 | $1,123.00 | | $1,332.21 | $2,979.71 |
| 272 | | $558.49 | $1,595.16 | | $591.82 | $2,745.47 |
| 275 | | $449.35 | $5.32 | | | $454.67 |
| 276 | | $444.22 | $164.73 | | | $608.95 |
| | $81,818.71 | $18,916.18 | $186,627.36 | $7,836.28 | $50,344.52 | $345,543.04 |

TOTAL $345,543.04