1  Stephen D. Finestone (125675)
   Jennifer C. Hayes (197252)
2  FINESTONE HAYES LLP
   456 Montgomery Street, Suite 1300
3  San Francisco, CA 94104
   Tel.:   (415) 421-2624
4  Fax:    (415) 398-2820
   Email: sfinestone@fhlawllp.com
5  Email: jhayes@fhlawllp.com

6  Attorneys for American Trash Management, Inc.
   Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743- HLB<br><br>Chapter 11, Subchapter V<br><br>**DEBTOR'S EX PARTE APPLICATION TO CONTINUE HEARING ON OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY BY WHR HOLDINGS, LLC**<br><br>Current Hearing Date: December 18, 2025<br>Proposed New Date: January 8, 2026<br>Time: 10:00 a.m.<br>Ctrm:   Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

Debtor, American Trash Management, Inc. ("Debtor"), hereby requests that the Court continue the hearing on the Objection to Debtor's Subchapter V Eligibility by WHR Holdings, LLC (the "Objection" ECF 61), which is currently set for hearing on December 18, 2025. Debtor requests that the matter be continued to the Court's calendar of January 8, 2026 at 10:00 a.m. In support of its request Debtor represents as follows:

1. WHR Holdings, LLC ("WHR") filed its Notice of Hearing on the Objection on November 17, 2025.

2. As discussed in the accompanying declaration of Stephen D. Finestone, counsel for the Debtor believed that the Notice of Hearing was not in compliance with the Court's procedures.

3. On December 1, 2025, Debtor's counsel contacted WHR's counsel to discuss the potential non-compliance and suggest a continued hearing date.

4. After counsel interacted via telephone and email, Debtor's counsel realized he was mistaken about the appropriateness of the Notice of Hearing.

5. At that point, there was inadequate time for Debtor to timely file its opposition to the Objection. The records and pre-petition communications between Debtor and WHR over the amount owed to WHR are voluminous and complicated. The opposition is not a matter of a simple declaration, a few exhibits and legal memorandum.

6. Debtor's counsel then approached WHR's counsel, explained his mistake and proposed a stipulation to continue the hearing until January 8, 2026. As an accommodation, Debtor proposed that it file its response by December 19, 2025, well ahead of the 14-day requirement. The early filing date would account for the intervening holidays and give WHR additional time to prepare its reply, which would be due on January 1, 2026.

7. WHR refused to stipulate to continue the hearing date.

8. Accordingly, Debtor requests that the Court continue the hearing until January 8, 2026 at 10:00 a.m.

9. Debtor proposes the same filing dates as it proposed to WHR even though WHR rejected Debtor's proposal. Debtor's opposition/response to the Objection would be due by December 19, 2025.

10. WHR's reply to Debtor's opposition would be due by January 1, 2026.

11. There has not been any previous request to modify time related to the hearing on the Objection.

Case: 25-30743    Doc# 71    Filed: 12/04/25    Entered: 12/04/25 22:57:04    Page 2 of 5

12. The requested modification will delay the hearing by three weeks but will not impact the timing of this Chapter 11 case in any material way. There is no current deadline for the Debtor to file its plan of reorganization, as resolution of the Objection is required before a plan filing deadline can be set.

13. Debtor requests that the Court grant this application and reset the hearing date and the related filing dates as set forth above, or pursuant to a schedule preferred by the Court.

Dated: December 4, 2025     FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　 /s/ Stephen D. Finestone
　　　　　　　　　　　　　　　　Stephen D. Finestone
　　　　　　　　　　　　　　　　Attorneys for American Trash Management,
　　　　　　　　　　　　　　　　Inc., Debtor-in-Possession

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Suite 1300, San Francisco, California 94104. I served a true and correct copy of the following document(s):

**DEBTOR'S EX PARTE APPLICATION TO CONTINUE HEARING ON OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY BY WHR HOLDINGS, LLC**

☒ **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Service of the foregoing was accomplished by the court via NEF and link to the document. On December 4, 2025, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF as stated below:

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Stephen D. Finestone on behalf of Debtor American Trash Management, Inc.
sfinestone@fhlawllp.com

Jennifer C. Hayes on behalf of Debtor American Trash Management, Inc.
jhayes@fhlawllp.com

Gina R. Klump
gklump@klumplaw.net, C204@ecfcbis.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Eric Nyberg on behalf of Fremont Bank
e.nyberg@kornfieldlaw.com

Chris D. Kuhner on behalf of Fremont Bank
c.kuhner@kornfieldlaw.com

Matthew B. Hale on behalf of WHR Holdings, LLC
Mhale.ecf@srbp.com

Charles A. Postler on behalf of WHR Holdings, LLC
Cpostler.ecf@srbp.com

Sblend A. Sblendorio on behalf of WHR Holdings, LLC
sas@hogefenton.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 4, 2025 in San Francisco, CA

                                    */s/ Stephen D. Finestone*
                                     Stephen D. Finestone