Entered on Docket
December 9, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 9, 2025

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:  (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743- HLB<br><br>Chapter 11, Subchapter V<br><br>**ORDER APPROVING SECOND STIPULATION FOR ENTRY OF ORDER RE CONTINUED USE OF CASH COLLATERAL**<br><br>Date:  February 19, 2026<br>Time: 10:00 a.m.<br>Ctrm:  Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

On September 23, 2025 and October 3, 2025, the Court held hearings on the Motion filed by American Trash Management, Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, for authority to use cash collateral[1] (ECF 4, the "Motion"). The Motion was supported by the First Day Declaration of Scott Brown (ECF 3). Appearances

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

at the hearings were as noted on the record, and the Court granted the Motion on a First and Second Interim Basis (ECF 32; 46: together, the "Cash Collateral Orders").

A continued hearing on the Motion was scheduled for October 30, 2025 at 10:00 a.m., which hearing was continued to December 18, 2025 at 10:00 a.m. (ECF 55). Based on the Second Stipulation for Entry of Order re Cash Collateral by and between the Debtor and secured creditor Fremont Bank (ECF 74, the "Second Stipulation")), and upon due consideration and good cause appearing therefor, the Court orders as follows:

1. The Second Stipulation is approved.

2. The hearing scheduled for December 18, 2025 at 10:00 a.m. is continued to February 19, 2026 at 10:00 a.m.

3. Any objections or responses to the Motion shall be filed on or before February 12, 2026 at 5:00 p.m.

4. Any reply shall be filed and served on or before February 17, 2026 at 12:00 p.m.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

*ECF Participants Only*