1  Sblend A. Sblendorio (SBN 109903)
   sblend.sblendorio@hogefenton.com
2  HOGE, FENTON, JONES & APPEL, INC.
   6801 Koll Center Parkway, Suite 210
3  Pleasanton, California 94566-7047
   Phone: 925.224.7780
4  Fax: 925.224.7782

5  Matthew B. Hale (FBN 0110600)(Pro Hac Vice)
   mhale@srbp.com
6  STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
   110 E. Madison St, Suite 200
7  Tampa, Florida 33602-4700
   Phone: 813-229-0144
8  Fax:  813-229-1811

9  Attorneys for Creditor, WHR Holdings, LLC

10              UNITED STATES BANKRUPTCY COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| 12 | In re | Case No. 25-30743 |
|---|---|---|
| 13 | AMERICAN TRASH MANAGEMENT, INC., | Chapter 11, Subchapter V |
| 14 | Debtor. | **EX PARTE STIPULATED APPLICATION TO RESCHEDULE HEARING ON OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY BY WHR HOLDINGS, LLC** |
| 15 | | |
| 16 | | |
| 17 | | Current Hearing Date: January 8, 2026 |
| 18 | | Proposed New Date: January 22, 2026<br>Time: 10:00 a.m. |
| 19 | | Ctrm:   Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Fransisco, CA |
| 20 | | |

21

22       Creditor, WHR Holdings, LLC ("WHR"), hereby requests that the Court continue and

23  reschedule the hearing on the Objection to Debtor's Subchapter V Eligibility filed by WHR (ECF

24  No. 61) (the "Objection") and reschedule related response and reply deadlines. The Debtor,

25  American Trash Management, Inc. ("Debtor") stipulates and agrees to the relief requested. In

26  support of its request, WHR represents as follows:

27  ///

28  ///

1. WHR filed the Objection on November 13, 2025.

2. WHR filed its Notice of Hearing on the Objection on November 17, 2025, scheduling a hearing for December 18, 2025, and setting forth applicable response and reply deadlines pursuant to Local Rule 9014-1(c)(1).

3. On December 4, 2025, the Debtor filed its *Ex Parte* Application to Continue Hearing on Objection to Debtor's Subchapter V Eligibility (ECF No. 71).

4. The Court entered an order granting the Debtor's motion to continue the hearing on December 5, 2025 (ECF No. 73), rescheduling the hearing for January 8, 2026 at 10:00 a.m., providing that the deadline for the Debtor to file a response to the Objection is December 19, 2025, and providing that WHR's deadline to file a reply is January 1, 2026.

5. Within the last few days, WHR has discovered a discrepancy in the calculation of its claim, and WHR will need to file an amended Objection addressing the discrepancy.

6. Upon learning of the need to amend the Objection, the undersigned counsel for WHR quickly conferred with counsel for the Debtor and notified him that WHR will be amending its Objection. Because WHR will be amending its Objection, WHR believes the presently scheduled January 8, 2026, hearing should be rescheduled, and the Debtor should be afforded the opportunity to respond to WHR's amended Objection within the time permitted by Local Rule 9014-1(c)(1).

7. WHR will file its amended objection by no later than December 23, 2025. WHR requests that the hearing be rescheduled to January 22, 2026, at 10:00 a.m. Pursuant to the time frame set forth in Local Rule 9014-1(c)(1), WHR requests that the deadline for the Debtor to respond to the amended Objection be set for January 8, 2026, and that WHR's reply deadline be set for January 15, 2026.

8. No party will be prejudiced by this short continuance.

WHEREFORE, WHR respectfully requests that the Court enter an order (i) rescheduling the hearing on the Objection (to be amended) to January 22, 2026, at 10:00 a.m., (ii) providing that WHR file its amended Objection on or before December 23, 2025; (iii) providing that the deadline

for the Debtor to respond to the amended Objection be set for January 8, 2026; and (iv) providing that WHR's reply deadline be set for January 15, 2026.

DATED: December 19, 2025    STICHTER, RIEDEL, BLAIN & POSTLER, P.A.

By: /s/ *Matthew B. Hale*
Matthew B. Hale, Applicant and
Attorney for Creditor, WHR Holdings, LLC

DATED: December 19, 2025    HOGE, FENTON, JONES & APPEL, INC.

By: /s/*Sblend A. Sblendorio*
Sblend A. Sblendorio
Attorney for Creditor, WHR Holdings, LLC

DATED: December 19, 2025    FINESTONE HAYES LLP

By: /s/ *Stephen D. Finestone*
Stephen D. Finestone
Attorney for Debtor, American Trash Management, Inc.