Signed and Filed: December 19, 2025

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Sblend A. Sblendorio (SBN 109903)
sblend.sblendorio@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
6801 Koll Center Parkway, Suite 210
Pleasanton, California 94566-7047
Phone: 925.224.7780
Fax: 925.224.7782

Matthew B. Hale (FBN 0110600)(Pro Hac Vice)
mhale@srbp.com
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 E. Madison St, Suite 200
Tampa, Florida 33602-4700
Phone: 813-229-0144
Fax: 813-229-1811

Attorneys for Creditor, WHR Holdings, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>    Debtor. | Case No. 25-30743<br><br>Chapter 11, Subchapter V<br><br>**ORDER GRANTING EX PARTE STIPULATED APPLICATION TO RESCHEDULE HEARING ON OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY BY WHR HOLDINGS, LLC**<br><br>Current Hearing Date: January 8, 2026<br>New Hearing Date: January 22, 2026<br>Time: 10:00 a.m.<br>Ctrm:    Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Fransisco, CA |

The Court having considered the Ex Parte Stipulated Application to Reschedule Hearing on Objection to Debtor's Subchapter V Eligibility by WHR Holdings, LLC (ECF No. __) (the "Application") and good cause appearing,

**IT IS ORDERED** that:

    1.    The Application is granted.

    2.    The hearing on the Objection to Debtor's Subchapter V Eligibility by WHR Holdings, LLC (the "Objection") is continued until January 22, 2026, at 10:00 a.m. to allow for

WHR Holdings, LLC to file an amended Objection.

3. WHR Holdings, LLC ("WHR") shall file its amended Objection on or before December 23, 2025.

4. Debtor's opposition/response to the amended Objection shall be filed no later than January 8, 2026.

5. WHR's reply to Debtor's opposition/response shall be filed no later than January 15, 2026.

** END OF ORDER **

**COURT SERVICE LIST:**

ECF participants only