Sblend A. Sblendorio (SBN 109903)
sblend.sblendorio@hogefenton.com
Paula Nystrom (SBN 329651)
paula.nystrom@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
6801 Koll Center Parkway, Suite 210
Pleasanton, California 94566-7047
Phone: 925.224.7780
Fax: 925.224.7782

Remington Lenton-Young (SBN 295392)
remington.lenton-young@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 S. Market St., Suite 900
San Jose, California 95113
T: (408) 287-9501
F: (408) 287-2583

Charles A. Postler (FBN 455318)(Pro Hac Vice)
cpostler@srbp.com
STRICHTER RIEDEL BLAIN & POSTLER, P.A.
110 E. Madison St. Suite 200
Tampa, Florida 33602-4700
Phone: 813-229-0144
Fax: 813-229-1811

Attorneys for Creditor, WHR Holdings, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30743 |
| AMERICAN TRASH MANAGEMENT, INC., | Chapter 11 |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned proceeding as counsel on behalf of Creditor WHR Holdings, LLC and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, courier, electronic mail, ECF notice, hand delivery, telephone, facsimile transmission or otherwise, which affects the Debtor or this Chapter 13 bankruptcy case to be served upon:

| | |
|---|---|
| 1 | Remington Lenton-Young, Esq. |
| 2 | Hoge, Fenton, Jones & Appel, Inc.<br>55 South Market Street, Suite 900 |
| 3 | San Jose, CA  95113<br>Telephone:   (408)) 287-9501 |
| 4 | Facsimile:    (408)) 287-2583<br>remington.lenton-young@hogefenton.com |

5  **PLEASE TAKE FURTHER NOTICE** that this is not intended as nor is it a consent
6  to jurisdiction of the Bankruptcy Court over Creditor, WHR Holdings, LLC, specifically but
7  not limited to (i) its right to have final orders in non-core matters entered only after *de*
8  *novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable
9  herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the
10 reference withdrawn by the District Court in any matter subject to mandatory, or
11 discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or
12 recoupments to which Creditor, WHR Holdings, LLC, is or may be entitled to under
13 agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and
14 recoupments Creditor, WHR Holdings, LLC expressly reserves.

16 DATED:  December 23, 2025          HOGE, FENTON, JONES & APPEL, INC.

By:     /s/*Remington Lenton-Young*
          Remington Lenton-Young
          Attorneys for Creditor, WHR Holdings, LLC