Sblend A. Sblendorio (SBN 109903)
sblend.sblendorio@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
6801 Koll Center Parkway, Suite 210
Pleasanton, California 94566-7047
Phone: 925.224.7780
Fax: 925.224.7782

Remington Lenton-Young (SBN 295392)
remington.lenton-young@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 S. Market St., Suite 900
San Jose, California 95113
Phone:  408.287.9501
Fax:  408.287.2583

Matthew B. Hale (FBN 0110600)(Pro Hac Vice)
mhale@srbp.com
STRICHTER RIEDEL BLAIN & POSTLER, P.A.
110 E. Madison St. Suite 200
Tampa, Florida 33602-4700
Phone: 813-229-0144
Fax: 813-229-1811

Attorneys for Creditor, WHR Holdings, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor. | Case No. 25-30743<br><br>Chapter 11, Subchapter V<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Hannah L. Blumenstiel<br>Date: January 22, 2026<br>Time: 10:00 a.m.<br>Crtrm.: Via Zoom or In-Person at Courtroom 19, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 6801 Koll Center Parkway, Suite 210, Pleasanton, CA 94566-7047.

On December 23, 2025, I served true copies of the following document(s) described as:

**AMENDED OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY BY WHR HOLDINGS, LLC;**

**DECLARATION OF CHARLTON GEORGE IN SUPPORT OF AMENDED OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY BY WHR HOLDINGS, LLC**

on the interested parties in this action as follows:

| | |
|---|---|
| Stephen D. Finestone<br>Jennifer C. Hayes<br>Ryan A. Witthans<br>Finestone Hayes LLP<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104<br>Phone: (415) 421-2624<br>sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br>rwitthans@fhlawllp.com | Counsel for Debtor |
| Chris D. Kuhner<br>Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.<br>1970 Broadway, Suite 600<br>Oakland, CA 94612<br>Phone: (510) 763-1000<br>Fax: (510) 273-8669<br>c.kuhner@kornfieldlaw.com | Request for Notice<br>Counsel for Creditor, Fremont Bank |
| Eric A. Nyberg<br>Kornfield Nyberg Bendes Kuhner & Little, P.C.<br>1970 Broadway Suite 600<br>Oakland, CA 94612<br>Phone: (510)763-1000<br>Fax: (510) 273-8669<br>e.nyberg@kornfieldlaw.com | Request for Notice<br>Counsel for Creditor, Fremont Bank |
| Gina R. Klump<br>11 5th Street, Suite 102<br>Petaluma, CA 94952<br>Phone: (707) 778-0111<br>gklump@klumplaw.net | Trustee |
| Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>Phone: (415) 705-3333<br>USTPRegion17.SF.ECF@usdoj.gov | U.S. Trustee |
| Trevor Ross Fehr<br>Office of the U.S. Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814<br>(408) 535-5525<br>trevor.fehr@usdoj.gov | Counsel for Office of the U.S. Trustee |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. The Participants listed above in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

| | |
|---|---|
| Scott Brown<br>1900 Powell St., Suite 220<br>Emeryville, CA 94608<br>Phone: (510) 292-5401 | Responsible Ind. |
| Attn: Ford Motor Credit Company LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Request for Notice<br>Creditor |
| American Trash Management, Inc.<br>1900 Powell St., Suite 220<br>Emeryville, CA 94608 | Debtor |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Hoge, Fenton, Jones & Appel, Inc. for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Pleasanton, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 23, 2025, at Pleasanton, California.

_____
Maureen Alexander-Slettevold