Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11, Subchapter V<br><br>**ERRATA RE DEBTOR'S RESPONSE TO WHR'S AMENDED OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY BY WHR HOLDINGS, LLC**<br><br>Date:   January 22, 2026<br>Time:   10:00 a.m.<br>Ctrm:   Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave. 16th Floor, San Francisco, CA |

Debtor-in-Possession American Trash Management, Inc. ("Debtor" or "ATM") hereby files this Errata to its Response (ECF 81, the "Response") to the Amended Objection filed by WHR Holdings, LLC ("WHR") to Debtor's SubChapter V Eligibility:

The following sentence replaces the sentences in the Response located at ECF p.15, lines 8-13, and ECF pp. 16, line 26 to ECF p. 17, line 3: "The Debtor's *total* scheduled secured and unsecured debts as of the petition date are $3,975,652.35. (ECF 1, ECF pp. 81, 137). Excluding

ERRATA RE DEBTOR'S RESPONSE TO AMENDED OBJ. TO SUBCHAPTER V                    1

Case: 25-30743   Doc# 87   Filed: 01/20/26   Entered: 01/20/26 10:22:15   Page 1 of 2

the liquidated debt to insider Scott Brown in the sum of $270,833.33 for deferred salary (ECF 1, ECF p. 122) and the debt scheduled to WHR as unliquidated and disputed in the sum of $1,883,859 (*i.e.* the amount in WHR's prepetition complaint, ECF 1, ECF p. 135), the Debtor's scheduled, aggregate liquidated debts to non-insiders as of the petition date total $1,820,960.02, well within the eligibility limit of $3,424,000."[1]

Dated January 20, 2026　　　　　　　　　　FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer C. Hayes*
　　　　　　　　　　　　　　　　　　　　Stephen D. Finestone
　　　　　　　　　　　　　　　　　　　　Jennifer C. Hayes
　　　　　　　　　　　　　　　　　　　　Attorneys for American Trash Management,
　　　　　　　　　　　　　　　　　　　　Inc., Debtor-in-Possession

---

[1] The Response inadvertently omitted the scheduled secured debt of $599,529 (ECF 1, ECF p. 81), and thus contained an incorrect calculation of the scheduled, aggregate liquidated debts to non-insiders as of the petition date ($1,221,431.02). Including the scheduled secured debt of $599,529, the correct amount of the scheduled, aggregate liquidated debts to non-insiders as of the petition date is $1,820,960.02. Counsel apologies to the Court for this inadvertent error.