Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11, Subchapter V<br><br>**DECLARATION OF SCOTT BROWN IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>Date: _____, 2026<br>Time: 10:00 a.m.<br>Ctrm: Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave. 16th Floor, San Francisco, CA |

I, Scott Brown, declare as follows:

1.  I am the current Chief Executive Officer of American Trash Management, Inc. ("ATM" or the "Debtor"). I make this declaration regarding Debtor's Motion for Reconsideration (the "Motion"). The Motion requests that the Court reconsider its Order Sustaining WHR Holdings LLC's Objection to Debtor's Subchapter V Eligibility (the "Order"). All statements in this declaration are based on my own personal knowledge and observation, or

upon information and belief based upon my review of the Debtor's business records in this case and my discussions with Debtor's accounting department. If called as a witness, I could and would competently testify to the matters set forth herein.

2. The Schedule E/F filed at the time Debtor filed its bankruptcy case listed a debt to the County of Alameda of $19,425. The debt was for unsecured property taxes, as Debtor is located in Emeryville, CA, which is in Alameda County.

3. The amount of the debt reflected on the schedules was primarily from tax years 2020-2024, with a small portion ($28.41) dating back to 2014. Attached as Exhibit A is a true and correct copy of the relevant section of Debtor's accounting ledger for the Alameda County debt.

4. The debt was included as a priority debt. (See Dkt 1, item 2.3 on page 84 of 186).

5. The same debt was also accidentally included as a non-priority unsecured debt. (See Dkt 1, item 3.33 on page 98 of 186). True and correct copies of the relevant pages are attached as Exhibit B.

6. I did not realize Debtor had mistakenly included the same debt twice until January 26, 2026, as I was reviewing the filings for amendments to Schedule E/F that Debtor has been working on with its counsel.

7. If one subtracts one of the entries from the schedules and assumes for the sake of argument that the debt to WHR is $1,611,629.25, as reflected in the Order, the total debt as of the filing was $3,413,164.27, which is under the Subchapter V limit by $10,835.73.

8. While working on the amendments to the Schedules, Debtor discovered that the bill was paid in full prior to the filing, so the claim should have been zero, but in any event was accidentally entered twice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 27, 2026 in Emeryville, California.

                                               /s/ Scott Brown
                                               Scott Brown

# EXHIBIT A

| Vendor | Name | Description | Date 1 | Date 2 | Date 3 | Ref | Col1 | Col2 | Col3 | Col4 | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V00271 | COUNTY OF ALAMEDA | PPE 06/30/14 | 6/30/14 | 6/30/14 | 7/30/14 | 4035 | 0.00 | 0.00 | 0.00 | 0.00 | 28.41 | **28.41** |
| | | 2022/2023-UPT | 8/1/22 | 8/1/22 | 8/31/22 | 1081 | 0.00 | 0.00 | 0.00 | 0.00 | 4,828.88 | **4,828.88** |
| | | 2020/2021-UPT | 3/17/23 | 3/17/23 | 3/17/23 | 853 | 0.00 | 0.00 | 0.00 | 0.00 | 7,528.63 | **7,528.63** |
| | | 2022/2023-UPT-a | 3/17/23 | 3/17/23 | 3/17/23 | 853 | 0.00 | 0.00 | 0.00 | 0.00 | 1,477.07 | **1,477.07** |
| | | 2023/24-UPT | 12/4/23 | 12/4/23 | 12/31/23 | 591 | 0.00 | 0.00 | 0.00 | 0.00 | 5,562.38 | **5,562.38** |
| **Total for V00271** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **19,425.37** | **19,425.37** |

# EXHIBIT B

Debtor **American Trash Management, Inc.**      Case number *(if known)* _____
      Name

### 2.2

**Priority creditor's name and mailing address**

CA Dept. of Tax and Fee Admin

450 N Street
P.O. Box 94279

Sacramento, CA 94279

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
sales taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433,893.27     $ 433,893.27

**Description**

---

### 2.3

**Priority creditor's name and mailing address**

County of Alameda

1221 Oak Street, Room 131

Oakland, CA 94612

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,425.37     $ 19,425.37

**Description**

---

### 2.4

**Priority creditor's name and mailing address**

Employment Dev. Dept.

Bankruptcy Unit - MIC 92E
P.O. Box 826880

Sacramento, CA 94280-0001

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
notice only

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown     $ Unknown

**Description**

| Debtor | **American Trash Management, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.33** **Nonpriority creditor's name and mailing address**

County of Alameda

1221 Oak St.
Room 131

Oakland, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,425.00

**Date or dates debt was incurred**

**Basis for the claim:**
business debt

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

Curtis Menken

4920 Ivy Charm Way

Fort Worth, TX 76114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
business debt

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

De Lage Langen

PO BOX 41602

Philadelphia, PA 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,079.43

**Date or dates debt was incurred**

**Basis for the claim:**
business debt

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes