Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11, Subchapter V<br><br>**DECLARATION OF STEPHEN D. FINESTONE IN SUPPORT OF APPLICATION FOR AN ORDER SHORTENING TIME FOR NOTICE AND HEARING ON EMERGENCY MOTION FOR RECONSIDERATION OF ORDER SUSTAINING WHR HOLDINGS LLC'S OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY**<br><br>**Date:** To be set<br>**Time:** To be set<br>**Ctrm:** Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave. 16th Floor, San Francisco, CA |

I, Stephen D. Finestone, declare as follows:

1. I am admitted to practice law in the State of California and before this Court. I am a partner in Finestone Hayes LLP, attorneys of record for Debtor American Trash Management, Inc. ("ATM" or the "Debtor"). I make this declaration in support of Debtor's *Application for an Order Shortening Time for Notice and Hearing* (the "Application") on its *Emergency Motion for Reconsideration of Order Sustaining WHR Holdings LLC's Objection to Debtor's Subchapter V Eligibility* (the "Motion"). If called as a witness, I could and would testify competently to the matters set forth below.

2. On January 22, 2026, the Court entered the *Order Sustaining WHR Holdings LLC's Objection to Debtor's Subchapter V Eligibility* (the "Eligibility Order"), and ordered ATM to file an amended petition for relief removing the Subchapter V designation within 10 calendar days following entry of the order. (ECF 90). After the hearing on WHR's objection, and while in the process of amending ATM's schedules, I learned that ATM discovered a single debt owed to the County of Alameda appears twice in ATM's original schedules: once on Schedule E as an unsecured priority tax claim in the amount of $19,425.37 (ECF 1, p. 84), and again on Schedule F as an unsecured nonpriority business debt in the amount of $19,425.00 (ECF 1, p. 98).

3. The Eligibility Order expressly relies on the amounts in Schedules E and F (ECF 90, p. 2 n.7) to find—after treating WHR as having a liquidated debt of $1,611,629.25—ATM exceeded the Subchapter V debt limit by only $8,589.27. (ECF 90, p. 2).

4. By its Motion, ATM seeks to correct the record so that eligibility may be assessed on an accurate factual record *before* ATM is required to file an amended petition in compliance with the Eligibility Order on or before February 2, 2026.

5. I am informed and believe that there are no previous time modifications related to the subject of this request.

6. I believe that the requested time modification will have little effect on the bankruptcy case schedule. I believe that the aim of the Motion is to avoid the unnecessary filing of an amended petition should the Court reconsider the Eligibility Order. I believe that the only

effect of the requested time modification is to allow hearing on the Motion before ATM must file an amended petition to remove the Subchapter V designation on or before February 2, 2026.

7. Alternatively, if the Court extends the deadline for ATM to amend its petition, the Motion may be heard on regular notice or at time beyond February 2, 2026.

8. On January 28, 2026, at approx. 6:52 a.m., I served the Motion and supporting declaration via e-mail to Sblend A. Sblendorio, Matthew Hale and Charles Postler, counsel for WHR, and asked whether WHR would stipulate to a hearing on shortened time or an extension to the deadline to file an amended petition. At approximately 11:20 a.m. on the same day, counsel for WHR advised that it was unwilling to agree as to either request.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2026 in San Francisco, California.

                                              */s/ Stephen D. Finestone*
                                                Stephen D. Finestone

FINESTONE DEC ISO APPLICATION FOR ORDER SHORTENING TIME   3

Case: 25-30743   Doc# 95   Filed: 01/28/26   Entered: 01/28/26 15:07:10   Page 3 of 3