**Entered on Docket**
**January 28, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: January 28, 2026**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Case No. 25-30743 HLB |
| | ) |
| AMERICAN TRASH MANAGEMENT, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ORDER DENYING DEBTOR'S APPLICATION FOR AN ORDER SHORTENING TIME**

This case comes before the court on an Ex Parte Application for an Order Shortening Time filed by Debtor American Trash Management, Inc. ("ATM").[1] The Ex Parte Application requests a hearing on or before February 2, 2026, on ATM's Motion for Reconsideration of Order Sustaining WHR Holdings LLC's Objection to [ATM's] Subchapter V Eligibility.[2]

The Motion asks the court to reconsider its order of January 22, 2026,[3] which sustained creditor WHR Holdings LLC's ("WHR") Objection[4] to ATM's eligibility for relief under Subchapter V of Chapter 11. The Jan. 22 Order required ATM to

[1] Dkt. 94 (the "Ex Parte Application"), as supported by the Declaration of Stephen D. Finestone (Dkt. 95).

[2] Dkt. 92 (the "Motion"), which is supported by the Declaration of Scott Brown (Dkt. 93).

[3] Dkt. 90 (the "Jan. 22 Order").

[4] Dkt. 61, as amended by Dkt. 80.



Case: 25-30743 Doc# 96 Filed: 01/28/26 Entered: 01/28/26 16:19:53 Page 1 of 4

file no later than February 2, 2026 an amended petition for relief that removes the designation of this case as one under Subchapter V. ATM explains that, in order to avoid unexcused noncompliance with the Jan. 22 Order, the court must hear the Motion prior to February 2, 2026. If the court is unwilling or unable to hear the Motion on such short notice, ATM asks the court to extend the deadline set forth in the Jan. 22 Order. In order to ensure thorough, accurate briefing on the Motion, the court will do the latter.

Accordingly, the court **ORDERS** as follows:

**1.** The Ex Parte Application is hereby **DENIED.**

**2.** The deadline set forth in the Jan. 22 Order by which ATM must file an amended petition is hereby **SUSPENDED** until the court orders otherwise.

**3.** The court will convene a hearing on the Motion on **March 5, 2026** at **10:00 a.m.** You may appear at the March 5 hearing in-person or by Zoom.

If you wish to appear in-person, you should arrive in Courtroom 19 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than 10:00 a.m. If you wish to appear by Zoom, please consult the court's website for information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**4.** Any opposition to the Motion must be filed no later than **February 12, 2026.** Any reply in support of the Motion



Case: 25-30743 Doc# 96 Filed: 01/28/26 Entered: 01/28/26 16:19:53 Page 2 of 4

shall be filed on or before **February 19, 2026**. Once a reply has been filed, briefing on the Motion will be closed, subject to B.L.R. 9013-1(e). Any opposition and reply must comply with B.L.R. 9013-1.

**5.** This order shall serve as notice of the March 5 hearing on the Motion. Given that all parties who need to receive notice of the March 5 hearing will receive such notice through CM/ECF, ATM need not serve this order.[5] ATM shall promptly serve the Motion, its supporting declaration, and all exhibits.

****END OF ORDER****

[5] B.L.R. 9013-3(c).



Case: 25-30743 Doc# 96 Filed: 01/28/26 Entered: 01/28/26 16:19:53 Page 3 of 4

**Court Service List**

[None]