Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:	(415) 421-2624
Fax:	(415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re AMERICAN TRASH MANAGEMENT, INC., <br><br> Debtor-in-Possession. | Case No. 25-30743-HLB <br> Chapter 11, Subchapter V <br><br> **CERTIFICATE OF SERVICE** |

I am over the age of eighteen and not a party to this action. My business address is 456 Montgomery Street, Suite 1300, San Francisco, CA 94104. I caused or verified that a true and correct copy of the following documents:

**EMERGENCY MOTION FOR RECONSIDERATION OF ORDER SUSTAINING WHR HOLDINGS LLC'S OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY**

**DECLARATION OF SCOTT BROWN IN SUPPORT OF MOTION FOR RECONSIDERATION**

to be served in the manner(s) stated below.

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the foregoing was accomplished by the court via NEF and link to the document. On February 5, 2026, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF on January 27, 2026, as stated below:

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Stephen D. Finestone on behalf of Debtor American Trash Management, Inc.
sfinestone@fhlawllp.com

Matthew B. Hale on behalf of Creditor WHR Holdings LLC
mhale.ecf@srbp.com

Jennifer C. Hayes on behalf of Debtor American Trash Management, Inc.
jhayes@fhlawllp.com

Gina R. Klump
gklump@klumplaw.net, C204@ecfcbis.com

Chris D. Kuhner on behalf of Creditor Fremont Bank
c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

Eric A. Nyberg on behalf of Creditor Fremont Bank
e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Charles A. Postler on behalf of Creditor WHR Holdings LLC
cpostler.ecf@srbp.com

Sblend A. Sblendorio on behalf of Creditor WHR Holdings LLC
sas@hogefenton.com

Ryan A. Witthans on behalf of Debtor American Trash Management, Inc.
rwitthans@fhlawllp.com

**II. SERVICE BY UNITED STATES MAIL**

On February 5, 2026, I caused service of the foregoing to be accomplished by United States mail, first class (unless otherwise noted), postage prepaid, and addressed as follows:

[*See attached Exhibit A.*]

Dated February 5, 2026                    FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan A. Witthans*
　　　　　　　　　　　　　　　　　　　　　　　　Ryan A. Witthans
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for American Trash Management, Inc.,
　　　　　　　　　　　　　　　　　　　　　　　　Debtor-in-Possession

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　　　　　　　　　　　　　　　2

# Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN TRASH MANAGEMENT, INC. | CASE NO: 25-30743-HLB<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 92 |

On 2/5/2026, I did cause a copy of the following documents, described below,

EMERGENCY MOTION FOR RECONSIDERATION OF ORDER SUSTAINING WHR HOLDINGS LLC'S OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY ECF Docket Reference No. 92

DECLARATION OF SCOTT BROWN IN SUPPORT OF MOTION FOR RECONSIDERATION 93

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/5/2026

/s/ Ryan A. Witthans
Ryan A. Witthans  301432
Attorney for Debtor
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
415-616-0466
rwitthans@fhlawllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN TRASH MANAGEMENT, INC. | CASE NO: 25-30743-HLB<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 92 |

On 2/5/2026, a copy of the following documents, described below,

EMERGENCY MOTION FOR RECONSIDERATION OF ORDER SUSTAINING WHR HOLDINGS LLC'S OBJECTION TO DEBTOR'S SUBCHAPTER V ELIGIBILITY ECF Docket Reference No. 92

DECLARATION OF SCOTT BROWN IN SUPPORT OF MOTION FOR RECONSIDERATION 93

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/5/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ryan A. Witthans
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA  94104

