Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:    (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743- HLB<br><br>Chapter 11, Subchapter V<br><br>**THIRD STIPULATION FOR ENTRY OF ORDER AUTHORIZING THE CONTINUED USE OF CASH COLLATERAL PURSUANT TO § 363**<br><br>Current Hearing Date: February 19, 2026<br>Proposed New Date: June 4, 2026<br>Time: 10:00 a.m.<br>Ctrm:   Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

On September 23, 2025 and October 3 2025, the Court held hearings on the Motion filed by American Trash Management, Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), for authority to use cash collateral[1] (ECF 4, the "Motion"). The Motion was supported by the First Day Declaration of Scott Brown

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

THIRD STIPULATION FOR ENTRY OF ORDER RE CASH COLLATERAL    1

(ECF 3). Appearances at the hearings were as noted on the record, and the Court granted the Motion on a First and Second Interim Basis (ECF 32; 46: together, the "Initial Cash Collateral Orders"). A continued hearing on the Motion were scheduled for October 30, 2025 at 10:00 a.m., which hearing was continued to December 18, 2025 and then to February 19, 2026, based on the Stipulations for Entry of Order re Cash Collateral by and between the Debtor and secured creditor Fremont Bank and related Orders (ECF 54, 55, 74, 75), (the "Stipulated Cash Collateral Orders", together with the "Initial Cash Collateral Orders", the "Cash Collateral Orders"). The parties have reached the following third stipulation for continued use of cash collateral:

1. The Cash Collateral Orders shall remain unchanged, except that:

    a. The Debtor shall make monthly adequate protection payments to Fremont Bank in the sum of $15,000, which shall be applied in accordance with the underlying loan documents, and the Debtor shall maintain such payments until a continued hearing on this matter.

    b. The hearing scheduled for February 19, 2026 at 10:00 a.m. is continued to June 4, 2026 at 10:00 a.m. Any objections or responses to the Motion shall be filed on or before May 21, 2026. Any reply shall be filed on or before May 28, 2026.

2. Either party may upload an order that is consistent with this stipulation.

3. This is without prejudice to either the Debtor or Fremont Bank seeking to extend or modify the use of cash collateral.

4. The parties request that the Court enter an order approving this Stipulation and continuing the hearing.

FINESTONE HAYES LLP

 /s/ Jennifer C. Hayes
Jennifer C. Hayes
Attorneys for American Trash Management,
Inc., Debtor-in-Possession

| | |
|---|---|
| 1 | KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C. |
| 2 | |
| 3 | |
| 4 | /s/ Eric Nyberg<br>Eric Nyberg<br>Attorneys for Secured Creditor Fremont Bank |
| 5 | |
KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.

/s/ Eric Nyberg
Eric Nyberg
Attorneys for Secured Creditor Fremont Bank

THIRD STIPULATION FOR ENTRY OF ORDER RE CASH COLLATERAL   3