Entered on Docket
March 5, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 5, 2026

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re:                                    ) Case No. 25-30743 HLB
                                          )
AMERICAN TRASH MANAGEMENT,                ) Chapter 11
INC.,                                     )
                                          )
            Debtor.                       )

**ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION**

This case came before the court on March 5, 2026 for a hearing on Debtor American Trash Management, Inc.'s Motion for Reconsideration of Order[1] Sustaining WHR Holdings LLC's Objection to Debtor's Subchapter V Eligibility.[2] WHR Holdings LLC opposed the Motion;[3] Debtor replied.[4] Appearances were as noted on the record. For the reasons stated on the record, the court **ORDERS** as follows:

 1. The Motion is hereby **DENIED; and**

 2. No later than **March 12, 2026,** Debtor shall file an amended petition that removes the Subchapter V designation.

**\*\*END OF ORDER\*\***

---

[1] Dkt. 90.

[2] Dkt. 92 (the "Motion").

[3] Dkt. 100.

[4] Dkt. 102.

## Court Service List

[None]