Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11<br><br>**DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br>Hearing:<br>Date:   March 19, 2026<br>Time:  10:00 a.m. Pacific Time<br>Place:  Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

Pursuant to the Court's February 11, 2026 docket text order, American Trash Management, Inc. (the "Debtor") files this status conference statement, and in support thereof states as follows:

1. The Debtor filed its Chapter 11 Subchapter V bankruptcy case on September 15, 2025.

2. The proof of claim bar date was November 24, 2025. Debtor is currently reviewing claims and evaluating claim objections.

3. On January 22, 2026, the Court entered its order sustaining WHR Holdings LLC

STATUS CONFERENCE STATEMENT                                                                                          1

("WHR")'s objection to Debtor's Subchapter V designation (ECF 90, the "Dedesignation Order"). On March 5, 2026, the Court entered an order denying the Debtor's Motion for Reconsideration of the Court's SubChapter V designation order (the "Order Denying Motion for Reconsideration"). (ECF 108).

4. The Order Denying Motion for Reconsideration set a deadline of March 12, 2026 for the Debtor to file an amended petition, which the Debtor has done (ECF 110).

5. The Debtor intends to appeal the Court's Dedesignation Order and Order Denying Motion for Reconsideration. The Debtor is evaluating whether to seek a stay pending appeal.

6. The Debtor and Fremont Bank's current cash collateral stipulation (ECF 99) extends the Debtor's use of cash collateral through the continued hearing on June 4, 2026. The Debtor and Fremont Bank are in discussions regarding Fremont Bank's claim and the Debtor's continued use of cash collateral.

7. The Debtor is current on its monthly operating reports.

Dated: March 12, 2026                    FINESTONE HAYES LLP

*/s/ Jennifer C. Hayes*
Jennifer C. Hayes
Attorneys for American Trash Management, Inc., Debtor-in-Possession