# Notice Recipients

District/Off: 0971–3      User: admin      Date Created: 3/18/2026

Case: 25–30743      Form ID: NTCRFBK      Total: 3

**Recipients of Notice of Electronic Filing:**

ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
aty      Matthew B. Hale      mhale.ecf@srbp.com
aty      Trevor Ross Fehr      trevor.fehr@usdoj.gov

                                                  TOTAL: 3