# Notice Recipients

District/Off: 0971–3      User: admin      Date Created: 3/18/2026

Case: 25–30743      Form ID: pdfnoa      Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| aty | Charles A. Postler | cpostler.ecf@srbp.com |
| aty | Jennifer C. Hayes | jhayes@fhlawllp.com |
| aty | Matthew B. Hale | mhale.ecf@srbp.com |
| aty | Sblend A. Sblendorio | sas@hogefenton.com |
| aty | Stephen D. Finestone | sfinestone@fhlawllp.com |
| aty | Trevor Ross Fehr | trevor.fehr@usdoj.gov |

TOTAL: 7