

**Alameda County**
**Office of the Treasurer**
**and Tax Collector**

Henry C. Levy,
Treasurer Tax Collector

Vishal B. Thacker, Assistant Treasurer
Elvia O. Quiroga, Chief Deputy Tax Collector

3/25/2026

FILED

MAR 27 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court
Northern District of California
1300 Clay Street, Suite 300
Oakland Ca 94612

Re: American Trash Management, Inc.
   Case# 25-30743
   Account #00-347032-00-000-25-00-00
   Payment In Full Letter

Dear Sir/Madam:

Since our one Unsecured claim, i.e. $5,574.04 has been paid in full on Account numbers 00-347032-00-000-25-00-00, By American Trash Management, Inc., on 1/13/2026, please withdraw Alameda County Tax Collector claim for Case #25-30743 and claim #15.

**Please mail a confirmation copy in the attached envelope.**

If you have any questions or concerns, please contact me.

Thank you.

Hareth Normart
Tax Spec. III
Alameda County Tax Collector
(510) 272-6847

Email: hareth.normart@acgov.org