

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

March 30, 2026

Bankruptcy Appellate Panel
of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

**Re:** **Transmittal of Notice of Appeal to the Bankruptcy Appellate Panel**

Bankruptcy Case: 25-30743 HLB

Adv. Proceeding:

Bankruptcy Judge: Hannah L. Blumenstiel

Date Bankruptcy Case Filed: 9/15/2025

Appellant: American Trash Management

Appellee: WHR Holdings, LLC

Date Notice of Appeal Filed: 3/12/2026

Date of Entry of Order on Appeal:

Filing Fee: [X] Paid $ 298.00    [ ] Not Paid    [ ] Fee Waived    [ ] Fee Waiver Pending

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

 - Notice of Appeal and Statement of Election that was served by BNC (dkt. #114)
 - Notice of Referral that was served by BNC (dkt. #113)
 - Order Denying Debtor's Motion for Reconsideration (dkt. #108)

If you have any questions, please contact me at (888) 821-7606 .

Edward Emmons, Clerk
United States Bankruptcy Court

By: /s/Monica Tartaglia

Monica Tartaglia, Deputy Clerk