Form NTCRFBK

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>American Trash Management, Inc.<br>dba  SmartTrash, LLC<br>dba  SmartTrash Systems, LLC | Case No.: 25–30743 HLB 11<br>Chapter: 11 |

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

**To All Parties:**

You are hereby notified the enclosed Notice of Appeal has been filed by <u>American Trash Management, Inc.</u> with the Clerk of the Bankruptcy Court. Pursuant to orders of the Judicial Council of the Ninth Circuit and the United States District Court for this district, this appeal is referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: <u>3/18/26</u>

> Edward J. Emmons
> Clerk of Court
> United States Bankruptcy Court

> By: <u>Ron Rombawa</u>
> Deputy Clerk

**NOTICE FROM CLERK OF 9TH CIRCUIT BAP:** For all cases opened at the BAP beginning February 1, 2015, all excerpts of record must be filed electronically and no paper copies will be necessary. In all other cases effective immediately any attorney or other electronic filer may file the excerpts electronically without submitting paper copies. Please see Rule 3 of the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website at www.ca9.uscourts.gov/bap/.

# Notice Recipients

District/Off: 0971–3        User: admin              Date Created: 3/18/2026
Case: 25–30743             Form ID: NTCRFBK          Total: 3

**Recipients of Notice of Electronic Filing:**
ust          Office of the U.S. Trustee / SF          USTPRegion17.SF.ECF@usdoj.gov
aty          Matthew B. Hale          mhale.ecf@srbp.com
aty          Trevor Ross Fehr          trevor.fehr@usdoj.gov

                                                                          TOTAL: 3