Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:    (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30743-HLB |
| AMERICAN TRASH MANAGEMENT, INC., | Chapter 11, Subchapter V |
| Debtor-in-Possession. | **DECLARATION OF SCOTT BROWN REGARDING AMENDMENTS TO DEBTOR'S SCHEDULES E/F** |

I, Scott Brown, declare as follows:

1.      I am the current Chief Executive Officer of American Trash Management, Inc. ("ATM" or the "Debtor"). I make this declaration regarding Debtor's amended Schedules D and E/F. All statements in this declaration are based on my own personal knowledge and observation, or upon information and belief based upon my review of the Debtor's business records in this case and my discussions with Camille Cruz, who is currently the Debtor's Accounting Manager. If called as a witness, I could and would competently testify to the matters set forth herein.

BROWN DECLARATION RE AMENDED SCHEDULES                                                        1

2. At the time Debtor filed this case (September 15, 2025), its accounting records were in flux. Debtor replaced its former accounting system Sage Intacct with an entirely new system Acumatica in the July/August 2025 timeframe.

3. The change of systems was necessitated by the evaluation of our business's operational needs and system performance. Our implementation of Sage Intacct fell short of expectations and failed to support our established business practices effectively. The implementation was flawed, leading to an incomplete rollout, inadequate training on critical modules, and significant challenges. Ultimately, we found ourselves forced to modify our workflows to fit the system rather than the other way around. To improve efficiency, better align with our processes and ensure long-term scalability, we switched to Acumatica for its greater flexibility, lower overall cost, and stronger support of our operational structure and growth. Switching from the Sage Intacct to Acumatica, was very difficult because of several interconnected issues. Sage export files were formatted in ways that were incompatible with Acumatica's import requirements which prevented direct, straightforward imports. Additionally, system limitations in Sage made it difficult to export historical data in a complete manner, complicating the migration of legacy records. Our consultants for Acumatica implementation encountered substantial difficulties aligning and transforming the exported data to match Acumatica's import templates, necessitating extensive manual rework and reformatting. These technical hurdles were compounded by inconsistencies and incomplete configurations in our prior Sage accounting setup, requiring numerous adjustments and corrections during the transition. As a result, the project demanded far more data cleanup, validation, and remediation than originally planned, extending the timeline and resources required to achieve a stable and accurate Acumatica implementation.

4. One of the problems with the switch over was that accounts payable were not updated. The amounts reflected in Debtor's initial Schedules D and E/F were amounts reflected on the Debtor's July 2025 books.

5. The amounts on the initial Schedule E/F did not reflect payments and credits made to a number of creditors. The payments were either made by the Debtor directly, had been

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 2 of 72

paid via credit cards, or in some instances, were paid directly by contractors. The payments, however, had not been posted to Debtor's system. As a result, the initial Schedule E/F reflects debts to creditors that had already been paid as of the filing date. These debts are either reduced or zeroed out in the amended filing.

6. In other cases, debts were reported twice, such as Schedule E reflecting a debt to Alameda County of $19,425.37 and Schedule F reflecting the same obligation. Moreover, the debt to Alameda County had already been paid, so the initial filing showed a debt of $38,850.37 that did not exist.

7. Amended Schedule E/F reflects (i) zero balances for creditors that were paid prior to the bankruptcy filing; (ii) modified balances – either higher or lower for various creditors; and (iii) several debts to creditors that were omitted from the initial filing.

8. All of the corrected amounts are highlighted in the attached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 31, 2026 in Emeryville, California.

_____
Scott Brown

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 3 of 72

Debtor Name      **American Trash Management, Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*If known*):        **25-30743**

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|------------------------------------------|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's Name | Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|---|
| **Fremont Bank** | **11.1 $1,290,418.00 - $0.00 + $1,205,258.00 - $500,000.00** | $          599,529.00 | $          2,000,000.00 |

**Creditor's mailing address**
**2580 Shea Center Dr.**
**Livermore, CA 94551**

**Creditor's email address, if known**
_____

**Describe the lien**
**business debt**

**Description**
**Blanket lien on debtor's assets. Value of collateral is an estimate.**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
      ☐ No.  Specify each creditor, including this creditor, and its relative priority.
         _____
      ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**

