Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:    (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11<br><br>**DECLARATION OF SCOTT BROWN IN REPLY TO DEBTOR'S MOTION TO APPROVE AMENDMENT TO LEASE**<br><br><u>Hearing:</u><br>Date:    April 16, 2026<br>Time:   10:00 a.m. Pacific Time<br>Place:   Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

I, Scott Brown, declare as follows:

1.       I am the current Chief Executive Officer of American Trash Management, Inc. ("ATM" or the "Debtor").  I make this declaration in support of Debtor's Motion to Approve Amendment to Lease (the "Motion"). All statements in this declaration are based on my own personal knowledge and observation, or upon information and belief based upon my review of

BROWN DECLARATION RE REPLY BRIEF RE MOTION TO APPROVE LEASE AMENDMENT                1

Case: 25-30743   Doc# 128   Filed: 04/09/26   Entered: 04/09/26 09:00:43   Page 1 of 3

the Debtor's business records in this case.  If called as a witness, I could and would competently testify to the matters set forth below.

2.	The Debtor uses the Premises (as defined in the Motion) as a warehouse for its employee reporting location, storage of its materials and products that are used in its contract performance with customers.  The Lease space is centrally located to the Debtor's work in Southern California, which reduces the paid travel time of employees to and from customer jobs.  The Debtor needs such a space for its service technicians to pick up tools and materials.

3.	The amendment to the Lease would *reduce* rent to 2023 rates of $1,400 base rent plus CAM charges, which total approximately $230 a month, and includes water, garbage services, and parking.   Again, this is a reduction from the current rent, which is $1,543.50, plus CAM charges in the same approximate amount of $230.  Even at year three under the lease amendment, the rent is reduced to an amount lower than its current amount.

4.	The Amendment lowers Debtor's rent and secures a three-year extension, which Debtor believes is beneficial to its business operations.   The cost to the Debtor of relocating to a new space would be prohibitive, and would include the loss of productive working time.  I estimate the moving costs alone would total $6,000, not considering the loss of productive working time and the uncertainty that any more favorable lease terms would be available in the area.   Based on my personal research and knowledge, I am informed and believe that typical small warehouse space in the same area averages approximately $1,300-$1,900 a month, and that there is limited availability. I am further informed and believe that there is no certainty that another space would be available for less money, or would include needed parking for the vehicles of the Debtor's service technicians.

5.	The favorable lease terms obtained by the Debtor are *due to* the three-year lease term.  The landlord did not offer the same terms for a one-year lease.  Rather, the terms offered by the landlord are a package deal.  The Amendment is available only as a three-year term, and is not available for a one-year lease term as wished for by WHR.

Case: 25-30743    Doc# 128    Filed: 04/09/26    Entered: 04/09/26 09:00:43    Page 2 of 3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 8, 2026 in Emeryville, California.

/s/ Scott Brown
Scott Brown