Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:    (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11<br><br>**DEBTOR'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF THE RECORD** |

Debtor-in-possession, American Trash Management, Inc. ("Debtor"), submits the following Statement of Issues Presented and Designation of the Record on Appeal:

I.    **APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED**

1.    Whether the Bankruptcy Court erred by sustaining the amended objection to Debtor's Subchapter V eligibility filed by WHR Holdings, LLC ("WHR").

2.    Whether the Bankruptcy Court erred by denying Debtor's Motion for Reconsideration of its order sustaining WHR's objection.

3.    Whether the Bankruptcy Court erred in its determination that WHR's claim was liquidated as of the petition date.

STATEMENT OF ISSUES ON APPEAL    1

4. Whether the Bankruptcy Court erred in its determination that Debtor admitted that WHR was owed $1,611,629.25 as of the petition date.

5. Whether the Bankruptcy Court erred by considering matters beyond Debtor's schedules in ruling on WHR's objection.

## II. APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

Debtor designates the items listed below for inclusion in the record on appeal. Each record is intended to include all related exhibits and attachments. Debtor reserves the right to amend and/or supplement this designation as and when appropriate.

| No. | Date | ECF | Description/Title |
|---|---|---|---|
| 1 | 9/15/2025 | 1 | Chapter 11 Voluntary Petition |
| 2 | 11/13/2025 | 61 | Objection to Debtor's Subchapter V Eligibility by WHR Holdings LLC |
| 3 | 11/13/2025 | 62 | Declaration of Charlton George in Support of Objection to Debtor's Subchapter V Eligibility by WHR Holdings, LLC |
| 4 | 11/17/2025 | 65 | Notice of Hearing on Objection to Debtor's Subchapter V Eligibility by WHR Holdings LLC |
| 5 | 12/4/2025 | 71 | Ex Parte Motion to Continue Hearing On Objection to Debtor's Subchapter V Eligibility |
| 6 | 12/4/2025 | 72 | Declaration of Stephen D. Finestone in Support of Ex Parte Motion to Continue Hearing on Objection to Debtor's Subchapter V Eligibility |
| 7 | 12/5/2025 | 73 | Order Granting Debtor's Ex Parte Application To Continue Hearing on Objection To Debtor's Subchapter V Eligibility By WHR Holdings, LLC |
| 8 | 12/23/2025 | 80 | Amended Objection To Debtors Subchapter V Eligibility By WHR Holdings, LLC, # 1 Declaration of Charlton George In Support Of Amended Objection To Debtors Subchapter V Eligibility By WHR Holdings, LLC |
| 9 | 1/8/2026 | 81 | Brief/Memorandum in Opposition to Amended Objection to Debtor's Subchapter V Eligibility |

STATEMENT OF ISSUES ON APPEAL                                         2

Case: 25-30743   Doc# 132   Filed: 04/13/26   Entered: 04/13/26 10:47:34   Page 2 of 4

| 10 | 1/8/2026 | 82 | Declaration of Scott Brown in Support of Brief/Memorandum in Opposition to Amended Objection to Debtor's Subchapter V Eligibility |
|---|---|---|---|
| 11 | 1/8/2026 | 83 | Appendix of Authorities in Support of Debtor's Response to Objection to Debtor's Subchapter V Eligibility by WHR Holdings, LLC |
| 12 | 1/8/2026 | 84 | Declaration of Camille Cruz in Support of Brief/Memorandum in Opposition to Amended Objection to Debtor's Subchapter V Eligibility |
| 13 | 1/20/2026 | 87 | Errata to Debtor's Response to WHR's Objection to Subchapter V Designation |
| 14 | 1/20/2026 | 88 | Tentative Ruling On WHR Holdings LLC's Objection To Debtor's Subchapter V Eligibility |
| 15 | 1/20/2026 | 89 | Amended Tentative Ruling On WHR Holdings LLC's Objection To Debtor's Subchapter V Eligibility |
| 16 | 1/22/2026 | 90 | Order Sustaining WHR Holdings LLC's Objection To Debtor's Subchapter V Eligibility |
| 17 | 11/27/2026 | 92 | Emergency Motion to Reconsider |
| 18 | 1/27/2026 | 93 | Declaration of Scott Brown in Support of Emergency Motion to Reconsider |
| 19 | 1/27/2026 | 94 | Motion to Shorten Time |
| 20 | 1/28/2026 | 95 | Declaration of Stephen D. Finestone in Support of Motion to Shorten Time |
| 21 | 1/28/2026 | 96 | Order Denying Debtor's Application For An Order Shortening Time |
| 22 | 2/12/2026 | 100 | Response to Debtor's Motion for Reconsideration |
| 23 | 2/19/2026 | 102 | Reply to Response to Debtor's Motion for Reconsideration |
| 24 | 3/5/2026 | 108 | Order Denying Debtor's Motion for Reconsideration |
| 25 | 3/12/2026 | 112 | Notice of Appeal and Statement of Election |
| 26 | 3/18/2026 | 130 | Transcript of Hearing |

Case: 25-30743   Doc# 132   Filed: 04/13/26   Entered: 04/13/26 10:47:34   Page 3 of 4

### III. STATEMENT REGARDING TRANSCRIPTS OF PROCEEDINGS

The Transcript of the hearings held on January 22, 2026, and March 5, 2026, have been prepared and are found at ECF Nos. 125 and 126 and will be filed with the record on appeal.

Dated April 13, 2026

FINESTONE HAYES LLP

_/s/ Stephen D. Finestone_
Stephen D. Finestone
Counsel for American Trash Management, Inc.
Debtor-in-Possession and Appellant

STATEMENT OF ISSUES ON APPEAL

4