Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11, Subchapter V<br><br>**DECLARATION OF SCOTT BROWN IN SUPPORT OF DEBTOR'S MOTION TO APPROVE MODIFICATION TO BUSINESS LEASE**<br><br>Hearing:<br>*No hearing requested. Notice of motion and opportunity for hearing served pursuant to B.L.R. 9014-1(b)(3).* |

I, Scott Brown, declare as follows:

1.       I am the current Chief Executive Officer of American Trash Management, Inc. ("ATM" or the "Debtor").  I make this declaration in support of Debtor's Motion to Approve Modification to Business Lease (the "Motion"). All statements in this declaration are based on my own personal knowledge and observation, or upon information and belief based upon my review of the Debtor's business records in this case and my discussions with Debtor's accounting

BROWN DECLARATION RE MOTION TO APPROVE LEASE MOD                                    1

Case: 25-30743   Doc# 134   Filed: 04/13/26   Entered: 04/13/26 13:04:55   Page 1 of 3

department.  If called as a witness, I could and would competently testify to the matters set forth below.

2.      The Debtor entered into the lease (the "Lease") of its business premises located at 1900 Powell St., Suite 220, Emeryville, CA (the "Premises") in 2012. The landlord for the premises is Prime US-Tower at Emeryville, LLC ("Landlord").

3.      The Premises are an office space of approximately 3,823 square feet where Debtor employs the bulk of its in-office employees. The Lease has been amended several times, with the most recent amendment being in November 2024 (the "Amendment").  The Amendment extended the Lease through October 31, 2029

4.      Because Debtor has downsized over the past few years, it does not need the same amount of office space and prefers to reduce its rent from the current level of $16,834.66 to improve the company's financial performance.

5.      Debtor has been in discussion with the Landlord about moving to a smaller space in the same building and has reached an agreement with the Landlord to do so. The new space is 1,857 square feet – a little less than 50% of the current Premises. The base rent for the first year will be $9,749.25 (as opposed to $16,843.66). The rent will increase by 3% annually. Over the remainder of the lease term, Debtor will save approximately $280,000 by moving to the new location.

6.      The Debtor and the Landlord wish to enter into an agreement to modify the current lease to provide for the move to the new location at the lower monthly rate.  I am not sure whether the modification will take the form of a new lease or an amendment to the current Lease, as the Landlord did not wish to incur fees to draft the agreement until Debtor obtained Court approval.

7.      I believe the modification is in Debtor's best interest, as it will significantly lower Debtor's monthly overhead and improve its financial performance. The Amendment is the result of arm's length negotiations with the Landlord and was negotiated in good faith by both sides.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 13, 2026 in Emeryville, California.

BROWN DECLARATION RE MOTION TO APPROVE LEASE MOD                                    2

_/s/ Scott Brown_
Scott Brown

Case: 25-30743    Doc# 134    Filed: 04/13/26    Entered: 04/13/26 13:04:55    Page 3 of 3