Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11, Subchapter V<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION TO APPROVE MODIFICATION OF BUSINESS LEASE**<br><br><u>Hearing:</u><br>*No hearing requested. Notice of motion and opportunity for hearing served pursuant to B.L.R. 9014-1(b)(3).* |

**TO THE BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, CREDITORS, PARTIES IN INTEREST, AND PARTIES HAVING REQUESTED SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** Debtor-in-possession, American Trash Management, Inc. ("ATM" or the "Debtor"), has filed Debtor's Motion to Approve Modification of Business Lease (the "Motion") to approve a modification (the "Modification") to the lease of its primary office

NOTICE AND OPP FOR HEARING

Case: 25-30743   Doc# 135   Filed: 04/13/26   Entered: 04/13/26 18:39:14   Page 1 of 3

premises located at 1900 Powell St., Suite 220, Emeryville, CA (the "Premises") from Prime US-Tower at Emeryville, LLC (the "Landlord").

1. The Debtor and the Landlord have negotiated the Modification based upon the following: Debtor entered to the initial lease with the Landlord in 2012 (the "Lease"). The Premises are an office space of approximately 3,823 square feet where Debtor employs the bulk of its in-office employees. The Lease has been amended several times, with the most recent amendment being in November 2024 (the "Amendment"). The Amendment extended the Lease through October 31, 2029.

2. Because Debtor has downsized over the past few years, it does not need the same amount of office space and prefers to reduce its rent from the current level of $16,834.66 to improve the company's financial performance.

3. Debtor has been in discussion with its Landlord about moving to a smaller space in the same building and has reached an agreement with the Landlord to do so. The new space is 1,857 square feet – a little less than 50% of the current Premises. The base rent for the first year will be $9,749.25 per month (as opposed to $16,843.66). The rent will increase by 3% annually thereafter.

4. Over the remainder of the lease term, Debtor will save approximately $280,000 by moving to the new location.

Copies of the Motion and supporting declaration are available via PACER or may be obtained by email request to Ryan A. Witthans at rwitthans@fhlawllp.com.

**PLEASE TAKE FURTHER NOTICE** that Local Rule 9014-1 of United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed compromise or any request for hearing thereon.

> **Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**
>
> **Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

NOTICE AND OPP FOR HEARING                                                              2

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

**PLEASE TAKE FURTHER NOTICE** that a hearing, if requested, will be held in person but parties may attend via Zoom Webinar/AT&T Teleconference. Additional information is available on Judge Blumenstiel's Procedures page on the Court's website. (www.canb.uscourts.gov). Information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Blumentiel's Calendar on the Court's website.

Dated: April 13, 2026                    FINESTONE HAYES LLP

                                         _/s/ Stephen D. Finestone_
                                         Stephen D. Finestone
                                         Jennifer C. Hayes
                                         Attorneys for American Trash Management,
                                         Inc., Debtor-in-Possession

NOTICE AND OPP FOR HEARING                                                    3