**Entered on Docket**
**April 16, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

**Signed and Filed: April 16, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPROVE AMENDMENT TO LEASE**<br><br>Hearing:<br>Date: April 16, 2026<br>Time: 10:00 a.m. Pacific Time<br>Place: Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

The motion of Debtor-in-possession, American Trash Management, Inc. ("Debtor") for approval of its amendment to the lease of its business premises located at 5220 4th Street, Unit 108, Irwindale, CA (the "Motion") came on for hearing at the above date and time, the Honorable Hannah L. Blumenstiel presiding. All appearances were as noted on the record.

ORDER GRANTING DEBTOR'S MOTION TO APPROVE LEASE AMENDMENT

Having reviewed the pleadings filed in support and in opposition to the Motion, and having heard argument from counsel, for the reasons stated on the record and good cause appearing;

**IT IS ORDERED** that:

1. The Motion is granted.

2. Debtor is authorized to enter into the amendment to lease attached to the Declaration of Scott Brown at ECF 105.

3. This order is effective upon entry, and the stay otherwise imposed by Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

** END OF ORDER **

Case: 25-30743    Doc# 137    Filed: 04/16/26    Entered: 04/16/26 12:38:11    Page 2 of 3

**COURT SERVICE LIST**

ECF PARTICIPANTS ONLY

Case: 25-30743   Doc# 137   Filed: 04/16/26   Entered: 04/16/26 12:38:11   Page 3 of 3