

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

**Signed and Filed: May 25, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743- HLB<br><br>Chapter 11, Subchapter V<br><br>**ORDER APPROVING FOURTH STIPULATION FOR ENTRY OF ORDER RE CONTINUED USE OF CASH COLLATERAL**<br><br>Date:  August 13, 2026<br>Time: 10:00 a.m.<br>Ctrm:  Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

On September 23, 2025 and October 3 2025, the Court held hearings on the Motion filed by American Trash Management, Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), for authority to use cash collateral[1] (ECF 4, the "Motion"). The Motion was supported by the First Day Declaration of Scott Brown (ECF 3). Appearances at the hearings were as noted on the record, and the Court granted the

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

ORDER APPROVING THIRD STIPULATION RE CASH COLLATERAL                    1

Case: 25-30743   Doc# 157   Filed: 05/25/26   Entered: 05/26/26 09:10:55   Page 1 of 3

Motion on a First and Second Interim Basis (ECF 32; 46: together, the "Initial Cash Collateral Orders"). A continued hearing on the Motion was scheduled for October 30, 2025 at 10:00 a.m., which hearing has been continued, based on the Stipulations for Entry of Order re Cash Collateral by and between the Debtor and secured creditor Fremont Bank and related Orders (ECF 54, 55, 74, 75, 98, 99), (the "Stipulated Cash Collateral Orders", together with the "Initial Cash Collateral Orders", the "Cash Collateral Orders").

Based on the Fourth Stipulation for Entry of Order re Cash Collateral by and between the Debtor and secured creditor Fremont Bank (ECF 156, the "Fourth Stipulation"), upon due consideration, and good cause appearing therefor, the Court orders as follows:

1. The Fourth Stipulation is approved.

2. The hearing on the Motion scheduled for June 4, 2026 at 10:00 a.m. is continued to August 13, 2026 at 10:00 a.m.

3. Any objections or responses to the Motion shall be filed on or before July 30, 2026.

4. Any reply shall be filed and served on or before August 6, 2026.

**\*\* END OF ORDER \*\***

ORDER APPROVING THIRD STIPULATION RE CASH COLLATERAL                                    2

*ECF Participants Only*

ORDER APPROVING THIRD STIPULATION RE CASH COLLATERAL

Case: 25-30743    Doc# 157    Filed: 05/25/26    Entered: 05/26/26 09:10:55    Page 3 of 3