Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30743- HLB |
| AMERICAN TRASH MANAGEMENT, INC., | Chapter 11 |
| Debtor-in-Possession. | **STATEMENT OF NON-OPPOSITION TO SUBCHAPTER V TRUSTEE'S FEE APPLICATION** |
| | Hrg:    June 11, 2026<br>Time:   10:00 a.m.<br>Ctrm:   Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

American Trash Management, Inc. has no opposition to the *Application for Allowance and Payment of Compensation of Gina R. Klump, SubChapter V Trustee* (ECF 152).

Date: May 27, 2026                         FINESTONE HAYES LLP


*Jennifer C. Hayes*_____
Jennifer C. Hayes, Attorneys for Debtor

STATEMENT OF NON-OPPOSITION                                                          1

Case: 25-30743   Doc# 160   Filed: 05/27/26   Entered: 05/27/26 10:39:57   Page 1 of 1