Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11<br><br>**DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br><u>Hearing:</u><br>Date: July 16, 2026<br>Time: 10:00 a.m. Pacific Time<br>Place: Via Zoom or In-Person, at Courtroom 19, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

American Trash Management, Inc. ("Debtor") files this status conference statement to update the Court on developments since the hearing to consider tentative approval of Debtor's disclosure statement as part of its Combined Plan and Disclosure Statement (ECF 150) and represents as follows:

1. The Debtor has amended its plan and is prepared to file it. The amended plan accounts for the Court's comments at the hearing.

2. Debtor and creditor WHR Holdings LLC ("WHR") met and conferred after the hearing on tentative approval and agreed to mediate with Judge Montali acting as the settlement

STATUS CONFERENCE STATEMENT 1

judge/mediator.  The settlement conference will take place on July 13, 2026. (ECF 174)

3.     In light of the scheduled mediation, Debtor and WHR stipulated to continue the hearing on WHR's motion for a determination that Debtor's exclusivity to file a plan has terminated, or alternatively, to terminate exclusivity (ECF 163).  The motion is continued until August 6, 2026, with opposition and reply briefs tied to the continued hearing date (ECF 177).

4.     Debtor and WHR also stipulated to continue WHR's time to respond to Debtor's objection to its claim. WHR's time to respond to the objection is now July 31, 2026 (ECF 181).

5.     The appeal of this Court's prior rulings on the question of Debtor's eligibility for Subchapter V is pending before the BAP. Debtor filed its opening brief. In light of the mediation, Debtor and WHR stipulated to an extension for WHR to file its opening brief to August 5, 2026.

6.     In addition to matters concerning WHR, Debtor objected to the claim of Curtis Menken (ECF 141).  Mr. Menken timely responded to Debtor's objection (ECF 169).  The parties are engaged in an initial exchange of information to see if the objection can be resolved. If the parties are able to do so, Debtor will file the appropriate motion with the Court. If not, Debtor will request a status conference to set deadlines for the contested matter.

7.     The Debtor continues working cooperatively with its secured lender, Fremont Bank.  Permission to use cash collateral is now extended through August 13, 2026 (ECF 157). Debtor is timely on its payments pursuant to the existing order. Debtor expects a further agreement with Fremont Bank to extend the use of cash collateral.

8.     The Debtor is current on its monthly operating reports.

Dated:  July 9, 2026                                  FINESTONE HAYES LLP

_/s/ Stephen D. Finestone_
Stephen D. Finestone
Attorneys for American Trash Management,
Inc., Debtor-in-Possession

STATUS CONFERENCE STATEMENT                                              2