Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:    (415) 421-2624
Fax:     (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for American Trash Management, Inc.
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30743- HLB |
| AMERICAN TRASH MANAGEMENT, INC., | Chapter 11 |
| Debtor-in-Possession. | **STIPULATION TO CONTINUE HEARING ON WHR HOLDINGS, LLC'S MOTION TO DETERMINE EXCLUSIVITY IS TERMINATED OR, IN THE ALTERNATIVE, TERMINATE EXCLUSIVITY; AND REQUEST FOR STATUS CONFERENCE.** |

**Current Date:** August 6, 2026
**New Date:**        August 13, 2026
**Time:**            10:00 a.m.
**Ctrm:**            Via Zoom or In-Person
                     450 Golden Gate Ave., 16th
                     Floor, San Francisco, CA

Creditor, WHR Holdings, LLC ("WHR"), and American Trash Management, Inc.

("ATM" or the "Debtor", and together with WHR the "Parties"), by and through their

undersigned counsel, stipulate to continue the hearing on WHR's Motion to Determine

Exclusivity is Terminated or, in the Alternative, Terminate Exclusivity (the "Motion") and

STIPULATION TO CONTINUE HEARING                                                      1

Case: 25-30743    Doc# 192    Filed: 08/04/26    Entered: 08/04/26 11:59:04    Page 1 of 3

request that the Court treat the current hearing as a status conference with respect to the following:

A. On May 29, 2026, WHR filed the Motion (ECF 163) and related pleadings.

B. The Motion was set for a hearing on July 2, 2026 (ECF 164).

C. Subsequent to WHR's filing of the Motion, the Parties agreed to mediate with the Hon. Dennis Montali. The Mediation was set for July 13, 2026 (ECF 174).

D. In light of the scheduled mediation, the Parties stipulated to continue the hearing to August 6, 2026. (ECF 176). The Court approved the stipulation and continued the hearing to August 6, 2026. (ECF 177).

E. While the matter did not settle at the mediation, the Parties continued discussing resolution and reached an agreement in principle, which they are in the process of memorializing via a settlement agreement and a motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. The agreement will also require amending Debtor's current plan and disclosure statement.

F. The Parties, therefore, wish to continue the hearing on the Motion to allow sufficient time to finalize the settlement and amend the plan and disclosure statement and set the matters for a hearing.

G. While the Parties request that the hearing on the Motion be continued, the Parties would appreciate having the Court treat the current hearing time as a status conference to enable the Parties to discuss logistics with the Court.

Wherefore, the Parties stipulate and request that the Court enter an order that:

1. Continues the hearing on the Motion until August 13, 2026, at 10:00 a.m.

2. Treats the current hearing as a Status Conference to enable the Parties and the Court to discuss timing for the various matters.

STIPULATION TO CONTINUE HEARING                                                          2

Case: 25-30743    Doc# 192    Filed: 08/04/26    Entered: 08/04/26 11:59:04    Page 2 of 3

DATED:  August 4, 2026                    STICHTER, RIEDEL, BLAIN & POSTLER, P.A.


By:    /s/ *Matthew B. Hale*
        Matthew B. Hale, Applicant and
        Attorney for Creditor, WHR Holdings, LLC


DATED:  August 4, 2026                    FINESTONE HAYES LLP


By:    Stephen D. Finestone
        Stephen D. Finestone
        Attorneys for American Trash Management, Inc.,
        Debtor-in-Possession,

STIPULATION TO CONTINUE HEARING                                              3

Case: 25-30743   Doc# 192   Filed: 08/04/26   Entered: 08/04/26 11:59:04   Page 3 of 3