Entered on Docket
September 8, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for American Trash Management, Inc.,
Debtor-in-Possession

Signed and Filed: September 8, 2026

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>AMERICAN TRASH MANAGEMENT, INC.,<br><br>Debtor-in-Possession. | Case No. 25-30743-HLB<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH WHR HOLDINGS, LLC (PROOF OF CLAIM NO. 19)**<br><br>**Date:** September 10, 2026<br>**Time:** 10 a.m.<br>**Place:** United States Bankruptcy Court, Courtroom 19, 450 Golden Gate Avenue, San Francisco, CA 94102 |

Debtor, American Trash Management, Inc. ("Debtor" or "ATM"), filed a Motion to Approve Compromise of Controversy with WHR Holdings, LLC (Proof of Claim No. 19) (the "Motion" – ECF 205). The Motion was set for hearing before the Court on September 10, 2026 at 10:00 a.m. Objections to the Motion were due no later than September 3, 2026.

No objections to the Motion having been filed, the Court having determined that service of the Motion was proper, and having carefully reviewed the Motion and supporting pleadings and having determined that the Motion is well taken and the proposed settlement satisfies the

factors set forth in *Martin v. Kane (In re A&C Properties)*, 784 F.2d 1377 (9th Cir. 1986); and good cause appearing:

**IT IS ORDERED** that:

1. The Motion is granted.
2. The Settlement Agreement (as defined in the Motion) is approved in all respects. The terms of the Settlement Agreement are incorporated in this Order in their entirety, and all parties to the Settlement Agreement (the "Parties") shall be bound by all of the terms and conditions of the Settlement Agreement. In the event of any conflict between the terms of the Settlement Agreement as summarized in the Motion, and the actual terms and provisions of the Settlement Agreement, the actual terms and provisions of the Settlement Agreement shall control.
3. The Parties shall comply with their respective duties, obligations, and covenants as set forth in the Settlement Agreement.
4. WHR Holdings, LLC shall have an allowed claim in the Debtor's bankruptcy case of $3,819,645.46, as set forth in its Amended Claim No. 19.
5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

** END OF ORDER **

Approved as to form:

STICHTER, RIEDEL, BLAIN & POSTLER, P.A.

By: /s/ *Charles A. Postler*
Charles A. Postler
Attorney for Creditor, WHR Holdings, LLC

**COURT SERVICE LIST**

ECF participants only