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| A L COMPACTION<br>102 E JONES RD<br>FOSTORIA OH 44830-1943 | ATT MOBILITY<br>PO BOX 6463<br>CAROL STREAM IL 60197-6463 | ACTION COMPACTION<br>1042 EAST FORT UNION<br>UNIT 260<br>MIDVALE UT 84047-1800 |
| ACUMATICA<br>3075 112TH AVE NE SUITE 200<br>BELLEVUE WA 98004-8003 | AIRGAS USA LLC<br>2015 VAUGHN RD NW STE 400<br>KENNESAW GA 30144-7802 | AIRGAS USA LLC<br>PO BOX 734672<br>DALLAS TX 75373-4672 |
| ALL WASTE<br>PO BOX 2472<br>HARTFORD CT 06146-2472 | AMERICAN RECYCLING SYSTEMS<br>250 LAKEVIEW DRIVE<br>SOMERVILLE TX 77879-3919 | AMERICAN TRASH MANAGEMENT INC<br>1900 POWELL ST<br>SUITE 220<br>EMERYVILLE CA 94608-1837 |
| ANCO SANITATION SYSTEMS<br>3430 E ILLINI ST<br>PHOENIX AZ 85040-1839 | ARIZONA DEPT OF REVENU<br>PO BOX 29085<br>PHOENIX AZ 85038-9085 | ARKANSAS DEPT OF FINANCE<br>PO BOX 3861<br>LITTLE ROCK AR 72203-3861 |
| AVALARA<br>DEPT CH 16781<br>PALATINE IL 60055-0001 | BALBOA CAPITAL<br>575 ANTON BLVD<br>12TH FLOOR<br>COSTA MESA CA 92626-7685 | BALER AND COMPACTOR SERVICE<br>PO BOX 455<br>MANKATO MN 56002-0455 |
| BANKCARD CENTER<br>ATTN CHRIS HUTZEL<br>PO BOX 4021<br>ALAMEDA CA 94501-0421 | BAYNE PREMIUM LIFTS SYSTEM<br>PO BOX 277297<br>ATLANTA GA 30384-7297 | BLANKENSHIP EQUIPMENT<br>PO BOX 2087<br>AUBURN WA 98071-2087 |
| INTERNATIONAL<br>BLUE CASTLE DEVELOPMENT<br>2 BERKELEY CRESCENT<br>RADCLIFFE ON TRENT<br>NOTTINGHAM | BRIGGS EQUIPMENT<br>LOCK BOX 841272<br>DALLAS TX 75284-1272 | SCOTT BROWN<br>1900 POWELL ST SUITE 220<br>EMERYVILLE CA 94608-1837 |
| C B HANDLING LLC<br>107 COMMERCIAL LANE<br>DOTHAN AL 36303-2345 | CD INDUSTRIAL<br>2208 58TH AVE E<br>BRADENTON FL 34203-5062 | CA DEPT OF TAX AND FEE ADMIN<br>450 N STREET<br>PO BOX 94279<br>SACRAMENTO CA 94279-0001 |
| CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | CE CLARKE SON INC<br>1700 ROSENEATH RD<br>RICHMOND VA 23230-4436 |