$          **599,529.00**

Copyright © Financial Software Solutions, LLC          BlueStylus

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 4 of 72

---

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Copyright © Financial Software Solutions, LLC  BlueStylus

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | **American Trash Management, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of California** |
| Case number (*If known*): | **25-30743** |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.1**

**Priority creditor's name and mailing address**

**Arizona Dept. of Revenu**

**PO BOX 29085**

**PHOENIX, AZ 85038- 908**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **0.00**    $ _____ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC    BlueStylus

---

**2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

**CA Dept. of Tax and Fee Admin**

**450 N Street**
**P.O. Box 94279**

**Sacramento, CA 94279**

$　　**373,539.91**　$　　**373,539.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**sales taxes**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

**County of Alameda**

**1221 Oak Street, Room 131**

**Oakland, CA 94612**

$　　**0.00**　$　　**0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**taxes**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

**2.4** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

**Employment Dev. Dept.**

**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**

**Sacramento, CA 94280-0001**

$　　**0.00**　$　　**0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**notice only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　BlueStylus

**2.5**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    0.00   $                    0.00

**Franchise Tax Board**

☐   Contingent
☐   Unliquidated
☐   Disputed

**P.O. Box 2952**

**Sacramento, CA 95812-5000**

**Date or dates debt was incurred**

**Basis for the claim:**

**Notice Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑   No
☐   Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.6**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$            **Unknown**   $            **Unknown**

**Internal Revenue Service**

☐   Contingent
☐   Unliquidated
☐   Disputed

**P.O. Box 7346**

**Philadelphia, PA 19101-7316**

**Date or dates debt was incurred**

**Basis for the claim:**

**Notice only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑   No
☐   Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.7**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    0.00   $                    0.00

**Miss. Dept. of Revenue**

☐   Contingent
☐   Unliquidated
☐   Disputed

**PO Box 1033**

**JACKSON, MS 39215- 103**

**Date or dates debt was incurred**

**Basis for the claim:**

**taxes**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑   No
☐   Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 8 of 72

| 2.8 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 | $ 0.00 |

**Nevada Dept. of Taxation**

**3850 Arrowhead Dr.**
**2nd Floor**

**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**taxes**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

| 2.9 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 | $ 0.00 |

**New York Dept. of Taxation**

**W.A. Harriman Campus**

**Albany, NY 12227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**taxes**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

| 2.10 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 | $ 0.00 |

**Texas State Comptroller**

**P.O. Box 149359**

**Austin, TX 78714- 935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**taxes**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

---

**3.1**

**Nonpriority creditor's name and mailing address**

**A & L Compaction**

**102 E Jones Rd**

**Fostoria, OH 44830**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**

**A1 Hydraulic**

**2100 Roosevelt Ave.**

**National City, CA 91950**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **300.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
| --- | --- | --- |

**Action Compaction**

**1042 East Fort Union**
**Unit 260**

**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,247.00 |
| --- | --- | --- |

**Acumatica**

**3075 112th Ave NE Suite 200**

**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
| --- | --- | --- |

**Airgas USA LLC**

**PO Box 734672**

**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 11 of 72

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**All Waste**

**PO BOX 2472**

**Hartford, CT 06146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 400.00 |
|---|---|---|---|

**American Recycling Systems**

**250 Lakeview Drive**

**Somerville, TX 77879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,658.00 |
|---|---|---|---|

**Anchor Sales and Service**

**106 W. 31st Street**

**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC BlueStylus

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 775.00 |

**Anco Sanitation Systems**

**3430 E. Illini St.**

**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |

**Arkansas Dept of Finance**

**PO Box 3861**

**Little Rock, AR 72203- 386**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,196.00 |

**AT&T Fiber**

**P.O. Box 6463**

**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 13 of 72

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **3,492.00** |
|------|---|---|---|

**ATT Mobility**

**PO BOX 6463**

**CAROL STREAM, IL 60197- 646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **1,432.00** |
|------|---|---|---|

**Avalara**

**Dept. CH 16781**

**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **350.00** |
|------|---|---|---|

**Baler and Compactor Service**

**PO Box 455**

**Mankato, MN 56002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

**3.15**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **0.00** |
|---|---|---|---|

**Bankcard Center**

**Attn: Chris Hutzel**
**PO BOX 4021**

**ALAMEDA, CA 94501- 042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.16**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **0.00** |
|---|---|---|---|