| | | |
|---|---|---|
| CALIFORNIA APPRENTICESHIP COUNCIL<br>PO BOX 511283<br>DEPT OF INDUSTRIAL RELATIONS<br>LOS ANGELES CA 90051-7838 | CALIFORNIA DEPT OF TAX AND FEE ADMINISTRATIO<br>COLLECTION SUPPORT BUREAU MIC 29<br>PO BOX 942879<br>SACRAMENTO CA 94279-0029 | CAPITAL ONE FSB<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 |
| CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC  28272-1083 | CAPITAL ONE SPARKS BUSINESS<br>PO BOX 60519<br>CITY OF INDUSTRY CA 91716-0519 | CENTURY CHUTE<br>105 INDUSTRIAL DRIVE<br>MINOOKA IL 60447-9558 |
| CHAPMAN SMITH  ASSOC<br>2699 STIRLING ROAD STE A201<br>FORT LAUDERDALE FL 33312-6583 | CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>PO BOX 826203<br>SACRAMENTO CA 94230-0001 | CHUNGHO HAUNCH<br>CO ROBERT CLAYTON<br>TAYLOR  RING<br>1230 ROSECRANS AVE SUITE 360<br>MANHATTAN BEACH CA 90266-2486 |
| CITY OF FREMONT<br>39550 LIBERTY STREET<br>FREMONT CA 94538-2211 | CITY OF MOUNTAIN VIEW<br>PO BOX 742745<br>LOS ANGELES CA 90074-2745 | CITY OF SUNNYVALE<br>2100 THOUSAND OAKS BLVD<br>THOUSAND OAKS CA 91362-2903 |
| COAST COMPACTION<br>65 PINE AVENUE<br>SUITE 174<br>LONG BEACH CA 90802-4718 | CONSERVICE<br>750 S GATEWAY DR<br>RIVER HEIGHTS UT 84321-5571 | CONSOLIDATED FABRICATORS CORP<br>901 SIMMERHORN RD<br>8501<br>GALT CA 95632-8501 |
| CONTOU CONSULTING<br>1488 JUNIPER ST<br>BOZEMAN MT 59715-3274 | COSTCO BUSINESS CENTER<br>22330 HATHAWAY AVENUE<br>HAYWARD CA 94541-4861 | COUNTY OF ALAMEDA<br>1221 OAK ST<br>ROOM 131<br>OAKLAND CA 94612-4223 |
| CURTIS MENKEN<br>4920 IVY CHARM WAY<br>FORT WORTH TX 76114-1522 | DJ PRODUCTS INC<br>1009 4TH ST NW<br>LITTLE FALLS MN 56345-1137 | DE LAGE LANGEN<br>PO BOX 41602<br>PHILADELPHIA PA 19101-1602 |
| DELUXE<br>PO BOX 742572<br>CINCINNATI OH 45274-2572 | DEPT OF LABOR UNEMPLOYMENT INS<br>PO BOX 4301<br>BINGHAMTON NY 13902-4301 | DOTHAN INDUSTRIAL HARDWARE<br>PO BOX 549<br>DOTHAN AL 36302-0549 |
| ECONOMY EQUIPMENT RENTAL<br>1771 W LINCOLN AVE<br>ANAHEIM CA 92801-6790 | EMPLOYMENT DEV DEPT<br>BANKRUPTCY UNIT  MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | EXPRESS WASTE<br>8636 FLORIDA BLVD<br>DENHAM SPRINGS LA 70726-7926 |

| | | |
|---|---|---|
| FORD MOTOR CREDIT<br>PO BOX 552679<br>DETROIT MI 48255-2679 | FORD MOTOR CREDIT COMPANY LLC CO AIS PORTFO<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | FORD MOTOR CREDIT COMPANY LLC CO AIS PORTF<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FRANK RIMERMAN CO LP<br>ONE EMBARCADERO CENTER<br>SUITE 2410<br>SAN FRANCISCO CA 94111-3737 | FREMONT BANK<br>CO ERIC A NYBERG<br>KORNFIELD NYBERG BENDES KUHNER LITTLE<br>1970 BROADWAY SUITE 600<br>OAKLAND CA 94612-2218 |
| FREMONT BANK<br>2580 SHEA CENTER DR<br>LIVERMORE CA 94551-7547 | FRIEND EQUIPMENT<br>PO BOX 560274<br>THE COLONY TX 75056-0274 | FRONT RANGE MAINTENANCE<br>7631 W GLASGOW PLACE<br>LITTLETON CO 80128-4863 |
| GCT OF MISSISSIPPI INC<br>PO BOX 10055<br>GULFPORT MS 39505-0055 | GABA LAW<br>8583 IRVINE CENTER DR<br>SUITE 500<br>IRVINE CA 92618-4298 | GILTON SOLID WASTE MGMT<br>755 SO YOSEMITE AVE<br>OAKDALE CA 95361-4991 |
| GLOBAL HOSE AND HYDRAULICS INC<br>PO BOX 8187<br>DAYTONA BEACH FL 32120- 918 | GREAT LAKES RECYCLING SERVICE<br>PO BOX 70<br>WORTH IL 60482-0070 | GREEN CITIZEN<br>1831 OLD BAYSHORE HWY SUITE 2<br>BURLINGAME CA 94010-1201 |
| HOME DEPOT<br>ATTN ADAM STEINKOENIG<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 | HOME DEPOT<br>ATTN CHRIS HUTZEL<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 | HOME DEPOT<br>ATTN GABRIEL ARREDONDO<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 |
| HOME DEPOT<br>ATTN JOSHUA SAFRANSKI<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 | HOME DEPOT<br>ATTN RASHAD JAMAL<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 | HOME DEPOT<br>ATTN RUTILIO RIVAS<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 |
| HOME DEPOT<br>ATTN DERRICK WHITE<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 | HOME DEPOT<br>ATTN JEFF SCOTT<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 | HOME DEPOT<br>ATTN JOSHUA SMITH<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 |
| HOME DEPOT<br>ATTN THAO VO<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 | HOME DEPOT<br>ATTN WES TROTH<br>PO BOX 9001043<br>LOUISVILLE KY 40290-1043 | (P)HWI EQUIPMENT INC PEGGY BERRY<br>6795 LANGLEY AVE<br>ST LOUIS MO 63123-2511 |