**Bayne Premium Lifts System**

**PO BOX 277297**

**ATLANTA, GA 30384- 729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.17**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **1,500.00** |
|---|---|---|---|

**Blanchard and Collier**

**2632 NS Pinehurst**

**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

---

**3.18** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 421.67

**Blankenship Equipment**

**PO Box 2087**

**Auburn, WA 98071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 0.00

**Blue Castle Development**

**2 Berkeley Crescent,
Radcliffe on Trent**

**Nottingham  United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 0.00

**Briggs Equipment**

**Lock Box 841272**

**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 16 of 72

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,078.58 |
|---|---|---|---|

**C & B Handling LLC**

**107 Commercial Lane**

**Dothan, AL 36303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,670.00 |
|---|---|---|---|

**C&D Industrial**

**2208 58th Ave E**

**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**California Apprenticeship Council**

**P.O. Box 511283**
**Dept. of Industrial Relations**

**Los Angeles, CA 90051- 783**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 17 of 72

**3.24** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                                    **3,158.00**

**Capital One FSB**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 60599**

**City of Industry, CA 91716- 059**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                                    **15,113.00**

**Capital One Sparks Business**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 60519**

**City of Industry, CA 91716**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                                    **0.00**

**Carolina Compactor Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

**41 E. Lynn**

**Coats, NC 27521**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                                    0.00

**CE Clarke & Son, Inc.**

☐  Contingent
☐  Unliquidated
☐  Disputed

**1700 Roseneath Rd.**

**Richmond, VA 23230**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑  No
☐  Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                              80,904.00

**Century Chute**

☐  Contingent
☐  Unliquidated
☐  Disputed

**105 Industrial Drive**

**Minooka, IL 60447**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑  No
☐  Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                              Unknown

**Chung-Ho Haunch**

☐  Contingent
☑  Unliquidated
☑  Disputed

**c/o Robert Clayton**
**Taylor & Ring**
**1230 Rosecrans Ave., Suite 360**

**Manhattan Beach, CA 90266**

**Date or dates debt was incurred**

**Basis for the claim:**

**personal injury claim**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑  No
☐  Yes

---

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**City of Fremont**

**39550 Liberty Street**

**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**City of Mountain View**

**P.O Box 742745**

**Los Angeles, CA 90074- 274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**City of Sunnyvale**

**2100 Thousand Oaks Blvd**

**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 8,546.00 |

**Coast Compaction**

**65 Pine Avenue**
**Suite 174**

**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |

**Conservice**

**750 S. Gateway Dr.**

**River Heights, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,950.00 |

**Consolidated Fabricators Corp**

**901 Simmerhorn Rd.**
**#8501**

**Galt, CA 95632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　BlueStylus

**3.36** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 9,028.00

**Contou Consulting**

**1488 Juniper St.**

**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 0.00

**Costco Business Center**

**22330 Hathaway Avenue**

**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 0.00

**County of Alameda**

**1221 Oak St.**
**Room 131**

**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC     BlueStylus

**3.39** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $                    **20,650.00**

**Curtis Menken**

☑ Contingent
☑ Unliquidated
**4920 Ivy Charm Way**                                     ☑ Disputed

**Fort Worth, TX 76114**

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

**business debt**

**Last 4 digits of account number**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $                         **0.00**

**De Lage Langen**

☐ Contingent
☐ Unliquidated
**PO BOX 41602**                                           ☐ Disputed

**Philadelphia, PA 19101**

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

**business debt**

**Last 4 digits of account number**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $                         **0.00**

**Deluxe**

☐ Contingent
☐ Unliquidated
**P.O. BOX 742572**                                        ☐ Disputed