| | | |
|---|---|---|
| HARMONY ENTERPRISES INC<br>704 MAIN AVE N<br>HARMONY MN 55939-8839 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IMPACT ENVIRONMENTAL GROUP<br>950 TOLLGATE ROAD<br>ELGIN IL 60123-9313 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ISOLVED BENEFITS<br>PO BOX 889<br>COLDWATER MI 49036-0889 | JV MANUFACTURING INC<br>PO BOX 229<br>SPRINGDALE AR 72765-0229 |
| JWR INC<br>322 WATERTOWN ST<br>JOHNSON CREEK WI 53038-9671 | JOSEPH GIBSON<br>221 FARNUM PIKE<br>SMITHFIELD RI 02917-1711 | KAISER FOUNDATION HEALTH PLACE<br>PO BOX 741562<br>LOS ANGELES CA 90074-5915 |
| KPA SERVICES LLC<br>PO BOX 83301<br>WOBURN MA 01813-3301 | KARTMAN LLC<br>PO BOX 8071<br>CAVE CREEK AZ 85327-8071 | KENNETH DONALD RISTER JR<br>CO FAVARO LAVEZZO ET AL<br>300 TUOLUMNE ST<br>VALLEJO CA 94590-5743 |
| KORE TELEMATICS INC<br>29396 NETWORK PLACE<br>CHICAGO IL 60673-1293 | KRISTEN M VELEZ<br>12332 INDIGO SPRINGS CT<br>BRISTOW VA 20136-2165 | LEAF CAPITAL FUNDING LLC<br>CO LEGAL DEPARTMENT<br>2005 MARKET STREET 14TH FLOOR<br>PHILADELPHIA PA 19103-7009 |
| LAUGHING MERMAID LLC<br>PO BOX 10023<br>RIVER OAKS TX 76114-0023 | LEAF<br>PO BOX 5066<br>HARTFORD CT 06102-5066 | LEFCO INC<br>1650 LAS PLUMAS AVENUE STE G<br>SAN JOSE CA 95133-1657 |
| REMINGTON LENTONYOUNG<br>HOGE FENTON JONES  APPEL INC<br>55 S MARKET ST SUITE 900<br>SAN JOSE CA 95113-2348 | LESSNE HOFFMAN PLLC<br>100 SE 3RD AVE 10TH FLOOR<br>FORT LAUDERDALE FL 33394-0002 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES CO AI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| MCS MIDWEST<br>1250 SPRINGFIELD PIKE SUITE 1W<br>CINCINNATI OH 45215-2148 | MAGGIO ENVIRONMENTAL SERVICES<br>88 OLD DOCK ROAD<br>YAPHANK NY 11980-9605 | MARATHON EQUIPMENT INC<br>PO BOX 409565<br>ATLANTA GA 30384-9565 |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 7090<br>BANKRUPTCY UNIT PO BOX 7090<br>BOSTON MA 02204-7090 | MATT VERKUILEN<br>11515 GLENN ABBEY WAY<br>CHARLOTTE NC 28277-2672 | MCGILLY INFORMATION SYSTEMS<br>1042 62ND STREET UNIT A<br>OAKLAND CA 94608-2322 |