**Cincinnati, OH 45274- 257**

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

**business debt**

**Last 4 digits of account number**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |

**Dept. of Labor Unemployment Ins.**

**PO BOX 4301**

**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |

**DJ Products, Inc.**

**1009 4th St NW**

**Little Falls, MN 56345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |

**Dothan Industrial Hardware**

**PO Box 549**

**Dothan, AL 36302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,012.00 |

**Economy Equipment Rental**

**1771 W. Lincoln Ave.**

**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |

**Express Waste**

**8636 Florida Blvd**

**Denham Springs, LA 70726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,915.00 |

**FAR AIE**

**2993 Momentum Place**

**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 25 of 72

| 3.48 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 8,440.00

**Ford Motor Credit**

**P.O. Box 552679**

**Detroit, MI 48255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 1,337.00

**Ford Motor Credit**

**P.O. Box 552679**

**Detroit, MI 48255267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 33,639.00

**Ford Motor Credit**

**P.O. Box 552679**

**Detroit, MI 48255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| **3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

*Check all that apply.*      $ **20,031.00**

**Ford Motor Credit**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 552679**

**Detroit, MI 48255**

**Date or dates debt was incurred**      **Basis for the claim:**      **Description**

**business debt**

**Last 4 digits of account number**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

*Check all that apply.*      $ **28,087.00**

**Ford Motor Credit**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 552679**

**Detroit, MI 48255**

**Date or dates debt was incurred**      **Basis for the claim:**      **Description**

**business debt**

**Last 4 digits of account number**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

*Check all that apply.*      $ **15,274.00**

**Frank Rimerman Co. LP**

☐ Contingent
☐ Unliquidated
☐ Disputed

**One Embarcadero Center
Suite 2410**

**San Francisco, CA 94111**

**Date or dates debt was incurred**      **Basis for the claim:**      **Description**

**business debt**

**Last 4 digits of account number**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 27 of 72

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ |
|---|---|---|---|

**Friend Equipment**

**PO Box 560274**

**The Colony, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|

**business debt**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ |
|---|---|---|---|

**Front Range Maintenance**

**7631 W. Glasgow Place**

**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,197.00**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|

**business debt**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ |
|---|---|---|---|

**GCT of Mississippi, Inc.**

**P.O. Box 10055**

**Gulfport, MS 39505**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,032.00**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|

**business debt**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 28 of 72

| | |
|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                                    0.00

**Gilton Solid Waste Mgmt.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**755 So. Yosemite Ave.**

**Oakdale, CA 95361**

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| **3.58** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                                    0.00

**Global Hose and Hydraulics, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 8187**

**Daytona Beach, FL 32120- 918**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| **3.59** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                                    500.00

**Great Lakes Recycling Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 70**

**Worth, IL 60482**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

**3.60** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 0.00

**Green Citizen**

**1831 Old Bayshore Hwy Suite 2**

**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 0.00

**Harmony Enterprises, Inc.**

**704 Main Ave. N.**

**Harmony, MN 55939**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 6,473.00

**Hartwick's Consulting Service**

**3308 Hickory Dr.**

**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 30 of 72

| **3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **4,707.00** |

**Hayco Industries**

**444 Manning St.**

**Jefferson, MA 01522**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** **business debt** | **Description** |

| **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

| **3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **0.00** |

**Heffernan Insurance Brokers**

**P.O. Box 737006**

**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** **business debt** | **Description** |

| **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

| **3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **1,546.00** |

**Hendrix Sales and Service**

**P.O. Box 659**

**Baxley, GA 31515**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** **business debt** | **Description** |

| **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

Case: 25-30743  Doc# 124  Filed: 04/02/26  Entered: 04/02/26 09:09:33  Page 31 of 72