| | | |
|---|---|---|
| MICHAEL LESSNE<br>LESSNE HOFFMAN<br>100 SE 3RD AVE 10TH FL<br>FORT LAUDERDALE FL 33394-0002 | MIDDLE M ADVISORS<br>10612 PROVIDENCE ROAD SUITE D339<br>CHARLOTTE NC 28277-0459 | MISS DEPT OF REVENUE<br>PO BOX 1033<br>JACKSON MS 39215-1033 |
| MONTEREY MUSHROOM FARM<br>642 HALE ST<br>MORGAN HILL CA 95037-9221 | NATIONAL EQUIPMENT SOLUTIONS<br>136 W LANCASTER AVENUE SUITE 11<br>PAOLI PA 19301-1786 | NEVADA DEPT OF TAXATION<br>3850 ARROWHEAD DR<br>2ND FLOOR<br>CARSON CITY NV 89706-7939 |
| NEW YORK DEPT OF TAXATION<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | NEXAIR LLC<br>1750 KINSEY ROAD<br>DOTHAN AL 36303-5864 | NIMS ASSOCIATES<br>1445 TECHNOLOGY LANE A8<br>PETALUMA CA 94954-7613 |
| NORTON EQUIPMENT CO<br>60 AMY LANE<br>BYHALIA MS 38611-6136 | OFFICE DEPOT INC<br>PO BOX 29248<br>PHOENIX AZ 85038-9248 | OAK RIVER INSURANCE COMPANY<br>1 CALIFORNIA ST<br>SAN FRANCISCO CA 94111-5401 |
| ONEAL STEAL<br>PO BOX 934243<br>ATLANTA GA 31193-4243 | OSCAR BARBOSA BECERRA AND WIFE MARGARITA BAR<br>FAVARO LAVEZZO GILL CARETTI AND HEPP<br>300 TUOLUMNE STREET<br>VALLEJO CA 94590-5787 | PGE<br>PO BOX 997300<br>SACRAMENTO CA 95899-7300 |
| (P)PACIFIC GAS ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208-0329 | PALISADE BUILDERS INC<br>900 E HAMILTON AVENUE<br>SUITE 140<br>CAMPBELL CA 95008-0665 | PAPE MATERIAL HANDLING INC<br>PO BOX 35144 5077<br>SEATTLE WA 98124-5144 |
| PATTON SALES CORP<br>PO BOX 273<br>ONTARIO CA 91762-8273 | PIIAN SYSTEMS LLC<br>45090 GOLF CENTER PARKWAY SUITE A<br>INDIO CA 92201-7321 | PORTLAND GENERAL ELECTRIC<br>PO BOX 4438<br>PORTLAND OR 97208-4438 |
| POWER PUSHER<br>1425 STAGECOACH RD<br>SHAKOPEE MN 55379-8045 | PREMIER WASTE<br>PO BOX 891702<br>OKLAHOMA CITY OK 73189-1702 | PRIME USTOWER EMERYVILLE<br>CO KBS REALTY ADVISORS<br>800 NEWPORT CENTER DR<br>SUITE 700<br>NEWPORT BEACH CA 92660-6319 |
| PUBLIC STORAGE<br>150 S BUCHANAN CIRCLE<br>PACHECO CA 94553-5118 | REFORD INDUSTRIAL<br>11620 WILSHIRE BLVD<br>SUITE 1000<br>LOS ANGELES CA 90025-6821 | REPUBLIC SERVICES<br>PO BOX 78829<br>PHOENIX AZ 85062-8829 |