| **3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 106.91 |

**HOME DEPOT**

**Attn: Wes Troth**
**PO Box 9001043**

**Louisville, KY 40290- 104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 938.61 |

**HOME DEPOT**

**Attn: Thao Vo**
**PO Box 9001043**

**Louisville, KY 40290- 104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 61.83 |

**HOME DEPOT**

**Attn:  Rutilio Rivas**
**PO BOX 9001043**

**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                        BlueStylus

### 3.69 Nonpriority creditor's name and mailing address

**HOME DEPOT**

**Attn: Adam Steinkoenig**
**PO Box 9001043**

**Louisville, KY 40290- 104**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ **2,430.99**

**Description**

---

### 3.70 Nonpriority creditor's name and mailing address

**HOME DEPOT**

**Attn: Chris Hutzel**
**PO Box 9001043**

**Louisville, KY 40290**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ **1,163.54**

**Description**

---

### 3.71 Nonpriority creditor's name and mailing address

**HOME DEPOT**

**Attn: Derrick White**
**PO Box 9001043**

**Louisville, KY 40290- 104**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ **2,607.99**

**Description**

---

Copyright © Financial Software Solutions, LLC BlueStylus

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2.07 |

**HOME DEPOT**

**Attn:  Gabriel Arredondo**
**PO Box 9001043**

**Louisville, KY 40290- 104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,367.58 |

**HOME DEPOT**

**Attn: Jeff Scott**
**PO Box 9001043**

**Louisville, KY 40290- 104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,114.22 |

**HOME DEPOT**

**Attn:  Joshua Safranski**
**PO BOx 9001043**

**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 34 of 72

---

**3.75** | **Nonpriority creditor's name and mailing address**

**HOME DEPOT**

**Attn: Joshua Smith**
**PO Box 9001043**

**Louisville, KY 40290- 104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 922.77

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**

**HOME DEPOT**

**Attn:  Rashad Jamal**
**PO Box 9001043**

**Louisville, KY 40290- 104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,982.25

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address**

**HWI Equipment, Inc.**

**6795 Langley Avenue**

**Saint Louis, MO 63123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 0.00

**Impact Environmental Group**

**950 Tollgate Road**

**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 132.00

**Isolved Benefits**

**PO Box 889**

**Coldwater, MI 49036- 088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 0.00

**Joseph Gibson**

**221 Farnum Pike**

**Smithfield, RI 02917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,824.00 |
|---|---|---|---|

**JV Manufacturing, Inc.**

**PO Box 229**

**Springdale, AR 72765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 453.00 |
|---|---|---|---|

**JWR, Inc.**

**322 Watertown St.**

**Johnson Creek, WI 53038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,097.00 |
|---|---|---|---|

**KAISER FOUNDATION HEALTH PLACE**

**PO Box 741562**

**LOS ANGELES, CA 90074- 591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 37 of 72

**3.84**    **Nonpriority creditor's name and mailing address**

**Kartman LLC**

**PO Box 8071**

**Cave Creek, AZ 85331**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 0.00

**Description**

---

**3.85**    **Nonpriority creditor's name and mailing address**

**Kenneth Donald Rister, Jr.**

**c/o Favaro, Lavezzo et al.**
**300 Tuolumne St.**

**Vallejo, CA 94590**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**personal injury claim**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ Unknown

**Description**

---

**3.86**    **Nonpriority creditor's name and mailing address**

**Kore Telematics, Inc.**

**29396 Network Place**

**Chicago, IL 60673- 129**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 2,138.00

**Description**

---

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 38 of 72

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,600.00 |

**KPA Services LLC**

**PO Box 83301**

**Woburn, MA 01813**

☐ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** **business debt** | **Description** |

**Last 4 digits of account number**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |

**Kristen M. Velez**

**12332 Indigo Springs Ct.**

**Bristow, VA 20136**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** **business debt** | **Description** |

**Last 4 digits of account number**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 36,228.76 |

**Laughing Mermaid LLC**

**PO Box 10023**

**River Oaks, TX 76114**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** **business debt** | **Description** |

**Last 4 digits of account number**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 29,100.30 |
|---|---|---|---|

**Lefco Inc.**

**1650 Las Plumas Avenue, Ste G**

**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☒ Disputed
☐

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16,883.00 |
|---|---|---|---|

**Lincoln Automotive**

**P.O. Box 552679**

**Detroit, MI 48255**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**Maggio Environmental Services**

**88 Old Dock Road**

**Yaphank, NY 11980**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC    BlueStylus

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**Marathon Equipment, Inc.**

**PO Box 409565**

**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**            **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

**Master Compaction**

**P.O. Box 398**

**North Aurora, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**            **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 70,000.00 |
|---|---|---|---|

**Matt Verkuilen**

**11515 Glenn Abbey Way**

**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**            **Is the claim subject to offset?**

☒ No
☐ Yes

---

Case: 25-30743     Doc# 124     Filed: 04/02/26     Entered: 04/02/26 09:09:33     Page 41 of 72