| | | |
|---|---|---|
| RUBEN MARTINEZ<br>CO THE ATLAS FIRM<br>1648 WESTWOOD BLVD<br>LOS ANGELES CA 90024-5604 | RUMPKE OF OHIO INC<br>PO BOX 538710<br>CINCINNATI OH 45253-8710 | SBA DISASTER LOAN<br>PO BOX 3918<br>PORTLAND OR 97208-3918 |
| SCOTT BROWN<br>215 32ND AVENUE<br>SAN FRANCISCO CA 94121-1013 | SERVICE INDUSTRIAL SUPPLY<br>PO BOX 1347<br>DOTHAN AL 36302-1347 | SHAYNA FREYMAN<br>FREYMAN LAW<br>1314 E LAS OLAS BLVD 1045<br>FORT LAUDERDALE FL 33301-2334 |
| SHEA PROPERTIES<br>PO BOX 475757<br>SAN FRANCISCO CA 94147-5757 | SHERWIN WILLIAMS<br>4239 LAFAYETTE ST<br>MARIANNA FL 32446-8235 | SIERRA WIRELESS AMERICA INC<br>CO 516623<br>16420 VALLEY VIEW AVENUE<br>LA MIRADA CA 90638-5821 |
| SIMPSON STRONGTIE CO<br>5956 W LAS POSITAS BLVD<br>PLEASANTON CA 94588-8540 | SOLID WASTE EQUIPMENT CO INC<br>7630 L STREET<br>OMAHA NE 68127-1832 | SONIC INC<br>2260 APOLLO WAY<br>SANTA ROSA CA 95407-9114 |
| STANDARD PARKING<br>8037 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-0001 | STERIS CORP<br>6515 HOPKINS ROAD<br>MENTOR OH 44060-4307 | SUMMERHILL APARTMENT COMMUNITIES<br>777 S CALIFORNIA AVENUE<br>PALO ALTO CA 94304-1179 |
| SUN STAR RENTALS INC<br>8551 SLEEPY HOLLOW RD<br>WOODBURN OR 97071-9572 | SUNBELT ENVIRONMENTAL SVC INC<br>2929 WATSON BLVD<br>SUITE 2 PMB331<br>WARNER ROBINS GA 31093-9601 | SUNSET SCAVENGER<br>250 EXECUTIVE PARK BLVD 2100<br>SAN FRANCISCO CA 94134-3306 |
| SURFACE FINISHING SYSTEMS<br>3 ROBERTS AVE<br>BUFFALO NY 14206-3130 | TENNTEX<br>9304 CONVERSE BUSINESS LANE<br>CONVERSE TX 78109-3066 | (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| THE COMPACTOR COMPANY<br>51 BROOKLYN AVENUE<br>WESTBURY NY 11590-4901 | THE HARTFORD<br>PO BOX 415738<br>BOSTON MA 02241-5738 | THOMAS L GILL<br>FAVARO LAVEZZO GILL CARETTI AND HEPP<br>300 TUOLUMNE STREET<br>VALLEJO CA 94590-5787 |
| TRINITY LOGISTICS INC<br>PO 1620<br>SEAFORD DE 19973-8920 | TRINITY LOGISTICS INC<br>PO BOX 536203<br>PITTSBURGH PA 15253-5904 | (P)U S  ATTORNEYS OFFICE  NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |

| | | |
|---|---|---|
| ULINE<br>PO BOX 88741<br>CHICAGO IL 60680-1741 | UNITED HEALTHCARE<br>PO BOX 843118<br>LOS ANGELES CA 90084-3118 | WASTE MANAGEMENT<br>PO BOX 13648<br>PHILADELPHIA PA 19101-3648 |
| WASTE RECYCLING SERVICES LLC<br>7713 3RD TERRACE<br>LAKE WORTH FL 33463-8110 | WASTE TEK LLC<br>2200 LIGHTWOOD RD<br>DEATSVILLE AL 36022-4566 | WEST FLORIDA ELECTRIC<br>PO BOX 127<br>GRACEVILLE FL 32440-0127 |
| WEX BANK<br>ATTN LEGAL  BANKRUPTCY<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | WEX FLEET UNIVERSAL<br>PO BOX 4337<br>CAROL STREAM IL 60197-4337 | ZO APARTMENTS<br>330 17TH STREET<br>OAKLAND CA 94612-3292 |