**3.96** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **22,029.00**

**McGilly Information Systems**

**1042 62nd Street Unit A**

**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **0.00**

**MCS Midwest**

**1250 Springfield Pike, Suite 1W**

**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **495.00**

**Metropolitan Compactor Service**

**21 Quine St.**

**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC BlueStylus

**3.99** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                    $                          **2,127.00**

**Michael Lessne**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lessne Hoffman**
**100 SE 3rd Ave., 10th Fl.**

**Fort Lauderdale, FL 33394**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                    $                          **0.00**

**Mid Iowa Solid Waste Equip.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**5105 NW Beaver Dr.**

**Johnston, IA 50131**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                    $                          **25,117.40**

**Middle M Advisors**

☐ Contingent
☐ Unliquidated
☐ Disputed

**10612 Providence Road Suite D-339**

**Charlotte, NC 28277**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

**3.10 2**

**Nonpriority creditor's name and mailing address**

**Monterey Mushroom Farm**

**642 Hale St.**

**Morgan Hill, CA 95037**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐   Contingent
☐   Unliquidated
☐   Disputed

**Basis for the claim:**

**Business deb**

**Is the claim subject to offset?**

☑   No
☐   Yes

$                                        0.00

**Description**

---

**3.10 3**

**Nonpriority creditor's name and mailing address**

**Municipal Equipment**

**6305 Old Shepherdsville Rd.**

**Louisville, KY 40228**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐   Contingent
☐   Unliquidated
☐   Disputed

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑   No
☐   Yes

$                                    1,600.00

**Description**

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

**3.104**

**Nonpriority creditor's name and mailing address**

**National Equipment Solutions**

**136 W. Lancaster Avenue Suite 11**

**Paoli, PA 19301**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **2,120.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Nexair LLC**

**1750 Kinsey Road**

**Dothan, AL 36303**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **9,952.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 45 of 72

**3.106**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Nims & Associates**

**1445 Technology Lane #A8**

**Petaluma, CA 94954**

$       **73,095.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.107**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Norton Equipment Co.**

**60 Amy Lane**

**Byhalia, MS 38611**

$       **360.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 46 of 72

| 3.10 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Oak River Insurance Company**

**1 California St.**

**San Francisco, CA 94111**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.10 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**OFFICE DEPOT INC**

**PO Box 29248**

**PHOENIX, AZ 85038- 924**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 47 of 72

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|---|---|---|

**Oneal Steal**

**PO Box 934243**

**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.111**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,295.12 |
|---|---|---|

**Palisade Builders Inc**

**900 E. Hamilton Avenue
Suite 140**

**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**          **Is the claim subject to offset?**

☑ No
☐ Yes

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 48 of 72

| 3.112 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pape Material Handling, Inc.**

**PO Box 35144 #5077**

**Seattle, WA 98124- 514**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,852.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

| 3.113 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patton Sales Corp**

**PO Box 273**

**Ontario, CA 91762**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **190.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 49 of 72

| 3.11 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**PG&E**

**P.O. Box 997300**

**Sacramento, CA 95899**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.11 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Piian Systems LLC**

**45-090 Golf Center Parkway, Suite A**

**Indio, CA 92201**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                 BlueStylus

**3.116**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$       **0.00**

**Portland General Electric**

**P.O. Box 4438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Portland, OR 97208- 443**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**business debt**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.117**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$       **14,564.13**

**Power Pusher**

**1425 Stagecoach Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Shakopee, MN 55379**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**business debt**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

**3.118**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |

**Premier Services of Las Vegas**

**3765 Losee Rd., Suite 3**

**North Las Vegas, NV 89030**

$　　　　　10,238.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.119**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |

**Premier Waste**

**PO Box 891702**

**Oklahoma City, OK 73189**

$　　　　　795.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　BlueStylus

Case: 25-30743　Doc# 124　Filed: 04/02/26　Entered: 04/02/26 09:09:33　Page 52 of 72

**3.120**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Public Storage**

**150 S Buchanan Circle**

**Pacheco, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.121**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Republic Services**

**P.O. Box 78829**

**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.00

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 53 of 72

**3.12 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **Unknown** |
|---|---|---|

**Ruben Martinez**

**c/o The Atlas Firm**
**1648 Westwood Blvd.**

**Los Angeles, CA 90024**

☐ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **workers comp claim** | |

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.12 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **13,223.00** |
|---|---|---|

**Rumpke of Ohio, Inc.**

**PO Box 538710**

**Cincinnati, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **business debt** | |

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC    BlueStylus

**3.124**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **6,000.00** |
|---|---|---|
| **SBA Disaster Loan** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **PO BOX 3918** | ☐ Disputed | |
| **Portland, OR 97208- 391** | | |

| Date or dates debt was incurred | Basis for the claim: **business debt** | Description |
|---|---|---|

| Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |
|---|---|---|

**3.125**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **270,833.33** |
|---|---|---|
| **Scott Brown** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **1900 Powell St.** | ☐ Disputed | |
| **Suite 220** | | |
| **Emeryville, CA 94608** | | |

| Date or dates debt was incurred | Basis for the claim: **deferred salary** | Description |
|---|---|---|

| Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |
|---|---|---|

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 55 of 72

---

**3.126**

**Nonpriority creditor's name and mailing address**

**Service Industrial Supply**

**PO BOX 1347**

**Dothan, AL 36302**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,870.00

**Description**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Shayna Freyman**

**Freyman Law**
**1314 E. Las Olas Blvd, $1045**

**Fort Lauderdale, FL 33301**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Description**

---

Copyright © Financial Software Solutions, LLC                                                BlueStylus

**3.12
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$ 2,651.00

**Sherwin Williams**

**4239 Lafayette St**

**Marianna, FL 32446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.12
9**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 5,091.00

**Sierra Wireless America, Inc**

**c/o 516623
16420 Valley View Avenue**

**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 57 of 72

**3.130**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Simpson Strong-Tie Co.**

**5956 W. Las Positas Blvd.**

**Pleasanton, CA 94588**

*Check all that apply.*        $     0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.131**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Solid Waste Equipment Co, Inc.**

**7630 L Street**

**Omaha, NE 68127**

*Check all that apply.*        $     451.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 58 of 72

**3.13 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Sonic, Inc.** | ☐ Contingent |
| | ☐ Unliquidated |
| **2260 Apollo Way** | ☐ Disputed |
| **Santa Rosa, CA 95407** | |

$             **5,777.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.13 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Standard Parking** | ☐ Contingent |
| | ☐ Unliquidated |
| **8037 Collection Center Drive** | ☐ Disputed |
| **Chicago, IL 60693** | |

$             **1,320.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 59 of 72

---

**3.13 4**

**Nonpriority creditor's name and mailing address**

**Steris Corp**

**6515 Hopkins Road**

**Mentor, OH 44060**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 0.00

**Description**

---

**3.13 5**

**Nonpriority creditor's name and mailing address**

**Summerhill Apartment Communities**

**777 S. California Avenue**

**Palo Alto, CA 94304**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 0.00

**Description**

---

Copyright © Financial Software Solutions, LLC                                             BlueStylus

| 3.13 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sun Life**

**P.O. Bo 807009**

**Kansas City, MO 64180**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **6,760.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.13 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sun Star Rentals, Inc.**

**8551 Sleepy Hollow Rd.**

**Woodburn, OR 97071**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                        **0.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Case: 25-30743    Doc# 124    Filed: 04/02/26    Entered: 04/02/26 09:09:33    Page 61 of 72

| 3.13 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sunbelt Environmental SVC, Inc**

**2929 Watson Blvd**
**Suite 2 PMB331**

**Warner Robins, GA 31093**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,560.20

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.13 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sunset Scavenger**

**250 Executive Park Blvd., #2100**

**San Francisco, CA 94134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                  BlueStylus

**3.140**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$ 475.00

**Surface Finishing**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3 Roberts Ave.**

**Buffalo, NY 14206**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.141**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$ 6,910.00

**Symmetry Electronics**

☐ Contingent
☐ Unliquidated
☐ Disputed

**5050 Mark IV Parkway**

**Fort Worth, TX 76106**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

**3.142**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ **0.00** |
| **Tenntex** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **9304 Converse Business Lane** | ☐ Disputed | |
| **Converse, TX 78109** | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | **business debt** | |

| Last 4 digits of account number | Is the claim subject to offset? | |
|---|---|---|
| | ☑ No | |
| | ☐ Yes | |

**3.143**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ **2,037.00** |
| **The Compactor Company** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **51 Brooklyn Avenue** | ☐ Disputed | |
| **Westbury, NY 11590** | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | **business debt** | |

| Last 4 digits of account number | Is the claim subject to offset? | |
|---|---|---|
| | ☑ No | |
| | ☐ Yes | |

Copyright © Financial Software Solutions, LLC    BlueStylus

**3.14
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **372.00** |
|---|---|---|

**The Hartford**

**PO Box 415738**

**Boston, MA 02241- 573**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **business debt** | Description |
|---|---|---|

| Last 4 digits of account number | Is the claim subject to offset?  ☑ No  ☐ Yes | |

**3.14
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **13,300.00** |
|---|---|---|

**Trinity Logistics, Inc.**

**PO BOx 536203**

**Pittsburgh, PA 15253**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **business debt** | Description |
|---|---|---|

| Last 4 digits of account number | Is the claim subject to offset?  ☑ No  ☐ Yes | |

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 65 of 72

<table>
<tr><td>

**3.14 6**

**Nonpriority creditor's name and mailing address**

**Uline**

**PO BOX 88741**

**Chicago, IL 60680- 174**

</td><td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

</td><td>

$ 0.00

</td></tr>
</table>

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.14 7**

**Nonpriority creditor's name and mailing address**

**United Healthcare**

**PO BOX 843118**

**Los Angeles, CA 90084- 311**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                          BlueStylus

**3.148**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Waste Equipment Service**

**1864 Starbatt Dr.**

**Rochester, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **375.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.149**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Waste Management**

**PO Box 13648**

**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC

BlueStylus

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 67 of 72

### 3.150

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **0.00** |
|---|---|---|
| **Waste Recycling Services LLC** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **7713 3rd Terrace** | ☐ Disputed | |
| **Lake Worth, FL 33436** | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ☑ No |
| | ☐ Yes |

### 3.151

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **1,282.00** |
|---|---|---|
| **Waste Tek LLC** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **2200 Lightwood Rd** | ☐ Disputed | |
| **Deatsville, AL 36022** | | |

| Date or dates debt was incurred | Basis for the claim: **business debt** | Description |
|---|---|---|
| | | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ☑ No |
| | ☐ Yes |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor **American Trash Management, Inc.** Case number *(if known)* **25-30743**
Name

---

**3.15 2**

**Nonpriority creditor's name and mailing address**

**West Florida Electric**

**PO Box 127**

**Graceville, FL 32440**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 0.00

**Description**

---

**3.15 3**

**Nonpriority creditor's name and mailing address**

**Wex Fleet Universal**

**PO Box 4337**

**Carol Stream, IL 60197**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 6,066.00

**Description**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| 3.15 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**WHR Holdings, LLC**

**3402 Southwest 26th Terrace**
**Unit B-10**

**Dania Beach, FL 33312**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

$                                    **1,613,816.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

**Description**

claim is disputed and
subject to partial offset,
accounting for proper
posting of payments and
a dispute over the
allowability of interest.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.15 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Worldwide Express**

**P.O. Box 733360**

**Dallas, TX 75373**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                        BlueStylus

**3.156**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
| **ZO Apartments** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **330 17th Street** | ☐ Disputed | |
| **Oakland, CA 94612** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|---|
| 4.1 | **Chapman Smith & Assoc.** **2699 Stirling Road, Ste. A-201** **Fort Lauderdale, FL 33312** | Line **3.154** ☐ Not listed. Explain | |
| 4.2 | **Gaba Law** **8583 Irvine Center Dr.** **Suite 500** **Irvine, CA 92618** | Line **3.87** ☐ Not listed. Explain | |

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 71 of 72

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.     **Add the amounts of priority and nonpriority unsecured claims.**          **Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | | $ | 373,539.91 |
|-----|------------------------------|-----|---|---|------------|
| 5b. | **Total claims from Part 2** | 5b. | **+** | $ | 2,679,747.58 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ | 3,053,287.49 |

Case: 25-30743   Doc# 124   Filed: 04/02/26   Entered: 04/02/26 09:09:33   Page 72 of 72